AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Richard Lowery | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:23-cv-129-LY |
| Lillian Mills, Ethan Burris, Sheridan Titman | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lillian Mills
2305 Barton Creek Blvd., Unit 14
Austin, TX 78735-1650

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Lovins
Lovins Trosclair, PLLC
1301 S. Capital of Texas Hwy Building A
Suite 136
Austin, TX 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, PHILIP J. DEVLIN

Date: 02/10/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lillian Mills
was received by me on *(date)* 02/10/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Joseph D. Hughes (UT VPLA), who is designated by law to accept service of process on behalf of *(name of organization)* Dean Lillian Mills on *(date)* 02/10/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: February 10, 2023

*Server's signature*

Stephanie M. Brown, Attorney
*Printed name and title*

1150 Connecticut Ave., NW, Suite 801
Washington, D.C. 20036
*Server's address*

Additional information regarding attempted service, etc:

Joseph Hughes, Associate Vice President for Legal Affairs for UT-Austin, agreed via email to accept service of this lawsuit on behalf of Dean Lillian Mills. A hard copy of this summons and complaint was delivered to his office today and also emailed to Mr. Hughes.