AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
#### Western District of Texas

| | |
|---|---|
| Richard Lowery<br><br>*Plaintiff(s)*<br>v.<br>Lillian Mills, Ethan Burris, Sheridan Titman<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.    1:23-cv-129-LY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ethan Burris
4803 Woodview Ave.
Austin, TX 78756-2824

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Lovins
Lovins Trosclair, PLLC
1301 S. Capital of Texas Hwy Building A
Suite 136
Austin, TX 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date:    02/10/2023

_____
Signature of Clerk or Deputy Clerk

**Came to hand on 02-10-2023 @ 11:29 A.M.**



RETURN
ATTACHED

DRLS
516 West Annie St.
Austin, Texas 78704
2193-2

UNITED STATES DISTRICT COURT
for the Western District of Texas
Austin Division

| | | | |
|---|---|---|---|
| Richard Lowery, | Plaintiff, | § | Civil Action No. 1:23-cv-129-LY |
| vs. | | § | |
| Lillian Mills, Ethan Burris, and | | § | |
| Sheridan Titman, | Defendants | § | **PROOF OF SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass.  I am over eighteen (18) years of age and not a party to or interested in the outcome of this case.  I am authorized by Rule 103 of the Texas Rules of Civil Procedure to serve process issued by the Texas Civil Courts and am certified by the Judicial Branch Certification Commission under order of the Texas Supreme Court, Certification No. PSC1660, Exp. 11/30/2023.  I am personally acquainted with the facts stated herein and they are true and correct.

Came to hand on the 10th day of February 2022, at 11:29 a.m. Summons in a Civil Action and Complaint for Declaratory and Injunctive Relief for service on <u>Defendant Ethan Burris</u>.

<u>Executed on the 10th day of February 2022</u>, at 2:00 p.m., at 4803 Woodview Ave., Austin, Texas 78756, by delivering in person to Cherrylynn Burris, co-resident over sixteen (16) years of age.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name:   Tod E. Pendergrass

Service Fee $ 132.00

Signature of non-party adult - DRLS
516 W. Annie Street, Austin, Tx 78704
Re:  Lovins/2193-2

STATE OF TEXAS, COUNTY OF TRAVIS

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct.  Given under my hand and seal of office on the 10th day of February 2022.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2023
Notary ID ID# 187334-2

NOTARY PUBLIC in and for the State of TEXAS
[Form Pursuant To FRCP 4(l)(1)]