

News & Events   Directory   Give   Contact

Undergraduate | Graduate | Centers & Initiatives | Faculty & Research | Recruiters & Corporations | Alumni | About

# RICHARD LOWERY

Associate Professor

**Department:** Finance

**Additional Titles:** Associate Director





Download Vita

Website



richard.lowery@mccombs.utexas.edu

(512) 232-6823

CBA 6.324

## AREAS OF EXPERTISE

Expertise 1

## ACADEMIC LEADERSHIP & AWARDS

**2009** | Alexander Henderson Award in Economic Theory, Carnegie Mellon University

# Publications

John W. Hatfield, Scott Duke Kominers, Richard Lowery, and Jordan M. Barry. 2020. Collusion in Markets with Syndication. *Journal of Political Economy 128*(10), 3779-3819.

Vincent Glode and Richard Lowery. 2016. Compensating Financial Experts. *Journal of Finance 71*(6), 2781-2808.

Ari Kang, Richard Lowery, and Malcolm Wardlaw. 2015. The Costs of Closing Failed Banks: A Structural Estimation of Regulatory Incentives. *Review of Financial Studies 28*(4), 1060-1102.

Richard Lowery. 2014. Comment on: "Predatory Trading, Stigma, and the Fed's Term Auction Facility" by Jennifer La'o. *Journal of Monetary Economics 65*, 76-79.

John M Griffin and Richard Lowery. 2014. Complex Securities and Underwriter Reputation: Do Reputable Underwriters Produce Better Securities? *Review of Financial Studies 27*(10), 2872-2925.

Ari Kang and Richard Lowery. 2014. The Pricing of IPO Services and Issues: Theory and Estimation. *Review of Corporate Finance Studies* 2(2), 188-234.

Bruce Ian Carlin, Shimon Kogan, and Richard Lowery. 2013. Trading Complex Assets. *Journal of Finance* 68(5), 1937-1960.

Vincent Glode, Richard C. Green, and Richard Lowery. 2012. Financial Expertise as an Arms Race. *Journal of Finance* 67(5), 1723-1759.

Paul Healy, Sera Linardi, Richard Lowery, and John Ledyard. 2010. Prediction Markets: Alternative Mechanisms for Complex Environments with Few Traders. *Management Science* 56 (11), 1977-1996.

### Resources

McCombs Online Resources (MOR)

Webmail

Safety at McCombs

Intranet

Canvas

Tech Support

My McCombs

### What's Happening

News

Events

Big Ideas

Research

### Get in Touch

Contact

Marketing, Web, and Communications

Faculty Directory

Staff Directory

(512) 471-5921

2110 Speedway
Austin, TX 78712