

# Exhibit B

# About Us

### WHO WE ARE

**Bridging the gap between data science and public policy.**

Launched in 2020, the Salem Center for Policy is dedicated to helping students and business leaders better understand the costs, benefits and consequences of policy decisions. In the realm of public policy, there are no silver bullets and no magical cure alls. Every intervention is a choice between competing interests that can be measured, analyzed, and interpreted. Our work draws from multiple disciplines and empirical methods to help navigate these trade-offs in pursuit of human flourishing and the preservation of a free society.



OUR PEOPLE

# Building bridges between the worlds of data science and public policy.

MEET OUR PEOPLE →

OUR RESEARCH

# The Salem Center works with students, policymakers, and business leaders to advance the use of data science in public policy research and practice.

OUR INITIATIVES →

Let's see what the data has to say.

CONTACT US TO GET INVOLVED →



Research             For Students

Events               Blog

Podcast              About Us

People

SUBSCRIBE TO OUR YOUTUBE CHANNEL

© 2023 McCombs School of Business Salem Center for Policy

| Site Policies

| Web Accessibility Policy

| Web Privacy Policy

| Emergency Information