

**Exhibit C**

2110 Speedway, B6600 • CBA 6.222 • Austin, TX 78712-1270 • 512-471-4368 • www.mccombs.utexas.edu

## MEMORANDUM

DATE:     September 19, 2022

TO:       Ethan Burris
          Senior Associate Dean for Academic Affairs

VIA:      Sheridan Titman
          Chair, Department of Finance

FROM:     Carlos Carvalho
          Executive Director for the Salem Center for Policy

RE:       Administrative Program Director for the Salem Center for Policy

This memo confirms that Dr. Lowery will support the Salem Center of Policy (SCP) as the Administrative Program Director in 2022-23. This is a renewable annual arrangement at 0% time with an annual stipend of $20,000 subject to the availability of funds and the needs of the Salem Center for Policy.

Dr. Lowery will work as a general advisor for the SCP and helps in the coordination of our academic programs. One of his primary jobs will be to oversee the Policy Research Lab, essentially supervising our postdoctoral fellows. He will also oversee our soon to be launched undergraduate fellowship on "Markets", a program that will provide students with co-curricular programming on the history and role of Free Markets in business and society.

Approved By:

Ethan Burris          2022-09-21 | 16:35:22 PDT

Professor and Chair of Management