# Exhibit H

USB drive with video of CSPI Podcast will be filed with the Court.