Tweet – August 18, 2022

# Exhibit I

