Exhibit J

**GLOBAL SUSTAINABILITY LEADERSHIP INSTITUTE**

Our Team    Experiential Learning    Curriculum

Resources    Research    Alumni

Calendar and Events    Conferences



# WHERE PROFITS MEET PURPOSE

The Global Sustainability Leadership Institute, formerly known as the Social Innovation Initiative, acts as UT Austin's hub on campus for innovation in social and environmental impact.

# WHO WE ARE

The Institute is managed by the McCombs School of Business and is built in partnership with the Moody College of Communication. Our work focuses on corporate sustainability, sustainable finance, impact innovation and infrastructure, and sustainability communications. Our Mission: The GLSI develops leadership and solutions that address critical sustainability challenges and shape an inclusive, regenerative global economy and society. Our Vision: A world where profits and purpose meet to drive positive change.

McCombs School of Business

Moody College of Communication

Creating Leaders

# "Our goal is to send leaders out into the world for whom purpose and profit are connected — leaders who will create a regenerative, inclusive world in their own lifetimes."

Meeta Kothare, Managing Director



# IMPACT OF GLOBAL SUSTAINABILITY

**96% of the world's largest 250 companies reported on sustainability in 2020**

Read the Report    ▶

**Racial inequities have cost the U.S. economy more than $16 trillion over the past two decades.**

See the Impact    ▶

**75% of Millennials seek sustainable products**

Shop Smarter    ▶

# AREAS OF FOCUS

The Institute positively impacts students and community members through experiential learning, classes, events, career support, and research.

| | |
|---|---|
| Corporate Sustainability | + |
| Sustainable Finance | + |
| Sustainability Communications | + |
| The Impact Continuum | + |

Sustainability Events

Attend an Event ▶

## Student Organizations

Get Involved ▶



## GSLI Newsletter

The Innovator is our monthly newsletter with information about events and opportunities.

Subscribe Today ▶



## Impact Connections

Visit our blog to learn more about our team, our students, and our accomplishments.

**Read Impact Connections** ▶

# PIONEERING A FRESH WAY FORWARD

Businesses must be part of the solution to global risks, such as climate change and inequality. Through regenerative, sustainable practices, the business world can help shape a more just and secure future. Here is how we think about these issues:

**Introductory Video**



# Please support the next generation of sustainability leaders

Give Now

Stay in the Know        Get in        Inquiries

Touch

Sign up for our newsletter

Impact Connections Blog

General Email

GSLI Programs, Events, and Career Advice

GSLI Communications, Calendars, and Career Advice

(512) 232-8165

McCombs School of Business
2110 Speedway, Stop B6000
The University of Texas at Austin
Austin, TX 78712

© 2021 McCombs School of Business, The University of Texas at Austin