Tweet – April 11, 2022

# Exhibit K




**Richard Lowery** @RichardLoweryTX · Apr 11

We literally have a minor in promoting left-wing activism through business, and people on the faculty council are mad that Scott Atlas was allowed to give a talk and I criticize CRT because that is "political" and not academic. These people are shameless and awful.