Tweet – August 22, 2022

**Exhibit L**

