From: "Kothare, Meeta" <Meeta.Kothare@mccombs.utexas.edu>

To: "Mills, Lillian F" <Lillian.Mills@mccombs.utexas.edu>

Date: 8/22/2022 3:58:36 PM

Subject: Lowery's tweets have started again

# Exhibit M

Lil,

Sorry to have to forward these tweets on the very first day of the semester, but here they are. I'm becoming very concerned about the safety of our events at this rate. The tweets start as soon as any poster about us goes up somewhere in the building. Thankfully, this time he has not tagged some politician.




← **Tweet**

**Richard Lowery**
@RichardLoweryTX

And yet we at @salemcenterUT are the ones who get attacked for not being balanced enough or whatever, even though we invite f***ing communists who support the murder of the Romanov children to debate.



Thanks,
Meeta

**Meeta Kothare, PhD**
Adjunct Professor | McCombs School of Business & LBJ School of Public Affairs
Managing Director | Global Sustainability Leadership Institute
The University of Texas at Austin
Office: +1(512) 471-5431 | Cell: ▮▮▮▮▮▮▮▮
meeta.kothare@mccombs.utexas.edu
https://www.mccombs.utexas.edu/centers-and-initiatives/global-sustainability-leadership-institute/

The University of Texas at Austin
Global Sustainability
Leadership Institute

10/6/2022