**From:** "Kothare, Meeta" <Meeta.Kothare@mccombs.utexas.edu>
**To:** "Starks, Laura T" <Laura.Starks@mccombs.utexas.edu>
**Date:** 8/22/2022 4:04:16 PM
**Subject:** Fw: Lowery's tweets have started again

**Exhibit N**

Dear Laura,

I sent the email below to Lil and Jeff. Do our finance colleagues know about this? Should Sheridan be told? This is an ongoing story. At what point will he stir up some real trouble? I do not suppose that Carlos ever accepted your lunch invitation.

Best,
Meeta

Meeta Kothare, PhD
Adjunct Professor | McCombs School of Business & LBJ School of Public Affairs
Managing Director | Global Sustainability Leadership Institute
The University of Texas at Austin
Office: +1(512) 471-5431  | Cell:
meeta.kothare@mccombs.utexas.edu
https://www.mccombs.utexas.edu/centers-and-initiatives/global-sustainability-leadership-institute/



---

**From:** Kothare, Meeta <Meeta.Kothare@mccombs.utexas.edu>
**Sent:** Monday, August 22, 2022 3:58 PM
**To:** Mills, Lillian F <Lillian.Mills@mccombs.utexas.edu>
**Cc:** Hales, Jeffrey <Jeffrey.Hales@mccombs.utexas.edu>
**Subject:** Lowery's tweets have started again

Lil,

Sorry to have to forward these tweets on the very first day of the semester, but here they are. I'm becoming very concerned about the safety of our events at this rate. The tweets start as soon as any poster about us goes up somewhere in the building. Thankfully, this time he has not tagged some politician.



Thanks,
Meeta

**Meeta Kothare, PhD**
Adjunct Professor | McCombs School of Business & LBJ School of Public Affairs
Managing Director | Global Sustainability Leadership Institute
The University of Texas at Austin
Office: +1(512) 471-5431 | Cell:
meeta.kothare@mccombs.utexas.edu
https://www.mccombs.utexas.edu/centers-and-initiatives/global-sustainability-leadership-institute/



10/6/2022