**Exhibit O**

From:    "Kothare, Meeta" <Meeta.Kothare@mccombs.utexas.edu>
To:      "Titman, Sheridan" <Sheridan.Titman@mccombs.utexas.edu>
         "Starks, Laura T" <Laura.Starks@mccombs.utexas.edu>
Date:    8/22/2022 5:57:00 PM
Subject: Re: Lowery's tweets have started again

---

Sheridan,

Thank you for your email! I do not use Twitter either but get these images from staff who are in charge of our social media. These tweets are typically incoherent, but clearly offensive. Here's the one about the launch of our sustainability minor. One of them tagged Dan Patrick.


**Meeta Kothare, PhD**
Adjunct Professor | McCombs School of Business & LBJ School of Public Affairs
Managing Director | Global Sustainability Leadership Institute
The University of Texas at Austin
Office: +1(512) 471-5431 | Cell ████████
meeta.kothare@mccombs.utexas.edu
https://www.mccombs.utexas.edu/centers-and-initiatives/global-sustainability-leadership-institute/



---

**From:** Titman, Sheridan <Sheridan.Titman@mccombs.utexas.edu>
**Sent:** Monday, August 22, 2022 5:42 PM
**To:** Starks, Laura T <Laura.Starks@mccombs.utexas.edu>
**Cc:** Kothare, Meeta <Meeta.Kothare@mccombs.utexas.edu>
**Subject:** RE: Lowery's tweets have started again

I have no idea what this means and try to avoid twitter.  What is he referring to regarding the Romanov children?

We should have a discussion of what is appropriate on twitter – we want to encourage intellectual discourse, but I don't think rude comments are acceptable.

**From:** Starks, Laura T <Laura.Starks@mccombs.utexas.edu>
**Sent:** Monday, August 22, 2022 4:07 PM
**To:** Titman, Sheridan <Sheridan.Titman@mccombs.utexas.edu>
**Cc:** Kothare, Meeta <Meeta.Kothare@mccombs.utexas.edu>
**Subject:** FW: Lowery's tweets have started again

Sheridan

Please see issue below. Given the political mood in the country today, this is not acceptable and is potentially quite dangerous.

Best regards,
Laura

---

**From:** Meeta Kothare <Meeta.Kothare@mccombs.utexas.edu>
**Date:** Monday, August 22, 2022 4:04 PM
**To:** "Starks, Laura T" <Laura.Starks@mccombs.utexas.edu>
**Subject:** Fw: Lowery's tweets have started again

Dear Laura,

I sent the email below to Lil and Jeff. Do our finance colleagues know about this? Should Sheridan be told? This is an ongoing story. At what point will he stir up some real trouble? I do not suppose that Carlos ever accepted your lunch invitation.

Best,
Meeta

Meeta Kothare, PhD
Adjunct Professor | McCombs School of Business & LBJ School of Public Affairs
Managing Director | Global Sustainability Leadership Institute
The University of Texas at Austin
Office: +1(512) 471-5431 | Cell: ████████████
meeta.kothare@mccombs.utexas.edu
https://www.mccombs.utexas.edu/centers-and-initiatives/global-sustainability-leadership-institute/


The University of Texas at Austin
Global Sustainability
Leadership Institute

---

**From:** Kothare, Meeta <Meeta.Kothare@mccombs.utexas.edu>
**Sent:** Monday, August 22, 2022 3:58 PM
**To:** Mills, Lillian F <Lillian.Mills@mccombs.utexas.edu>
**Cc:** Hales, Jeffrey <Jeffrey.Hales@mccombs.utexas.edu>
**Subject:** Lowery's tweets have started again

Lil,

Sorry to have to forward these tweets on the very first day of the semester, but here they are. I'm becoming very concerned about the safety of our events at this rate. The tweets start as soon as any poster about us goes up somewhere in the building. Thankfully, this time he has not tagged some politician.

← **Tweet**



**Richard Lowery**
@RichardLoweryTX

•••

And yet we at @salemcenterUT are the ones who get attacked for not being balanced enough or whatever, even though we invite f***ing communists who support the murder of the Romanov children to debate.



10/6/2022



Thanks,
Meeta

**Meeta Kothare, PhD**
Adjunct Professor | McCombs School of Business & LBJ School of Public Affairs
Managing Director | Global Sustainability Leadership Institute
The University of Texas at Austin
Office: +1(512) 471-5431 | Cell: ███████████
meeta.kothare@mccombs.utexas.edu
https://www.mccombs.utexas.edu/centers-and-initiatives/global-sustainability-leadership-institute/

