**Exhibit P**

**From:** Lowery, James R, Jr <Richard.Lowery@mccombs.utexas.edu>
**Sent:** Monday, August 22, 2022 5:54 PM
**To:** Titman, Sheridan <Sheridan.Titman@mccombs.utexas.edu>
**Subject:** Re: Lowery's tweets have started again

I consider this a threat. I can certainly criticize events.

We had a debate between Yaron Brook and the editor of Jacobin. The editor of Jacobin commented that it was good that the Romanov kids were killed.

Sent from my iPhone

On Aug 22, 2022, at 5:49 PM, Titman, Sheridan <Sheridan.Titman@mccombs.utexas.edu> wrote:

The following is a message was forwarded to me.  You don't seem to be making friends.

It is probably in your interest to come up with a class for the Spring that is likely to be popular.

By the way, who are you claiming supports the murder of the Romanov children?

In any event, the appropriate response is to jointly sponsor a panel discussion on ESG.

Best,

Sheridan

*******************

Lil,

Sorry to have to forward these tweets on the very first day of the semester, but here they are. I'm becoming very concerned about the safety of our events at this rate. The tweets start as soon as any poster about us goes up somewhere in the building. Thankfully, this time he has not tagged some politician.

← **Tweet**



**Richard Lowery**
@RichardLoweryTX

And yet we at @salemcenterUT are the ones who get attacked for not being balanced enough or whatever, even though we invite f***ing communists who support the murder of the Romanov children to debate.



