# Exhibit Q

**Gove, Madison**

---

| | |
|---|---|
| **From:** | Gove, Madison |
| **Sent:** | Wednesday, August 24, 2022 4:56 PM |
| **To:** | Bishop, Joseph |
| **Cc:** | Schwartz, John R; Kothare, Meeta; Ruddick, Sandi S (Sandi.Ruddick@mccombs.utexas.edu) |
| **Subject:** | "Impact Chat: ESG Under Attack" Twitter & Event Information |
| **Attachments:** | 9.6.22 Impact Chat Flyer  (24 × 36 in) (1).png; 9.6.22 Impact Chat Options  (Presentation (169)).png; image (2).png; image (1).png; image.png; 68297796900\_\_DC01C668-8196-448A-98CD-D4372A67C5CF.jpg; 68297804619\_\_E09A3B7B-9D59-44CE-8762-FC7C798DC466.jpg; IMG_9014.jpg; IMG_9066.PNG |

Officer Bishop,

Thank you for your time today, and for your support in protecting our events. Sandi will submit the official event request soon. In the meantime, attached are the screenshots I took before he deleted his account. His name is Richard Lowery, and he is a professor in the Finance department. The GSLI is also located in the Finance department. As mentioned, we are more worried about the people he reaches than him. Some of his supporters are authors, podcasters, and politicians. I will also include a screenshot of his last Twitter mention of us in the Spring when he discussed our Leadership in Global Sustainability minor. Unfortunately, he switched his account to private mode today, so I cannot give you anything other than what I have. Perhaps you all can see more. The link is https://twitter.com/RichardLoweryTX. His followers seemed displeased with the event, but I only have a few responses photographed.

Our event is called "ESG Under Attack" and is moderated by John Schwartz, GSLI Associate Director. Our speaker is Jeff Nesbit, founder of Climate Nexus. You can view our Eventbrite here, and I will attach our flyer. I am CCing our Managing Director, Dr. Meeta Kothare, and John Schwartz in case you need any information from them.

Best,
Madison

**Madison Gove**
McCombs School of Business
Senior Program Manager | Global Sustainability Leadership Institute
District 150 Staff Council Representative
The University of Texas at Austin
Office: 512-232-8165
Cell: 832-425-2300
madison.gove@mccombs.utexas.edu
https://www.mccombs.utexas.edu/Centers/Social-Innovation-Initiative

The University of Texas at Austin
Global Sustainability Leadership Institute

1