# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD LOWERY | § | |
| | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | Case No. 1:23-CV-129-LY |
| | § | |
| LILLIAN MILLS, in her official capacity | § | |
| as Dean of the McCombs School of | § | |
| Business at the University of Texas at | § | |
| Austin; ETHAN BURRIS, in his official | § | |
| capacity as Senior Associate Dean for | § | |
| Academic Affairs of the McCombs School | § | |
| of Business at the University of Texas- | § | |
| Austin; and SHERIDAN TITMAN, in his | § | |
| official capacity as Finance Department | § | |
| Chair for the McCombs School of | § | |
| Business at the University of Texas- | § | |
| Austin, | § | |
| | § | |
| DEFENDANTS. | § | |
| | § | |

## DEFENDANTS' NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF THIS COURT:

Please take notice that Lillian Mills, Ethan Burris, and Sheridan Titman (collectively, "UT" and "Defendants") hereby gives notice that attorney Joel R. Glover of the law firm Jackson, Walker, LLP, 1401 McKinney Street, suite 1900, Houston, Texas  77010 appears as counsel for Defendants in the above styled cause and requests to be notified by all parties of the filing of all motions and pleadings and the issuance of any orders or judgments in the cause.

Respectfully submitted,

JACKSON WALKER LLP

By:  */s/ Joel R. Glover*
    Charles L. Babcock
    Texas State Bar No. 01479500
    cbabcock@jw.com
    Joel R. Glover
    Texas State Bar No. 24087593
    jglover@jw.com
    Javier Gonzalez
    Texas State Bar No. 24119697
    jgonzalez@jw.com
    1401 McKinney Street, Suite 1900
    Houston, Texas 77010
    (713) 752-4200 – Phone
    (713) 752-4221 – Fax

    Adam W. Aston
    Texas State Bar No. 24045423
    aaston@jw.com
    100 Congress Ave., Suite 1100
    Austin, TX  78701
    (512) 236-2056 – Phone
    (512) 6931-4456 – Fax

    ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2023, I caused a copy of the foregoing pleading to be served upon counsel of record for all parties via the Court's ECF system.


*/s/ Joel R. Glover*
Joel R. Glover