UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAR 3 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| RICHARD LOWERY<br><br>PLAINTIFF,<br><br>v.<br><br>LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin,<br><br>DEFENDANTS. | Case No. 1:23-CV-129-LY |

## ORDER EXTENDING RESPONSE DEADLINES

On this day, the Court considered Defendants Lillian Mills, Ethan Burris, and Sheridan Titman's Unopposed Emergency Motion for Extension of Time to File Responsive Pleading and Preliminary Injunction Response (the "Motion"). The Court finds that the Motion should be, and hereby is, GRANTED.

It is therefore ORDERED that Defendants deadline to file their responsive pleading to Plaintiff's Original Complaint and their response to Plaintiff's Motion for Preliminary Injunction is March 14, 2023.

Signed _March 3_, 2023

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE