# Exhibit 4

THE UNIVERSITY OF TEXAS AT AUSTIN                                  Date: 10/24/16

## RECOMMENDATION FOR CHANGE IN ACADEMIC RANK/STATUS

Name: Lowery, Jr., James Richard     EID: jl38486     Present Rank: Assistant Professor

Years of Academic Service *(Include AY 2016-17 in each count)*:

At UT Austin since: 9/1/2009 (month/day/year) Total Years at UT Austin: 8

In Present Rank since: 9/1/2009 (month/day/year) Total Years in Present Rank: 8

*Tenure-track only:*
Number of Years in Probationary Status: 6

Additional information: LWOP Spring 2014-15 @ 25%; LWOP 2016-17 @100%

Primary Department: Finance

College/School: Business, McCombs School of

Joint Department: N/A

College/School: N/A

Other Department(s): N/A

---

Recommendation actions[1]:

By Budget Council/Executive Committee: Promote

Vote[2] for promotion  8  ; Against  1  ; Abstain  0  ; Absent  0  ; Ineligible to vote  0

By Department Chair: Promote

By College/School Advisory Committee: Promote

Vote[2] for promotion  6  ; Against  0  ; Abstain  0  ; Absent  0  ; Ineligible to vote  0

By Dean: Promote

---

Administrative Action: **Promote to Associate Professor**

Date Action Effective: September 1, 2017
(To be submitted to the Board of Regents as part of the annual budget.)

By: _[signature]_ For the President     Date: December 15, 2016

---

[1] See "Chart of Recommended Actions" for eligible recommended actions applicable to specific conditions and administrative levels.
[2] Record all votes for and against promotion, abstentions by eligible voting members, and the number of absent eligible voting members. The number of committee members ineligible to vote should also be recorded. Enter zero where it would otherwise be blank.

EVPP/4.15