# Exhibit 6

PageVault

| | |
|---|---|
| Document title: | UT Urges Business Professors to Give Content Warning to Potentially Offended Students - Texas Scorecard |
| Capture URL: | https://texasscorecard.com/state/ut-urges-business-professors-to-give-content-warning-to-potentially-offended-students/ |
| Page loaded at (UTC): | Mon, 13 Mar 2023 12:45:05 GMT |
| Capture timestamp (UTC): | Mon, 13 Mar 2023 12:45:06 GMT |
| Capture tool: | 2.42.4 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.5555.0 Safari/537.36 |
| Operating system: | linux x64 (Node v16.15.1) |
| PDF length: | 5 |
| Capture ID: | uj8vmvjCCeRCBev6FiSkCg |
| User: | automation@page-vaul |

PDF REFERENCE #:    1ae9jjfFtz9xUNXDWcnnZp



READ  LISTEN  WATCH  TOOLS        DONATE  SUBSCRIBE

STATE

# UT Urges Business Professors to Give Content Warning to Potentially Offended Students

**Pronouns, land acknowledgments, and diversity statements are also included in the syllabus template.**

1 min read

Jake Peterson | August 11, 2022





A syllabus template from the University of Texas includes a land acknowledgment and a "content warning" section for potentially offensive content in the course, as the university aims to create an atmosphere of "sensitivity."

# TEXAS SCORECARD
REAL NEWS ⭐ FOR REAL TEXANS

READ ⌄    LISTEN    WATCH    TOOLS ⌄                                          DONATE    SUBSCRIBE

> Behold our new syllabus template at the McCombs School of Business. #txlege is this what you want to be paying for? pic.twitter.com/rNYD4FtVxo
>
> — Richard Lowery (@RichardLoweryTX) August 10, 2022

In a typo-filled section of the template, the McCombs School of Business suggests every professor include an apology to Native Americans in their syllabus, acknowledging that they are "meeting on the Indigenous lands of Turtle Island, the ancestral name for what is now North America."

Richard Lowery, a finance professor at UT, highlighted the template on Twitter, saying, "Behold our new syllabus template at the McCombs School of Business. #txlege is this what you want to be paying for?"

The template also tells professors to "list your pronouns under your name and the name of your TA(s)," "acknowledge students may share with you the pronouns they use and/or a name that is different than what appears on the official roster," and include "an inclusivity/diversity statement."

"And pronouns!! Don't forget your pronouns in your syllabus at McCombs," said Lowery.

> And pronouns!! Don't forget your pronouns in your syllabus at McCombs. pic.twitter.com/PzksmDXB19
>
> — Richard Lowery (@RichardLoweryTX) August 10, 2022

Lowery outwardly speaks out against universities on his Twitter account, saying, "If you like the work I am doing, please support it by NOT GIVING MONEY TO UNIVERSITIES."

> Hi. If you like the work I am doing, please support it by NOT GIVING MONEY TO UNIVERSITIES. If you are a person of means, please support me by not giving large amounts of money to universities. Consider a superyacht instead. I have heard good things about superyachts.
>
> — Richard Lowery (@RichardLoweryTX) December 15, 2021

Concerned Texans may contact the University of Texas Board of Regents at (512) 499-4402 or via e-mail at bor@utsystem.edu.

# TEXAS SCORECARD
## REAL NEWS ✦ FOR REAL TEXANS

READ ⌄  LISTEN  WATCH  TOOLS ⌄                              DONATE   SUBSCRIBE



### Jake Peterson

Jake Peterson is a journalism fellow for Texas Scorecard. During high school he competed in speech and debate and now works to teach the unbiased truth, and expose corruption.

## RELATED POSTS



### Texas A&M Administration Blows Smoke

A&M evidently has so many DEI programs that it can hardly keep track of them.



### University of Texas 'Pauses' New DEI Policies

After pushback from Texas lawmakers, the University of Texas says it has decided to pause its new DEI policies across all campuses.



### Texas A&M Students Say They Don't Feel Like They Belong On Campus

After spending millions of dollars on diversity officers and programming, students at Texas A&M don't feel like they belong on campus.



### Texas A&M Goes Woke With Discriminatory 'Diversity' Policies

Texas A&M University currently has more DEI personnel than the University of Texas at Austin.

A&M evidently has so many DEI programs that it can hardly keep track of them.

After pushback from Texas lawmakers, the University of Texas says it has decided to pause its new DEI policies across all campuses.



### Texas A&M Students Say They Don't Feel Like They Belong On Campus

After spending millions of dollars on diversity officers and programming, students at Texas A&M don't feel like they belong on campus.



### Texas A&M Goes Woke With Discriminatory 'Diversity' Policies

Texas A&M University currently has more DEI personnel than the University of Texas at Austin.

