# Exhibit 7

**The University of Texas System**
**Rules and Regulations of the Board of Regents**  **Rule: 31004**

1. **Title**

    Rights and Responsibilities of Faculty Members

2. **Rule and Regulation**

    Sec. 1   Freedom in Research. Faculty members are entitled to full freedom in research and in the publication of the results.

    Sec. 2   Freedom in the Classroom. Faculty members are entitled to freedom in the classroom in discussing his or her subject, but are expected not to introduce into their teaching controversial matter that has no relation to his or her subject.

    Sec. 3   Clarification of Role. Faculty members are citizens, members of learned professions, and officers of an educational institution supported by the State of Texas. When the faculty member speaks or writes as a citizen, he or she should be free from institutional censorship or discipline, but should make it plain that the faculty member is not an institutional spokesperson.

    Sec. 4   Primary Duties. The primary duties of a member of the faculty are to:

    4.1   Teaching. Teach in the classroom, laboratory, seminar, or clinical setting.

    4.2   Research. Study, investigate, discover, create, and develop professionally.

    4.3   Administration. Perform curricular tasks auxiliary to teaching and research, e.g., serving on faculty committees, attending to administrative and disciplinary tasks, fostering intellectual curiosity and integrity in the student body.

    4.4   Contribution to Society. Use their professional expertise to benefit society.

    Sec. 5   Compensation Restriction. Full-time faculty or staff of the rank of instructor or above on 12-month appointments may receive additional compensation for correspondence course and/or extension center teaching, but may not receive additional compensation for summer school teaching. Full-time faculty on nine-month appointments may receive additional compensation

**The University of Texas System**
**Rules and Regulations of the Board of Regents**               **Rule: 31004**

        for correspondence course and/or extension center teaching during the nine-month period and also may be paid for summer school teaching.

Sec. 6    Textbook and Course Materials.  The policy of the Board of Regents concerning textbooks and other materials prescribed for the use of students is as follows:

        6.1    Choice of Materials.  Individual faculty members or the department should have discretion in the choice of materials to be used in the courses offered by the department.

Sec. 7    Materials Authored by Faculty.  Although the authorship of books, outlines, manuals, and similar materials by members of the faculty and staff should be encouraged, the prescribed use of these for students is a responsibility that goes beyond that of the individual author. Whenever an approved fee includes a charge for such materials distributed through the classroom, the prices should be as low as possible, consistent with the payment of any required royalty to the author or authors.

        7.1    Required Approval.  Textbooks, notebooks, manuals, or other materials for the use of students of an institution, written or prepared by a member of the faculty of that institution, shall not be prescribed for the use of students in that institution or sold to such students until approved by the dean, chief academic officer, and president of an institution, pursuant to policies included in the institutional *Handbook of Operating Procedures*. At a minimum, these policies should provide for consultation with departmental faculty.

Sec. 8    Nonsectarian.  In accordance with *Texas Education Code* Section 65.38, no course of instruction of a sectarian character shall be taught in the System.

Sec. 9    Fees.  Faculty members without previous and special approval of the Board of Regents, shall not collect from students any fees or charges to be expended for institutional purposes, and shall not sell to students books, notes, or similar student supplies.

        9.1    Prohibited Fees.  A member of the faculty may not accept pay for extra instruction or teaching of students registered in the institution where he or she is employed.

**The University of Texas System**
**Rules and Regulations of the Board of Regents**             **Rule: 31004**

      9.2    Allowed Fees. With written approval, teaching assistants and other like instructional employees below the rank of an instructor may accept pay from students for extra-class instruction or coaching but only in courses or sections of courses with which they have no instructional connection. The *Handbook of Operating Procedures* of the institution shall specify the procedure for approval at the institutional level.

**3. Definitions**

None

**4. Relevant Federal and State Statutes**

*Texas Education Code* Section 65.38– Nonsectarian Courses

**5. Relevant System Policies, Procedures, and Forms**

None

**6. Who Should Know**

Faculty

**7. System Administration Office(s) Responsible for Rule**

Office of Academic Affairs
Office of Health Affairs

**8. Dates Approved or Amended**

December 10, 2004

**9. Contact Information**

Questions or comments regarding this Rule should be directed to:

- bor@utsystem.edu