# Exhibit 11

**(Exhibit 11 is a video of Academic Freedom Solutions conference filed and served separately)**

# Exhibit 11a

Academic Freedom Solutions

1
2
3
4
5
6
7
8
9
10          UT vs. LOWERY
11    ACADEMIC FREEDOM SOLUTIONS
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Academic Freedom Solutions

1          (Recording begins.)

2          MODERATOR:  As John Cochrane, this morning in
3   his opening remarks said, this conference is not just focusing
4   on trying to understand and analyze the state of academic
5   freedom, but also to think about, sort of, practical and
6   actionable solutions on how to protect or how to, like, gain
7   back some academic freedom in our universities.  So this is the
8   focus of this panel, to think about some -- some actionable
9   solutions.

10          And we'll go in the following order in terms of
11  opening remarks.  Richard will go first, setting sort of the
12  stage a little bit, sharing some of his experiences.  Dorian
13  will go next, talking about the rules of engagement.  Peter
14  then will speak about how to engage the other side when
15  necessary, and John will focus on how to enforce.

16          So Richard, please get started.

17          MR. LOWERY:  So I apologize.  Slight change of
18  plans.  Since we switched to live streaming, I had -- I know a
19  lot about public universities, I know a lot about efforts to
20  reform public universities, but I can't talk about that.  And I
21  can't talk about why I can't talk about that.  So you can do
22  whatever inferences you want there or we can have private
23  conversations, but in the course of working on that issue, I've
24  sort of thought a lot about the distinction between private
25  universities and public universities and where maybe

Academic Freedom Solutions

1   private univer- -- how private universities could or could not
2   get back to being something socially useful.

3                   So I think it might be safe for me to make some
4   comments about private universities, it might not.  We'll
5   probably find out.  So here goes.  So private universities, I
6   think there are three things that need to be understood.
7   Again, I'm taking Cochrane -- John's idea, like, there's a
8   problem, we need to fix it.  I'm not going to really go start
9   with that, but what do we need to understand about private
10  universities to figure out how to fix them.

11                  And I think there are three things that are
12  worth focusing on, and I'm an economist and I'm actually a
13  financial economist, so this is kind of informed by that.
14  Three things we need to understand, our governance, capital
15  structure and what the product really is.  What's the product
16  market we're talking about?  So governance in private
17  universities is really strange.

18                  So who runs a private university?  Some board.
19  Who's on that board?  A bunch of -- and I'm going to focus on
20  elite-type private universities, because that's all anyone
21  cares about really.  So the boards, they're a bunch of people
22  who don't know anything about universities.  They're the only
23  ones who have any actual authority to change anything if they
24  wanted to.  What do they mostly do?  I think they're mostly,
25  you know, high-power business types.  I think that's right.

Academic Freedom Solutions

1 And, you know, what are their incentives to -- to change things
2 at universities?
3          Well, they have to do a lot of this kind of woke
4 virtue signaling.  They can either do that at their firms where
5 it costs them money, or they can do it at the university where
6 it doesn't cost them anything and they can just make other
7 peoples' lives miserable.  So what's the chances that
8 they're -- that your board is actually going to step up and do
9 anything?  It's basically zero, and there's huge, you know,
10 problems -- you know, faculty have a lot of independence, so
11 they would need to really ride hard.  That's not going to work.
12          The capital structure, that means, like,
13 financial positioning, you know, how do the universities fund
14 themselves, you know, what happens to a firm if it's just
15 awful?  It loses money and it goes out of business.  We don't
16 see a lot of firms that pile up billions and billions of
17 dollars more of resources that they don't need just so they can
18 hang around if they start to be terrible.
19          That's exactly what a university capital
20 structure looks like.  No matter how awful these places get,
21 they still have tens of billions of extra dollars that they
22 don't need to make sure they don't go away.  So the capital
23 structure is insane.  You would never structure a firm with
24 this many agency problems, this mu- -- much difficulty in
25 managing that way.  They need to be subject to some sort of

Academic Freedom Solutions

1  bankruptcy.  We're not there.  We don't have a capital
2  structure that could bring about reform.  So that's, you know,
3  two strikes already.
4          So what could we do -- and I think -- thinking
5  about what we could do, you have to think about what this
6  product is.  What are elite universities doing?  What is
7  Stanford doing?  And as far as I can tell, they're sort of
8  providing a coordination device where they designate certain
9  people as in charge of things.  You go to Harvard, you go to
10  Stanford, you -- people have to listen to you and do what --
11  what you say.
12          This used to be a process where there was some
13  filtering and you would hire -- you know, they -- they would
14  check and see who's good and then maybe give you some training,
15  but that's not true anymore.  The -- the selection -- maybe
16  it's still an IQ a little bit, but the selection of people and
17  the way they're trained is awful.  And if you look at some of
18  the things that come out of -- you know, there's an example
19  that I'd love to go into, but I better not.
20          But some of the, sort of, attitudes of people
21  who raise to the top at elite universities, you -- you could
22  never get there if you had a sensible, like, free environment.
23  People would be told, no, that's a terrible thing to think, how
24  dare you think that.  Instead, these people rise to the top and
25  they get put in charge of important things.

Academic Freedom Solutions

1          So what the university is selling is prestige.
2   And by "prestige," I mean, you know, a designation that you're
3   the person who gets listened to in the future.
4          So a quick aside, you might think universities
5   create science, and that's an actual valuable product, but if
6   you think -- if you really think about the capital structure as
7   a sort of science project, money goes in, ideas come out,
8   that's great.  But what is the university doing in that
9   process?  Mostly, they're just taxing it.  You know, federal
10  grants come in, and the university lets the scientists have
11  half of that and uses the other half for things.
12         So if we just move the science completely off,
13  that would be better.  And it's not like we're getting a great
14  environment for science at universities.  We already had that
15  panel, like, this is the worst place to do it.  Go find a new
16  spot, get the federal grants and do it somewhere else and
17  that's clearly better.  So that -- I don't think that's for the
18  product.  All we're selling is this random designation.
19         So what do we do?  We can't -- you know, we have
20  no capital structure approach.  We -- we -- they're not going
21  to go bankrupt.  The boards are useless, they won't fix
22  anything.  How do we do anything productive here?  Well, you
23  know -- sorry, I should say -- and they're really -- like, the
24  university, they're really not -- like, the moment the
25  universities needed to stand up, there's, like, discourse and

Academic Freedom Solutions

1  argument and all of that.  In the pandemic, I'd say they --

2  they completely reversed, like, they'd just crack down on any,

3  like, independent thought and just went straight to enforcing

4  some Zyte guy's orthodoxy.  So we really need to do something

5  about that.

6          So I think there is a solution and I think the

7  solution is something along the lines of tobacco company

8  treatment.  So how do we get -- you know, what happened to the

9  tobacco companies?  People turned on them.  They were doing

10  things that people didn't like, and, you know, it used to be it

11  would be great to go work from Philip Morris.  Now it would be

12  embarrassing.

13          So we could do that.  If we really put a lot of

14  effort into showing what actually goes on in universities, we

15  could get the brand to look like Philip Morris.  And now Philip

16  Morris is fine because they're selling something that's

17  actually enjoyable.  I mean, it's not great but there's a

18  reason people like nicotine.

19          Universities are only selling their reputation.

20  So if people really -- like, if all we did was put all our

21  effort into showing people what's really happening here,

22  eventually, that would kind of go away and they wouldn't be in

23  charge of who's running things anymore, and we could come up

24  with something else.  I don't know what that looks like, but

25  it's not going to be worse.  So that's, I think, the only

Academic Freedom Solutions

```
1   practical solution I can come up with for private universities.
2                   MODERATOR:  Thank you.
3                   MR. ABBOT:  Okay.  Well, I'm going to -- I'm
4   going to talk about some sort of in the trenches, kind of,
5   solutions that maybe could be useful.  So first, I want to go
6   through -- I want to talk about what the objective should be,
7   what the strengths our side has and formulate some plans.  So I
8   agree with Jerry, Jerry Coyne, what he said this morning, that
9   the objective should be Chicago principle, Kalven Report and
10  Shils report.
11                  So Chicago principles say free expression on
12  campus, even if it offends someone, and put in place
13  punishments for disrupting other people's speech.  Kalven
14  Report says the institution can never take a official corporate
15  position on any social and political issue at the risk of -- of
16  suppressing the speech of some members of the institution who
17  disagree.  And the Shils re- -- report says that academic
18  appointments can only be made on the basis of academic
19  qualifications and nothing else.  And the Shils report is
20  actually what's keeping DI statements out of University of
21  Chicago hiring.  So it has really important inf- -- and
22  immediate implications.
23                  Okay.  And the other thing is enforcement.  So
24  you can't just have these principles and say, Oh, we've got
25  them, you know, we're happy.  You have to actually do something
```

Academic Freedom Solutions

1  about them.  And I'm going to talk a little bit about how we've
2  been trying to make sure our administration enforces things at
3  UChicago.
4           So, now the strengths.  Okay.  The number one
5  strength, I think, is public support.  So the woke stuff is
6  super unpopular and the vast majority of people of all races
7  think that evaluations for university admissions and hiring
8  should be done on the basis of merit, for example.  They think
9  that, oh, almost -- you know, I think it's about three-quarters
10  of the public thinks that universities should have freedom of
11  expression in place.  So that's a big -- that's a big strength.
12           The second is alumni.  So I wore this pin from
13  the MIT Free Speech Alliance.  Bill Frezza, who spoke earlier,
14  is -- is either the head of that or one of the big people on
15  it.  And so that's a really important group.  Carl Neuss is
16  here sitting in the front for Cornell Free Speech.  And so
17  there are these alumni networks that have sprung up, people who
18  really care about their institution that they came from, and
19  they want to work with faculty and try to improve the
20  situation.  I think that's a big strength.
21           And fundraising.  So University of Austin
22  launched.  A lot of people on Twitter who, you know, said that
23  it was really bad and whatever.  But there is the $150 million
24  almost right away.  So it doesn't really matter if people say
25  bad things on Twitter if you can go out and -- and raise a

Academic Freedom Solutions

1  bunch of money and do what you want to do.

2          I think the silent majority of students and
3  faculty is on our side.  They're -- they have been very silent.
4  But, for example, after I started gotting [sic] -- getting in
5  trouble, I was immediately elected onto the council of the
6  university senate.  And so it -- as long as it's an anonymous
7  vote, people -- you will sometimes win on those things.  Not
8  all the time, but sometimes.

9          And then the last thing is sanity.  So if -- if
10 you look at what the woke people say, it's -- it's insane most
11 of the time.  And I think the presidents of u- -- of the
12 universities know that, and they -- they have to sort of kowtow
13 to them sometimes, but it is a strength to be able to go in and
14 say something sane to the president and -- and make a rational
15 argument.  So I think that's a strength.

16          Okay.  Now, I'm going to talk about three plans.
17 Three types of plans.  The first is working within
18 institutions, the second is starting new institutions, and the
19 third is involving government, which I think will be the most
20 provocative in this crowd, especially since there's a lot of
21 libertarian types.

22          So first working within institutions.  So the
23 woke people work really hard.  They -- they know how to grab
24 institutional power and -- and to take things over.  And
25 they're a really small percentage of the population.  And so

## Academic Freedom Solutions

1  that can be depressing, but it can also be, sort of -- you
2  know, it can make us feel optimistic, because we don't have to
3  be -- you don't have to have 90 percent of the people be
4  willing to be active on academic freedom issues.  You just have
5  to have, I don't know, five or ten percent of the faculty
6  willing to be obstinate on it.  And that could be enough to get
7  a lot done.
8                 But we have to be willing to actually work hard,
9  so many of us -- you know, we're interested in our scientific
10 or other scholarly research, and we're not necessarily
11 interested in going and sitting in a bunch of stupid, you know,
12 council meetings or sitting on committees to decide who's the
13 next dean or whatever.  But I think we're going to have to do
14 that because the other side is doing that.  And so that's what
15 working within institutions look like -- looks like.
16                 So at UChicago, we founded a group called
17 UChicago Free.  We have about 50 faculty members who are
18 willing to put their names on our website and publicly say that
19 they support the Kalven Report and the Chicago principles.  We
20 have a listserv where we discuss these issues, which has been
21 very useful to me.  Rick, in particular, has a huge
22 institutional memory, Rick Shweder, and has shared with us a
23 lot of former speeches he's made and things that have happened
24 in the past that not everybody would know about.  And so these
25 sorts of networks can be very useful.

Academic Freedom Solutions

1           And we've also done practical things.  So, for

2    example, we get people elected to the council of the university

3    senate.  Some of these things, you just have to show up to win.

4    And so we've got to start showing up.  And then the other thing

5    is, we had -- we have this Kalven Report that the university is

6    supposed to be neutral on social and political issues that was

7    respected until 2020, then all of a sudden, it was just not

8    respected.

9           And so the provost sort of set the tone by

10   repeatedly putting out statements about how we're supposed to

11   think about social and political stuff, and then it filtered

12   down and every department chair was like, Well, I guess I gotta

13   do this now, and -- and it just went crazy.  And so we had,

14   kind of, a two-year battle to get these statements removed that

15   Jerry was one of the leaders of the fight.

16          And it -- it involved a lot of writing to the

17   president, and eventually we had three meetings with the new

18   president.  And finally a process was set up where we can

19   submit an issue to the dean when there's an offending statement

20   put up, and the dean will order the statement down.  And if the

21   dean doesn't act, we go to the provost and then we can go to

22   the president.  And we've started getting these ta- --

23   statements taken down, and so far we have 100 percent rate.

24   Every statement we've said is a violation has been taken down.

25   And so that -- that took two years of fighting, but we

Academic Freedom Solutions

1  eventually got it to happen.  And so, you know, this stuff can
2  be useful.
3          And in terms of starting new institutions, I
4  mentioned the University of Austin before, and so there's --
5  there's scope for sort of big projects like that.  But also,
6  you can do little stuff.  And so I founded this Substack, the
7  Heterodox STEM Substack.  And we get submissions from faculty
8  and students, sometimes anonymous, sometimes signed, and people
9  can sort of put out what they're thinking and what they're
10 experiencing.  I think that's been very useful to the
11 community.  And so you can try to just do something yourself,
12 and maybe it works, maybe it doesn't work.
13         And finally, the provocative controversial idea,
14 so some of these things might take more action, more collective
15 action to get desirable results.  And so I'm going to propose
16 two potential ideas for discussion.  I'm not necessarily
17 advocating for them, but these are ways that the government
18 could get involved that maybe during this conference, we can
19 talk about more.
20         So the first is, we talked about the -- the
21 Chicago Trifecta, the Chicago principles, the Kalven Report and
22 the Shils report.  You could tie federal funding to adopting
23 and enforcing these principles in some way, somehow like a
24 Title IX kind of a thing.  So that's what I did.
25         And then the second idea, it is a way to enforce

## Academic Freedom Solutions

1   these, is you could -- you could sort of have -- you could

2   enable lawyers to file class action lawsuits if you could prove

3   that a university was not following these.  So one thing is,

4   you could tie funding to following them, but you could also

5   sort of say anyone who can -- if you get insider information

6   and you can prove that a university is not actually following

7   these, then you can do a class action lawsuit, and every

8   student who was -- who paid tuition that year gets their

9   tuition refunded or something like that.

10           And so those are two, sort of, ideas.  And I

11  know there's a lot of lawyers and people who know more about

12  this kind of stuff in the audience, but maybe there could be

13  some discussion about that if we have time on this panel.

14           MR. ARCIDIACONO:  All right.  So I'm going to

15  take a little bit different path and talk about what we have

16  agency over.  When we're operating in a space where our views

17  sort of don't fit in.  And I think can summarize it with, sort

18  of, we'll call the three Cs, that we need to have courage,

19  compassion and community.  And I think all three of those are

20  super-central to preserving the academic freedom that we're

21  looking for.

22           If we had courage, you know, some people will

23  think that because I've spoken up on particular things, that

24  I've got courage, and that is so many other things where I

25  haven't spoken up and completely wimped out.  You know?  And I

Academic Freedom Solutions

1  think that that's true for probably everybody in this room.
2  And I think it -- it's really hard -- hard to have that.  So I
3  think figuring out a way to say, Okay, it's worth it for me
4  to -- to -- to do that.
5          It's going to be a lot easier to do those
6  things, though, if you have compassion.  You cannot be seeing
7  the other people as not redeemable.  So to me, one of the --
8  the best examples of engaging on ac- -- on what we're looking
9  for is what fair does.  And I think in particular, that Daryl
10  Davis symbolizes that incredibly well.  The idea that, you
11  know, a black jazz musician can go talk to people in the KKK
12  and get them to turn over their hoods, if -- if he could do
13  that, you know, that's what -- that's what we really need --
14  need to be about.
15          So I think that part of the reason I've been
16  able to survive, given the views that I have, given the
17  research that I've done is because of my relationships with
18  people who disagree with me.  And I've got plenty of those
19  people who I love and care about.  And I've learned a ton from
20  them.  They say that, you know, it's really bad for
21  conservatives, but the reality is, I end up learning a ton
22  because my arguments actually get challenged.  And when you
23  don't have those arguments get challenged, you're just
24  intellectually soft, and it doesn't -- you know, I think that's
25  a big barrier.

Academic Freedom Solutions

1            You know, my kids go to a school that's a

2    classical school, and they have what's called grammar, logic

3    and rhetoric.  And I think a lot of times in an environment

4    like this, we're really focused on the logic.  But the issue of

5    communicating those ideas in ways that other people can

6    actually hear is huge.  You know, I think about Jonathan

7    Haidt's book quite a bit and the -- you know, why is it that

8    people believe what they believe and the ability to describe

9    that?

10           I have faculty members who are warned before

11   they come to -- to join our faculty that I'm a racist.  And

12   that sucks, right?  I mean, that definitely sucks.  But I'm

13   committed to having relationship with these people, and so they

14   know that that's not the case, right?  That requires me not

15   just sticking to, you know, dehumanization of the other side,

16   but to put up with -- with being called those things and engage

17   anyway and to love them anyway.  And I think if -- if we do

18   that, that's how the battle really turns.

19           I'm not actually -- I disagree with the mockery.

20   You know, I think it can be in good fun; but fundamentally, we

21   need to be having the relationship with those other people.

22   Some of those other people -- there's a set who are not going

23   to want to have any relationship with us.  That's fine.  But

24   there's enough other people out there that we can engage with

25   where that -- that can work out.

Academic Freedom Solutions

1    And so then on the last part, which is on the

2  commit -- on the community, you know, that's where it's really

3  important to have each other's backs on these types of things.

4  And that involves, you know, sending the emails to be

5  encouraging when you see people going through those times.  I

6  really like -- Joshua Kats has a great article on the culture

7  of the canceled.  When you read that ar- -- there's other

8  people out there.  And that's what can allow you to have the

9  courage to speak -- to speak out.  That's it.

10    MODERATOR:  Thank you.

11    MR. ROSE:  Okay.  Well, I think I'll open my

12  remarks with a disclaimer, which is my focus is fairly narrow.

13  The things that I'm working on are limited to freedom of speech

14  on campus and not the larger governance issues.  But the --

15  I've recently published an article that's called Conquering the

16  Climate of Fear.  And climate of fear is a -- it hallows back

17  to the language of the blacklist.  And I used that

18  intentionally because there's a great deal of fear to speak out

19  freely on campus.

20    And there's two types of fear.  The first one is

21  fear of being sanctioned by the university itself in some

22  capacity.  And the second, perhaps the more important fear, is

23  the fear of the reaction of your fellow students, usually, or

24  of your colleagues, and the social sanction that comes along

25  with that.  I only have a limited amount of time, so I -- but I

Academic Freedom Solutions

1    think it's more important.  I can't talk about the second fear.
2                    So I'll talk about the first fear and try to
3    offer practical solutions, which is what this panel is for --
4    for that.  All right.  With regard to freedom of speech on
5    campus, the problem is not that there isn't commitment from
6    universities to that.  Every public university is already
7    committed to freedom of speech because it's bound by the First
8    Amendment.
9                    The sense in which its -- the universities are
10   committed to freedom of speech is a sense governed by the First
11   Amendment, which is you must be free to express ideas, and you
12   can't be punished for the content of our speech.  The content
13   of the speech is what's protected.
14                    Other aspects of speech, like, if you're
15   insulting, if it's fraud, if it's libel, if it's all of these
16   things, if you're speaking on a loud speaker that you're
17   bothering people, that's regulatable.  What's protected is the
18   content of your ideas, and if they're offensive, you can't be
19   punished for that.  First Amendment protects that.
20                    For private universities, it's basically the
21   same.  There's, I think, over 100 universities now that have
22   adopted the Chicago principles.  The Chicago principles were
23   written by constitutional lawyers to make the restrictions of
24   the First Amendment applicable to the universities if you -- as
25   the university adopts that, they voluntarily apply the same

Academic Freedom Solutions

1    commitment to themselves.

2              And even universities that haven't exclusively

3    adopted the Chicago principles, if you look at their policy

4    statements, they contain words like "broadest," "untrammeled,"

5    "most extensive," "unfettered."  This is the language that they

6    use to describe the commitment of freedom of speech.  So

7    universities are committed to freedom of speech.  The problem

8    is not the commitment.  The problem is that the commitment's

9    not enforced.  That's where we should be focusing our

10   attention.

11             All right.  Think about it.  The purpose of

12   university speech policies is to restrain the actions of the

13   university's administrators, the deans, the provosts, the

14   presidents who enforces the speech policies.  The

15   administrators, the deans, the provosts, the presidents.  It's

16   not surprising that the enforcement is somewhat lax, right?

17   You put the wrong people in charge.

18             The problem here is -- I teach in the law

19   school.  I also teach in the business school.  It's --

20   occupationally, I have to learn to look at incentives.  So the

21   problem here has a lot to do with incentives.  There's no

22   -centive -- incentive for enforcement.  I said to someone on

23   the way in that many people who research this have -- who work

24   on this have to go out and research all of the instance- --

25   instances about lack of enforcement in other universities.  I

Academic Freedom Solutions

1  don't.  I work at Georgetown University.  I just have to go --
2  go down the list of what we've done the last seven years.
3              There's great examples of why it isn't enforced.
4  Instead of wasting time on that, I -- I'll just read you an
5  example.  We get campus climate newsletters all of the time
6  from the -- there's an update on inclusion and strengthening
7  our campus climate.  We're committed to free speech.  We've
8  adopted the Chicago statement, yet we get emails like this.
9  The relevant excerpt is, Many of you may have been made aware
10  about racially-insensitive messages posted anonymously on the
11  new social media app, Flock, which somebody must know what that
12  is.  We will be continuing to investigate these incidents.  If
13  anyone has any information on these messages, we urge you to
14  report them to the Office of Institutional Diversity, Equity
15  and Inclusion.
16              So it's not just that people have made
17  insensitive comments that are offensive.  It's that the
18  university is investigating them and incentivizing everyone
19  else to inform on the people who are saying the wrong thing.
20  That seems fairly antithetical to the commitment made by the
21  Chicago statements which the university has adopted.
22              All right.  That's a problem.  What's the
23  solution?  The solution is to change the incentives.  The
24  people who have -- no dean gets rewarded for upholding an
25  abstract commitment.  But if there's dissension going on and

Academic Freedom Solutions

1  students are going to cancel classes and there's a big -- it's
2  a big problem, their job is to keep the school going.  They
3  respond to their incentives.
4              In my experience, deans are not bad people,
5  they're not evil people, and they're certainly not ideali- --
6  idealized.  Right, they're administrators.  They're not
7  idealized.  They just have a job to do, and they respond to
8  their incentives, which is to keep the school going.  So they
9  have no incentive to uphold the -- the principle.  What we can
10 do.  I'll give you two practical solutions.
11             The first one is you have to write a particular
12 clause into the speech and expression policy.  I'll call it a
13 "safe harbor clause."  You get this sentence in the -- the
14 speech policy, and that's step one.  Uni- -- the university
15 will summarily dismiss any allegation that an individual or
16 group has violated a policy of the university if it determines
17 the allegation to be based solely on the individual or group's
18 expression of his, her or its religious philosophical literary
19 artistic, political or scientific viewpoints.
20             So you write the explicit commitment into the
21 university's speech and expression policy.  Why is that
22 important?  If it goes into our faculty handbook, it's now
23 legally binding on the university.  In many states, that's the
24 case.  In other states, even if it's not definitely legally
25 binding, it can be grounds for a lawsuit.  We -- they've now

Academic Freedom Solutions

```
 1   made a commitment to free speech, not in the abstract, but a
 2   real binding commitment that's legally enforceable.  That's
 3   Step 1.
 4              Step 2, this only works if you also have a
 5   widespread network of pro bono legal organizations which FIRE
 6   is in -- has already created or is in the process of creating
 7   people who will represent those that are -- whose speech is
 8   suppressed at no cost.  Nobody can afford to do it themselves.
 9   There's no return.  But if you have people who are dedicated to
10   freedom of speech and will bring lawsuits when universities --
11   let's say some -- subject somebody to a four-month
12   investigation because of what he said and make the
13   investigation to punishment, then we have something that will
14   change incentives.
15              At least in my university, university counsel is
16   not in the business of winning lawsuits.  University counsel's
17   in the business of preventing lawsuits.  And if universities
18   can be sued whenever they violate this particular provision,
19   they investigate people because of speech, it's not going to
20   change the dean's incentives, it's not going to change the
21   provost's incentive.  It will change university counsel's
22   incentive, but that is an important incentive to change,
23   because that person will start saying, We have to have
24   different training, we have to have different rules.  So that's
25   Step 1.
```

## Academic Freedom Solutions

1          Another possibly so- -- possible solution, too,
2    which is change the decision-making locus.  So you create a
3    prophylactive in this sense.  I'm the chair of the grievance
4    committee at Georgetown.  We have something called the initial
5    review committee for grievances.  You have an initial review
6    committee for accusations of violations of freedom of speech.

7          Before anything is pursued, before there's any
8    kind of investigation, the issue goes to the initial review
9    committee.  That committee is made up of people who understand
10   the difference between speech and conduct.  They know the legal
11   distinction.  They -- they're -- it's good if their lawyers
12   understand the constitutional distinction.  At least in my
13   case, it's better if they're not faculty.

14         You don't want faculty making this decision, but
15   you have people who know the difference between speech and
16   conduct, it goes through them first.  That group instantly
17   dismisses anything based solely on the content of ideas,
18   content of speech, and only allows complaints to go forward if
19   they find that there is some conduct that could violate policy.
20   That changes the location of decision-making.  It's another way
21   of changing incentives.

22         So my suggestion is that if you want to make the
23   commitments realistic, then you just simply don't just call
24   people names and don't say we're in a ideal- -- idealogical
25   struggle.  The issue is usually incentive structure, people do

Academic Freedom Solutions

1   what they're incentivized to do.  You don't want to hope for A
2   and pay for B.  Change the incentives and things should work
3   out.
4                   MODERATOR:  Thank you.
5                   Richard, I was, like, hoping to get your
6   reaction because, obviously, your suggestion was quite more
7   extreme than many of the other practical solutions that your
8   fellow panelists sort of made.  So what makes you pes- -- I'm
9   assuming you're pessimistic about the potential for success
10  with some of these strategies, so what's your reaction?
11                  MR. LOWERY:  So I think they're -- the
12  strategies themselves are good.  What I do not see is any hope
13  of actually getting them implemented, because there's nobody
14  who actually wants to do that who has the power to do it.  I
15  mean, maybe the alumni do, but the alumni get ignored because
16  it's not all of them and their money can be replaced with money
17  from more DEI focused -- you know, there's way more money on
18  the other side than on our side, so your -- your alumni are not
19  going to be able to force to do it.  The board, not going to do
20  anything.  So I don't know how you get to the point where these
21  incentives are changed.
22                  So -- and I -- and I think we've run the risk of
23  telling ourselves stories about how things are that are how --
24  kind of how we want them to be, like, if we reach out to the
25  people, you know, we -- we can convince people.  And I -- I

Academic Freedom Solutions

```
1   just don't see empirical evidence of that.  It doesn't -- you
2   know, Chicago is sort of a holdout, but I don't see a lot of
3   indication that we can actually get these things through at
4   private schools.
5              MODERATOR:  Anybody else wants...
6              MR. ROSE:  Yeah.  At least in my case, that's
7   not -- a hundred schools have adopted the Chicago principles,
8   they must have done -- they did that voluntarily.
9              MR. LOWERY:  Right.  But they can -- you -- you
10  can write anything down you want.
11             MR. ROSE:  Right.
12             MR. LOWERY:  You can carve that into a lake for
13  all the good it does --
14             MR. ROSE:  O- -- okay.
15             MR. LOWERY:  -- but you're not enforcing it.
16             MR. ROSE:  So then that means you could also get
17  them to adopt safe harbor provisions.  What I propose is to
18  make the commitment self-enforcing.  You can't -- you can't
19  make people do things that they don't believe in.  It's
20  self-enforcing.  It -- the individual whose speech is being
21  attacked can sue the university.  And the universities are
22  afraid of lawsuit.
23             MR. LOWERY:  Right.  But --
24             MR. ROSE:  It's a way of making it
25  self-enforcing rather than trying to make people do something
```

Academic Freedom Solutions

1  different at the top level.

2              MR. LOWERY:  But now you're talking about change

3  from the government.

4              MR. ROSE:  No.

5              MR. LOWERY:  Well, who -- who's going to make

6  the lawsuits easier?

7              MR. ROSE:  FIRE.  They've already made a network

8  of pro bono lawyers across the country who will take these

9  cases.  There's no government.  People whose speech is

10 suppressed have been given a legal avenue for complaining --

11 because you -- the problem at my school, I'm in the grievance

12 committee, the -- the people -- they just leave because it's

13 not worth it.  It's -- there's no threat.

14              But if you can bring a lawsuit against the

15 university and the university's afraid of that, things can

16 change.  Obviously, it can change because they -- the schools

17 adopt the Chicago principles, they can adopt this as well.

18              MR. LOWERY:  Right.  I mean, I'm the last person

19 who's going to say that suing universities is a bad idea, but

20 the policy change -- again, so you think the policy change

21 comes from the lawsuits not -- not a policy change

22 voluntarily --

23              MR. ROSE:  Absolutely.

24              MR. LOWERY:  -- and that -- that I -- you know,

25 I'm more sympathetic to that.  I still don't think it'll work,

Academic Freedom Solutions

1   but...

2                   MODERATOR:  Any other reactions before we, like,

3   open it up for Q&A?  No?  All right.  Then we'll go into Q&A.

4   Please remember to, like, introduce yourself and keep your

5   questions brief.

6                   UNIDENTIFIED SPEAKER:  How do I turn the -- oh.

7                   MODERATOR:  Whoever has a microphone, that's

8   sort of the determining factor.  Okay.

9                   MS. WAX:  Yeah.  I wanted to -- I am going to

10  say something very partisan here.

11                  MODERATOR:  Can you please introduce yourself?

12                  MS. WAX:  Can you -- can you hear me?

13                  MODERATOR:  Yeah.  Can you introduce yourself,

14  please?

15                  MS. WAX:  Oh, I'm Amy Wax.  I'm a professor at

16  the University of Pennsylvania Law School.  I'm going to say

17  something very partisan here.  I think that there is potential

18  for the government to take action.  I know conservatives and

19  libertarians are reluctant to push that, and I understand that

20  perfectly.  But there is an effort on to get legislators

21  interested in trying to reform higher education.

22                  And of course, the only legislators who are

23  interested in doing anything like that are Republicans.

24  Democrats are a total loss.  Democrats are not your friend

25  here, they are not going to do anything to undermine wokeism or

Academic Freedom Solutions

1   progressiveism or the growth of DIE bureaucracies in the
2   university.  They are 100 percent behind those trends.
3                   So what can legislators do, Republican
4   legislators?  Well, there's lots, but I think the real model
5   here is Title VI.  Title VI says that universities, private,
6   public or otherwise, that want to receive federal funds must
7   abide by certain rules.  They can't discriminate on the basis
8   of race, sex, et cetera, et cetera.  One could leverage
9   Title VI by imposing additional requirements, including every
10  university taking federal funds must adopt First Amendment
11  principles.  Every university taking federal funds must write
12  into its faculty handbook and its rules the kind of rules that
13  Don Hasnus (phonetic) is talking about, that all complaints
14  based on speech, rather than action, shall be immediately
15  dismissed.
16                  They could empower private individuals to sue.
17  Require the appointment of university officials who -- of
18  course, we don't like bureaucracy, but I think this one
19  bureaucrat we could tolerate, to oversee speech violations and
20  complaint of a justice department and enforce these rules.  So
21  I could go on and on.  There are a lot of measures here and,
22  you know, Professor Abbot also has alluded to some of those
23  that could be adopted if there was the power and the
24  inclination to do that.
25                  MODERATOR:  What's your reaction to that?

Academic Freedom Solutions

```
 1              MR. ABBOT:  Yeah.  I -- so I forgot to mention
 2    one thing.  At UChicago, I filed eight Title VI and Title IX
 3    complaints in the last year against programs that were
 4    illegally discriminating on the basis of sex or race, and the
 5    univers- -- the -- I filed them to the Title IX coordinator,
 6    who was not particularly receptive to these complaints.  So
 7    there were things like physics graduate student fellowships
 8    only for women, just as an example.
 9              But after a year of pressing her and emailing
10    again and again, and it went through the university counsel,
11    they admitted that seven out of the eight had to be removed and
12    they were discontinued.  And so those -- those sorts of efforts
13    can be useful.  And if we could add more stipulations for
14    academic freedom, I think that would make a big difference.
15              MODERATOR:  Jonathan?
16              MR. BERK:  I want to -- I want to go back to
17    Dorian's point because I think that that's --
18              MODERATOR:  Can you also introduce yourself?
19              MR. BERK:  Oh.  Oh, I'm sorry, I did already.
20    Jonathan.  Jonathan Berk, Professor of Finance in the Grad
21    School of Business.  Because I think of all the -- of all the
22    suggestions, the only one that was made that you could put in
23    place right away is the suggestion of the class action lawsuit.
24    And my question is, I don't really understand why this hasn't
25    come up.  So in the state of California, it's even stronger.
```

Academic Freedom Solutions

1   There is a state law that does not allow a university or any
2   institution to discriminate the basis of race, gender and you
3   go down the list.  We -- I'm not just advertising.  Certainly,
4   California is for California.  Berkley definitely does
5   discriminate on that basis, right?  And I don't think it would
6   be that hard to prove.
7                    Now, if that's true, it means that many people
8   who were denied the employment opportunities at that
9   institution, right, who you would think would have a
10  pretty big -- because getting a job at the University of
11  California is a pretty prestigious thing to get.  So if you
12  don't get that job, that would be costly.  And you didn't get
13  it because they violated state law, it would seem like the
14  university's very exposed.  And the University of
15  California-Berkley has an enormous endowment.
16                   So you would think that they would be a --
17  lawyers would say, My God, there's some money here, right?  I
18  mean, I -- I mean, I get these letters from class action
19  lawsuits for nonsense, right, that the lawyers have made a lot
20  of money out of.  Why has that not occurred?
21                   MR. ABBOT:  Yeah, so there's -- so two
22  improvements would be if you give it class action status and
23  who has standing.  So right now, it has to be a person -- a
24  specific person who is discriminated against who has to do the
25  lawsuit.  And so if you could somehow let the lawyers go at it

Academic Freedom Solutions

1  like sharks, that would be better.  But there is a professor

2  I'm aware of who's -- who's -- who's suing Texas A&M because of

3  some discrimination that they engaged in.  And I think

4  here's -- but to answer your question directly -- sorry for

5  hemming and hawing.  The real reason is, you have to be a crazy

6  person who doesn't care if you have friends to file such a

7  lawsuit.

8            And so you're immediately blacklisted.

9  Everybody -- you'll never get another job, everybody will hate

10  you and -- if you file a lawsuit on this basis.  And I think

11  that's what's preventing the lawsuits.

12            MR. ROSE:  I'm -- I'm going to dis- -- I'm going

13  to disagree with the premise of the question.  It's not obvious

14  that universities have crossed the border, engaged in illegal

15  discrimination, and it's not an easy lawsuit to win.  I know

16  from my own university, all of the materials they publish on

17  this are scrupulously and carefully written to skirt legality

18  and not cross the line.

19            You know, we're allowed to engage in affirmative

20  action and outreach.  We're allowed to do all kinds of things

21  to encourage minorities to apply for jobs in the school.  We

22  can't make the selection on these basis.  That's what's

23  illegal.  And nowhere in the years I've been there has my

24  university ever put out something that tells us to cross the

25  line and do things illegally.  We may get the message.  In our

Academic Freedom Solutions

1   minds, people who believe in racial decision-making may make

2   the decision on that basis.  But the -- it's extremely unlikely

3   that you'll win a lawsuit or a class action lawsuit unless

4   you've got some kind of smoking gun.

5                    MR. BERK:  You're right about Georgetown, and

6   it's true about Stanford because they're lawyers and they --

7   there's a huge endowment to worry about.  But it's not true

8   about the University of California-Berkeley.  Go and look at --

9   they have examples of correct diversity statements.

10                   MR. ROSE:  That's right and it's not illegal.

11                   UNIDENTIFIED SPEAKER:  (Inaudible) may I ask

12  a -- I have a practical question on the same thing, because

13  MIT -- I'm with the MIT Free Speech Alliance, Eric

14  (Inaudible) -- is currently having the faculty consider

15  adopting something like the Chicago principles, and I was

16  trying to persuade the -- the faculty who are doing this that

17  all the brand general statements can be dropped if they would

18  just put in they agree that MIT will be bound by the same First

19  Amendment law as state universities and they don't get it.

20  They don't get why that's more important than saying, free

21  speech is guaranteed to everyone in the world at MIT.  So how

22  do you persuade engineering professors, say, that they have to

23  get down to -- to nitty-gritty with law?

24                   MR. ROSE:  I spent two years doing that.  You

25  spend two years doing it, right?  Get -- get used to explaining

Academic Freedom Solutions

1  what the law is and what the words mean over and over and over

2  again.  And then after you get it through one group and it

3  come -- it comes back wrong, you do it again.  Right?

4          You could just say, We'll apply the First

5  Amendment to ourselves.  That's all it takes.  But they don't

6  know what the First Amendment means.  The Chicago principles

7  are a way of saying, this is what the First Amendment means,

8  all you have to do is adopt them.  But the le- -- it's -- it's

9  not easy.  Work inside of bureaucracy or inside a university

10  bureaucracy, which is worse, figure it's going to take two

11  years.  It took me from 2015 to 2017 before Georgetown adopted

12  it, and then they didn't enf- -- and I'm still working on it

13  because then they wouldn't enforce it.  Just put your head down

14  and say, you know, I'm going to get this through.

15          MR. NADON:  Yeah.  My name is Christopher Nadon.

16  I'm currently in the process of getting fired at Claremont

17  McKenna College.  And -- and -- and so my question has some

18  practical -- personal practical applications as well.  Dorian

19  Abbot talked about how there's a possibility of having someone

20  with insider information who comes forward and the other cases

21  that bring forth wrongdoing.  How does one, then, get around

22  the problem that then that leaves the person who provides the

23  inside information as open to being fired on the basis of

24  various kinds of violation of confidentialities, which colleges

25  are certainly quite good at putting into statute and enforcing?

Academic Freedom Solutions

```
 1              MR. LOWERY:  I better not say anything about
 2   that either.
 3              MR. ABBOT:  But you could -- in the abstract,
 4   you could talk about.
 5              MR. LOWERY:  No.  I'm on very --
 6              MR. ROSE:  You've identified -- you've
 7   identified a real issue, a real problem.  If you have
 8   confidential information, you know the university is lying and
 9   you reveal it, you're serving a cause but you've broken your
10   own nondisclosure agreement and they can go after you for that
11   and they will.  That's a serious problem.
12              MR. ABBOT:  Some state universities, can't you
13   get a Freedom of Information Act and, like, look at all the
14   emails people have been sending or something like that?
15              MR. ROSE:  Perhaps that's a good idea.
16              MODERATOR:  Who has the mic?
17              UNIDENTIFIED SPEAKER:  Right here.
18              MR. KAUFMANN:  Hello?  Can you hear me?  Yeah.
19   Er- -- Eric Kaufmann, Birkbeck College, University of London
20   political science.  I'll be speaking later, so I don't want to
21   hog floor time here.  Just -- I, quick, want to say that just
22   this discussion, I think, brings home Amy's point that, really,
23   we've got to get government and legislation involved because if
24   you talk about the law, I mean, like many of you, I've been
25   through these internal investigations, and what they'll do is
```

Academic Freedom Solutions

1   they'll always throw your freedom of speech under the bus
2   compared to our policy in work and study, which, of course,
3   they always reference back to the legislative framework around
4   not creating a hostile environment for designated groups and
5   without specifying what takes precedent over what.
6                     And of course, they're violating, actually,
7   these laws all the time.  But still, without getting government
8   involved, I don't see how we can crack this nut, 'cause they're
9   always going to sort of use -- whether it's civil rights law or
10  whether it's written in the 2010 Equality Act provisions about
11  not fostering positive relationships between -- they will
12  always drag out something that will trump your free speech.  So
13  I -- I think unless that is finally tuned, finely specified in
14  law, we're not going to get anywhere.
15                    MODERATOR:  Any reactions to the question?
16                    MR. ROSE:  Yeah, I'm sorry.  It's -- it's not an
17  unfamiliar role for me, but I guess it's my role to be a
18  contrarian here.  The last thing we want is to get the
19  government involved.  What you want is to get indi- -- empower
20  individuals to enforce their rights themselves.  An analogy --
21  there's a difference between legislation and civil liability.
22                    You want people who are subjected to this to be
23  able to bring pressure on the university to vindicate their
24  rights as faculty members, as students.  You know, the last
25  thing you want is the government making the rules.  How'd we

Academic Freedom Solutions

1  get to the position we're in now?  The leg- -- you don't want
2  politicians involved in this.  The problem is that these are
3  too politically motivated.  What you want to do is empower
4  individuals to enforce their rights themselves, and you can do
5  that by making the policies specific enough so that you can
6  have a FIRE lawyer come in and sue for you in case your rights
7  are violated.

8          MR. NEUSS:  Carl Neuss.  I'm representing the
9  National Alumni Free Speech Alliance as well as Cornell Free
10 Speech Alliance.  And we're very proud of a gentleman by the
11 name of Leonard Leo, who is a Cornell grad and founder of the
12 Federalist Society.  In trying to get advice from him, I had a
13 very long conversation, and he listened to me for about an
14 hour, and then he had two words of advice, which picks up on
15 Richard's idea.  And he said brand tarnishment.

16         And the -- what -- what -- whether you're woke
17 or whether you're on the right, I'm sure all this fa- -- all
18 faculty, irregard- of -- of what your -- your political
19 persuasion is, what's most important to you if you're at
20 Stanford is that you're a Stanford faculty member and you're
21 very extremely proud of that.  You don't want that to be
22 tarnished, regardless of what side of the political spectrum
23 you're on.  And so I -- I wonder what the potential there is.

24         And not that we need to tarnish the brand, but
25 we've had some success at Cornell, in particular, of pointing

Academic Freedom Solutions

1  out that Cornell is tarnishing its own brand, the
2  administrators are tarnishing their brand.  In particular,
3  Randy Wayne was very important because they -- they canceled
4  Lincoln, and they -- Cornell happens to be the owner of one
5  Linc- -- the Gettysburg Address in Lincoln's own hand and a
6  bust done of -- of Lincoln in his last days of -- of his life.
7              And they -- they -- they canceled him.  And once
8  we threw a spotlight on that, a small group of people
9  associated with the faculty in our group, it was amazing how
10  fast the university capitulated.  But unless someone threw a
11  spotlight on it, no one -- it would have gone unnoticed and
12  un- -- undealt with.  So any comments on that strategy in terms
13  of trying to turn things around?
14              MR. ARCIDIACONO:  So I think transparency's
15  really a key thing and that the more transparency you get, the
16  more you can see some of those things.  You know, you've got
17  the case before the Supreme Court right now, and one of the
18  things that's hurt Harvard a lot is what's exposed in their
19  admissions processes.  You know, Gorsuch just hammered on the
20  fact that it was the squash team.  Over and over again, we're
21  giving free admission to the squash players.
22              Those types of things, I think -- I think
23  transparency is key to the whole operation.  I think it's a --
24  a moral wrong that universities don't use their data to help
25  their students.  And that if we actually vested in having

Academic Freedom Solutions

1  universities show their data, then I think we could actually
2  make a lot of great progress.  And some of these debates that
3  we're having about DEI and such, they actually have
4  implications for the empirics where we should evaluate it.
5              So -- and my son's a -- a sophomore at Notre
6  Dame now and -- and part of his first year experience, he had
7  to read something by Robin DiAngelo with no counter.  And that
8  really bothered me, and -- but the -- the thing about it is, is
9  I may think that Robin DiAngelo's work is toxic, but I'd be
10 perfectly okay if you did a randomized thing where we're going
11 to give half the people stuff from FAIR and half the people
12 Robin DiAngelo and then evaluate.
13             But I think what we really need to be pushing
14 for -- and part of the practical solution I forgot to mention
15 is pushing universities to be transparent to say, Look, I want
16 empathy across, you know, I want to solve racial issues, I
17 disagree with your solutions.  Give me the data so we can
18 actually evaluate what works.  And I think that through that,
19 you know, that's a roundabout way of getting to the -- the --
20 the talk- -- the -- the branding issue.  I think a lot gets
21 exposed.
22             MR. LOWERY:  Can I -- could I jump -- so I mean,
23 I'm -- I'm obviously very much in line with the idea of brand
24 tarnishing, but I think there's a fundamental difference of
25 opinion between, sort of, what my approach is and what --

Academic Freedom Solutions

1    what -- that is getting in the i- -- the -- I think the idea
2    there is, Oh, we'll tarnish their brand and they'll respond and
3    fix things and things will get better, my argument would be, if
4    you really dig down and you look at this -- and I've spent many
5    years looking at this -- there's not stuff under the hood worth
6    salvaging.
7              Like, we're not going to fix univer- -- if you
8    look at the personnel, you look at how people have behaved over
9    the past 30, 40, years, it's not the right set of people to be
10   doing this job.  We just -- it's not -- we need to tarnish the
11   brand to where we replace it with something else, not, like,
12   course correct a little bit.  We've got totally the wrong
13   people, we've got totally the wrong institutions.  We just need
14   to go in that direction, I think.
15             MODERATOR:  All right.  I think we have, like,
16   time for two more questions, so --
17             UNIDENTIFIED SPEAKER:  All right.
18             MODERATOR:  -- and the gentleman at the center
19   table had his hand up from the very beginning, so if you can
20   make sure...
21             MR. CARVALHO:  So Carlos Carvalho from the Salem
22   Center, the University of Texas.  I just had a question on the
23   legislation side and then -- I'm sorry -- on the litigation
24   side, where, sure, we can sue universities (inaudible) in
25   violation of First -- the First Amendments rights are -- are --

Academic Freedom Solutions

1   are -- take -- take place and they take place all the time and

2   there's some -- some lawsuits coming out (inaudible) on that.

3   But my understanding -- and I'm married to an attorney so I --

4   I -- you know, talk a lot about that with her -- is that the

5   punitive damages for the university are very low on this.  It's

6   like a slap on the wrist is my dean apologizing for violating

7   my First Amendment rights.

8            And that's -- they sit on billions of dollars of

9   endowment, so they're not afraid of that.  It's like, Oh, sure,

10  yeah, sue me.  It's going to be costing us time, money,

11  prestige.  My colleagues won't talk to me, whatever, right, if

12  I go and engage in that lawsuit.  And, yeah, the punishment is,

13  like, literally a slap on the wrist.  There's not -- nobody's

14  going to give you money to pay for -- is that correct?  Is

15  that -- do you see a different route where you actually get

16  some actual punishment to universities?

17           MR. ROSE:  You're entirely correct.  These

18  lawsuits wouldn't produce large punitive (inaudible).  It's

19  possible you can get a case where it would, but they typically

20  wouldn't produce large punitive damages award.  They may only

21  have very moderate compensatory damage awards, although in some

22  cases the defamation effect on the person's character, a

23  professor's character could be significant.

24           But you don't need some massive punitive damage

25  award in one case for this to have an effect, because if all of

Academic Freedom Solutions

1  the universities have these policies in place, and every time
2  somebody is punished for speech, there's a law- -- university
3  counsel's not about winning.  It's about preventing lawsuits.
4  Even if they're a couple -- $10,000 a shot, you get the
5  deterrent effect where the university -- my counsel's always
6  talking to us about how we can't do this, not because it's
7  wrong, but because somebody might sue us.
8          What you want is university counsel to be the
9  party motivated to change the internal structures and
10  incentives so that people don't -- you know, deans don't feel
11  like it's okay to punish speech just to mollify the students.
12  And over time, gradually, you can make a difference this way.
13  You don't need big damages award, you just need the suit
14  brought and to be something.  You can't do that now because of
15  litigation costs, but Fire's solving that problem for us by
16  providing lawyers at no cost.
17          It's a step-by-step gradual thing.  It can work.
18  I don't have any magic bullet that does it tomorrow.  Let's
19  just change the incentives.
20          MODERATOR:  Anybody else want to react to that?
21          UNIDENTIFIED SPEAKER:  Quick comment.
22          MODERATOR:  All right.  Then, yeah.
23          MR. ETCHEMENDY:  My name is John Etchemendy.
24  I'm a -- a -- a professor here in philosophy.  I'm -- I was the
25  provost for a while.  And I -- I just want to act as a

Academic Freedom Solutions

1   megaphone to John, I agree with everything you said -- you've
2   said, John.  And -- and --
3                   MR. ROSE:  That never happens.
4                   MR. ETCHEMENDY:  Especially with philosophers.
5   The important thing that I think people may be missing is that
6   if you can get that sentence that he read off into the faculty
7   handbook, that is the employment contract.  At that point, you
8   no longer have to worry about a class action suit or who is --
9   you know, who's going to have the -- the guts to -- to file a
10  class action suit.  Then it becomes an individual suit if -- if
11  the university violates that and does not follow that -- that
12  sentence, then the individual who has been wronged can sue.
13  And -- and -- and that will happen.
14                  So I -- I think it's -- that is the most
15  brilliant strategy I've heard in a long time.  Now, signing on
16  to these statements, the Chicago statement, I -- I think that's
17  wonderful, but that is not going to be enforceable.  So -- so I
18  think that, you know, I -- I would very much like to see more
19  people appreciate the -- the importance of enforceability.
20                  Oh, and by the way -- so Richard, I disagree
21  with just about everything you said.  But in particular, who
22  runs the university?  It is the faculty.  It really is the
23  faculty.  The faculty power -- the faculty have the power to
24  get a president fired.  It's not the board, not at all the
25  board.  I mean, you're -- you're absolutely right about the

## Academic Freedom Solutions

1  board.  They're -- they don't know what they're -- what they're

2  doing.  But the faculty run the university and if we can get

3  the faculty to push for something like that change in the

4  faculty handbook, we could actually get something done.  The

5  problem -- now getting back to Amy's point, the problem is that

6  our faculties tend to be very, very liberal and -- and very

7  much have bought into, you know, the DEI agenda.  So -- so I

8  don't know if that's going to happen.  I -- but I -- I do think

9  that that strategy is exactly the right way to go.

10              MR. ROSE:  I have that before our faculty senate

11  right now at Georgetown.

12              MODERATOR:  All right.  Well, please join me in

13  thanking the panelists.

14              (End of recording.)

15

16

17

18

19

20

21

22

23

24

25

Academic Freedom Solutions

```
 1              C E R T I F I C A T E
 2        I, TERRI GARCIA, Certified Shorthand Reporter in and for
 3   the State of Texas, certify that the foregoing is a correct
 4   transcription from the audio recording of the proceedings in
 5   the above-entitled matter.
 6        I further certify that I am neither counsel for, related
 7   to, nor employed by any of the parties to the action in which
 8   this hearing was taken, and further that I am not financially
 9   or otherwise interested in the outcome of the action.
10        I further certify that the transcription fee of
11   $_____ was paid/will be paid in full by
12   _____.
13
14
15              _____
                Terri Garcia, Texas Certified
16              Shorthand Reporter No. 6581
                Dickman Davenport, Inc.
17              Firm Registration No. #312
                4228 North Central Expressway
18              Suite 101
                Dallas, Texas  75206
19              (214) 855-5100
                My commission expires:  7-31-23
20
21
22
23
24
25
```

Dickman Davenport, Inc

Academic Freedom Solutions

**A**

**A&M** 31:2
**Abbot** 8:3 28:22
29:1 30:21
33:19 34:3,12
**abide** 28:7
**ability** 16:8
**able** 10:13 15:16
24:19 35:23
**above-entitled**
44:5
**absolutely** 26:23
42:25
**abstract** 20:25
22:1 34:3
**ac-** 15:8
**academic** 1:11
2:4,7 8:17,18
11:4 14:20
29:14
**accusations** 23:6
**act** 12:21 34:13
35:10 41:25
**action** 13:14,15
14:2,7 27:18
28:14 29:23
30:18,22 31:20
32:3 42:8,10
44:7,9
**actionable** 2:6,8
**actions** 19:12
**active** 11:4
**actual** 3:23 6:5
40:16
**add** 29:13
**additional** 28:9
**Address** 37:5
**administration**
9:2
**administrators**
19:13,15 21:6
37:2
**admission** 37:21
**admissions** 9:7
37:19

**admitted** 29:11
**adopt** 25:17
26:17,17 28:10
33:8
**adopted** 18:22
19:3 20:8,21
25:7 28:23
33:11
**adopting** 13:22
32:15
**adopts** 18:25
**advertising** 30:3
**advice** 36:12,14
**advocating** 13:17
**affirmative** 31:19
**afford** 22:8
**afraid** 25:22
26:15 40:9
**agency** 4:24
14:16
**agenda** 43:7
**agree** 8:8 32:18
42:1
**agreement** 34:10
**allegation** 21:15
21:17
**Alliance** 9:13
32:13 36:9,10
**allow** 17:8 30:1
**allowed** 31:19,20
**allows** 23:18
**alluded** 28:22
**alumni** 9:12,17
24:15,15,18
36:9
**amazing** 37:9
**Amendment** 18:8
18:11,19,24
28:10 32:19
33:5,6,7 40:7
**Amendments**
39:25
**amount** 17:25
**Amy** 27:15
**Amy's** 34:22 43:5

**analogy** 35:20
**analyze** 2:4
**anonymous** 10:6
13:8
**anonymously**
20:10
**answer** 31:4
**antithetical**
20:20
**Anybody** 25:5
41:20
**anymore** 5:15
7:23
**anyway** 16:17,17
**apologize** 2:17
**apologizing** 40:6
**app** 20:11
**applicable** 18:24
**applications**
33:18
**apply** 18:25
31:21 33:4
**appointment**
28:17
**appointments**
8:18
**appreciate** 42:19
**approach** 6:20
38:25
**ar-** 17:7
**ARCIDIACO...**
14:14 37:14
**argument** 7:1
10:15 39:3
**arguments** 15:22
15:23
**article** 17:6,15
**artistic** 21:19
**aside** 6:4
**aspects** 18:14
**associated** 37:9
**assuming** 24:9
**attacked** 25:21
**attention** 19:10
**attitudes** 5:20

**attorney** 40:3
**audience** 14:12
**audio** 44:4
**Austin** 9:21 13:4
**authority** 3:23
**avenue** 26:10
**award** 40:20,25
41:13
**awards** 40:21
**aware** 20:9 31:2
**awful** 4:15,20
5:17

**B**

**B** 24:2
**back** 2:7 3:2
17:16 29:16
33:3 35:3 43:5
**backs** 17:3
**bad** 9:23,25
15:20 21:4
26:19
**bankrupt** 6:21
**bankruptcy** 5:1
**barrier** 15:25
**based** 21:17
23:17 28:14
**basically** 4:9
18:20
**basis** 8:18 9:8
28:7 29:4 30:2
30:5 31:10,22
32:2 33:23
**battle** 12:14
16:18
**beginning** 39:19
**begins** 2:1
**behaved** 39:8
**believe** 16:8,8
25:19 32:1
**Berk** 29:16,19,20
32:5
**Berkley** 30:4
**best** 15:8
**better** 5:19 6:13

6:17 23:13 31:1
34:1 39:3
**big** 9:11,11,14,20
13:5 15:25 21:1
21:2 29:14
30:10 41:13
**Bill** 9:13
**billions** 4:16,16
4:21 40:8
**binding** 21:23,25
22:2
**Birkbeck** 34:19
**bit** 2:12 5:16 9:1
14:15 16:7
39:12
**black** 15:11
**blacklist** 17:17
**blacklisted** 31:8
**board** 3:18,19
4:8 24:19 42:24
42:25 43:1
**boards** 3:21 6:21
**bono** 22:5 26:8
**book** 16:7
**border** 31:14
**bothered** 38:8
**bothering** 18:17
**bought** 43:7
**bound** 18:7 32:18
**brand** 7:15 32:17
36:15,24 37:1,2
38:23 39:2,11
**branding** 38:20
**brief** 27:5
**brilliant** 42:15
**bring** 5:2 22:10
26:14 33:21
35:23
**brings** 34:22
**broadest** 19:4
**broken** 34:9
**brought** 41:14
**bullet** 41:18
**bunch** 3:19,21
10:1 11:11

Academic Freedom Solutions

bureaucracies
28:1
bureaucracy
28:18 33:9,10
bureaucrat 28:19
bus 35:1
business 3:25
4:15 19:19
22:16,17 29:21
bust 37:6

C

C 44:1,1
California 29:25
30:4,4,11
California-Ber...
32:8
California-Ber...
30:15
call 14:18 21:12
23:23
called 11:16 16:2
16:16 17:15
23:4
campus 8:12
17:14,19 18:5
20:5,7
cancel 21:1
canceled 17:7
37:3,7
capacity 17:22
capital 3:14 4:12
4:19,22 5:1 6:6
6:20
capitulated 37:10
care 9:18 15:19
31:6
carefully 31:17
cares 3:21
Carl 9:15 36:8
Carlos 39:21
Carvalho 39:21
39:21
carve 25:12
case 16:14 21:24

23:13 25:6 36:6
37:17 40:19,25
cases 26:9 33:20
40:22
cause 34:9 35:8
center 39:18,22
centive 19:22
Central 44:17
certain 5:8 28:7
certainly 21:5
30:3 33:25
Certified 44:2,15
certify 44:3,6,10
cetera 28:8,8
chair 12:12 23:3
challenged 15:22
15:23
chances 4:7
change 2:17 3:23
4:1 20:23 22:14
22:20,20,21,22
23:2 24:2 26:2
26:16,16,20,20
26:21 41:9,19
43:3
changed 24:21
changes 23:20
changing 23:21
character 40:22
40:23
charge 5:9,25
7:23 19:17
check 5:14
Chicago 8:9,11
8:21 11:19
13:21,21 18:22
18:22 19:3 20:8
20:21 25:2,7
26:17 32:15
33:6 42:16
Christopher
33:15
civil 35:9,21
Claremont 33:16
class 14:2,7 29:23

30:18,22 32:3
42:8,10
classes 21:1
classical 16:2
clause 21:12,13
clearly 6:17
climate 17:16,16
20:5,7
Cochrane 2:2 3:7
colleagues 17:24
40:11
collective 13:14
College 33:17
34:19
colleges 33:24
come 5:18 6:7,10
7:23 8:1 16:11
29:25 33:3 36:6
comes 17:24
26:21 33:3,20
coming 40:2
comment 41:21
comments 3:4
20:17 37:12
commission
44:19
commit 17:2
commitment
18:5 19:1,6,8
20:20,25 21:20
22:1,2 25:18
commitment's
19:8
commitments
23:23
committed 16:13
18:7,10 19:7
20:7
committee 23:4,5
23:6,9,9 26:12
committees 11:12
communicating
16:5
community
13:11 14:19

17:2
companies 7:9
company 7:7
compared 35:2
compassion
14:19 15:6
compensatory
40:21
complaining
26:10
complaint 28:20
complaints 23:18
28:13 29:3,6
completely 6:12
7:2 14:25
conduct 23:10,16
23:19
conference 2:3
13:18
confidential 34:8
confidentialities
33:24
Conquering
17:15
conservatives
15:21 27:18
consider 32:14
constitutional
18:23 23:12
contain 19:4
content 18:12,12
18:18 23:17,18
continuing 20:12
contract 42:7
contrarian 35:18
controversial
13:13
conversation
36:13
conversations
2:23
convince 24:25
coordination 5:8
coordinator 29:5
Cornell 9:16 36:9

36:11,25 37:1,4
corporate 8:14
correct 32:9
39:12 40:14,17
44:3
cost 4:6 22:8
41:16
costing 40:10
costly 30:12
costs 4:5 41:15
council 10:5
11:12 12:2
counsel 22:15
29:10 41:8 44:6
counsel's 22:16
22:21 41:3,5
counter 38:7
country 26:8
couple 41:4
courage 14:18,22
14:24 17:9
course 2:23 27:22
28:18 35:2,6
39:12
Court 37:17
Coyne 8:8
crack 7:2 35:8
crazy 12:13 31:5
create 6:5 23:2
created 22:6
creating 22:6
35:4
cross 31:18,24
crossed 31:14
crowd 10:20
Cs 14:18
culture 17:6
currently 32:14
33:16

D

Dallas 44:18
damage 40:21,24
damages 40:5,20
41:13

**Dame** 38:6
**dare** 5:24
**Daryl** 15:9
**data** 37:24 38:1
    38:17
**Davenport** 44:16
**Davis** 15:10
**days** 37:6
**deal** 17:18
**dean** 11:13 12:19
    12:20,21 20:24
    40:6
**dean's** 22:20
**deans** 19:13,15
    21:4 41:10
**debates** 38:2
**decide** 11:12
**decision** 23:14
    32:2
**decision-making**
    23:2,20 32:1
**dedicated** 22:9
**defamation**
    40:22
**definitely** 16:12
    21:24 30:4
**dehumanization**
    16:15
**DEI** 24:17 38:3
    43:7
**Democrats** 27:24
    27:24
**denied** 30:8
**department**
    12:12 28:20
**depressing** 11:1
**describe** 16:8
    19:6
**designate** 5:8
**designated** 35:4
**designation** 6:2
    6:18
**desirable** 13:15
**determines** 21:16
**determining** 27:8

**deterrent** 41:5
**device** 5:8
**DI** 8:20
**DiAngelo** 38:7,12
**DiAngelo's** 38:9
**Dickman** 44:16
**DIE** 28:1
**difference** 23:10
    23:15 29:14
    35:21 38:24
    41:12
**different** 14:15
    22:24,24 26:1
    40:15
**difficulty** 4:24
**dig** 39:4
**direction** 39:14
**directly** 31:4
**dis-** 31:12
**disagree** 8:17
    15:18 16:19
    31:13 38:17
    42:20
**disclaimer** 17:12
**discontinued**
    29:12
**discourse** 6:25
**discriminate**
    28:7 30:2,5
**discriminated**
    30:24
**discriminating**
    29:4
**discrimination**
    31:3,15
**discuss** 11:20
**discussion** 13:16
    14:13 34:22
**dismiss** 21:15
**dismissed** 28:15
**dismisses** 23:17
**disrupting** 8:13
**dissension** 20:25
**distinction** 2:24
    23:11,12

**diversity** 20:14
    32:9
**doing** 5:6,7 6:8
    7:9 11:14 27:23
    32:16,24,25
    39:10 43:2
**dollars** 4:17,21
    40:8
**Don** 28:13
**Dorian** 2:12
    33:18
**Dorian's** 29:17
**drag** 35:12
**dropped** 32:17

———————
**E**
———————
**E** 44:1,1
**earlier** 9:13
**easier** 15:5 26:6
**easy** 31:15 33:9
**economist** 3:12
    3:13
**education** 27:21
**effect** 40:22,25
    41:5
**effort** 7:14,21
    27:20
**efforts** 2:19
    29:12
**eight** 29:2,11
**either** 4:4 9:14
    34:2
**elected** 10:5 12:2
**elite** 5:6,21
**elite-type** 3:20
**emailing** 29:9
**emails** 17:4 20:8
    34:14
**embarrassing**
    7:12
**empathy** 38:16
**empirical** 25:1
**empirics** 38:4
**employed** 44:7
**employment** 30:8

    42:7
**empower** 28:16
    35:19 36:3
**enable** 14:2
**encourage** 31:21
**encouraging** 17:5
**endowment**
    30:15 32:7 40:9
**enf-** 33:12
**enforce** 2:15
    13:25 28:20
    33:13 35:20
    36:4
**enforceability**
    42:19
**enforceable** 22:2
    42:17
**enforced** 19:9
    20:3
**enforcement**
    8:23 19:16,22
    19:25
**enforces** 9:2
    19:14
**enforcing** 7:3
    13:23 25:15
    33:25
**engage** 2:14
    16:16,24 31:19
    40:12
**engaged** 31:3,14
**engagement** 2:13
**engaging** 15:8
**engineering**
    32:22
**enjoyable** 7:17
**enormous** 30:15
**entirely** 40:17
**environment**
    5:22 6:14 16:3
    35:4
**Equality** 35:10
**Equity** 20:14
**Er-** 34:19
**Eric** 32:13 34:19

**especially** 10:20
    42:4
**et** 28:8,8
**Etchemendy**
    41:23,23 42:4
**evaluate** 38:4,12
    38:18
**evaluations** 9:7
**eventually** 7:22
    12:17 13:1
**everybody** 11:24
    15:1 31:9,9
**evidence** 25:1
**evil** 21:5
**exactly** 4:19 43:9
**example** 5:18 9:8
    10:4 12:2 20:5
    29:8
**examples** 15:8
    20:3 32:9
**excerpt** 20:9
**exclusively** 19:2
**experience** 21:4
    38:6
**experiences** 2:12
**experiencing**
    13:10
**expires** 44:19
**explaining** 32:25
**explicit** 21:20
**exposed** 30:14
    37:18 38:21
**express** 18:11
**expression** 8:11
    9:11 21:12,18
    21:21
**Expressway**
    44:17
**extensive** 19:5
**extra** 4:21
**extreme** 24:7
**extremely** 32:2
    36:21

———————
**F**
———————

Academic Freedom Solutions

**F** 44:1
**fa-** 36:17
**fact** 37:20
**factor** 27:8
**faculties** 43:6
**faculty** 4:10 9:19
  10:3 11:5,17
  13:7 16:10,11
  21:22 23:13,14
  28:12 32:14,16
  35:24 36:18,20
  37:9 42:6,22,23
  42:23,23 43:2,3
  43:4,10
**fair** 15:9 38:11
**fairly** 17:12
  20:20
**far** 5:7 12:23
**fast** 37:10
**fear** 17:16,16,18
  17:20,21,22,23
  18:1,2
**federal** 6:9,16
  13:22 28:6,10
  28:11
**Federalist** 36:12
**fee** 44:10
**feel** 11:2 41:10
**fellow** 17:23 24:8
**fellowships** 29:7
**fight** 12:15
**fighting** 12:25
**figure** 3:10 33:10
**figuring** 15:3
**file** 14:2 31:6,10
  42:9
**filed** 29:2,5
**filtered** 12:11
**filtering** 5:13
**finally** 12:18
  13:13 35:13
**Finance** 29:20
**financial** 3:13
  4:13
**financially** 44:8

**find** 3:5 6:15
  23:19
**fine** 7:16 16:23
**finely** 35:13
**FIRE** 22:5 26:7
  36:6
**Fire's** 41:15
**fired** 33:16,23
  42:24
**firm** 4:14,23
  44:17
**firms** 4:4,16
**first** 2:11 8:5
  10:17,22 13:20
  17:20 18:2,7,10
  18:19,24 21:11
  23:16 28:10
  32:18 33:4,6,7
  38:6 39:25,25
  40:7
**fit** 14:17
**five** 11:5
**fix** 3:8,10 6:21
  39:3,7
**Flock** 20:11
**floor** 34:21
**focus** 2:8,15 3:19
  17:12
**focused** 16:4
  24:17
**focusing** 2:3 3:12
  19:9
**follow** 42:11
**following** 2:10
  14:3,4,6
**force** 24:19
**foregoing** 44:3
**forgot** 29:1 38:14
**former** 11:23
**formulate** 8:7
**forth** 33:21
**forward** 23:18
  33:20
**fostering** 35:11
**founded** 11:16

  13:6
**founder** 36:11
**four-month**
  22:11
**framework** 35:3
**fraud** 18:15
**free** 5:22 8:11
  9:13,16 11:17
  18:11 20:7 22:1
  32:13,20 35:12
  36:9,9 37:21
**freedom** 1:11 2:5
  2:7 9:10 11:4
  14:20 17:13
  18:4,7,10 19:6
  19:7 22:10 23:6
  29:14 34:13
  35:1
**freely** 17:19
**Frezza** 9:13
**friend** 27:24
**friends** 31:6
**front** 9:16
**full** 44:11
**fun** 16:20
**fund** 4:13
**fundamental**
  38:24
**fundamentally**
  16:20
**funding** 13:22
  14:4
**fundraising** 9:21
**funds** 28:6,10,11
**further** 44:6,8,10
**future** 6:3

———————
**G**
**gain** 2:6
**Garcia** 44:2,15
**gender** 30:2
**general** 32:17
**gentleman** 36:10
  39:18
**Georgetown** 20:1

23:4 32:5 33:11
  43:11
**getting** 6:13 10:4
  12:22 24:13
  30:10 33:16
  35:7 38:19 39:1
  43:5
**Gettysburg** 37:5
**give** 5:14 21:10
  30:22 38:11,17
  40:14
**given** 15:16,16
  26:10
**giving** 37:21
**go** 2:10,11,13 3:8
  4:22 5:9,9,19
  6:15,21 7:11,22
  8:5 9:25 10:13
  12:21,21 15:11
  16:1 19:24 20:1
  20:2 23:18 27:3
  28:21 29:16
  30:3,25 32:8
  34:10 39:14
  40:12 43:9
**God** 30:17
**goes** 3:5 4:15 6:7
  7:14 21:22 23:8
  23:16
**going** 3:8,19 4:8
  4:11 6:20 7:25
  8:3,4 9:1 10:16
  11:11,13 13:15
  14:14 15:5
  16:22 17:5
  20:25 21:1,2,8
  22:19,20 24:19
  24:19 26:5,19
  27:9,16,25
  31:12,12 33:10
  33:14 35:9,14
  38:10 39:7
  40:10,14 42:9
  42:17 43:8
**good** 5:14 16:20

23:11 24:12
  25:13 33:25
  34:15
**Gorsuch** 37:19
**gotta** 12:12
**gotting** 10:4
**governance** 3:14
  3:16 17:14
**governed** 18:10
**government**
  10:19 13:17
  26:3,9 27:18
  34:23 35:7,19
  35:25
**grab** 10:23
**grad** 29:20 36:11
**gradual** 41:17
**gradually** 41:12
**graduate** 29:7
**grammar** 16:2
**grants** 6:10,16
**great** 6:8,13 7:11
  7:17 17:6,18
  20:3 38:2
**grievance** 23:3
  26:11
**grievances** 23:5
**grounds** 21:25
**group** 9:15 11:16
  21:16 23:16
  33:2 37:8,9
**group's** 21:17
**groups** 35:4
**growth** 28:1
**guaranteed**
  32:21
**guess** 12:12
  35:17
**gun** 32:4
**guts** 42:9
**guy's** 7:4

———————
**H**
**Haidt's** 16:7
**half** 6:11,11

Academic Freedom Solutions

38:11,11
hallows 17:16
hammered 37:19
hand 37:5 39:19
handbook 21:22
28:12 42:7 43:4
hang 4:18
happen 13:1
42:13 43:8
happened 7:8
11:23
happening 7:21
happens 4:14
37:4 42:3
happy 8:25
harbor 21:13
25:17
hard 4:11 10:23
11:8 15:2,2
30:6
Harvard 5:9
37:18
Hasnus 28:13
hate 31:9
hawing 31:5
head 9:14 33:13
hear 16:6 27:12
34:18
heard 42:15
hearing 44:8
Hello 34:18
help 37:24
hemming 31:5
Heterodox 13:7
high-power 3:25
higher 27:21
hire 5:13
hiring 8:21 9:7
hog 34:21
holdout 25:2
home 34:22
hood 39:5
hoods 15:12
hope 24:1,12
hoping 24:5

hostile 35:4
hour 36:14
How'd 35:25
huge 4:9 11:21
16:6 32:7
hundred 25:7
hurt 37:18

_____ I _____

i- 39:1
idea 3:7 13:13,25
15:10 26:19
34:15 36:15
38:23 39:1
ideal- 23:24
ideali- 21:5
idealized 21:6,7
ideological 23:24
ideas 6:7 13:16
14:10 16:5
18:11,18 23:17
identified 34:6,7
ignored 24:15
illegal 31:14,23
32:10
illegally 29:4
31:25
immediate 8:22
immediately 10:5
28:14 31:8
implemented
24:13
implications 8:22
38:4
importance
42:19
important 5:25
8:21 9:15 17:3
17:22 18:1
21:22 22:22
32:20 36:19
37:3 42:5
imposing 28:9
improve 9:19
improvements

30:22
inaudible 32:11
32:14 39:24
40:2,18
incentive 19:22
21:9 22:21,22
22:22 23:25
incentives 4:1
19:20,21 20:23
21:3,8 22:14,20
23:21 24:2,21
41:10,19
incentivized 24:1
incentivizing
20:18
incidents 20:12
inclination 28:24
including 28:9
inclusion 20:6,15
incredibly 15:10
independence
4:10
independent 7:3
indi- 35:19
indication 25:3
individual 21:15
21:17 25:20
42:10,12
individuals 28:16
35:20 36:4
inf- 8:21
inferences 2:22
inform 20:19
information 14:5
20:13 33:20,23
34:8,13
informed 3:13
initial 23:4,5,8
insane 4:23 10:10
insensitive 20:17
inside 33:9,9,23
insider 14:5
33:20
instance- 19:24
instances 19:25

instantly 23:16
institution 8:14
8:16 9:18 30:2
30:9
institutional
10:24 11:22
20:14
institutions 10:18
10:18,22 11:15
13:3 39:13
insulting 18:15
intellectually
15:24
intentionally
17:18
interested 11:9
11:11 27:21,23
44:9
internal 34:25
41:9
introduce 27:4
27:11,13 29:18
investigate 20:12
22:19
investigating
20:18
investigation
22:12,13 23:8
investigations
34:25
involved 12:16
13:18 34:23
35:8,19 36:2
involves 17:4
involving 10:19
IQ 5:16
irregard- 36:18
issue 2:23 8:15
12:19 16:4 23:8
23:25 34:7
38:20
issues 11:4,20
12:6 17:14
38:16
it'll 26:25

instantly ... [continued]
IX 13:24 29:2,5

_____ J _____

jazz 15:11
Jerry 8:8,8 12:15
job 21:2,7 30:10
30:12 31:9
39:10
jobs 31:21
John 2:2,15
41:23 42:1,2
John's 3:7
join 16:11 43:12
Jonathan 16:6
29:15,20,20
Joshua 17:6
jump 38:22
justice 28:20

_____ K _____

Kalven 8:9,13
11:19 12:5
13:21
Kats 17:6
Kaufmann 34:18
34:19
keep 21:2,8 27:4
keeping 8:20
key 37:15,23
kids 16:1
kind 3:13 4:3
7:22 8:4 12:14
13:24 14:12
23:8 24:24
28:12 32:4
kinds 31:20
33:24
KKK 15:11
know 2:18,19
3:22,25 4:1,9
4:10,13,14 5:2
5:13,18 6:2,9
6:19,23 7:8,10
7:24 8:25 9:9
9:22 10:12,23

Academic Freedom Solutions

11:2,5,9,11,24
13:1 14:11,11
14:22,15 15:11
15:13,20,24
16:1,6,7,14,15
16:20 17:2,4
20:11 23:10,15
24:17,20,25
25:2 26:24
27:18 28:22
31:15,19 33:6
33:14 34:8
35:24 37:16,19
38:16,19 40:4
41:10 42:9,18
43:1,7,8
kowtow 10:12

**L**
lack 19:25
lake 25:12
language 17:17
    19:5
large 40:18,20
larger 17:14
launched 9:22
law 19:18 27:16
    30:1,13 32:19
    32:23 33:1
    34:24 35:9,14
law- 41:2
laws 35:7
lawsuit 14:7
    21:25 25:22
    26:14 29:23
    30:25 31:7,10
    31:15 32:3,3
    40:12
lawsuits 14:2
    22:10,16,17
    26:6,21 30:19
    31:11 40:2,18
    41:3
lawyer 36:6
lawyers 14:2,11

18:23 23:11
26:8 30:17,19
30:25 32:6
41:16
lax 19:16
le- 33:8
leaders 12:15
learn 19:20
learned 15:19
learning 15:21
leave 26:12
leaves 33:22
leg- 36:1
legal 22:5 23:10
    26:10
legality 31:17
legally 21:23,24
    22:2
legislation 34:23
    35:21 39:23
legislative 35:3
legislators 27:20
    27:22 28:3,4
Leo 36:11
Leonard 36:11
let's 22:11 41:18
letters 30:18
level 26:1
leverage 28:8
liability 35:21
libel 18:15
liberal 43:6
libertarian 10:21
libertarians
    27:19
life 37:6
limited 17:13,25
Linc- 37:5
Lincoln 37:4,6
Lincoln's 37:5
line 31:18,25
    38:23
lines 7:7
list 20:2 30:3
listen 5:10

listened 6:3
    36:13
listserv 11:20
literally 40:13
literary 21:18
litigation 39:23
    41:15
little 2:12 5:16
    9:1 13:6 14:15
    39:12
live 2:18
lives 4:7
location 23:20
locus 23:2
logic 16:2,4
London 34:19
long 10:6 36:13
    42:15
longer 42:8
look 5:17 7:15
    10:10 11:15
    19:3,20 32:8
    34:13 38:15
    39:4,8,8
looking 14:21
    15:8 39:5
looks 4:20 7:24
    11:15
loses 4:15
loss 27:24
lot 2:19,19,24 4:3
    4:10,16 7:13
    9:22 10:20 11:7
    11:23 12:16
    14:11 15:5 16:3
    19:21 25:2
    28:21 30:19
    37:18 38:2,20
    40:4
lots 28:4
loud 18:16
love 5:19 15:19
    16:17
low 40:5
LOWERY 1:10

2:17 24:11 25:9
25:12,15,23
26:2,5,18,24
34:1,5 38:22
lying 34:8

**M**
magic 41:18
majority 9:6 10:2
making 23:14
    25:24 35:25
    36:5
managing 4:25
market 3:16
married 40:3
massive 40:24
materials 31:16
matter 4:20 9:24
    44:5
McKenna 33:17
mean 6:2 7:17
    16:12 24:15
    26:18 30:18,18
    33:1 34:24
    38:22 42:25
means 4:12 25:16
    30:7 33:6,7
measures 28:21
media 20:11
meetings 11:12
    12:17
megaphone 42:1
member 36:20
members 8:16
    11:17 16:10
    35:24
memory 11:22
mention 29:1
    38:14
mentioned 13:4
merit 9:8
message 31:25
messages 20:10
    20:13
mic 34:16

microphone 27:7
million 9:23
minds 32:1
minorities 31:21
miserable 4:7
missing 42:5
MIT 9:13 32:13
    32:13,18,21
mockery 16:19
model 28:4
moderate 40:21
MODERATOR
    2:2 8:2 17:10
    24:4 25:5 27:2
    27:7,11,13
    28:25 29:15,18
    34:16 35:15
    39:15,18 41:20
    41:22 43:12
mollify 41:11
moment 6:24
money 4:5,15 6:7
    10:1 24:16,16
    24:17 30:17,20
    40:10,14
moral 37:24
morning 2:2 8:8
Morris 7:11,15
    7:16
motivated 36:3
    41:9
move 6:12
mu- 4:24
musician 15:11

**N**
Nadon 33:15,15
name 33:15
    36:11 41:23
names 11:18
    23:24
narrow 17:12
National 36:9
necessarily 11:10
    13:16

Academic Freedom Solutions

necessary 2:15
need 3:6,8,9,14
4:11,17,22,25
7:4 14:18 15:13
15:14 16:21
36:24 38:13
39:10,13 40:24
41:13,13
needed 6:25
neither 44:6
network 22:5
26:7
networks 9:17
11:25
Neuss 9:15 36:8,8
neutral 12:6
never 4:23 5:22
8:14 31:9 42:3
new 6:15 10:18
12:17 13:3
20:11
newsletters 20:5
nicotine 7:18
nitty-gritty 32:23
nobody's 40:13
nondisclosure
34:10
nonsense 30:19
North 44:17
Notre 38:5
number 9:4
nut 35:8

——————
O
O- 25:14
objective 8:6,9
obstinate 11:6
obvious 31:13
obviously 24:6
26:16 38:23
occupationally
19:20
occurred 30:20
offending 12:19
offends 8:12

offensive 18:18
20:17
offer 18:3
Office 20:14
official 8:14
officials 28:17
oh 8:24 9:9 27:6
27:15 29:19,19
39:2 40:9 42:20
okay 8:3,23 9:4
10:16 15:3
17:11 25:14
27:8 38:10
41:11
once 37:7
ones 3:23
open 17:11 27:3
33:23
opening 2:3,11
operating 14:16
operation 37:23
opinion 38:25
opportunities
30:8
optimistic 11:2
order 2:10 12:20
organizations
22:5
orthodoxy 7:4
other's 17:3
outcome 44:9
outreach 31:20
oversee 28:19
owner 37:4

——————
P
paid 14:8 44:11
paid/will 44:11
pandemic 7:1
panel 2:8 6:15
14:13 18:3
panelists 24:8
43:13
part 15:15 17:1
38:6,14

particular 11:21
14:23 15:9
21:11 22:18
36:25 37:2
42:21
particularly 29:6
parties 44:7
partisan 27:10
27:17
party 41:9
path 14:15
pay 24:2 40:14
Pennsylvania
27:16
people 3:21 5:9
5:10,16,20,23
5:24 7:9,10,18
7:20,21 9:6,14
9:17,22,24 10:7
10:10,23 11:3
12:2 13:8 14:11
14:22 15:7,11
15:18,19 16:5,8
16:13,21,22,24
17:5,8 18:17
19:17,23 20:16
20:19,24 21:4,5
22:7,9,19 23:9
23:15,24,25
24:25,25 25:19
25:25 26:9,12
30:7 32:1 34:14
35:22 37:8
38:11,11 39:8,9
39:13 41:10
42:5,19
people's 8:13
peoples' 4:7
percent 11:3,5
12:23 28:2
percentage 10:25
perfectly 27:20
38:10
person 6:3 22:23
26:18 30:23,24

31:6 33:22
person's 40:22
personal 33:18
personnel 39:8
persuade 32:16
32:22
persuasion 36:19
pes- 24:8
pessimistic 24:9
Peter 2:13
Philip 7:11,15,15
philosophers
42:4
philosophical
21:18
philosophy 41:24
phonetic 28:13
physics 29:7
picks 36:14
pile 4:16
pin 9:12
place 6:15 8:12
9:11 29:23 40:1
40:1 41:1
places 4:20
plans 2:18 8:7
10:16,17
players 37:21
please 2:16 27:4
27:11,14 43:12
plenty 15:18
point 24:20 29:17
34:22 42:7 43:5
pointing 36:25
policies 19:12,14
36:5 41:1
policy 19:3 21:12
21:14,16,21
23:19 26:20,20
26:21 35:2
political 8:15
12:6,11 21:19
34:20 36:18,22
politically 36:3
politicians 36:2

population 10:25
position 8:15
36:1
positioning 4:13
positive 35:11
possibility 33:19
possible 23:1
40:19
possibly 23:1
posted 20:10
potential 13:16
24:9 27:17
36:23
power 10:24
24:14 28:23
42:23,23
practical 2:5 8:1
12:1 18:3 21:10
24:7 32:12
33:18,18 38:14
precedent 35:5
premise 31:13
preserving 14:20
president 10:14
12:17,18,22
42:24
presidents 10:11
19:14,15
pressing 29:9
pressure 35:23
prestige 6:1,2
40:11
prestigious 30:11
pretty 30:10,11
preventing 22:17
31:11 41:3
principle 8:9
21:9
principles 8:11
8:24 11:19
13:21,23 18:22
18:22 19:3 25:7
26:17 28:11
32:15 33:6
private 2:22,24

Academic Freedom Solutions

3:1,1,4,5,9,16
3:18,20 8:1
18:20 25:4 28:5
28:16
pro 22:5 26:8
probably 3:5
15:1
problem 3:8 18:5
19:7,8,18,21
20:22 21:2
26:11 33:22
34:7,11 36:2
41:15 43:5,5
problems 4:10,24
proceedings 44:4
process 5:12 6:9
12:18 22:6
33:16
processes 37:19
produce 40:18,20
product 3:15,15
5:6 6:5,18
productive 6:22
professor 27:15
28:22 29:20
31:1 41:24
professor's 40:23
professors 32:22
programs 29:3
progress 38:2
progressiveism
28:1
project 6:7
projects 13:5
prophylactive
23:3
propose 13:15
25:17
protect 2:6
protected 18:13
18:17
protects 18:19
proud 36:10,21
prove 14:2,6 30:6
provides 33:22

providing 5:8
41:16
provision 22:18
provisions 25:17
35:10
provocative
10:20 13:13
provost 12:9,21
41:25
provost's 22:21
provosts 19:13
19:15
public 2:19,20,25
9:5,10 18:6
28:6
publicly 11:18
publish 31:16
published 17:15
punish 41:11
punished 18:12
18:19 41:2
punishment
22:13 40:12,16
punishments
8:13
punitive 40:5,18
40:20,24
purpose 19:11
pursued 23:7
push 27:19 43:3
pushing 38:13,15
put 5:25 7:13,20
8:12 11:18
12:20 13:9
16:16 19:17
29:22 31:24
32:18 33:13
putting 12:10
33:25

**Q**

Q&A 27:3,3
qualifications
8:19
question 29:24

31:4,13 32:12
33:17 35:15
39:22
questions 27:5
39:16
quick 6:4 34:21
41:21
quite 16:7 24:6
33:25

**R**

R 44:1
race 28:8 29:4
30:2
races 9:6
racial 32:1 38:16
racially-insensi...
20:10
racist 16:11
raise 5:21 9:25
random 6:18
randomized
38:10
Randy 37:3
rate 12:23
rational 10:14
re- 8:17
reach 24:24
react 41:20
reaction 17:23
24:6,10 28:25
reactions 27:2
35:15
read 17:7 20:4
38:7 42:6
real 22:2 28:4
31:5 34:7,7
realistic 23:23
reality 15:21
really 3:8,15,17
3:21 4:11 6:6
6:23,24 7:4,13
7:20,21 8:21
9:15,18,23,24
10:23,25 15:2

15:13,20 16:4
16:18 17:2,6
29:24 34:22
37:15 38:8,13
39:4 42:22
reason 7:18
15:15 31:5
receive 28:6
receptive 29:6
recording 2:1
43:14 44:4
redeemable 15:7
reference 35:3
reform 2:20 5:2
27:21
refunded 14:9
regard 18:4
regardless 36:22
Registration
44:17
regulatable
18:17
related 44:6
relationship
16:13,21,23
relationships
15:17 35:11
relevant 20:9
religious 21:18
reluctant 27:19
remarks 2:3,11
17:12
remember 27:4
removed 12:14
29:11
repeatedly 12:10
replace 39:11
replaced 24:16
report 8:9,10,14
8:17,19 11:19
12:5 13:21,22
20:14
Reporter 44:2,16
represent 22:7
representing

36:8
Republican 28:3
Republicans
27:23
reputation 7:19
Require 28:17
requirements
28:9
requires 16:14
research 11:10
15:17 19:23,24
resources 4:17
respected 12:7,8
respond 21:3,7
39:2
restrain 19:12
restrictions
18:23
results 13:15
return 22:9
reveal 34:9
reversed 7:2
review 23:5,5,8
rewarded 20:24
rhetoric 16:3
Richard 2:11,16
24:5 42:20
Richard's 36:15
Rick 11:21,22
ride 4:11
right 3:25 9:24
14:14 16:12,14
18:4 19:11,16
20:22 21:6 25:9
25:11,23 26:18
27:3 29:23 30:5
30:9,17,19,23
32:5,10,25 33:3
34:17 36:17
37:17 39:9,15
39:17 40:11
41:22 42:25
43:9,11,12
rights 35:9,20,24
36:4,6 39:25

Academic Freedom Solutions

40:7
rise 5:24
risk 8:15 24:22
Robin 38:7,9,12
role 35:17,17
room 15:1
ROSE 17:11 25:6
25:11,14,16,24
26:4,7,23 31:12
32:10,24 34:6
34:15 35:16
40:17 42:3
43:10
roundabout
38:19
route 40:15
rules 2:13 22:24
28:7,12,12,20
35:25
run 24:22 43:2
running 7:23
runs 3:18 42:22

_____
        S
_____
safe 3:3 21:13
25:17
Salem 39:21
salvaging 39:6
sanction 17:24
sanctioned 17:21
sane 10:14
sanity 10:9
saying 20:19
22:23 32:20
33:7
says 8:14,17 28:5
scholarly 11:10
school 16:1,2
19:19,19 21:2,8
26:11 27:16
29:21 31:21
schools 25:4,7
26:16
science 6:5,7,12
6:14 34:20

scientific 11:9
21:19
scientists 6:10
scope 13:5
scrupulously
31:17
second 9:12
10:18 13:25
17:22 18:1
see 4:16 5:14
17:5 24:12 25:1
25:2 35:8 37:16
40:15 42:18
seeing 15:6
selection 5:15,16
31:22
self-enforcing
25:18,20,25
selling 6:1,18
7:16,19
senate 10:6 12:3
43:10
sending 17:4
34:14
sense 18:9,10
23:3
sensible 5:22
sentence 21:13
42:6,12
serious 34:11
serving 34:9
set 12:9,18 16:22
39:9
setting 2:11
seven 20:2 29:11
sex 28:8 29:4
shared 11:22
sharing 2:12
sharks 31:1
Shils 8:10,17,19
13:22
Shorthand 44:2
44:16
shot 41:4
show 12:3 38:1

showing 7:14,21
12:4
Shweder 11:22
sic 10:4
side 2:14 8:7 10:3
11:14 16:15
24:18,18 36:22
39:23,24
signaling 4:4
signed 13:8
significant 40:23
signing 42:15
silent 10:2,3
simply 23:23
sit 40:8
sitting 9:16 11:11
11:12
situation 9:20
skirt 31:17
slap 40:6,13
Slight 2:17
small 10:25 37:8
smoking 32:4
so- 23:1
social 8:15 12:6
12:11 17:24
20:11
socially 3:2
Society 36:12
soft 15:24
solely 21:17
23:17
solution 7:6,7 8:1
20:23,23 23:1
38:14
solutions 1:11
2:6,9 8:5 18:3
21:10 24:7
38:17
solve 38:16
solving 41:15
somebody 20:11
22:11 41:2,7
somewhat 19:16
son's 38:5

sophomore 38:5
sorry 6:23 29:19
31:4 35:16
39:23
sort 2:5,11,24
4:25 5:7,20 6:7
8:4 10:12 11:1
12:9 13:5,9
14:1,5,10,17,17
24:8 25:2 27:8
35:9 38:25
sorts 11:25 29:12
space 14:16
speak 2:14 17:9,9
17:18
speaker 18:16
27:6 32:11
34:17 39:17
41:21
speaking 18:16
34:20
specific 30:24
36:5
specified 35:13
specifying 35:5
spectrum 36:22
speech 8:13,16
9:13,16 17:13
18:4,7,10,12,13
18:14 19:6,7,12
19:14 20:7
21:12,14,21
22:1,7,10,19
23:6,10,15,18
25:20 26:9
28:14,19 32:13
32:21 35:1,12
36:9,10 41:2,11
speeches 11:23
spend 32:25
spent 32:24 39:4
spoke 9:13
spoken 14:23,25
spot 6:16
spotlight 37:8,11

sprung 9:17
squash 37:20,21
stage 2:12
stand 6:25
standing 30:23
Stanford 5:7,10
32:6 36:20,20
start 3:8 4:18
12:4 22:23
started 2:16 10:4
12:22
starting 10:18
13:3
state 2:4 29:25
30:1,13 32:19
34:12 44:3
statement 12:19
12:20,24 20:8
42:16
statements 8:20
12:10,14,23
19:4 20:21 32:9
32:17 42:16
states 21:23,24
status 30:22
statute 33:25
STEM 13:7
step 4:8 21:14
22:3,4,25
step-by-step
41:17
sticking 16:15
stipulations
29:13
stories 24:23
straight 7:3
strange 3:17
strategies 24:10
24:12
strategy 37:12
42:15 43:9
streaming 2:18
strength 9:5,11
9:20 10:13,15
strengthening

Academic Freedom Solutions

20:6
strengths 8:7 9:4
strikes 5:3
stronger 29:25
structure 3:15
    4:12,20,23,23
    5:2 6:6,20
    23:25
structures 41:9
struggle 23:25
student 14:8 29:7
students 10:2
    13:8 17:23 21:1
    35:24 37:25
    41:11
study 35:2
stuff 9:5 12:11
    13:1,6 14:12
    38:11 39:5
stupid 11:11
subject 4:25
    22:11
subjected 35:22
submissions 13:7
submit 12:19
Substack 13:6,7
success 24:9
    36:25
sucks 16:12,12
sudden 12:7
sue 25:21 28:16
    36:6 39:24
    40:10 41:7
    42:12
sued 22:18
suggestion 23:22
    24:6 29:23
suggestions
    29:22
suing 26:19 31:2
suit 41:13 42:8
    42:10,10
Suite 44:18
summarily 21:15
summarize 14:17

super 9:6
super-central
    14:20
support 9:5
    11:19
supposed 12:6,10
suppressed 22:8
    26:10
suppressing 8:16
Supreme 37:17
sure 4:22 9:2
    36:17 39:20,24
    40:9
surprising 19:16
survive 15:16
switched 2:18
symbolizes 15:10
sympathetic
    26:25

——————
T

T 44:1,1
ta- 12:22
table 39:19
take 8:14 10:24
    13:14 14:15
    26:8 27:18
    33:10 40:1,1,1
taken 12:23,24
    44:8
takes 33:5 35:5
talk 2:20,21,21
    8:4,6 9:1 10:16
    13:19 14:15
    15:11 18:1,2
    34:4,24 40:4,11
talk- 38:20
talked 13:20
    33:19
talking 2:13 3:16
    26:2 28:13 41:6
tarnish 36:24
    39:2,10
tarnished 36:22
tarnishing 37:1,2

38:24
tarnishment
    36:15
taxing 6:9
teach 19:18,19
team 37:20
tell 5:7
telling 24:23
tells 31:24
ten 11:5
tend 43:6
tens 4:21
terms 2:10 13:3
    37:12
Terri 44:2,15
terrible 4:18 5:23
Texas 31:2 39:22
    44:3,15,18
Thank 8:2 17:10
    24:4
thanking 43:13
they'd 7:2
thing 5:23 8:23
    10:9 12:4 13:24
    14:3 20:19 29:2
    30:11 32:12
    35:18,25 37:15
    38:8,10 41:17
    42:5
things 3:6,11,14
    4:1 5:9,18,25
    6:11 7:10,23
    9:2,25 10:7,24
    11:23 12:1,3
    13:14 14:23,24
    15:6 16:16 17:3
    17:13 18:16
    24:2,23 25:3,19
    26:15 29:7
    31:20,25 37:13
    37:16,18,22
    39:3,3
think 2:5,8 3:3,6
    3:11,24,25 5:4
    5:5,23,24 6:4,6

6:6,17 7:6,6,25
    9:5,7,8,9,20
    10:2,11,15,19
    11:13 12:11
    13:10 14:17,19
    14:23 15:1,2,3
    15:9,15,24 16:3
    16:6,17,20
    17:11 18:1,21
    19:11 24:11,22
    26:20,25 27:17
    28:4,18 29:14
    29:17,21 30:5,9
    30:16 31:3,10
    34:22 35:13
    37:14,22,22,23
    38:1,9,13,18,20
    38:24 39:1,14
    39:15 42:5,14
    42:16,18 43:8
thinking 5:4 13:9
thinks 9:10
third 10:19
thought 2:24 7:3
threat 26:13
three 3:6,11,14
    10:16,17 12:17
    14:18,19
three-quarters
    9:9
threw 37:8,10
throw 35:1
tie 13:22 14:4
time 10:8,11
    14:13 17:25
    20:4,5 34:21
    35:7 39:16 40:1
    40:10 41:1,12
    42:15
times 16:3 17:5
Title 13:24 28:5,5
    28:9 29:2,2,5
tobacco 7:7,9
told 5:23
tolerate 28:19

tomorrow 41:18
ton 15:19,21
tone 12:9
top 5:21,24 26:1
total 27:24
totally 39:12,13
toxic 38:9
trained 5:17
training 5:14
    22:24
transcription
    44:4,10
transparency
    37:15,23
transparency's
    37:14
transparent
    38:15
treatment 7:8
trenches 8:4
trends 28:2
Trifecta 13:21
trouble 10:5
true 5:15 15:1
    30:7 32:6,7
trump 35:12
try 9:19 13:11
    18:2
trying 2:4 9:2
    25:25 27:21
    32:16 36:12
    37:13
tuition 14:8,9
tuned 35:13
turn 15:12 27:6
    37:13
turned 7:9
turns 16:18
Twitter 9:22,25
two 5:3 12:25
    13:16 14:10
    17:20 21:10
    30:21 32:24,25
    33:10 36:14
    39:16

Academic Freedom Solutions

two-year 12:14
types 3:25 10:17
  10:21 17:3,20
  37:22
typically 40:19

_____
        U
u- 10:11
UChicago 9:3
  11:16,17 29:2
un- 37:12
undealt 37:12
undermine 27:25
understand 2:4
  3:9,14 23:9,12
  27:19 29:24
understanding
  40:3
understood 3:6
unfamiliar 35:17
unfettered 19:5
Uni- 21:14
UNIDENTIFI...
  27:6 32:11
  34:17 39:17
  41:21
univer- 3:1 39:7
univers- 29:5
universities 2:7
  2:19,20,25,25
  3:1,4,5,10,17
  3:20,22 4:2,13
  5:6,21 6:4,14
  6:25 7:14,19
  8:1 9:10 10:12
  18:6,9,20,21,24
  19:2,7,25 22:10
  22:17 25:21
  26:19 28:5
  31:14 32:19
  34:12 37:24
  38:1,15 39:24
  40:16 41:1
university 3:18
  4:5,19 6:1,8,10

6:24 8:20 9:7
9:21 10:6 12:2
12:5 13:4 14:3
14:6 17:21 18:6
18:25 19:12
20:1,18,21
21:14,16,23
22:15,15,16,21
25:21 26:15
27:16 28:2,10
28:11,17 29:10
30:1,10,14
31:16,24 32:8
33:9 34:8,19
35:23 37:10
39:22 40:5 41:2
41:5,8 42:11,22
43:2
university's
  19:13 21:21
  26:15 30:14
unnoticed 37:11
unpopular 9:6
untrammeled
  19:4
update 20:6
uphold 21:9
upholding 20:24
urge 20:13
use 19:6 35:9
  37:24
useful 3:2 8:5
  11:21,25 13:2
  13:10 29:13
useless 6:21
uses 6:11
usually 17:23
  23:25
UT 1:10

_____
        V
valuable 6:5
various 33:24
vast 9:6
vested 37:25

VI 28:5,5,9 29:2
viewpoints 21:19
views 14:16
  15:16
vindicate 35:23
violate 22:18
  23:19
violated 21:16
  30:13 36:7
violates 42:11
violating 35:6
  40:6
violation 12:24
  33:24 39:25
violations 23:6
  28:19
virtue 4:4
voluntarily 18:25
  25:8 26:22
vote 10:7
vs 1:10

_____
        W
want 2:22 8:5,6
  9:19 10:1 16:23
  23:14,22 24:1
  24:24 25:10
  28:6 29:16,16
  34:20,21 35:18
  35:19,22,25
  36:1,3,21 38:15
  38:16 41:8,20
  41:25
wanted 3:24 27:9
wants 24:14 25:5
warned 16:10
wasting 20:4
Wax 27:9,12,15
  27:15
way 4:25 5:17
  13:23,25 15:3
  19:23 23:20
  24:17 25:24
  33:7 38:19
  41:12 42:20

43:9
Wayne 37:3
ways 13:17 16:5
we'll 2:10 3:4
  14:18 27:3 33:4
  39:2
we're 3:16 5:1
  6:13,18 8:25
  11:9,10,13
  12:10 14:16,20
  15:8 16:4 20:7
  23:24 31:19,20
  35:14 36:1,10
  37:20 38:3,10
  39:7
we've 8:24 9:1
  12:1,4,22,24
  20:2,7 24:22
  34:23 36:25
  39:12,13
website 11:18
went 7:3 12:13
  29:10
widespread 22:5
willing 11:4,6,8
  11:18
wimped 14:25
win 10:7 12:3
  31:15 32:3
winning 22:16
  41:3
woke 4:3 9:5
  10:10,23 36:16
wokeism 27:25
women 29:8
wonder 36:23
wonderful 42:17
words 19:4 33:1
  36:14
wore 9:12
work 4:11 7:11
  9:19 10:23 11:8
  13:12 16:25
  19:23 20:1 24:2
  26:25 33:9 35:2

38:9 41:17
working 2:23
  10:17,22 11:15
  17:13 33:12
works 13:12 22:4
  38:18
world 32:21
worry 32:7 42:8
worse 7:25 33:10
worst 6:15
worth 3:12 15:3
  26:13 39:5
wouldn't 7:22
  33:13 40:18,20
wrist 40:6,13
write 21:11,20
  25:10 28:11
writing 12:16
written 18:23
  31:17 35:10
wrong 19:17
  20:19 33:3
  37:24 39:12,13
  41:7
wrongdoing
  33:21
wronged 42:12

_____
        X

_____
        Y
yeah 25:6 27:9,13
  29:1 30:21
  33:15 34:18
  35:16 40:10,12
  41:22
year 14:8 29:3,9
  38:6
years 12:25 20:2
  31:23 32:24,25
  33:11 39:5,9

_____
        Z
zero 4:9
Zyte 7:4

Academic Freedom Solutions

| **0** | | | | |
|---|---|---|---|---|
| **1** | | | | |
| **1** 22:3,25 | | | | |
| **10,000** 41:4 | | | | |
| **100** 12:23 18:21 | | | | |
| 28:2 | | | | |
| **101** 44:18 | | | | |
| **150** 9:23 | | | | |
| **2** | | | | |
| **2** 22:4 | | | | |
| **2010** 35:10 | | | | |
| **2015** 33:11 | | | | |
| **2017** 33:11 | | | | |
| **2020** 12:7 | | | | |
| **214** 44:19 | | | | |
| **3** | | | | |
| **30** 39:9 | | | | |
| **312** 44:17 | | | | |
| **4** | | | | |
| **40** 39:9 | | | | |
| **4228** 44:17 | | | | |
| **5** | | | | |
| **50** 11:17 | | | | |
| **6** | | | | |
| **6581** 44:16 | | | | |
| **7** | | | | |
| **7-31-23** 44:19 | | | | |
| **75206** 44:18 | | | | |
| **8** | | | | |
| **855-5100** 44:19 | | | | |
| **9** | | | | |
| **90** 11:3 | | | | |