# Exhibit 17

**(Exhibit 17 is a video of Lessons from the Frontlines of the University Wars filed and served separately)**

# Exhibit 17a

Podcast Audio

Lessons from the Frontlines of the University Wars

Podcast Audio

```
 1                    (Recording begins.)
 2                    MR. HANANIA:  Hi, everyone.  Welcome to the
 3     podcast.  I am here today with Rich Lowery.  Rich, how are you
 4     doing?
 5                    MR. LOWERY:  Doing all right.  How are you?
 6                    MR. HANANIA:  I'm doing good.  So Rich, Rich,
 7     can you tell yourse- -- can you describe yourself, just say
 8     what you do for -- for the listeners?
 9                    MR. LOWERY:  So I'm a Associate Professor of
10     Finance at the University of Texas Austin, so I teach -- I do
11     research, mostly, and kind of plot game theory about financial
12     institutions.  And I teach various business classes to
13     under-grads and MBAs.  That's pretty much who I am.
14                    MR. HANANIA:  Yeah.  And we're -- you know,
15     we're -- we're having you on today to talk not about your work,
16     necessarily, but basically your experience with trying to
17     create something new at the University of Texas.  And I mean,
18     for these podcasts, we're interested in, you know -- we're
19     interested in people's academic works, we're interested in
20     research, but we're also interested in sort of the entire
21     concept of trying to build new institutions, different, sort
22     of, avenues for -- for prestige, particularly in academia and
23     other elite institutions.
24                    So you were also involved with the Liberty
25     Institute; is that right?
```

Podcast Audio

1      MR. LOWERY:  Yeah.  I mean, roughly, we sort
2   of -- a few of us decided that the current way things are
3   functioning at universities is -- I don't know exactly how
4   strong to say it -- completely absurd is the nicest way I could
5   put it, and that there needed to be serious changes to how
6   things are being done, and students needed to go back to
7   actually learning information and reasoning methods and things
8   like that, rather than what they're getting now in most of
9   their core classes, which is just "here's what you need to do
10  to be an effective advocate for particular extreme political
11  positions," which is -- you know, at some point, you start
12  running into these finance undergraduates and the smart ones
13  roll their eyes and tell you the stories about all the
14  ridiculous classes they have to take to fulfill core
15  requirements, and the less smart ones come in with these really
16  toxic ideas about capitalism and society, all of that.  You're
17  like, Well, you know, here's why banking creates value.  And
18  they're, like, No, you're all evil.  And so it sort of becomes
19  this -- you've got one group of people that are -- who are
20  completely brainwashed and this other group of people who
21  are -- have had their time wasted.  And so we felt it might
22  have been time to -- it might be time to do something about
23  that, so we tried.
24      MR. HANANIA:  Yeah.  So you're -- we're --
25  we're -- you know, this conversation is based off your recent

Podcast Audio

1  article for the James G. Martin Center that we'll link to

2  called How UT-Austin Administrators Destroyed an Intellectual

3  Diversity and Initiative.

4           Before we get to that -- so you -- you are --

5  you're in the business school, correct?

6           MR. LOWERY:  Yeah.

7           MR. HANANIA:  And -- and finance, you don't --

8  you wouldn't think of it as inherently a very political field,

9  but is this -- but you say -- you're saying it -- it has become

10 political or has that always been how -- you know, how is that

11 and how has it changed over time?

12          MR. LOWERY:  I mean, I think it's changed

13 radically just in the past few years.  I mean, you've been able

14 to see it coming, but, you know, a lot of pe- -- a lot of, sort

15 of, older finance professors view all of this as not their

16 problem.  Like, the university has gone crazy, but we have our

17 little -- little corner where we still just talk about how to

18 create value in firms.

19          But if you look at the -- you know, everyone's

20 talking about ESG and every -- environmental, social and

21 government stuff.  Everyone's talking about how you should be

22 using your firms to a- -- advance social goals rather than

23 profit, which is basically, we should give up creating value

24 for people and splitting consumer surplus and producer surplus,

25 and instead we should take control of firms and turn them into

Podcast Audio

1  social engineering things.

2          We have, like, a sustainability major that's

3  explic- -- like, the description of the major is explicitly,

4  like, here's how you can go enter a firm and manipulate it into

5  becoming a advocate for leftist revolution.  And this is a

6  business school in the state of Texas.

7          So, yeah, the whole university is -- you know,

8  people in business schools kind of recognize the university has

9  gone nuts, but it's going -- getting more and more, you know,

10  our -- our current dean just completely wants to throw away the

11  whole idea of teaching people how to operate in a firm and

12  doing good things and wants to, you know, change the world and

13  bring in diversity, equity and inclusion, all that.  So, yeah,

14  it's getting pretty awful even in business.

15          MR. HANANIA:  The -- ESG, isn't it -- I mean,

16  isn't -- don't they -- don't firms have a legal obligation to

17  maximize shareholder value?  How did -- how did ESG get in

18  there?  Am I wrong about that?

19          MR. LOWERY:  I mean, nobody -- this is one thing

20  you learn in finances.  All these rules that people say that

21  public firms have to abide by are kind of -- they're very

22  squishy and nobody really knows what they mean.  And it all

23  comes down to whatever, you know, whoever gets on the SEC's

24  radar and they decide they're doing something wrong.

25          So nobody in the federal government is going to

Podcast Audio

1   crack down on somebody for destroying shareholder value in
2   order to promote, you know, the interest of marginalized
3   groups, even if technically, if you read the rules, probably
4   you shouldn't do that.  But no one thinks that the feds are
5   going to crack down on them for wasting shareholder money on
6   that sort of thing.  So it's effectively not -- not illegal.
7             It ought to be.  You ought to face shareholder
8   lawsuits, but all this has to get -- you -- for it to be really
9   effective, you would need the SEC backing it up.  And they're
10  just going to say, Oh, no, as long as you're, you know, setting
11  aside certain things to promote this political agenda, we're
12  never going to touch you.  If anything, if you actually pursued
13  shareholder value without, you know, paying at least lip
14  service to this type of activism, that's when you're going to
15  get the attention of the regulators and that's when they're
16  going to start causing trouble.
17            Elon Musk suddenly start -- people start poking
18  around in his affairs as soon as he says he doesn't want to do
19  that sort of thing, so...  Despite making electric cars.  Cool,
20  so, yeah.
21            MR. HANANIA:  Yeah.  Yeah.  This is something --
22            MR. LOWERY:  Even before --
23            MR. HANANIA:  Anyone with --
24            MR. LOWERY:  Sorry, go ahead.
25            MR. HANANIA:  No, anyone with any knowledge of

Podcast Audio

1  sort of administrative law knows that this is not unique to

2  business, that there's an infinite number of laws and

3  they're -- often have big standards on top of big standards,

4  and you know, they can't go after every possible violation.  So

5  you're -- you know, technically, there's, I guess, a legal case

6  against ESG.  But, yeah, that makes sense.  It doesn't -- it

7  doesn't matter that much.

8             So do you guys -- so -- so you guys tried to do

9  something new at the University of Texas.  How did this -- how

10 did this come about?

11            MR. LOWERY:  So we had a small policy center

12 that still exists.  It's not that small anymore.  The -- it's

13 now called the Salem Center For Policy.  And this was a thing

14 that was some money that was floating around that nobody wanted

15 because icky people had donated it because nobody wants to be

16 associated with money that was actually earned through the

17 creation of, you know, decent consumer products or anything.

18 And so one of my friends, Carlos -- I think you know Carlos --

19            MR. HANANIA:  Of course.

20            MR. LOWERY:  -- Carvalho.

21            MR. HANANIA:  And you're -- you're affil- --

22 well, we're all affiliated with the Salem Center.

23            MR. LOWERY:  Yep.

24            MR. HANANIA:  You're in the Salem Center, I'm

25 part of the Salem Center, Carlos is our boss.  So, yeah, go

Podcast Audio

1   ahead.

2                 MR. LOWERY:  So, yeah.  Any time Carlos has ever

3   tried to make me do anything, you might have a -- an

4   interesting description of "boss" there.  But he -- yeah, he --

5   he runs the center.  And basically, we have this center, we

6   were trying to do things, we were doing programming, but we

7   couldn't really get what -- what really needed to be done.  We

8   needed the ability to offer students a different perspective in

9   their classes than they're getting currently from, sort of,

10  core classes in the university.

11                And we -- we started this freshman seminar to

12  fulfill other requirements, and we tried to give -- you know,

13  so 50 students a year get to see something that isn't nuts

14  about economic statistics, which has actual information and all

15  of that.  But 50 students isn't going to make that much of a

16  difference.  And then we looked at all the other people

17  offering these freshman seminars, and those syllabuses are just

18  nuts and we saw -- saw more and more of this.

19                So we came up with the idea, and we had some

20  encouragement from some supporters.  I may have suggested that

21  we start using the University of Texas's recommended land

22  acknowledgment in some of our meetings with supporters, so

23  we're -- we're supposed to get up in front of every public

24  event and talk about how we're actually on Turtle Island and

25  acknowledge that we really are -- you know, the Comanches

Podcast Audio

```
 1    should really be in charge or something like that.
 2              And so this sort of thing -- gradually, some of
 3    our supporters recognized that there probably needed to be more
 4    done.  And so we were, you know, chomping at the bit to do
 5    this, and so we came up with this proposal where we create sort
 6    of an independent -- you know, like a college of, you know,
 7    reasonable dissenting thought.  And this -- this kind of
 8    snowballed quickly.
 9              There was -- there -- some -- some supporters
10    were excited about it, the -- some people in the Texas
11    government thought that Texas might be willing to just fund
12    this directly, so it got in a budget, we got money for it,
13    there was a whole agreement between the university and the
14    Texas government about what this was going to be.  We were
15    going to be able to offer -- you know, hire faculty who
16    wouldn't be able -- you know, right now, if you have sensible
17    thoughts, there are very few departments in -- at University of
18    Texas where you can be hired.  Like, if you have sensible
19    thoughts about society, you might be able to get hired in
20    petroleum engineering, as long as you keep them to yourself.
21              MR. HANANIA:  Yeah.  That's what --
22              MR. LOWERY:  But if you --
23              MR. HANANIA:  People -- people listening to
24    this, they might not -- I mean, they might not have been in
25    college for a while.  I mean, they might not -- they might
```

Podcast Audio

1  think you sound crazy and that, you know, none of -- you know
2  it can't possibly be that bad.  But me and you, you know,
3  you're in university now, I've, you know, been in universities
4  recently.  It -- it's bad.  It -- it's, you know, there's, you
5  know, the -- I think what they could show to people to say as
6  the diversity statements.  You basically, when you're hired
7  now -- and maybe promotion or other things, too, you have to,
8  you know, express support from affirmative action, identity
9  politics.  It's not -- it's not subtle.  It's not like, you
10  know, your --
11                 MR. LOWERY:  Yeah.
12                 MR. HANANIA:  -- research is, like, has this
13  bias, this little bias or that little bias.  It's, like,
14  there's loyalty oaths to the -- to the (inaudible).
15                 (Speaking simultaneously.)
16                 MR. HANANIA:  Yeah, there's clear allegiance to
17  diversity, equity and inclusion, and the particular definition
18  of divers- -- that's bad enough.  We shouldn't have -- I mean,
19  I'm actually okay with, like, Hey, if you're coming to work for
20  a State university you shouldn't be advocating for overthrowing
21  that government and replacing it with a totalitarian
22  dictatorship.  If someone proposed that loyalty oath, I would
23  at least consider it.
24                 But -- but you shouldn't have a loyalty oath to
25  specific policies, and you certainly shouldn't have a loyalty

Podcast Audio

1    oath to specific stupid policies.  And what we have now is
2    loyalty oaths to, you know, the idea that we should have
3    proportionate representation by identity groups at -- with at
4    least as much representation from marginalized groups as they
5    are in the general population rather than (audio distortion).
6                    Plus, all of those marginalized people who are
7    hired for diversity must adhere -- must have a critical
8    consciousness, so they must all be -- you know, so if you
9    hi- -- if you manage to hire Tom Sowell, he doesn't count.
10   Wilfred Reilly doesn't count.  So we -- you ha- -- and not only
11   is that the policy of the university, we all have to say we
12   like that policy or we can't get promoted.
13                   Like, I'm never going to be a full professor.  I
14   can say that right now, because I will never be able to score
15   on that.  And then inclusion, we have to -- we have to be
16   inclusive, which their definition means we can't ever say
17   anything that makes marginalized groups with critical
18   consciousness unhappy.
19                   So, you know, in order to be employed at the
20   University of Texas, you have to kind of commit to never
21   stating a fact, no matter how true it is, that makes a
22   marginalized person feel -- a member of a marginalized group --
23   this could be a multimillionaire who happens to belong to one
24   of these marginalized groups.  If you make him unhappy -- and
25   not only do you have to commit to not making these people

Podcast Audio

```
 1  unhappy, you have to commit to supporting a policy of
 2  inclusion, i.e., don't make these people unhappy throughout.
 3  So, yeah.  It's that crazy.
 4              MR. HANANIA:  Yeah.  Yeah.  And equity -- equity
 5  is -- do they --
 6              (Speaking simultaneously.)
 7              MR. LOWERY:  (Inaudible.)
 8              MR. HANANIA:  -- do they give you trouble for --
 9  if you have a (inaudible) -- or if you have a, sort of, work
10  capitalism, are they okay with that or -- or even -- is even
11  the, sort of, the capitalist idea, sort of, hard to maintain on
12  the university?
13              MR. LOWERY:  So I'm -- I'm a little co- -- so
14  it's okay for some people to get super rich as long as it's --
15  as long as the number of people who are super rich is in
16  proportion to --
17              MR. HANANIA:  Yeah.
18              MR. LOWERY:  -- their share of the population.
19  So it's okay -- this is a great trick on the equity, is like,
20  okay, it's okay for, like, a handful of white people to be
21  really rich, as long as we make sure that people from other
22  groups are also really rich.  But we need to make sure they
23  didn't make their money through, sort of, ugly capitalism.
24  It's okay to make your money by writing books about how
25  horrible society is.
```

## Podcast Audio

1          MR. HANANIA:  Yeah, but that -- yeah, that's
2    just sort of the ideology.  I'm just wondering -- I'm wondering
3    about, sort of, the -- the lit- -- the litmus test.  Are
4    there -- you know, they -- there was a -- you know, some -- a
5    Substack I saw the other day about what's happening to the
6    American Political Science Review, which was the top journal of
7    political science.  They basically, a few years ago, they had
8    a -- they had an editorial board that was all women, you know,
9    purposely, and then they, you know, each of them study some
10   kind of identity politics thing, and they were basically
11   explicit about affirmative action.
12          Is this -- are the finance journals or the
13   business journals -- or I mean, are they that bad yet or -- or
14   is it still -- are you still behind?
15          MR. LOWERY:  So econ has gotten -- so econ is
16   probably worse than most people think political science is, but
17   political science is so horrible, people can't even probably
18   conceive of that.
19          MR. HANANIA:  Yeah.
20          MR. LOWERY:  But, you know, I -- the most recent
21   AEA papers and proceedings, that's the most important
22   conference in economics, it was overwhelmingly woke stuff.  It
23   was overwhelming identity, discrimination.  You always have to
24   fi- -- and in economics -- even in economics, you have to find
25   the right answer or you're going to have a lot of trouble

Podcast Audio

1  publishing.

2              So I know people have found some very

3  counter-woke empirical evidence, and then they just sort of,

4  like, Oh, well, that's never getting published.  So it --

5  you -- I think it's safe to say that economics is worse than

6  you would think the norm is, and the nor- -- but it's still

7  better than most.  Finance is still a little -- because most of

8  what -- you know, asset pricing, things like that are -- it's

9  somewhat hard to politicize, but you really -- if you write an

10 ESG paper, you really need to say that ESG is really good and

11 we should all do this.  You can't be, sort of, objective about

12 it.  A handful of people still are, but they're already full

13 professors at Chicago, so...

14              MR. HANANIA:  Yeah.  Who's that -- who's that

15 professor who wrote -- I think your (inaudible) blog post about

16 the recent economics papers.

17              MR. LOWERY:  Cochran -- John Cochran talked

18 about that --

19              MR. HANANIA:  Yeah.

20              MR. LOWERY:  -- a bit, yeah.  So that was --

21 yeah, so that's -- that's a good post to go through.

22              MR. HANANIA:  Yeah.  Economics is --

23              MR. LOWERY:  Yeah.

24              MR. HANANIA:  -- (inaudible).  I mean, you hear

25 these complaints that, you know, economics is hostile towards

Podcast Audio

1   women, women this, women that.  That sort of seems to be the --
2   that sort of seems to be the opening to change, you know,
3   everything --
4                    (Speaking simultaneously.)
5                    MR. LOWERY:  Yeah, and this --
6                    MR. HANANIA:  -- (inaudible).
7                    MR. LOWERY:  They -- they -- they're pushing
8   that and it's -- and they're making it so that this kind of
9   inclusion idea is coming har- -- hard into economics.  So if
10  you -- you -- you should not be criticizing the work of these
11  people because they are somehow marginalized from economics.
12                   Now, there's no evidence whatsoever that there's
13  been a systematic exclusion of women from economics.  You know,
14  for a long time, people didn't want to do that.  I mean, only
15  weird people want to do economics, so --
16                   MR. HANANIA:  That's true.
17                   MR. LOWERY:  -- suddenly judging that -- that
18  that should be in any reasonable proportion to any group is --
19  but, yeah, you know -- and very, very few people -- very few of
20  the, sort of, older men who are in a position of authority in
21  economics are willing to stand up in any way to any of these
22  accusations.  They just melt immediately and then hire -- like,
23  I mean, Chicago has been, I think, illegally hiring entirely
24  based on sex for a number of years, or they did for a while, so
25  yeah --

Podcast Audio

```
 1                     MR. HANANIA:  Yeah --
 2                     MR. LOWERY:  -- it's pretty bad.
 3                     MR. HANANIA:  -- Chicago's sad.  Yeah.  I mean,
 4    this stuff is happening quickly.  I mean, if you were -- if you
 5    got out of academia two, five years ago, I mean, it -- it --
 6    it's -- it's a different world.  So, yeah.  I mean, I -- you
 7    know, I'm convinced, you're convinced.  I don't think there's
 8    any dispute about how bad it is for anybody who is, you know,
 9    willing to sort of look at these things objectively, unless
10    you're a social justice warrior and you think, you know, all
11    this stuff is great anyway.
12                     MR. LOWERY:  Yep.
13                     MR. HANANIA:  I think if you're skeptical of the
14    stuff, you -- you -- you have to understand, academia is -- is
15    pretty -- it's pretty bad.  So anyway, so you guys tried to do
16    something.
17                     MR. LOWERY:  We wanted to carve out one place
18    where, you know, a few University of Texas students could get a
19    sensible education with, like, objective facts, objective
20    methodology, and not have to go through all of this and maybe
21    get -- you know, we had this idea of offering a degree of,
22    like, sensible history.  It's nothing --
23                     (Speaking simultaneously.)
24                     MR. HANANIA:  You keep saying --
25                     MR. LOWERY:  -- (inaudible.)
```

Podcast Audio

```
1              MR. HANANIA:  -- "sensible" and "objective."
2    How -- like, how do you -- I mean, do you -- you know, when you
3    describe, sort of, what you wanted to do compared to what --
4    what the university's normally doing, I mean, the -- I think
5    you need to be -- I think they would say they're sensible and
6    objective.  So what's -- what's the -- what's the sort of --
7              MR. LOWERY:  Well, I don't know, because I
8    think, like, objective analysis is white supremacists, right?
9              MR. HANANIA:  Yeah.  I think you're right.
10             MR. LOWERY:  So fairly --
11             MR. HANANIA:  They wouldn't say objective.  They
12   would say sensible given those circumstan- -- or social
13   realities or something.
14             MR. LOWERY:  Right.  So, you know, let's just
15   say we -- we would like to not start with the conclu- -- we
16   don't want to start with any set of conclusions, much less ones
17   that are so clearly at odds with reality.
18             MR. HANANIA:  Right.
19             MR. LOWERY:  So, you know, we wanted to go back
20   to how, you know, gather evidence, test hypotheses --
21             MR. HANANIA:  Yeah.
22             MR. LOWERY:  -- that sort of thing --
23             MR. HANANIA:  And I think --
24             MR. LOWERY:  -- which is --
25             MR. HANANIA:  -- and I think it's useful to be
```

Podcast Audio

1  explicit about what -- what their -- what their, sort of --
2  what their conclusions are starting with.  It's that capitalism
3  is -- is bad.
4              MR. LOWERY:  Yes.
5              MR. HANANIA:  It's bad for the planet, bad for
6  humans.  Every group should have equal representation in a just
7  society.
8              MR. LOWERY:  Well, any just society, the
9  historically marginalized groups will have at least
10  proportionate representation.  So if we suddenly woke up --
11  like, it's perfectly fine that the entire board of the APSA --
12             MR. HANANIA:  Is women, of course.
13             MR. LOWERY:  -- is women.  That's not a problem.
14  That's not -- that disproportion is not a problem because they
15  are historically marginalized, which is not a term that's
16  particularly well defined.  You basically just pick people that
17  you like and say they should have more stuff.
18             MR. HANANIA:  Yeah.  And then -- and then you
19  have, I guess -- you have blank slateism, the idea that
20  differences between classes, differences between genders,
21  that's all, you know, something that society decided we should
22  have rather than, you know, something that reflects something
23  inherent in people.
24             MR. LOWERY:  Yeah.
25             MR. HANANIA:  And so, you know, I think it's

Podcast Audio

1  good -- I think it's good to sort of flesh out exactly --

2                  MR. LOWERY:  Yeah.

3                  MR. HANANIA:  -- where the (inaudible) --

4                  MR. LOWERY:  And I mean, I think one -- the --

5  the core thing that I think underlies most of this is that

6  whatever you say needs to be judged, not by whether it is true

7  or false, but by whether it promotes the interests of these

8  particular groups.  So I think that is the fundamental ideology

9  underlying higher education right now, is that whatever you

10 say, whatever you publish must be promoting the interest of

11 these groups.

12                 MR. HANANIA:  Well, I -- yeah.

13                 MR. LOWERY:  And whether it's true or not is

14 irrelevant, and we kind of would like to go away from that.

15                 MR. HANANIA:  But it -- but it's not -- but if

16 it's not -- you can't just promote them -- so if you think

17 capitalism is the best source of social mobility, you think

18 antidiscrimination laws do more harm than good, like, you could

19 say that I'm saying this for the sake of the marginalized

20 group, but that wouldn't be accepted.  There'll be -- there are

21 some conclusions that you just can't --

22                 MR. LOWERY:  Oh, no, that's true.

23                 MR. HANANIA:  Yeah.  You can't say --

24                 MR. LOWERY:  (Inaudible) -- I mean, it -- what I

25 said is, I think, describes it accurate, but -- but that also

Podcast Audio

```
 1   within that, specific conclusions of what it is that promotes
 2   those things are (inaudible).
 3                  (Speaking simultaneously.)
 4                  MR. HANANIA:  Yeah, yeah.  So -- so you're on
 5   the --
 6                  MR. LOWERY:  You cannot -- you are not allowed
 7   to find out that capitalism promotes the interest of
 8   marginalized groups.  Yeah, that's right.  You -- you -- you
 9   must -- everything you say must promote the interest of
10   marginalized groups, and it must do so through this particular
11   lens of, kind of, racialized neo-Marxism.
12                  MR. HANANIA:  Right.
13                  MR. LOWERY:  So that --
14                  MR. HANANIA:  And so you -- so, yeah.  So you
15   guys -- you guys wanted to do something different, so I -- I
16   keep interrupting, but go ahead.  Tell the -- tell the story.
17                  MR. LOWERY:  Yeah.  So we wanted to do something
18   different, so we proposed this.  And the idea would be here,
19   you know, we're going to hire a bunch of faculty who don't
20   assume their conclusions and aren't ex-ante, committed to any
21   particular set of policies and who would be unlikely to get
22   hired in the current environment, regardless of quality, just
23   because you can't hire people who don't agree with this
24   nonsense anymore.
25                  It seemed pretty reasonable.  It's just a matter
```

Podcast Audio

1   of, like, let's go back to how people used to think about
2   problems before everyone went crazy.  And this was fairly
3   appealing to a broad swath of nonacademics, and this was
4   approved and then, you know, we -- we were excited.  We were
5   going to start building.  We were going to hire people, we were
6   going to offer classes, it was going to be an absurd amount of
7   work.  I mean, we both --
8                   MR. HANANIA:  Who -- who approved it?  I'm
9   sorry.  I'm very interested in the mechanics here because
10  people who want to, you know, maybe do something similar --
11                  MR. LOWERY:  So --
12                  MR. HANANIA:  -- and how this stuff works.
13                  MR. LOWERY:  We -- we got things -- we -- we got
14  a line in a -- the main budget for Texas, so we got two years'
15  worth of funding with the assumption that we -- so it was three
16  million a year.  The reason (inaudible) --
17                  (Speaking simultaneously.)
18                  MR. HANANIA:  So some (inaudible) legislator
19  wrote it into a bill, the governor signed it, like, you know,
20  like you learn --
21                  MR. LOWERY:  Yep.
22                  MR. HANANIA:  -- in civics class.
23                  MR. LOWERY:  Yep.
24                  MR. HANANIA:  Okay.
25                  MR. LOWERY:  Yeah, with -- with, I'm sure,

Podcast Audio

1  plenty of sausage making that I didn't -- that we were kind of
2  away from.   The Board of Regents agreed to match this out of
3  their -- you know, they get a giant -- (inaudible) -- Board of
4  Regents gets a giant pile of money, then -- in the budget, and
5  then the university -- then the legislature will provide
6  funding for other specific things.   So we got funding directly
7  from the legislature, plus the regents agreed to throw on more
8  money.   And then, of course, you know, if this had gotten
9  going, there were lots of donors who were ready to give us even
10  more money.
11           Because that's one of the problems, like, if you
12  want sensible things to happen on campus, you kind of have to
13  pay the university in order to be allowed to fund something
14  sensible.   So if you want non-crazy speakers on campus, you
15  have to -- if you're a rich guy and you think the University of
16  Texas should have sensible people speak occasionally, you have
17  to fund that and pay a tax to the university.   Whereas, if you
18  want some crazy person coming in, that -- that (inaudible)
19  spend money.
20           MR. HANANIA:   They'll do that voluntarily.
21  Yeah.
22           MR. LOWERY:   So we -- you know, we got this.
23  The regents gave the money, and so now this money flows to the
24  president's office and he's supposed to go and get this set up.
25  And there was this whole idea that -- the sense you have to

Podcast Audio

1   do -- you know, you have to do a national search for who's
2   going to run this, but Carlos was a good candidate and, you
3   know, the -- the ideas were proposed to him, like, you know,
4   you know, he -- he was going -- you know, coming up with the
5   faculty you'd want to work with, and we were talking about who
6   we'd want to bring in, all of that.  And then we got ignored
7   for six months.  And so -- approximately six months.  So no
8   communication from the president's office.  We were just
9   waiting around.  And then somebody --
10                  MR. HANANIA:  And you guys were the -- you
11  guys -- you and Carlos were the driving forces behind
12  getting -- getting all this?
13                  MR. LOWERY:  Yeah.  I think -- I mean, Carlos
14  was the one that -- he was the one out talking to people and it
15  was kind of us, you know, and we had -- we had all curriculum
16  planned out, we had lists of names.  And then somebody planted
17  an article in the Texas Tribune, which is this, like, left-wing
18  Texas pseudo-news organization that basically just -- it --
19  it's really a advocacy thing, and they've got close ties to
20  people in the university administration.  I don't know who
21  planted it.
22                  But they came out with this big expose on the
23  Liberty Institute and how all these evil West Texas
24  millionaires were interfering in the sacred trust of the
25  University of Texas.  And that, suddenly, politics was going to

Podcast Audio

1   make its way into the University of Texas, as if we haven't
2   converted ourselves entirely into a left-wing activist machine
3   for the past five years.
4                    And so then the president -- now, it turns out
5   the president had picked one of his deputies to be sorting out
6   how this stuff was going to work, and he picked a critical race
7   theorist.  So one of the first things he did was make, like,
8   hard-core critical race theorist who teachers, like, Marxist
9   dance and doesn't believe there should be a single conservative
10  voice on campus, he made him vice president of academic
11  priorities.
12                   Now, this is the guy who's now in charge of
13  figuring out how to set up this new dissenting entity.  So
14  we've got a critical race theorist in charge, this article
15  comes out.  I don't know if that's a coincidence.
16                   MR. HANANIA:  Which came first, the article or
17  the critical race theorist?
18                   MR. LOWERY:  So it turned out the critical race
19  theorist had been in charge for months that we didn't know
20  about.  And then, you know, article comes out, president's,
21  like, Oh, no we can't do what we used to do.  He calls in
22  Carlos for this meeting, and then the critical race theorist is
23  sitting there dictating exactly how the thing would be
24  structured.  And the idea is, Okay, Carlos, we'll let you run
25  this as long as you just give money to existing departments to

Podcast Audio

1   hire people they would hire anyway.  And you can ask them to
2   hire people, but you can't do anything.
3                    So the whole idea of, like, an independent
4   group, like, you cannot hire a sensible person with the assent
5   of the anthropology or sociology department.  So the idea's,
6   like, okay, you've gotten this money for this independent
7   thing; instead, we're just going to use it to fund the wish
8   lists of existing departments, and you just go around and tell
9   all the conservative donors and politicians that everything is
10  fine and this is the right way to do it.
11                   Now, all of this is the plan of a critical race
12  theorist who's been trusted to bring dissenting non-leftist
13  thoughts.  So, you know, and it at this point, you know,
14  obviously, we're not going to go along with that nonsense.  We
15  don't have -- you know, we have better things to do with our
16  time than provide cover for the president to let critical race
17  theorists run the University of Texas.
18                   So Carlos tells the -- the supporters, was, No,
19  this isn't what we agreed to, we're not going to do this.  And
20  that's when the do- -- you know, with -- with a single
21  exception, the donors turned on us, the president starts doing
22  his, like, you know -- people don't really -- like, the sole
23  qualification for being a president of a university in a red
24  state is that you're good at lying to Republicans.
25                   So he manages to get the donors convinced that

Podcast Audio

1   we are the problem, you know, Oh, we won't play along with the
2   critical race theorist plan, so we're putting the thing in
3   danger.  The thing is dead, but they turn on us, the -- the
4   State doesn't -- you know, we -- we communicate clearly, this
5   is a default.  But the -- you know, every -- everyone on the
6   Texas state government, they already scored their points from
7   having funding this thing, and they don't care anymore,
8   apparently, and -- well, that's what we thought at the time.
9   It turned out that wasn't entirely true.
10              So, you know, but, you know, we got kicked off
11   the project and they go out and they find -- there's -- this is
12   another thing -- these things -- it all sounds crazy because it
13   kind of is.  There's a stable of fake conservatives who operate
14   in universities, and their job is -- they'll come in an
15   initiative like this, and they'll come in as the clean-up guy,
16   and they can go around and be, like, Oh, yeah, I'm one of you,
17   but this is exactly what we need to do.
18              Obviously, we can't interfere with faculty
19   governance, even though the -- you know, we were going to do
20   everything according to the rules, but they could say, Oh, no,
21   that -- that was bad.  Here, I can work with the sociology
22   department.  Of course, they can work with the sociology
23   department because they have a history of always giving in.
24              So they bring in this guy who turns out to be
25   friends with -- you know, we have two or three professional

Podcast Audio

1   fake conservatives already at UT, they, you know, they -- they
2   run this thing called the Jefferson Center.  Will Inboden runs
3   this other thing.  These guys just basically go out and pretend
4   to donors that everything is fine, take money, pay themselves,
5   pay their friends, and then do nothing and provide cover for
6   the left to control the university.
7               So they bring in one of their friends from
8   Missouri who had this same deal -- University of Missouri,
9   there was a big mess.  They didn't -- you know, there were
10  crazy faculty out yelling at students and some conservatives
11  gave money to try to provide a -- a separate thing.  And this
12  guy comes in and he takes the money and he brings in a leftist
13  and they -- they -- they agree on how to spend the money to
14  make sure that the conservatives stop being angry at Mizzou.
15              So that's the guy they bring in with the secret
16  search with his friend whose already here, and we got com- --
17  we're -- we're pushed out and this -- this guy gets tenure at
18  UT to run this thing, take the money, give it to existing
19  departments and make sure that everyone sort of stays happy, so
20  no --
21              MR. HANANIA:  So the -- Liberty Institute is --
22  is still under this guy's control still at UT?
23              MR. LOWERY:  Well, they've just -- they --
24  they've -- they've just announced that he was being -- and it's
25  now being called the Civitas Institute because Liberty is a

Podcast Audio

```
 1  loaded word, and we don't want to use that.  Right, yeah, so --
 2              MR. HANANIA:  So I want -- I want to see what --
 3  what exactly -- let me -- I want to Google a little bit.  So do
 4  they have events?  They don't have their own professors.  All
 5  they do is they have --
 6              (Speaking simultaneously.)
 7              MR. LOWERY:  (Inaudible.)
 8              MR. HANANIA:  So they -- they just funnel money
 9  to the sociology or whatever?
10              MR. LOWERY:  They -- they haven't done anything.
11  They wasted a year.  Like, we would've already had stuff.  They
12  wasted a year.  He just got appointed.  It took him a while.  I
13  don't know how they brought poly sci -- or government into
14  giving tenure to this guy, but, you know, he -- he just --
15              MR. HANANIA:  Yeah.
16              MR. LOWERY:  -- just a few weeks ago got
17  announced.  But, you know, it was under -- you know, we got
18  kicked out because we wanted independent hiring.  Obviously,
19  there's not going to be independent hiring.  Or if they give
20  them independent hiring, it'll be under the agreement not to
21  bring anyone in who's actually interesting.
22              MR. HANANIA:  Okay.  Yeah.  I don't -- I don't
23  know -- I haven't done enough research, so I don't want to be
24  unfair to this guy.  You know, I'll take your word for it, so
25  I -- I don't know if it's --
```

Podcast Audio

```
 1              MR. LOWERY:  Yeah, you --
 2              MR. HANANIA:  Yeah.  Yeah, I don't know if he
 3   (inaudible) --
 4              MR. LOWERY:  I know.  I know.  He -- he was --
 5   he was reporting -- we were talking to him because he had this
 6   thing at Missouri.  We thought it was interesting and we were
 7   collecting a bunch of information.  And then he was, like,
 8   reporting back to the UT administration, things we were saying
 9   to try to get us kicked out of the project.  So he was already
10   spying for the UT administration before we came in.  But you
11   know -- but you know, he wrote a book about how abortion is
12   bad, and so he has credibility with the sort of --
13              MR. HANANIA:  Yeah.
14              MR. LOWERY:  -- low --
15              MR. HANANIA:  So they have a press release.
16   They say Civa- -- Civatas Institute will focus on teaching,
17   understanding, appreciation of American values, blah blah,
18   blah, constitution laws, (inaudible) government, free
19   enterprise markets, individual liberty, putting together
20   politics.  That seems to be all they've done is the --
21              MR. LOWERY:  Yeah, they have a -- a launch date
22   placed.
23              MR. HANANIA:  -- press release.
24              MR. LOWERY:  But, yeah, the --
25              MR. HANANIA:  Yeah, this is --
```

Podcast Audio

```
 1              MR. LOWERY:  -- last time -- 15 yea- -- 15 years
 2    ago --
 3              (Speaking simultaneously.)
 4              MR. HANANIA:  And this was just --
 5              MR. LOWERY:  -- Rob Cu- --
 6              MR. HANANIA:  -- this was just a year ago.  This
 7    was a month ago.  This was from June 13th.
 8              MR. LOWERY:  Yeah.
 9              MR. HANANIA:  It seems like they were --
10              MR. LOWERY:  Yeah.  So the -- they -- they
11    dragged their feet.  The goal is to drag their feet and make it
12    look like there's action so that they don't get found out
13    before the next legislative session, which starts in January.
14    So the -- you know, the university has to make it look like
15    they're doing something for a few more months so that they
16    don't get in trouble, 'cause, eventually, the lieutenant
17    governor got a little upset and said he was going to end tenure
18    at UT.
19              MR. HANANIA:  Uh-huh.
20              MR. LOWERY:  Which wouldn't be a good idea --
21              MR. HANANIA:  So the -- so the -- so the -- the
22    difference models is yours and Carlos's model at Liberty would
23    be, you would be your ow- -- you would hire your own tenure
24    track faculty.
25              MR. LOWERY:  Yeah.
```

Podcast Audio

1          MR. HANANIA:  And this model is just, they run

2    Civatas, which they give money to, say, philosophy or

3    sociology.  And then do they -- do they consult with them, do

4    they hire who they -- what do they -- when do they do?  They

5    just give them money and -- what else?  Like, how does -- how

6    do you ensure that it's going to be --

7          MR. LOWERY:  They don't -- you know, they

8    haven't really written down any agreements or anything, but

9    I -- my underst- -- is the idea -- you know, the -- the promise

10   that the president made in the faculty council is that the

11   institute will not hire tenure track faculty, the money will be

12   given -- and -- and so that -- you know, and the model that was

13   proposed to us is, you go and you offer money to existing

14   departments to hire people, and they get to decide who they

15   hire and not.

16          And, you know, there's just no way a current

17   department in the humanities or social sciences, except maybe

18   econ at UT, is going to hire anyone who's even remotely --

19          MR. HANANIA:  And can -- but does -- does --

20   does it -- would you have -- would you have had, sort of --

21   would you been in position to negotiate and get better people

22   with these departments?  Or would it have to been, like, you

23   just give them the money and they do what they want?

24          MR. LOWERY:  I mean, the claim would have been

25   that we would have been negotiated, but the answer is they

Podcast Audio

1  would have just taken the money and done whatever they wanted.
2  They -- you know, probably, they would have found some very --
3  one of these professional -- you know, it would have been an
4  opportunity for them to bring in one of these fake
5  conservatives, because they -- they could bring in someone who
6  the -- would then provide cover, but they're all the -- you
7  know, but, you know, when the chips are down, you -- you know
8  these guys are going to -- like, we have people in law school.
9            MR. HANANIA:  Isn't the problem that -- yeah.
10  Isn't the problem that you have to be sort of -- you have to be
11  a fake conservative to get along in any of these -- like, you
12  know, me, I couldn't survive in academia.  Like, I don't know
13  how you survive.  You're -- you're older.  Maybe you -- you
14  came at a -- came in at a different time.  But, you know, it's
15  like anyone they hire within academia who's going to be here
16  long is going to have, you know, sort of sold their soul on
17  this stuff already, right?
18            MR. LOWERY:  Well, and that was kind of -- I
19  mean, i- -- if you get -- like, I'm 43, I think.  If you go
20  much below 40, you're not going to get anyone.  Like, the --
21  the filter really started kicking in a few years after I got
22  through, but what you could do is collect a bunch of 40- to
23  60-year-olds -- sorry 40- to 70-year-olds -- there are probably
24  people I shouldn't offend in the 60- to 70-year-old group.  You
25  could collect those people and they could start -- you know,

## Podcast Audio

1  they could objectively look for objectively high-quality people
2  who can't get jobs because they have sensible ideas.  Right?
3               You know, it wouldn't be that -- if you got one
4  department that could just go out and hire people, you -- you
5  would -- you would have the highest IQ department very quickly
6  just because there's such a strong filter.  And people still
7  show up for grad school.  In a few years, nobody's even going
8  to go to grad school if they have sensible ideas.
9                So, yeah, I need -- you know, but you need to
10  start nurturing reasonable people again, and you need to
11  collect enough sensible people in one place that they can
12  create the environment where people (inaudible).  Like, we have
13  some very intelligent philosophers who could do an excellent
14  job of evaluating people in all sorts of fields of hu- --
15  humanities, but in 15 years, they're going to be retired.
16                So we -- we sort of have a -- a window is
17  closing if you want to create younger academics who -- who
18  don't buy into this, you know, it's just an act ivist project
19  idea.
20                MR. HANANIA:  Yeah.  So --
21                (Speaking simultaneously.)
22                MR. LOWERY:  (Inaudible.)
23                MR. HANANIA:  Yeah.  So the difference between
24  you and -- and, I think, Dryer [sic], if Dryer, you know, Dryer
25  was here right now -- maybe I'll -- I'll reach out to him and

Podcast Audio

```
 1   see if he'll -- he'll talk to me.  If Justin Dryer was here,
 2   maybe he would say his disagreement with you guys or maybe this
 3   is how you understand this agreement is he thinks that the --
 4   sort of the existing departments are salvageable, there's hope
 5   for having, you know, intellectual diversity.  It's just, you
 6   know, they just need a little push or a little encouragement.
 7   And while you -- you think -- you think that it -- you just
 8   have to sort of start your own thing within the university --
 9               MR. LOWERY:  Yeah, and then --
10               MR. HANANIA:  -- you need control of hiring?
11               MR. LOWERY:  I think that -- that's what he
12   would say.  I don't think he would actually believe it.  What
13   he believes is, Oh, I got tenure at UT Austin.  Yay.  I mean,
14   that -- that's all there is to it.
15               MR. HANANIA:  Rich, let's just -- let's not --
16   let's not -- let's not jump to conclusions about Mr. --
17   Mr. Dryer's [sic] motive.  Yeah.  Who knows?  There's no way --
18   no way of knowing that.  So, yeah.
19               MR. LOWERY:  I -- I -- I -- I've run out of
20   patience with being polite to people, unfortunate ly.  You --
21   you ask how I survive in academia.
22               MR. HANANIA:  Yeah.
23               MR. LOWERY:  I survive in academia by giving up
24   on even trying anymore on that stuff.
25               MR. HANANIA:  Yeah.  You must be -- you must be
```

Podcast Audio

1   so exhausted, as -- as they say about the -- the women --

2                   MR. LOWERY:  Oh, yeah.

3                   MR. HANANIA:  -- (inaudible.)

4                   MR. LOWERY:  Yeah.

5                   MR. HANANIA:  Okay.  So -- okay.  So the -- the

6   schedule --

7                   MR. LOWERY:  If you have any temptation to start

8   feeling sorry for me, the faculty salaries are still public

9   information, so --

10                  MR. HANANIA:  Okay.

11                  MR. LOWERY:  -- I'm just trying to earn what --

12  what the State of Texas pays me instead of just coasting on it.

13                  MR. HANANIA:  Yeah.  That's -- that's very

14  honorable.  Yeah, the business schools tend to -- tend to pay

15  well in general; is that right?

16                  MR. LOWERY:  Yeah.  Yeah.  I mean, I'll -- I'll

17  never get a raise again, but that's fine.

18                  MR. HANANIA:  Yeah.  So you're -- so the --

19  okay.  So you -- the -- so Salem -- was Salem -- how did Salem

20  start.

21                  MR. LOWERY:  Salem -- so there was a thing

22  called CPG, and I don't even remember what it stands for, and

23  it was a -- it was supposed to be providing, sort of, counter

24  programming, intellectual diversity, and it reported directly

25  to the president and there was a guy -- Ryan Streeter was

Podcast Audio

1  running that.  And I'm not sure what they ever did.  But they
2  had money.
3              And then Streeter left for AEI and they wanted
4  to keep this going because they needed it to show to
5  conservative donors that there was actual stuff.  And so nobody
6  in the university wanted to take it, except Carlos volunteered
7  to take it.  And that's how -- and so he got money and then he
8  started raising money and that's -- that's kind of how Salem
9  came into existence before it was Salem.  And then K.K. Salem,
10 who's a -- gave a significant --
11             MR. HANANIA:  Yeah.
12             MR. LOWERY:  -- (inaudible) that -- that sort of
13 got things rolling on the -- the branding and allowed us to
14 expand significantly, start bringing more people.  But we can't
15 hire tenure track faculty --
16             MR. HANANIA:  Right.
17             MR. LOWERY:  -- 'cause we're just a center.
18             MR. HANANIA:  Yeah.  So -- so, you know, it's --
19 it's the interesting sort of setup.  So the governor appoints
20 the Board of Regents.  The Board of Regents runs the
21 university, right?  That's how it works?
22             MR. LOWERY:  That's in principal.  So as far as
23 I can tell, the Board of Regents picks a president and then
24 rubber stamps everything the president does.
25             MR. HANANIA:  I see.  So the boar- -- and the

Podcast Audio

1  board of -- so the president is basically, like, the dictator
2  of the university?
3          MR. LOWERY:  Yeah, the president is dictator,
4  but the president gets -- gets to pretend that he answers to
5  the faculty, 'cause there's all this, like, faculty governance
6  stuff, where people claim that the faculty -- but if you
7  actually look at the rules, everything the faculty does is
8  advisory to the president.  So the president is -- yeah,
9  absolute -- an absolute dictator.  He can do whatever he wants,
10  but he has this excuse built in, is, like, Oh, no, if I did
11  that, the faculty wouldn't -- wouldn't like that and they --
12  literally, the president threatened the donor and said, Oh, if
13  we go ahead with the plan as is, the faculty will provide a --
14  will give me a vote of no confidence and I'll have to resign,
15  which is nonsense 'cause all the faculty council can do is
16  advise the president.  They can advise him to resign and he can
17  go tell them to go -- off.
18          So, yeah, the -- at least at the -- UT, at least
19  within the University of Texas system, the president is
20  effectively the dictator of the university.  So everything he
21  wants, he can get.
22          MR. HANANIA:  Yeah.  So, yeah.  Okay.  So the --
23  the Board of Regents could dismiss him, I mean, in theory,
24  right?
25          MR. LOWERY:  They have a term so they cannot

Podcast Audio

1   renew you after five years, and if they wa- -- if -- if --
2   these rules are a little vague, I think, but they -- they can
3   get you out before your term is up through --
4                   MR. HANANIA:  Okay.
5                   MR. LOWERY:  -- some method.  But ba- -- but
6   other than that -- like, the one -- there was one regent in the
7   history of the University of Texas system, as far as I can
8   tell, who actually tried to do his job, was Wallace Hall.  And
9   he found out there was a lot of admissions corruption.  And he
10  was impeached by the Texas Senate, I think, and indicted by the
11  Travis County DA for doing open records requests to the
12  university.  So they indicted him for finding out information
13  about the entity that he was supposed to be governing.  So
14  that's the extent to which, like (inaudible) --
15                  MR. HANANIA:  And what year was it -- what year
16  was this around?
17                  MR. LOWERY:  That would have been -- it was
18  right after I -- it was -- is it right before -- or sometime
19  around 2008 to 2010.  So -- and then, you know, he got pushed
20  out, and that's when they brought in the guy who runs things
21  now, which is Kevin Eltife, and his whole job is to keep things
22  quiet, but --
23                  MR. HANANIA:  Yeah.  So I gue- -- so, yeah.  So
24  I -- so the -- you know, the question here is, these are, you
25  know -- this is a Republican state with Republicans in all

Podcast Audio

1 positions of power, as far as, you know, state-wide offices.
2 The -- you know, the university system is not an independent
3 branch of government.  It completely depends on a budget coming
4 from the state legislature, signed by the governor.
5         You had -- so you had those people, you know,
6 wanting to do something about the universities.  You also had
7 these, you know, millionaires who seems like -- who were
8 willing to donate money.  It seems like they, themselves,
9 wanted, you know, some kind of more conservative thought on
10 college campuses.
11         And I gue- -- I guess what this looks like is
12 that, like, you know, there's these -- you know, there's a lot
13 of, sort of -- it's like it's very -- I mean, it's very, sort
14 of, hard, I guess, to explain to people the difference between
15 what you and -- you know, it's not hard if you want to sit down
16 and listen.  But just, like, for a casual observer, you know,
17 you -- what you and Carlos wanted to do versus what, you know,
18 the University of Texas wants to do with their money.
19         So you know, is your experience just that it's
20 basically that, that, like, you -- when you talk to donors or
21 you talk to, you know, legislators or people close to them,
22 it's just hard to get through to these people?  Or, you know,
23 what's -- what's your sort of impression of, you know, where --
24 where's the failure here?
25         MR. LOWERY:  Well, I think a big part of the

Podcast Audio

1  failure is that they don't actually care.
2             MR. HANANIA:  They're politicians?
3             MR. LOWERY:  Yeah.  And the -- the Board of
4  Regents -- like, the -- you know, they're very averse to
5  anything making noise and causing problems, and so the regents
6  are very focused on making sure everything stays quiet.  So the
7  only reason they would go after a president and try to remove
8  him is if there's, like, chaos because they're -- they want the
9  nice quiet thing going.
10            And so they are, you know, very willing to go
11  along with the president when he says, Oh, no, if I do
12  something like this, there's going to be problems, there's
13  going to be noise.  And then the politicians all have a lot of
14  faith in the regents because they're their appointees.
15            Now, who ends up wanting to get on the Board of
16  Regents, it's apparently a bunch of people who are -- you know,
17  they're willing to give money to Republican politicians or
18  their former, like, you know, former Republican politicians who
19  are very much on the left, even as they are Republicans.  And
20  so that -- that sort of layer is really uninterested in doing
21  anything about improving the university, but they do want to
22  keep things quiet.  And the faculty know that -- that they
23  can -- their power comes from causing a stir.
24            And so it's really very much -- you know, what
25  you end up with is you -- you end up hiring the president, who

Podcast Audio

1   you can trust to keep the faculty quiet by giving the faculty
2   whatever they want.  So that's why we have two critical race
3   theorists on the five-person tenure evaluation committee,
4   because that's what the faculty want.  And that keeps the
5   faculty quiet and happy, and then you have a guy who can go
6   around and, like, show up at the country club and smile to the
7   rich guys.  So that's what they want for a president, is
8   someone who will do everything the woke faculty want, while
9   being, like, pleasant to the -- the rich.
10              So the -- the previous president was really good
11  at giving the woke faculty whatever they wanted, but he wasn't
12  really good at being super nice to Republicans.  And so they
13  got rid of him and they brought in someone who will still do
14  everything the woke faculty want, but is better at being nice
15  to president.  And that's kind of what the regents wants, and
16  then the politicians mostly just want their donors happy, I
17  guess.  I don't know.
18              And -- but as far as I can tell, it's really,
19  nobody cares that every 18-year-old who shows up at the
20  University of Texas is being trained to be a social -- social
21  justice radical.
22              MR. HANANIA:  And the -- and then what about
23  the -- and so that's politicians.  What about -- what about the
24  donors themselves?  Because it seems like they're there
25  voluntarily giving their own money.  It seems like they'd --

Podcast Audio

1          MR. LOWERY:  (Inaudible.)

2          MR. HANANIA:  -- have some interest in how it's

3  being spent.

4          MR. LOWERY:  I -- I think, you know, I believe

5  the salary of the president of the University of Texas is $1.2

6  million.  It's somewhere around that.  And every penny of that

7  money is being paid to be good at lying to conservative donors

8  or a politician.  So they're just hearing -- and, you know,

9  they're not willing to go and talk to people on the ground.

10  Like, we're too far down the totem pole -- they want to talk to

11  the CEO and they think of a president as, like, the CEO.

12  That's the only person they should be talking to.

13          Now, they don't realize that -- that the whole

14  role of that guy is to lie to them, but they won't talk to

15  anyone except him.  So whatever story he tells them, no matter

16  how false, they never hear a different story.  So --

17          MR. HANANIA:  And isn't the --

18          MR. LOWERY:  -- they're just --

19          MR. HANANIA:  Yeah.  Is -- so isn't the

20  answer -- isn't -- isn't conservative media the answer here,

21  because you can -- you can go a- -- you can go around them,

22  right?  You can -- you can have a -- you can make -- you -- you

23  know, conservatives have a megaphone.  I -- presumably

24  Republican politicians and conservative donors pay attention

25  to, you know, Fox News, Washington Examiner, Wall Street

Podcast Audio

```
 1   Journal, whatever.  Isn't that sort of a --
 2                MR. LOWERY:  Well, you --
 3                MR. HANANIA:  -- is that the way out of this?
 4                MR. LOWERY:  You would think, but then when we
 5   expose the fact that the president's office was paying -- was
 6   providing grants to the education school to create critical
 7   race theory training materials for 4-year-olds, that got picked
 8   up by Fox News.  I was on Fox & Friends first for, like, eight
 9   minutes.  It's actually -- yeah, while passing a kidney stone
10   at 3 a.m.  That's another interesting story.
11                And you know, we had an article, we had all
12   that, and nobody cared.  Like, nobody react- -- no -- no
13   donor -- well, I mean, you know, there are, you know, a number
14   of people who are involved in our institute who heard about
15   this.  Not one of -- yeah, okay.  Literally, one person out
16   of -- involved in any way ever had a conversation with me.  The
17   rest -- the -- you know, nobody wanted to engage with, like,
18   Oh, wait.  Jay Hartzell is funding critical race theory for
19   4-year-olds.  Maybe we should go talk to the guy who found this
20   out and spoke to Fox News.  They would rather just continue to
21   hear from Jay Hartzell.
22                MR. HANANIA:  Is it different in other states
23   because other states seem to be passing laws --
24                MR. LOWERY:  No.
25                MR. HANANIA:  -- against critical race theory?
```

Podcast Audio

1  They se- -- it's -- it's not?  It's all -- it's all just show?
2  It's all just -- is fake?  Because it seems like -- it seems
3  like some laws are -- are getting passed.
4                  MR. LOWERY:  At the university -- so I -- people
5  are more engaged at K through 12.  And some of the stuff at K
6  through 12 actually matters.  And Texas even has a K through 12
7  bill that doesn't seem to have much teeth, but there are very
8  few -- nobody -- I can't think of a single state where anyone's
9  had the courage of putting in a serious conservative to run the
10 state university.  Everyone always picks -- Mitch Daniels is
11 about the closest you get and he's leaving.  He was at Perdue.
12 And that's where they went -- they went outside of the academic
13 hierarchy.
14                  Because you -- you know, if you want to find a
15 president who looks qualified, you want someone who's been
16 up -- you know, someone who's been a dean and who's been a
17 provost and all that.  And the only way you get that there is
18 with a really good diversity (inaudible) inclusion statement.
19 So if you continue to pick from that set -- so even, you know,
20 if you look at what happened to the University of Central
21 Florida, they fire- -- they tried to -- they fired and then had
22 to unfire someone for, you know, clearly constitutionally
23 protected speech.  And that's in Florida.
24                  MR. HANANIA:  So, I mean, why can't conservative
25 governors -- I mean, when Republican presidents appoint judges,

Podcast Audio

```
1   they go to the -- they go to the federal -- they go to Heritage
2   and they say, Well, here's -- like, you know, these are the
3   good people and these are the bad people and take the good
4   people.  Why can't the Heritage have a list of college
5   presidents that, you know, you're supposed to appoint if you're
6   a Republican governor?
7                   MR. LOWERY:  If anyone would like that list, I
8   am available (inaudible).
9                   MR. HANANIA:  Okay.  So this is a -- it sounds
10  like --
11                  MR. LOWERY:  I don't know why nobody is asking
12  me that question except you, but...
13                  MR. HANANIA:  Yeah.
14                  MR. LOWERY:  I mean, we know there's a handful
15  of people who know who should be running universities in
16  conservative states, but nobody asks us.
17                  MR. HANANIA:  Uh-huh.
18                  MR. LOWERY:  And that's, I think -- we do not
19  have an equivalent --
20                  MR. HANANIA:  This seems like --
21                  MR. LOWERY:  -- federal society.  We need the
22  equivalent of a federal society.
23                  MR. HANANIA:  Yeah.  Yeah.  I mean, there's
24  these -- you know, there's these -- you know, there's these
25  groups like fire and there's these groups that are, sort of,
```

Podcast Audio

1  you know, trying to play the middle and say, you know, well,
2  for free speech and this -- but I think -- I think the -- I
3  think the thing is that that stuff, you -- you have to be sort
4  of idealogically opposed to this stuff, because they -- the --
5  what these people do, I think, is when you alluded to about the
6  president being paid to be a good politician, is that,
7  basically, if you give them any wiggle room, if you give them
8  any control, they're going to figure -- I mean, they have
9  the -- the numbers within the university system.
10                 MR. LOWERY:  Yeah.
11                 MR. HANANIA:  And they -- they are familiar with
12 the bureaucratic processes and they have the -- the time to
13 work on this stuff.  So it really has to be -- you know, it
14 really has to be, like, build a new thing.  Has to be appoint
15 some kind of president who's just completely idealogically
16 opposed to them.  It can't be, you know, write them letters and
17 hope they -- hope they become a little more reasonable.
18                 MR. LOWERY:  Yeah.  Without extreme change in
19 leadership or -- I mean, even if you tried to build new
20 institutions, every -- like, the instinct when people are
21 building new institutions is, Oh, no, we want to be down the
22 middle.  We don't want to be idealogical.  And "down the
23 middle" means, Oh, well, we'll -- let's go find a former
24 college president to run this.  Then all of a sudden, your new
25 initiative that's supposed to bring diverse thought suddenly

Podcast Audio

```
 1   has someone whose completely drunk the Kool-Aid of DEI in
 2   charge.  And you've already ruined your new institution before
 3   you even touch it.  You have to be more -- you have to think
 4   much more outsi- -- like, if you want to start something new,
 5   you have to go find the people who would never, ever, ever have
 6   become a college president in the traditional system.
 7   Otherwise, you're going to ruin it before it gets off the
 8   ground.
 9             There needs to be a little bit more creativity
10   and a little more understanding of, like, who it is you should
11   trust.  You should trust the people who've been, sort of,
12   pushed to the sides, you know, there -- again, I have a list.
13   I'm happy to share the list.  If you want someone to run
14   something, I got a list.
15             MR. HANANIA:  You want to make it just pu- --
16             MR. LOWERY:  But --
17             MR. HANANIA:  You want to make it public?  Does
18   it need to be a private list?
19             MR. LOWERY:  Probably I -- well, I haven't asked
20   anyone on that list.
21             MR. HANANIA:  Okay.  Let's -- let's -- hell,
22   let's not get ahead of ourselves.  Okay.  Yeah, there is --
23   there's a good book, The Rise of --
24             MR. LOWERY:  And it's not me because I act like
25   this, so probably --
```

Podcast Audio

```
 1              MR. HANANIA:  Yeah.  It's not you.
 2              MR. LOWERY:  -- isn't me, but there's plenty of,
 3    like, more acceptable types of persons who -- who could run
 4    things.
 5              MR. HANANIA:  Yeah.  You read the book -- you
 6    read the book, The Rise of the Conservative Legal Movement by
 7    Steve Teles?
 8              MR. LOWERY:  I started -- yeah.
 9              MR. HANANIA:  It's -- it's very --
10              MR. LOWERY:  Part of the way through.
11              MR. HANANIA:  Yeah.
12              MR. LOWERY:  Very --
13              MR. HANANIA:  It's very good.  It --
14              MR. LOWERY:  The first couple chapters are very
15    insightful.  And you know, it -- and it really gets at the need
16    to build something with a core of committed people.  So if you
17    look at when sensible ideas have survived when they have
18    overwhelming numbers against them, it's things like the
19    Federalist Society, a tiny group of people, not that big of a
20    budget, but really committed to their ideas, not trying to
21    reach out and build the big tent.  Well, we'll get like the 75
22    percent woke people on our sides.  And, no, we want the zero
23    percent woke people --
24              MR. HANANIA:  Yeah.
25              MR. LOWERY:  -- and we want to focus.  A
```

Podcast Audio

1    coup- -- you know, rational expectations and monitorism
2    survived in economics and both had problems, but they were much
3    more sensible then the -- the dominate idea.  They just picked
4    federal re- -- two federal reserve banks and they just took
5    over.  And then they kept their ideas functioning in those two
6    places.
7                    So you -- you -- you ha- -- but -- but it was
8    all committed people.  As soon as you try to have this big tent
9    where it would be like, Oh, no, we want to make sure at least
10   half the people are actually, you know, on the left, and that
11   way we can show how reasonable and open we are.  Well, then,
12   those half the people on the left will always support other
13   people on the left and will cross you because you're trying to
14   be objective.  And you -- you have to --
15                    MR. HANANIA:  Yeah --
16                    MR. LOWERY:  -- build institutions --
17                    MR. HANANIA:  So it -- it -- it sounds like to
18   be -- to be a -- to beat the left at universities, you have to
19   sort of become like them, right?  It sort of seems like every
20   idealogical movement has to be this way.  It's not, like, you
21   know -- it's not like you go and you have a free market place
22   of ideas and then, you know, they say X and you say Y and then
23   people say, Oh, Y is smarter than X.  And, you know, you don't
24   coordinate with anyone --
25                    MR. LOWERY:  Yeah.

Podcast Audio

1            MR. HANANIA:  -- or have any strategy or -- or
2    anything.  It seems like it's a very -- that sort of the -- the
3    marketplace of ideas sort of metaphor.  It sort of seems like
4    very naive, and it seems like it's never worked -- it doesn't
5    work that way, it's never worked that way.  But people --
6            MR. LOWERY:  The mark- --
7            MR. HANANIA:  -- (inaudible) academia --
8            MR. LOWERY:  The marketplace for ideas -- the
9    marketplace for ideas has to take place between different
10   institutional infrastructures.  You can't have -- you know,
11   there -- so there's a broad set of ideas that could operate
12   within one institution, but they don't include the dominate
13   ideas.  You -- so you can't have a marketplace of ideas where
14   you have woke people and non-woke people under the same
15   administrative oversight, because the woke people's philosophy
16   is "get control of administration and silence everyone else."
17           So you could have a whole bunch of different
18   people with different perspectives who all embrace the idea of
19   free debate operating in one institution, although that may --
20   you know, people will embrace the idea in principle, so -- but,
21   you know, you have to create administrative structures that
22   don't allow people who want to silence one group to do so
23   because nobody gets silenced because their ideas are bad, they
24   get silenced because they're not as able or willing to take
25   over the administrative infrastructure to silence people.

Podcast Audio

```
 1              Like, really stupid ideas win at universities
 2   because the really stupid ideas include, Oh, we should take
 3   over all the committees and drive out everybody.  Right?  So,
 4   you know, that's, you know, the -- the survival of ideas within
 5   bureaucracies depends o- -- it -- it -- it's almo- -- you --
 6   almost evolutionary.  Like, the -- the really (inaudible) ideas
 7   are the ideas that cause you to take over bureaucratic systems,
 8   not that are actually good for governing society.  Nothing
 9   about being good for governing society makes you more likely to
10   get control of the university.
11              MR. HANANIA:  But the ben- -- the -- the mar- --
12   the marketplace -- but isn't the marketplace of ideas, then,
13   isn't it sort of impossible?  Because if you're just sort of
14   out there, you know -- you know, you're staying within the --
15   let's say you built a free speech university and you had the
16   woke people and you had the non-woke.  The woke people will --
17   will take over.  There has to --
18              MR. LOWERY:  Always.
19              MR. HANANIA:  -- it has to be a political
20   program.  It cannot be a purely intellectual --
21              MR. LOWERY:  Yeah.  You -- you --
22              MR. HANANIA:  -- program.
23              MR. LOWERY:  -- you have to say -- I mean, you
24   have to be idealogically committed to the idea of pursuit of
25   objective truth.  I mean, you -- you need a commitment to that
```

Podcast Audio

1   and you need to say, People who aren't pursuing objective truth

2   don't belong in this institution.  You can't say, Oh, yeah, of

3   course we'll have a place for -- we'll have a place for

4   critical social justice in our free speech university.  No,

5   you -- you've got -- I mean, and this is not novel ideas.

6   Like, Karl Popper went through this pretty carefully.  Like,

7   you can't just sort of willy-nilly, like -- I mean, this is

8   what drives me nuts about, like, this -- this sort of Red Scare

9   stuff.

10                Obviously, you shouldn't have been bringing

11  communists into universities because the whole idea of

12  communism, in the United States at least, was to take over

13  institutions, destroy your enemies, and then use those

14  institutions to promote communism.  Obviously, that -- you

15  know, fine, we want to not make that illegal, sure.  But that

16  obviously is not the sort of thing you can have with any

17  university where you're trying to debate ideas on the basis of

18  reasoning evidence.

19                Like, no, we need -- you know, if you want your

20  little communist shop, you go over and you fund it yourself

21  over here and we'll take the tax money and have, like,

22  objective reason.  But -- but everyone -- the Republicans are

23  so -- and conservatives are so scared of ever doing anything

24  that looks like it might go against free speech, and they don't

25  bother understanding the subtleties of it, that they're --

Podcast Audio

1  they're -- you know, they're allergic to the idea of
2  interfering in universities because they're, Oh, no, we don't
3  want to trample the -- they -- they -- they've almost no
4  principles, but this is the one principle they have, is that
5  we'll never interfere with how the left does things at
6  universities, because that would be against our principles.
7  And -- and they're not solving the fixed-point problem.  Sorry.
8  Now I'm getting --
9            MR. HANANIA:  No, that -- that's all -- that's
10  all great.  So the -- so -- okay.  So what -- you know, what
11  can people -- you know, what can -- what can people do?  We
12  have a lot of listeners.  Some of them are donors to causes,
13  some of them are involved in -- in politics.  Some of them
14  might be involved in Texas, you know, philanthropy or -- or
15  politics.  You know, is there -- is there things that they can
16  do -- do for you?
17            MR. LOWERY:  I mean, there needs to be a lot of
18  pressure on politicians in Texas, you know, specifically and in
19  these states to actually make radical changes to the
20  university.  And that means not going back to the well of fake
21  conservatives that you think are going to do things.  There
22  needs to be major reform at the state level.  Like, these are
23  state entities.  We were paying -- we're writing large checks
24  to people.  Those checks need to come with an agreement to do
25  things.

Podcast Audio

1           There needs to be an absolute ban on all
2  diversity, equity and inclusion statements, all diversity,
3  equity and inclusion offices.  All that needs to go.  If you
4  want to have people watching compliance, the DEI offices are
5  the -- the ones that are violating the law more than anyone
6  else.  You know, put in a few lawyers and say, Enforce civil
7  rights law, which is going to cause a huge problem for
8  universities, because they violate -- you know, they're -- they
9  have all these programs (inaudible).
10          Get rid of all DEI bureaucracy.  That's a
11  minimum.  Get rid of university leadership that is sympathetic
12  to DEI and CRT.  Put serious people in charge --
13          MR. HANANIA:  And -- and there's -- and there's
14  noth- -- there's nothing -- there is not -- I mean, the
15  critical race theory stuff, I think people will say First
16  Amendment, blah, blah, blah.  There's nothing -- and you can
17  write a law tomorrow that says no DEI statements --
18          MR. LOWERY:  Yeah.
19          MR. HANANIA:  -- or administrators in a
20  university.  A leg- -- a Republican legislator can do that, a
21  Republican legislator can -- legislative body can pass that, a
22  governor can sign it.  There's -- there's nothing here that --
23  that -- that is impossible.
24          MR. LOWERY:  Yeah.  And -- and you can make --
25  you know, you can say, And we're going to establish units

Podcast Audio

1   within the university that are going to allow you to fin- --
2   get through this university without having to repeat critical
3   race theory nonsense.  Or the other -- you know, yeah, sure.
4   Okay.  So you want to -- you -- if you really want to, let
5   these faculty continue to spout this nonsense, but they should
6   not have the right to keep a student away from a degree because
7   he doesn't say in their class what they want them to say.
8            Our faculty will fail you if you don't
9   regurgitate the critical race theory nonsense to them, and they
10  have at least two critical race theory requirements at UT
11  through these flags that we have.  And that's true in a lot of
12  places.  Anyone that has -- anywhere that has a diversity or
13  social justice requirement, that's saying that in order to get
14  this certification from the state, you must adhere, at least
15  state your adherence, to a particular political ideology.
16            That should be wiped out.  That's not a
17  violation of the First Amendment to say, you're not allowed to
18  force the students to hold a certain political view.  So those
19  are, like, low-hanging fruit, no-brainers, absolutely should
20  happen.  And if you know -- you know, if you're giving money to
21  a politician and he's not saying that should happen, then you
22  need to rethink whether that's an actual -- somebody you
23  actually support.
24            MR. HANANIA:  Yeah.  So I mean, this is -- yeah.
25  So I mean, like, if a Republican politician wants to ban guns

Podcast Audio

1  or something, I mean, they will get primaried and they will --
2  they will lose, right?  I think the problem with this one is
3  it's so -- you know, it's so, like, a status quo.  Like, a
4  politician can, you know, never get in trouble for just doing
5  the status, you know, the status quo.
6                      MR. LOWERY:  Yeah.
7                      MR. HANANIA:  And the status quo is always just
8  letting this thing go on autopilot.  So you need --
9                      MR. LOWERY:  Yeah, somehow the status quo came
10 down to Republicans voting large amounts of money to people to
11 engage in communist activism.
12                     MR. HANANIA:  Yeah.
13                     MR. LOWERY:  And that's just how -- that's
14 just --
15                     MR. HANANIA:  Yeah.
16                     MR. LOWERY:  -- what's okay.  And now it's
17 worse.  Like, I'd go back to communism over what these people
18 want to do now.
19                     MR. HANANIA:  The good ol' days of, yeah,
20 communist -- communist party errors.
21                     MR. LOWERY:  Back when the KGB was actually
22 carefully controlling this stuff, it at least had some
23 coherence to it.  Now it's all just -- it's all -- it's all
24 gone so wild without those guys.  Like, those guys got busy
25 with other things and it just kind of had a -- took on a life

Podcast Audio

1  of its own.

2              MR. HANANIA:  Yeah.  So -- okay.  So, yeah,

3  there's -- you know, there's -- there's possibilities for

4  political action here on --

5              MR. LOWERY:  Yeah.  There's a lot -- there's a

6  lot that could be done.  It's just puzzling that nobody seems

7  to want to do it.

8              MR. HANANIA:  Yeah.  Okay.  So there's -- I

9  think, you know, I'm optimistic.  I mean, the K through 12

10  stuff, I mean, you said that that's -- people are getting

11  serious about that.  I mean, it does seem like a lot's going

12  on, school boards, elections, things are happening.  I mean,

13  it's -- it's just, you know, getting conservatives to care

14  about universities and wokeness.  That -- that battle is won.

15  It's just explaining to them the mechanics, making --

16              MR. LOWERY:  Yeah, and it --

17              MR. HANANIA:  -- it a little more sophisticated.

18              MR. LOWERY:  And it's really important that

19  people understand that no matter what -- if you don't fix

20  universities, you don't fix education schools; you don't fix

21  education schools, you don't get the craziness out of K through

22  12.  You can write all the laws you want, but if you keep

23  having people coming through the University of Texas education

24  school and going and teaching your kids, it's going to be

25  awful.  Write whatever you want to write in a bill, it won't

Podcast Audio

1  work if you've still got these people (inaudible) --

2                MR. HANANIA:  Gotcha.

3                MR. LOWERY:  -- like, these are the people who

4  want critical race theory for 4-year-olds, and they're the ones

5  training the teachers who are going to teach your children, and

6  that's not great.  It's not just a bunch of whiny faculty with,

7  you know -- on our little clouds bouncing around.  We actually

8  do -- sadly, universities do affect society.  I wish it wasn't

9  true, but it's true.

10                MR. HANANIA:  Well, some people have pointed to

11  some data saying that maybe they don't.  I think that, you

12  know, the problem with that data is, I think they create --

13  they create activists.  So even if 9- -- it goes over the head

14  of 98 percent of students, if you create two percent -- people

15  who are crazy enough to -- it's probably more than two percent.

16  Whatever, five or ten percent, enough that take this stuff

17  seriously, I mean, they're the ones who are going to push

18  everyone -- everyone else around.  So, yeah.

19                MR. LOWERY:  And they're the ones decide to go

20  work for the government.  They're the ones who go int- -- you

21  know, they -- they're trained not only to believe crazy things,

22  but they're trained to take control of bureaucratic apparati to

23  promote that, so...

24                MR. HANANIA:  Yeah.  So, yeah, I would not --

25  yeah, so I would not -- you know, people may have seen those

Podcast Audio

1  studies, I -- you know, about the average student and whether

2  they get shifted right or left.  I would not, you know, take

3  that as too important as to what's, you know, what's the

4  university -- the influence of the universities.

5                    Okay.  So Rich, are you still trying to do

6  something at the University of Texas or are you going back to

7  your -- you know, your finance journals or -- oh, you know,

8  where -- what's, sort of, the plan for you from here?

9                    MR. LOWERY:  Well, I mean, the University of

10 Texas is probably a lost cause until somebody replaces the

11 leadership.  So nothing good is going to come of that.  I'm

12 hoping it's going -- you know, I want to make sure people don't

13 keep -- I mean, I feel really guilty.  We -- we took money --

14 we got money from taxpayers and it's now been stolen by

15 grifters.  So I want to make sure that that doesn't keep going.

16 That's a huge priority for me is making sure that, like, I

17 feel -- look, I -- I -- I don't want to just walk away from

18 having taken $6 million from taxpayers and having it squandered

19 on insanity.  So I want to make sure that doesn't happen.

20                    I -- you know, I'm trying to, sort of, write

21 things to try to get things out there, and, you know, maybe --

22 you know, maybe I have some further ideas that are floating

23 around that may be too early to be sure.  But I'm not -- I'm

24 not giving up yet, because something has to be done.  It's --

25 it's really bad.  But, yeah, UT is a lost cause though.

Podcast Audio

1          MR. HANANIA:  Okay.  Well, we'll be -- we'll be
2   keeping touch and, you know, keep paying attention to what
3   you're doing.  So, yeah.  Thanks a lot, Rich.  It's been a
4   great -- great talking to you.
5          MR. LOWERY:  Thank you.
6          (End of recording.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Podcast Audio

```
 1              C E R T I F I C A T E
 2       I, TERRI GARCIA, Certified Shorthand Reporter in and for
 3  the State of Texas, certify that the foregoing is a correct
 4  transcription from the audio/video recording of the
 5  above-entitled matter.
 6       I further certify that I am neither counsel for, related
 7  to, nor employed by any of the parties to the action in which
 8  this hearing was taken, and further that I am not financially
 9  or otherwise interested in the outcome of the action.
10       I further certify that the transcription fee of
11  $_____ was paid/will be paid in full by
12  _____.
13
14
15                    _____
                      Terri Garcia, Texas Certified
16                    Shorthand Reporter No. 6581
                      Dickman Davenport, Inc.
17                    Firm Registration No. #312
                      4228 North Central Expressway
18                    Suite 101
                      Dallas, Texas 75206
19                    (214) 855-5100
                      My commission expires:  7-31-23
20
21
22
23
24
25
```

Podcast Audio

**A**

**a-** 4:22 42:21
**a.m** 43:10
**abide** 5:21
**ability** 8:8
**able** 4:13 9:15,16
  9:19 11:14
  50:24
**abortion** 29:11
**above-entitled**
  61:5
**absolute** 37:9,9
  54:1
**absolutely** 55:19
**absurd** 3:4 21:6
**academia** 2:22
  16:5,14 32:12
  32:15 34:21,23
  50:7
**academic** 2:19
  24:10 44:12
**academics** 33:17
**acceptable** 48:3
**accepted** 19:20
**accurate** 19:25
**accusations**
  15:22
**acknowledge**
  8:25
**acknowledgment**
  8:22
**act** 33:18 47:24
**action** 10:8 13:11
  30:12 57:4 61:7
  61:9
**activism** 6:14
  56:11
**activist** 24:2
**activists** 58:13
**actual** 8:14 36:5
  55:22
**adhere** 11:7
  55:14
**adherence** 55:15
**administration**

23:20 29:8,10
  50:16
**administrative**
  7:1 50:15,21,25
**administrators**
  4:2 54:19
**admissions** 38:9
**advance** 4:22
**advise** 37:16,16
**advisory** 37:8
**advocacy** 23:19
**advocate** 3:10 5:5
**advocating** 10:20
**AEA** 13:21
**AEI** 36:3
**affairs** 6:18
**affect** 58:8
**affil-** 7:21
**affiliated** 7:22
**affirmative** 10:8
  13:11
**agenda** 6:11
**ago** 13:7 16:5
  28:16 30:2,6,7
**agree** 20:23
  27:13
**agreed** 22:2,7
  25:19
**agreement** 9:13
  28:20 34:3
  53:24
**agreements** 31:8
**ahead** 6:24 8:1
  20:16 37:13
  47:22
**allegiance** 10:16
**allergic** 53:1
**allow** 50:22 55:1
**allowed** 20:6
  22:13 36:13
  55:17
**alluded** 46:5
**almo-** 51:5
**Amendment**
  54:16 55:17

**American** 13:6
  29:17
**amount** 21:6
**amounts** 56:10
**analysis** 17:8
**angry** 27:14
**announced** 27:24
  28:17
**answer** 13:25
  31:25 42:20,20
**answers** 37:4
**anthropology**
  25:5
**antidiscrimina...**
  19:18
**anybody** 16:8
**anymore** 7:12
  20:24 26:7
  34:24
**anyone's** 44:8
**anyway** 16:11,15
  25:1
**apparati** 58:22
**apparently** 26:8
  40:16
**appealing** 21:3
**appoint** 44:25
  45:5 46:14
**appointed** 28:12
**appointees** 40:14
**appoints** 36:19
**appreciation**
  29:17
**approved** 21:4,8
**approximately**
  23:7
**APSA** 18:11
**article** 4:1 23:17
  24:14,16,20
  43:11
**aside** 6:11
**asked** 47:19
**asking** 45:11
**asks** 45:16
**assent** 25:4

**asset** 14:8
**Associate** 2:9
**associated** 7:16
**assume** 20:20
**assumption**
  21:15
**attention** 6:15
  42:24 60:2
**audio** 11:5
**audio/video** 61:4
**Austin** 2:10
  34:13
**authority** 15:20
**autopilot** 56:8
**available** 45:8
**avenues** 2:22
**average** 59:1
**averse** 40:4
**awful** 5:14 57:25

**B**

**ba-** 38:5
**back** 3:6 17:19
  21:1 29:8 53:20
  56:17,21 59:6
**backing** 6:9
**bad** 10:2,4,18
  13:13 16:2,8,15
  18:3,5,5 26:21
  29:12 45:3
  50:23 59:25
**ban** 54:1 55:25
**banking** 3:17
**banks** 49:4
**based** 3:25 15:24
**basically** 2:16
  4:23 8:5 10:6
  13:7,10 18:16
  23:18 27:3 37:1
  39:20 46:7
**basis** 52:17
**battle** 57:14
**beat** 49:18
**becoming** 5:5
**begins** 2:1

**believe** 24:9
  34:12 42:4
  58:21
**believes** 34:13
**belong** 11:23
  52:2
**ben-** 51:11
**best** 19:17
**better** 14:7 25:15
  31:21 41:14
**bias** 10:13,13,13
**big** 7:3,3 23:22
  27:9 39:25
  48:19,21 49:8
**bill** 21:19 44:7
  57:25
**bit** 9:4 14:20 28:3
  47:9
**blah** 29:17,17,18
  54:16,16,16
**blank** 18:19
**blog** 14:15
**boar-** 36:25
**board** 13:8 18:11
  22:2,3 36:20,20
  36:23 37:1,23
  40:3,15
**boards** 57:12
**body** 54:21
**book** 29:11 47:23
  48:5,6
**books** 12:24
**boss** 7:25 8:4
**bother** 52:25
**bouncing** 58:7
**brainwashed**
  3:20
**branch** 39:3
**branding** 36:13
**bring** 5:13 23:6
  25:12 26:24
  27:7,15 28:21
  32:4,5 46:25
**bringing** 36:14
  52:10

brings 27:12
broad 21:3 50:11
brought 28:13
   38:20 41:13
budget 9:12
   21:14 22:4 39:3
   48:20
build 2:21 46:14
   46:19 48:16,21
   49:16
building 21:5
   46:21
built 37:10 51:15
bunch 20:19 29:7
   32:22 40:16
   50:17 58:6
bureaucracies
   51:5
bureaucracy
   54:10
bureaucratic
   46:12 51:7
   58:22
business 2:12 4:5
   5:6,8,14 7:2
   13:13 35:14
busy 56:24
buy 33:18

_____
        C
C 61:1,1
called 4:2 7:13
   27:2,25 35:22
calls 24:21
campus 22:12,14
   24:10
campuses 39:10
candidate 33:2
capitalism 3:16
   12:10,23 18:2
   19:17 20:7
capitalist 12:11
care 26:7 40:1
   57:13
cared 43:12

carefully 52:6
   56:22
cares 41:19
Carlos 7:18,18
   7:25 8:2 23:2
   23:11,13 24:22
   24:24 25:18
   36:6 39:17
Carlos's 30:22
cars 6:19
Carvalho 7:20
carve 16:17
case 7:5
casual 39:16
cause 30:16
   36:17 37:5,15
   51:7 54:7 59:10
   59:25
causes 53:12
causing 6:16 40:5
   40:23
center 4:1 7:11
   7:13,22,24,25
   8:5,5 27:2
   36:17
Central 44:20
   61:17
CEO 42:11,11
certain 6:11
   55:18
certainly 10:25
certification
   55:14
Certified 61:2,15
certify 61:3,6,10
change 5:12 15:2
   46:18
changed 4:11,12
changes 3:5
   53:19
chaos 40:8
chapters 48:14
charge 9:1 24:12
   24:14,19 47:2
   54:12

checks 53:23,24
Chicago 14:13
   15:23
Chicago's 16:3
children 58:5
chips 32:7
chomping 9:4
circumstan-
   17:12
Civa- 29:16
Civatas 29:16
   31:2
civics 21:22
civil 54:6
Civitas 27:25
claim 31:24 37:6
class 21:22 55:7
classes 2:12 3:9
   3:14 8:9,10
   18:20 21:6
clean-up 26:15
clear 10:16
clearly 17:17
   26:4 44:22
close 23:19 39:21
closest 44:11
closing 33:17
clouds 58:7
club 41:6
co- 12:13
coasting 35:12
Cochran 14:17
   14:17
coherence 56:23
coincidence
   24:15
collect 32:22,25
   33:11
collecting 29:7
college 9:6,25
   39:10 45:4
   46:24 47:6
com- 27:16
Comanches 8:25
come 3:15 7:10

26:14,15 53:24
   59:11
comes 5:23 24:15
   24:20 27:12
   40:23
coming 4:14
   10:19 15:9
   22:18 23:4 39:3
   57:23
commission
   61:19
commit 11:20,25
   12:1
commitment
   51:25
committed 20:20
   48:16,20 49:8
   51:24
committee 41:3
committees 51:3
communicate
   26:4
communication
   23:8
communism
   52:12,14 56:17
communist 52:20
   56:11,20,20
communists
   52:11
compared 17:3
complaints 14:25
completely 3:4
   3:20 5:10 39:3
   46:15 47:1
compliance 54:4
conceive 13:18
concept 2:21
conclu- 17:15
conclusions
   17:16 18:2
   19:21 20:1,20
   34:16
conference 13:22
confidence 37:14

consciousness
   11:8,18
conservative
   24:9 25:9 32:11
   36:5 39:9 42:7
   42:20,24 44:9
   44:24 45:16
   48:6
conservatives
   26:13 27:1,10
   27:14 32:5
   42:23 52:23
   53:21 57:13
consider 10:23
constitution
   29:18
constitutionally
   44:22
consult 31:3
consumer 4:24
   7:17
continue 43:20
   44:19 55:5
control 4:25 27:6
   27:22 34:10
   46:8 50:16
   51:10 58:22
controlling 56:22
conversation
   3:25 43:16
converted 24:2
convinced 16:7,7
   25:25
Cool 6:19
coordinate 49:24
core 3:9,14 8:10
   19:5 48:16
corner 4:17
correct 4:5 61:3
corruption 38:9
council 31:10
   37:15
counsel 61:6
count 11:9,10
counter 35:23

counter-woke
   14:3
country 41:6
County 38:11
coup- 49:1
couple 48:14
courage 44:9
course 7:19 18:12
   22:8 26:22 52:3
cover 25:16 27:5
   32:6
CPG 35:22
crack 6:1,5
craziness 57:21
crazy 4:16 10:1
   12:3 21:2 22:18
   26:12 27:10
   58:15,21
create 2:17 4:18
   9:5 33:12,17
   43:6 50:21
   58:12,13,14
creates 3:17
creating 4:23
creation 7:17
creativity 47:9
credibility 29:12
critical 11:7,17
   24:6,8,14,17,18
   24:22 25:11,16
   26:2 41:2 43:6
   43:18,25 52:4
   54:15 55:2,9,10
   58:4
criticizing 15:10
cross 49:13
CRT 54:12
Cu- 30:5
current 3:2 5:10
   20:22 31:16
currently 8:9
curriculum
   23:15

**D**

DA 38:11
Dallas 61:18
dance 24:9
danger 26:3
Daniels 44:10
data 58:11,12
date 29:21
Davenport 61:16
day 13:5
days 56:19
dead 26:3
deal 27:8
dean 5:10 44:16
debate 50:19
   52:17
decent 7:17
decide 5:24 31:14
   58:19
decided 3:2
   18:21
default 26:5
defined 18:16
definition 10:17
   11:16
degree 16:21
   55:6
DEI 47:1 54:4,10
   54:12,17
department 25:5
   26:22,23 31:17
   33:4,5
departments
   9:17 24:25 25:8
   27:19 31:14,22
   34:4
depends 39:3
   51:5
deputies 24:5
describe 2:7 17:3
describes 19:25
description 5:3
   8:4
Despite 6:19
destroy 52:13
Destroyed 4:2

destroying 6:1
Dickman 61:16
dictating 24:23
dictator 37:1,3,9
   37:20
dictatorship
   10:22
difference 8:16
   30:22 33:23
   39:14
differences 18:20
   18:20
different 2:21 8:8
   16:6 20:15,18
   32:14 42:16
   43:22 50:9,17
   50:18
directly 9:12 22:6
   35:24
disagreement
   34:2
discrimination
   13:23
dismiss 37:23
disproportion
   18:14
dispute 16:8
dissenting 9:7
   24:13 25:12
distortion 11:5
divers- 10:18
diversity 4:3 5:13
   10:6,17 11:7
   34:5 35:24
   44:18 54:2,2
   55:12
diversive 46:25
do- 25:20
doing 2:4,5,6
   5:12,24 8:6
   17:4 25:21
   30:15 38:11
   40:20 52:23
   56:4 60:3
dominate 49:3

50:12
donate 39:8
donated 7:15
donor 37:12
   43:13
donors 22:9 25:9
   25:21,25 27:4
   36:5 39:20
   41:16,24 42:7
   42:24 53:12
drag 30:11
dragged 30:11
drive 51:3
drives 52:8
driving 23:11
drunk 47:1
Dryer 33:24,24
   33:24 34:1
Dryer's 34:17

**E**

E 61:1,1
early 59:23
earn 35:11
earned 7:16
econ 13:15,15
   31:18
economic 8:14
economics 13:22
   13:24,24 14:5
   14:16,22,25
   15:9,11,13,15
   15:21 49:2
editorial 13:8
education 16:19
   19:9 43:6 57:20
   57:21,23
effective 3:10 6:9
effectively 6:6
   37:20
eight 43:8
elections 57:12
electric 6:19
elite 2:23
Elon 6:17

Eltife 38:21
embrace 50:18
   50:20
empirical 14:3
employed 11:19
   61:7
encouragement
   8:20 34:6
ends 40:15
enemies 52:13
Enforce 54:6
engage 43:17
   56:11
engaged 44:5
engineering 5:1
   9:20
ensure 31:6
enter 5:4
enterprise 29:19
entire 2:20 18:11
entirely 15:23
   24:2 26:9
entities 53:23
entity 24:13
   38:13
environment
   20:22 33:12
environmental
   4:20
equal 18:6
equity 5:13 10:17
   12:4,4,19 54:2
   54:3
equivalent 45:19
   45:22
errors 56:20
ESG 4:20 5:15,17
   7:6 14:10,10
establish 54:25
evaluating 33:14
evaluation 41:3
event 8:24
events 28:4
eventually 30:16
everybody 51:3

| | | | | |
|---|---|---|---|---|
| everyone's 4:19 4:21 | **F** | finance 2:10 3:12 4:7,15 13:12 14:7 59:7 | 49:21 50:19 51:15 52:4,24 | given 17:12 31:12 |
| evidence 14:3 15:12 17:20 52:18 | F 61:1<br>face 6:7<br>fact 11:21 43:5 | finances 5:20<br>financial 2:11 | freshman 8:11,17<br>friend 27:16<br>friends 7:18 | giving 26:23 28:14 34:23 41:1,11,25 |
| evil 3:18 23:23<br>evolutionary | facts 16:19<br>faculty 9:15 | financially 61:8<br>find 13:24 20:7 | 26:25 27:5,7<br>43:8 | 55:20 59:24<br>go 3:6 5:4 6:24 |
| 51:6<br>ex-ante 20:20 | 20:19 23:5<br>26:18 27:10 | 26:11 44:14<br>46:23 47:5 | front 8:23<br>Frontlines 1:11 | 7:4,25 14:21<br>16:20 17:19 |
| exactly 3:3 19:1<br>24:23 26:17 | 30:24 31:10,11<br>35:8 36:15 37:5 | finding 38:12<br>fine 18:11 25:10 | fruit 55:19<br>fulfill 3:14 8:12 | 19:14 20:16<br>21:1 22:24 25:8 |
| 28:3<br>Examiner 42:25 | 37:5,6,7,11,13<br>37:15 40:22 | 27:4 35:17<br>52:15 | full 11:13 14:12<br>61:11 | 25:14 26:11,16<br>27:3 31:13 |
| excellent 33:13<br>exception 25:21 | 41:1,1,4,5,8,11<br>41:14 55:5,8 | fire 45:25<br>fire- 44:21 | functioning 3:3<br>49:5 | 32:19 33:4,8<br>37:13,17,17 |
| excited 9:10 21:4<br>exclusion 15:13 | 58:6<br>fail 55:8 | fired 44:21<br>firm 5:4,11 61:17 | fund 9:11 22:13<br>22:17 25:7 | 40:7,10 41:5<br>42:9,21,21 |
| excuse 37:10<br>exhausted 35:1 | failure 39:24<br>40:1 | firms 4:18,22,25<br>5:16,21 | 52:20<br>fundamental | 43:19 45:1,1,1<br>46:23 47:5 |
| existence 36:9<br>existing 24:25 | fairly 17:10 21:2<br>faith 40:14 | first 24:7,16 43:8<br>48:14 54:15 | 19:8<br>funding 21:15 | 49:21 52:20,24<br>54:3 56:8,17 |
| 25:8 27:18<br>31:13 34:4 | fake 26:13 27:1<br>32:4,11 44:2 | 55:17<br>five 16:5 24:3 | 22:6,6 26:7<br>43:18 | 58:19,20<br>goal 30:11 |
| exists 7:12<br>expand 36:14 | 53:20<br>false 19:7 42:16 | 38:1 58:16<br>five-person 41:3 | funnel 28:8<br>further 59:22 | goals 4:22<br>goes 58:13 |
| expectations 49:1<br>experience 2:16 | familiar 46:11<br>far 36:22 38:7 | fix 57:19,20,20<br>fixed-point 53:7 | 61:6,8,10 | going 5:9,25 6:5<br>6:10,12,14,16 |
| 39:19<br>expires 61:19 | 39:1 41:18<br>42:10 | flags 55:11<br>flesh 19:1 | **G** | 8:15 9:14,15<br>11:13 13:25 |
| explain 39:14<br>explaining 57:15 | federal 5:25 45:1<br>45:21,22 49:4,4 | floating 7:14<br>59:22 | G 4:1<br>game 2:11 | 20:19 21:5,5,6<br>21:6 22:9 23:2 |
| explic- 5:3<br>explicit 13:11 | Federalist 48:19<br>feds 6:4 | Florida 44:21,23<br>flows 22:23 | Garcia 61:2,15<br>gather 17:20 | 23:4,25 24:6<br>25:7,14,19 |
| 18:1<br>explicitly 5:3 | fee 61:10<br>feel 11:22 59:13 | focus 29:16 48:25<br>focused 40:6 | genders 18:20<br>general 11:5 | 26:19 28:19<br>30:17 31:6,18 |
| expose 23:22<br>43:5 | 59:17<br>feeling 35:8 | force 55:18<br>forces 23:11 | 35:15<br>getting 3:8 5:9,14 | 32:8,15,16,20<br>33:7,15 36:4 |
| express 10:8<br>Expressway | feet 30:11,11<br>felt 3:21 | foregoing 61:3<br>former 40:18,18 | 8:9 14:4 23:12<br>23:12 44:3 53:8 | 40:9,12,13 46:8<br>47:7 53:20,21 |
| 61:17<br>extent 38:14 | fi- 13:24<br>field 4:8 | 46:23<br>found 14:2 30:12 | 57:10,13<br>giant 22:3,4 | 54:7,25 55:1<br>57:11,24,24 |
| extreme 3:10<br>46:18 | fields 33:14<br>figure 46:8 | 32:2 38:9 43:19<br>Fox 42:25 43:8,8 | give 4:23 8:12<br>12:8 22:9 24:25 | 58:5,17 59:6,11<br>59:12,15 |
| eyes 3:13 | figuring 24:13<br>filter 32:21 33:6<br>fin- 55:1 | 43:20<br>free 29:18 46:2 | 27:18 28:19<br>31:2,5,23 37:14<br>40:17 46:7,7 | good 2:6 5:12<br>14:10,21 19:1,1 |

19:18 23:2
25:24 30:20
41:10,12 42:7
44:18 45:3,3
46:6 47:23
48:13 51:8,9
56:19 59:11
**Google** 28:3
**Gotcha** 58:2
**gotten** 13:15 22:8
25:6
**governance**
26:19 37:5
**governing** 38:13
51:8,9
**government** 4:21
5:25 9:11,14
10:21 26:6
28:13 29:18
39:3 58:20
**governor** 21:19
30:17 36:19
39:4 45:6 54:22
**governors** 44:25
**grad** 33:7,8
**gradually** 9:2
**grants** 43:6
**great** 12:19 16:11
53:10 58:6 60:4
60:4
**grifters** 59:15
**ground** 42:9 47:8
**group** 3:19,20
11:22 15:18
18:6 19:20 25:4
32:24 48:19
50:22
**groups** 6:3 11:3,4
11:17,24 12:22
18:9 19:8,11
20:8,10 45:25
45:25
**gue-** 38:23 39:11
**guess** 7:5 18:19
39:11,14 41:17

**guilty** 59:13
**guns** 55:25
**guy** 22:15 24:12
26:15,24 27:12
27:15,17 28:14
28:24 35:25
38:20 41:5
42:14 43:19
**guy's** 27:22
**guys** 7:8,8 16:15
20:15,15 23:10
23:11 27:3 32:8
34:2 41:7 56:24
56:24

———————
**H**
———————
**ha-** 11:10 49:7
**half** 49:10,12
**Hall** 38:8
**HANANIA** 2:2,6
2:14 3:24 4:7
5:15 6:21,23,25
7:19,21,24 9:21
9:23 10:12,16
12:4,8,17 13:1
13:19 14:14,19
14:22,24 15:6
15:16 16:1,3,13
16:24 17:1,9,11
17:18,21,23,25
18:5,12,18,25
19:3,12,15,23
20:4,12,14 21:8
21:12,18,22,24
22:20 23:10
24:16 27:21
28:2,8,15,22
29:2,13,15,23
29:25 30:4,6,9
30:19,21 31:1
31:19 32:9
33:20,23 34:10
34:15,22,25
35:3,5,10,13,18
36:11,16,18,25

37:22 38:4,15
38:23 40:2
41:22 42:2,17
42:19 43:3,22
43:25 44:24
45:9,13,17,20
45:23 46:11
47:15,17,21
48:1,5,9,11,13
48:24 49:15,17
50:1,7 51:11,19
51:22 53:9
54:13,19 55:24
56:7,12,15,19
57:2,8,17 58:2
58:10,24 60:1
**handful** 12:20
14:12 45:14
**happen** 22:12
55:20,21 59:19
**happened** 44:20
**happening** 13:5
16:4 57:12
**happens** 11:23
**happy** 27:19 41:5
41:16 47:13
**har-** 15:9
**hard** 12:11 14:9
15:9 39:14,15
39:22
**hard-core** 24:8
**harm** 19:18
**Hartzell** 43:18,21
**he'll** 34:1,1
**head** 58:13
**hear** 14:24 42:16
43:21
**heard** 43:14
**hearing** 42:8
61:8
**hell** 47:21
**Heritage** 45:1,4
**Hey** 10:19
**Hi** 2:2
**hi-** 11:9

**hierarchy** 44:13
**high-quality** 33:1
**higher** 19:9
**highest** 33:5
**hire** 9:15 11:9
15:22 20:19,23
21:5 25:1,1,2,4
30:23 31:4,11
31:14,15,18
32:15 33:4
36:15
**hired** 9:18,19
10:6 11:7 20:22
**hiring** 15:23
28:18,19,20
34:10 40:25
**historically** 18:9
18:15
**history** 16:22
26:23 38:7
**hold** 55:18
**honorable** 35:14
**hope** 34:4 46:17
46:17
**hoping** 59:12
**horrible** 12:25
13:17
**hostile** 14:25
**hu-** 33:14
**huge** 54:7 59:16
**humanities** 31:17
33:15
**humans** 18:6
**hypotheses** 17:20

———————
**I**
———————
**i-** 32:19
**i.e** 12:2
**icky** 7:15
**idea** 5:11 8:19
11:2 12:11 15:9
16:21 18:19
20:18 22:25
24:24 25:3
30:20 31:9

33:19 49:3
50:18,20 51:24
52:11 53:1
**idea's** 25:5
**idealogical** 46:22
49:20
**idealogically**
46:4,15 51:24
**ideas** 3:16 23:3
33:2,8 48:17,20
49:5,22 50:3,8
50:9,11,13,13
50:23 51:1,2,4
51:6,7,12 52:5
52:17 59:22
**identity** 10:8
11:3 13:10,23
**ideology** 13:2
19:8 55:15
**ignored** 23:6
**illegal** 6:6 52:15
**illegally** 15:23
**immediately**
15:22
**impeached** 38:10
**important** 13:21
57:18 59:3
**impossible** 51:13
54:23
**impression** 39:23
**improving** 40:21
**inaudible** 10:14
12:7,9 14:15,24
15:6 16:25 19:3
19:24 20:2
21:16,18 22:3
22:18 28:7 29:3
29:18 33:12,22
35:3 36:12
38:14 42:1
44:18 45:8 50:7
51:6 54:9 58:1
**Inboden** 27:2
**include** 50:12
51:2

inclusion 5:13
  10:17 11:15
  12:2 15:9 44:18
  54:2,3
inclusive 11:16
independent 9:6
  25:3,6 28:18,19
  28:20 39:2
indicted 38:10,12
individual 29:19
infinite 7:2
influence 59:4
information 3:7
  8:14 29:7 35:9
  38:12
infrastructure
  50:25
infrastructures
  50:10
inherent 18:23
inherently 4:8
initiative 4:3
  26:15 46:25
insanity 59:19
insightful 48:15
instinct 46:20
institute 2:25
  23:23 27:21,25
  29:16 31:11
  43:14
institution 47:2
  50:12,19 52:2
institutional
  50:10
institutions 2:12
  2:21,23 46:20
  46:21 49:16
  52:13,14
int- 58:20
intellectual 4:2
  34:5 35:24
  51:20
intelligent 33:13
interest 6:2 19:10
  20:7,9 42:2

interested 2:18
  2:19,19,20 21:9
  61:9
interesting 8:4
  28:21 29:6
  36:19 43:10
interests 19:7
interfere 26:18
  53:5
interfering 23:24
  53:2
interrupting
  20:16
involved 2:24
  43:14,16 53:13
  53:14
IQ 33:5
irrelevant 19:14
Island 8:24
it'll 28:20
ivist 33:18

_____ J _____
James 4:1
January 30:13
Jay 43:18,21
Jefferson 27:2
job 26:14 33:14
  38:8,21
jobs 33:2
John 14:17
journal 13:6 43:1
journals 13:12
  13:13 59:7
judged 19:6
judges 44:25
judging 15:17
jump 34:16
June 30:7
justice 16:10
  41:21 52:4
  55:13
Justin 34:1

_____ K _____

K 44:5,5,6 57:9
  57:21
K.K 36:9
Karl 52:6
keep 9:20 16:24
  20:16 36:4
  38:21 40:22
  41:1 55:6 57:22
  59:13,15 60:2
keeping 60:2
keeps 41:4
kept 49:5
Kevin 38:21
KGB 56:21
kicked 26:10
  28:18 29:9
kicking 32:21
kidney 43:9
kids 57:24
kind 2:11 5:8,21
  9:7 11:20 13:10
  15:8 19:14
  20:11 22:1,12
  23:15 26:13
  32:18 36:8 39:9
  41:15 46:15
  56:25
know 2:14,18 3:3
  3:11,17,25 4:10
  4:14,19 5:7,9
  5:12,23 6:2,10
  6:13 7:4,5,17
  7:18 8:12,25
  9:4,6,6,15,16
  10:1,1,2,3,4,5,8
  10:10 11:2,8,19
  13:4,4,8,9,20
  14:2,8,25 15:2
  15:13,19 16:7,8
  16:10,18,21
  17:2,7,14,19,20
  18:21,22,25
  20:19 21:4,10
  21:19 22:3,8,22
  23:1,3,3,4,4,15

23:20 24:15,19
  24:20 25:13,13
  25:15,20,22
  26:1,4,5,10,10
  26:19,25 27:1,9
  28:13,14,17,17
  28:23,24,25
  29:2,4,4,11,11
  30:14 31:7,9,12
  31:16 32:2,3,7
  32:7,7,12,14,14
  32:16,25 33:3,9
  33:18,24 34:5,6
  36:18 38:19,24
  38:25 39:1,2,5
  39:7,9,12,12,15
  39:16,17,19,21
  39:22,23 40:4
  40:10,16,18,22
  40:24 41:17
  42:4,8,23,25
  43:11,13,13,17
  44:14,16,19,22
  45:2,5,11,14,15
  45:24,24 46:1,1
  46:13,16 47:12
  48:15 49:1,10
  49:21,22,23
  50:10,20,21
  51:4,4,14,14
  52:15,19 53:1
  53:10,11,14,15
  53:18 54:6,8,25
  55:3,20,20 56:3
  56:4,5 57:3,9
  57:13 58:7,12
  58:21,25 59:1,2
  59:3,7,7,12,20
  59:21,22 60:2
knowing 34:18
knowledge 6:25
knows 5:22 7:1
  34:17
Kool-Aid 47:1

_____ L _____
land 8:21
large 53:23 56:10
launch 29:21
law 7:1 32:8 54:5
  54:7,17
laws 7:2 19:18
  29:18 43:23
  44:3 57:22
lawsuits 6:8
lawyers 54:6
layer 40:20
leadership 46:19
  54:11 59:11
learn 5:20 21:20
learning 3:7
leaving 44:11
left 27:6 36:3
  40:19 49:10,12
  49:13,18 53:5
  59:2
left-wing 23:17
  24:2
leftist 5:5 27:12
leg- 54:20
legal 5:16 7:5
  48:6
legislative 30:13
  54:21
legislator 21:18
  54:20,21
legislators 39:21
legislature 22:5,7
  39:4
lens 20:11
Lessons 1:11
let's 17:14 21:1
  34:15,15,16,16
  46:23 47:21,21
  47:22 51:15
letters 46:16
letting 56:8
level 53:22
liberty 2:24
  23:23 27:21,25

Podcast Audio

29:19 30:22
**lie** 42:14
**lieutenant** 30:16
**life** 56:25
**line** 21:14
**link** 4:1
**lip** 6:13
**list** 45:4,7 47:12
   47:13,14,18,20
**listen** 39:16
**listeners** 2:8
   53:12
**listening** 9:23
**lists** 23:16 25:8
**lit-** 13:3
**literally** 37:12
   43:15
**litmus** 13:3
**little** 4:17,17
   10:13,13 12:13
   14:7 28:3 30:17
   34:6,6 38:2
   46:17 47:9,10
   52:20 57:17
   58:7
**loaded** 28:1
**long** 6:10 9:20
   12:14,15,21
   15:14 24:25
   32:16
**look** 4:19 16:9
   30:12,14 33:1
   37:7 44:20
   48:17 59:17
**looked** 8:16
**looks** 39:11 44:15
   52:24
**lose** 56:2
**lost** 59:10,25
**lot** 4:14,14 13:25
   38:9 39:12
   40:13 53:12,17
   55:11 57:5,6
   60:3
**lot's** 57:11

**lots** 22:9
**low** 29:14
**low-hanging**
   55:19
**Lowery** 2:3,5,9
   3:1 4:6,12 5:19
   6:22,24 7:11,20
   7:23 8:2 9:22
   10:11 12:7,13
   12:18 13:15,20
   14:17,20,23
   15:5,7,17 16:2
   16:12,17,25
   17:7,10,14,19
   17:22,24 18:4,8
   18:13,24 19:2,4
   19:13,22,24
   20:6,13,17
   21:11,13,21,23
   21:25 22:22
   23:13 24:18
   27:23 28:7,10
   28:16 29:1,4,14
   29:21,24 30:1,5
   30:8,10,20,25
   31:7,24 32:18
   33:22 34:9,11
   34:19,23 35:2,4
   35:7,11,16,21
   36:12,17,22
   37:3,25 38:5,17
   39:25 40:3 42:1
   42:4,18 43:2,4
   43:24 44:4 45:7
   45:11,14,18,21
   46:10,18 47:16
   47:19,24 48:2,8
   48:10,12,14,25
   49:16,25 50:6,8
   51:18,21,23
   53:17 54:18,24
   56:6,9,13,16,21
   57:5,16,18 58:3
   58:19 59:9 60:5
**loyalty** 10:14,22

10:24,25 11:2
**ly** 34:20
**lying** 25:24 42:7

_____

### M

**machine** 24:2
**main** 21:14
**maintain** 12:11
**major** 5:2,3
   53:22
**making** 6:19
   11:25 15:8 22:1
   40:5,6 57:15
   59:16
**manage** 11:9
**manages** 25:25
**manipulate** 5:4
**mar-** 51:11
**marginalized** 6:2
   11:4,6,17,22,22
   11:24 15:11
   18:9,15 19:19
   20:8,10
**mark-** 50:6
**market** 49:21
**marketplace**
   50:3,8,9,13
   51:12,12
**markets** 29:19
**Martin** 4:1
**Marxist** 24:8
**match** 22:2
**materials** 43:7
**matter** 7:7 11:21
   20:25 42:15
   57:19 61:5
**matters** 44:6
**maximize** 5:17
**MBAs** 2:13
**mean** 2:17 3:1
   4:12,13 5:15,19
   5:22 9:24,25
   10:18 13:13
   14:24 15:14,23
   16:3,4,5,6 17:2

17:4 19:4,24
   21:7 23:13
   31:24 32:19
   34:13 35:16
   37:23 39:13
   43:13 44:24,25
   45:14,23 46:8
   46:19 51:23,25
   52:5,7 53:17
   54:14 55:24,25
   56:1 57:9,10,11
   57:12 58:17
   59:9,13
**means** 11:16
   46:23 53:20
**mechanics** 21:9
   57:15
**media** 42:20
**meeting** 24:22
**meetings** 8:22
**megaphone**
   42:23
**melt** 15:22
**member** 11:22
**men** 15:20
**mess** 27:9
**metaphor** 50:3
**method** 38:5
**methodology**
   16:20
**methods** 3:7
**middle** 46:1,22
   46:23
**million** 21:16
   42:6 59:18
**millionaires**
   23:24 39:7
**minimum** 54:11
**minutes** 43:9
**Missouri** 27:8,8
   29:6
**Mitch** 44:10
**Mizzou** 27:14
**mobility** 19:17
**model** 30:22 31:1

31:12
**models** 30:22
**money** 6:5 7:14
   7:16 9:12 12:23
   12:24 22:4,8,10
   22:19,23,23
   24:25 25:6 27:4
   27:11,12,13,18
   28:8 31:2,5,11
   31:13,23 32:1
   36:2,7,8 39:8
   39:18 40:17
   41:25 42:7
   52:21 55:20
   56:10 59:13,14
**monitorism** 49:1
**month** 30:7
**months** 23:7,7
   24:19 30:15
**motive** 34:17
**movement** 48:6
   49:20
**multimillionaire**
   11:23
**Musk** 6:17

_____

### N

**naive** 50:4
**names** 23:16
**national** 23:1
**necessarily** 2:16
**need** 3:9 6:9
   12:22 14:10
   17:5 26:17 33:9
   33:9,10 34:6,10
   45:21 47:18
   48:15 51:25
   52:1,19 53:24
   55:22 56:8
**needed** 3:5,6 8:7
   8:8 9:3 36:4
**needs** 19:6 47:9
   53:17,22 54:1,3
**negotiate** 31:21
**negotiated** 31:25

Podcast Audio

| | | | | |
|---|---|---|---|---|
| **neither** 61:6 | **o-** 51:5 | **ol'** 56:19 | **parties** 61:7 | 58:1,3,10,14,25 |
| **neo-Marxism** | **oath** 10:22,24 | **older** 4:15 15:20 | **party** 56:20 | 59:12 |
| 20:11 | 11:1 | 32:13 | **pass** 54:21 | **people's** 2:19 |
| **never** 6:12 11:13 | **oaths** 10:14 11:2 | **ones** 3:12,15 | **passed** 44:3 | 50:15 |
| 11:14,20 14:4 | **objective** 14:11 | 17:16 54:5 58:4 | **passing** 43:9,23 | **percent** 48:22,23 |
| 35:17 42:16 | 16:19,19 17:1,6 | 58:17,19,20 | **patience** 34:20 | 58:14,14,15,16 |
| 47:5 50:4,5 | 17:8,11 49:14 | **open** 38:11 49:11 | **pay** 22:13,17 | **Perdue** 44:11 |
| 53:5 56:4 | 51:25 52:1,22 | **opening** 15:2 | 27:4,5 35:14 | **perfectly** 18:11 |
| **new** 2:17,21 7:9 | **objectively** 16:9 | **operate** 5:11 | 42:24 | **person** 11:22 |
| 24:13 46:14,19 | 33:1,1 | 26:13 50:11 | **paying** 6:13 43:5 | 22:18 25:4 |
| 46:21,24 47:2,4 | **obligation** 5:16 | **operating** 50:19 | 53:23 60:2 | 42:12 43:15 |
| **News** 42:25 43:8 | **observer** 39:16 | **opportunity** 32:4 | **pays** 35:12 | **persons** 48:3 |
| 43:20 | **obviously** 25:14 | **opposed** 46:4,16 | **pe-** 4:14 | **perspective** 8:8 |
| **nice** 40:9 41:12 | 26:18 28:18 | **optimistic** 57:9 | **penny** 42:6 | **perspectives** |
| 41:14 | 52:10,14,16 | **order** 6:2 11:19 | **people** 3:19,20 | 50:18 |
| **nicest** 3:4 | **occasionally** | 22:13 55:13 | 4:24 5:8,11,20 | **petroleum** 9:20 |
| **no-brainers** | 22:16 | **organization** | 6:17 7:15 8:16 | **philanthropy** |
| 55:19 | **odds** 17:17 | 23:18 | 9:10,23,23 10:5 | 53:14 |
| **nobody's** 33:7 | **offend** 32:24 | **ought** 6:7,7 | 11:6,25 12:2,14 | **philosophers** |
| **noise** 40:5,13 | **offer** 8:8 9:15 | **outcome** 61:9 | 12:15,20,21 | 33:13 |
| **non-crazy** 22:14 | 21:6 31:13 | **outsi-** 47:4 | 13:16,17 14:2 | **philosophy** 31:2 |
| **non-leftist** 25:12 | **offering** 8:17 | **outside** 44:12 | 14:12 15:11,14 | 50:15 |
| **non-woke** 50:14 | 16:21 | **oversight** 50:15 | 15:15,19 18:16 | **pick** 18:16 44:19 |
| 51:16 | **office** 22:24 23:8 | **overthrowing** | 18:23 20:23 | **picked** 24:5,6 |
| **nonacademics** | 43:5 | 10:20 | 21:1,5,10 22:16 | 43:7 49:3 |
| 21:3 | **offices** 39:1 54:3 | **overwhelming** | 23:14,20 25:1,2 | **picks** 36:23 44:10 |
| **nonsense** 20:24 | 54:4 | 13:23 48:18 | 25:22 31:14,21 | **pile** 22:4 |
| 25:14 37:15 | **oh** 6:10 14:4 | **overwhelmingly** | 32:8,24,25 33:1 | **place** 16:17 33:11 |
| 55:3,5,9 | 19:22 24:21 | 13:22 | 33:4,6,10,11,12 | 49:21 50:9 52:3 |
| **nor-** 14:6 | 26:1,16,20 | **ow-** 30:23 | 33:14 34:20 | 52:3 |
| **norm** 14:6 | 34:13 35:2 | | 36:14 37:6 39:5 | **placed** 29:22 |
| **normally** 17:4 | 37:10,12 40:11 | **P** | 39:14,21,22 | **places** 49:6 55:12 |
| **North** 61:17 | 43:18 46:21,23 | **paid** 42:7 46:6 | 40:16 42:9 | **plan** 25:11 26:2 |
| **noth-** 54:14 | 49:9,23 51:2 | 61:11 | 43:14 44:4 45:3 | 37:13 59:8 |
| **novel** 52:5 | 52:2 53:2 59:7 | **paid/will** 61:11 | 45:3,4,15 46:5 | **planet** 18:5 |
| **number** 7:2 | **okay** 10:19 12:10 | **paper** 14:10 | 46:20 47:5,11 | **planned** 23:16 |
| 12:15 15:24 | 12:14,19,20,20 | **papers** 13:21 | 48:16,19,22,23 | **planted** 23:16,21 |
| 43:13 | 12:24 21:24 | 14:16 | 49:8,10,12,13 | **play** 26:1 46:1 |
| **numbers** 46:9 | 24:24 25:6 | **part** 7:25 39:25 | 49:23 50:5,14 | **pleasant** 41:9 |
| 48:18 | 28:22 35:5,5,10 | 48:10 | 50:14,18,20,22 | **plenty** 22:1 48:2 |
| **nurturing** 33:10 | 35:19 37:22 | **particular** 3:10 | 50:25 51:16,16 | **plot** 2:11 |
| **nuts** 5:9 8:13,18 | 38:4 43:15 45:9 | 10:17 19:8 | 52:1 53:11,11 | **plus** 11:6 22:7 |
| 52:8 | 47:21,22 53:10 | 20:10,21 55:15 | 53:24 54:4,12 | **podcast** 2:3 |
| | 55:4 56:16 57:2 | **particularly** 2:22 | 54:15 56:10,17 | **podcasts** 2:18 |
| **O** | 57:8 59:5 60:1 | 18:16 | 57:10,19,23 | **point** 3:11 25:13 |

pointed 58:10
points 26:6
poking 6:17
pole 42:10
policies 10:25
  11:1 20:21
policy 7:11,13
  11:11,12 12:1
polite 34:20
political 3:10 4:8
  4:10 6:11 13:6
  13:7,16,17
  51:19 55:15,18
  57:4
politician 42:8
  46:6 55:21,25
  56:4
politicians 25:9
  40:2,13,17,18
  41:16,23 42:24
  53:18
politicize 14:9
politics 10:9
  13:10 23:25
  29:20 53:13,15
poly 28:13
Popper 52:6
population 11:5
  12:18
position 15:20
  31:21
positions 3:11
  39:1
possibilities 57:3
possible 7:4
possibly 10:2
post 14:15,21
power 39:1 40:23
president 24:4,5
  24:10 25:16,21
  25:23 31:10
  35:25 36:23,24
  37:1,3,4,8,8,12
  37:16,19 40:7
  40:11,25 41:7

41:10,15 42:5
  42:11 44:15
  46:6,15,24 47:6
president's 22:24
  23:8 24:20 43:5
presidents 44:25
  45:5
press 29:15,23
pressure 53:18
prestige 2:22
presumably
  42:23
pretend 27:3
  37:4
pretty 2:13 5:14
  16:2,15,15
  20:25 52:6
previous 41:10
pricing 14:8
primaried 56:1
principal 36:22
principle 50:20
  53:4
principles 53:4,6
priorities 24:11
priority 59:16
private 47:18
probably 6:3 9:3
  13:16,17 32:2
  32:23 47:19,25
  58:15 59:10
problem 4:16
  18:13,14 26:1
  32:9,10 53:7
  54:7 56:2 58:12
problems 21:2
  22:11 40:5,12
  49:2
proceedings
  13:21
processes 46:12
producer 4:24
products 7:17
professional
  26:25 32:3

professor 2:9
  11:13 14:15
professors 4:15
  14:13 28:4
profit 4:23
program 51:20
  51:22
programming
  8:6 35:24
programs 54:9
project 26:11
  29:9 33:18
promise 31:9
promote 6:2,11
  19:16 20:9
  52:14 58:23
promoted 11:12
promotes 19:7
  20:1,7
promoting 19:10
promotion 10:7
proportion 12:16
  15:18
proportionate
  11:3 18:10
proposal 9:5
proposed 10:22
  20:18 23:3
  31:13
protected 44:23
provide 22:5
  25:16 27:5,11
  32:6 37:13
providing 35:23
  43:6
provost 44:17
pseudo-news
  23:18
pu- 47:15
public 5:21 8:23
  35:8 47:17
publish 19:10
published 14:4
publishing 14:1
purely 51:20

purposely 13:9
pursued 6:12
pursuing 52:1
pursuit 51:24
push 34:6 58:17
pushed 27:17
  38:19 47:12
pushing 15:7
put 3:5 54:6,12
putting 26:2
  29:19 44:9
puzzling 57:6

**Q**

qualification
  25:23
qualified 44:15
quality 20:22
question 38:24
  45:12
quickly 9:8 16:4
  33:5
quiet 38:22 40:6
  40:9,22 41:1,5
quo 56:3,5,7,9

**R**

R 61:1
race 24:6,8,14,17
  24:18,22 25:11
  25:16 26:2 41:2
  43:7,18,25
  54:15 55:3,9,10
  58:4
racialized 20:11
radar 5:24
radical 41:21
  53:19
radically 4:13
raise 35:17
raising 36:8
rational 49:1
re- 49:4
reach 33:25
  48:21

react- 43:12
read 6:3 48:5,6
ready 22:9
realities 17:13
reality 17:17
realize 42:13
really 3:15 5:22
  6:8 8:7,7,25 9:1
  12:21,22 14:9
  14:10,10 23:19
  25:22 31:8
  32:21 40:20,24
  41:10,12,18
  44:18 46:13,14
  48:15,20 51:1,2
  51:6 55:4 57:18
  59:13,25
reason 21:16
  40:7 52:22
reasonable 9:7
  15:18 20:25
  33:10 46:17
  49:11
reasoning 3:7
  52:18
recognize 5:8
recognized 9:3
recommended
  8:21
recording 2:1
  60:6 61:4
records 38:11
red 25:23 52:8
reflects 18:22
reform 53:22
regardless 20:22
regent 38:6
regents 22:2,4,7
  22:23 36:20,20
  36:23 37:23
  40:4,5,14,16
  41:15
Registration
  61:17
regulators 6:15

**regurgitate** 55:9
**Reilly** 11:10
**related** 61:6
**release** 29:15,23
**remember** 35:22
**remotely** 31:18
**remove** 40:7
**renew** 38:1
**repeat** 55:2
**replaces** 59:10
**replacing** 10:21
**reported** 35:24
**Reporter** 61:2,16
**reporting** 29:5,8
**representation** 11:3,4 18:6,10
**Republican** 38:25 40:17,18 42:24 44:25 45:6 54:20,21 55:25
**Republicans** 25:24 38:25 40:19 41:12 52:22 56:10
**requests** 38:11
**requirement** 55:13
**requirements** 3:15 8:12 55:10
**research** 2:11,20 10:12 28:23
**reserve** 49:4
**resign** 37:14,16
**rest** 43:17
**rethink** 55:22
**retired** 33:15
**Review** 13:6
**revolution** 5:5
**rich** 2:3,3,6,6 12:14,15,21,22 22:15 34:15 41:7,9 59:5 60:3
**rid** 41:13 54:10

54:11
**ridiculous** 3:14
**right** 2:5,25 9:16 11:14 13:25 17:8,9,14,18 19:9 20:8,12 25:10 28:1 32:17 33:2,25 35:15 36:16,21 37:24 38:18,18 42:22 49:19 51:3 55:6 56:2 59:2
**rights** 54:7
**Rise** 47:23 48:6
**Rob** 30:5
**role** 42:14
**roll** 3:13
**rolling** 36:13
**room** 46:7
**roughly** 3:1
**rubber** 36:24
**ruin** 47:7
**ruined** 47:2
**rules** 5:20 6:3 26:20 37:7 38:2
**run** 23:2 24:24 25:17 27:2,18 31:1 34:19 44:9 46:24 47:13 48:3
**running** 3:12 36:1 45:15
**runs** 8:5 27:2 36:20 38:20
**Ryan** 35:25

**S**
**sacred** 23:24
**sad** 16:3
**sadly** 58:8
**safe** 14:5
**sake** 19:19
**salaries** 35:8
**salary** 42:5

**Salem** 7:13,22,24 7:25 35:19,19 35:19,21 36:8,9 36:9
**salvageable** 34:4
**sausage** 22:1
**saw** 8:18,18 13:5
**saying** 4:9 16:24 19:19 29:8 55:13,21 58:11
**says** 6:18 40:11 54:17
**Scare** 52:8
**scared** 52:23
**schedule** 35:6
**school** 4:5 5:6 32:8 33:7,8 43:6 57:12,24
**schools** 5:8 35:14 57:20,21
**sci** 28:13
**science** 13:6,7,16 13:17
**sciences** 31:17
**score** 11:14
**scored** 26:6
**se-** 44:1
**search** 23:1 27:16
**SEC** 6:9
**SEC's** 5:23
**secret** 27:15
**see** 4:14 8:13 28:2 34:1 36:25
**seen** 58:25
**seminar** 8:11
**seminars** 8:17
**Senate** 38:10
**sense** 7:6 22:25
**sensible** 9:16,18 16:19,22 17:1,5 17:12 22:12,14 22:16 25:4 33:2 33:8,11 48:17 49:3
**separate** 27:11

**serious** 3:5 44:9 54:12 57:11
**seriously** 58:17
**service** 6:14
**session** 30:13
**set** 17:16 20:21 22:24 24:13 44:19 50:11
**setting** 6:10
**setup** 36:19
**sex** 15:24
**share** 12:18 47:13
**shareholder** 5:17 6:1,5,7,13
**shifted** 59:2
**shop** 52:20
**Shorthand** 61:2 61:16
**show** 10:5 33:7 36:4 41:6 44:1 49:11
**shows** 41:19
**sic** 33:24 34:17
**sides** 47:12 48:22
**sign** 54:22
**signed** 21:19 39:4
**significant** 36:10
**significantly** 36:14
**silence** 50:16,22 50:25
**silenced** 50:23,24
**similar** 21:10
**simultaneously** 10:15 12:6 15:4 16:23 20:3 21:17 28:6 30:3 33:21
**single** 24:9 25:20 44:8
**sit** 39:15
**sitting** 24:23
**six** 23:7,7
**skeptical** 16:13

**slateism** 18:19
**small** 7:11,12
**smart** 3:12,15
**smarter** 49:23
**smile** 41:6
**snowballed** 9:8
**social** 4:20,22 5:1 16:10 17:12 19:17 31:17 41:20,20 52:4 55:13
**society** 3:16 9:19 12:25 18:7,8,21 45:21,22 48:19 51:8,9 58:8
**sociology** 25:5 26:21,22 28:9 31:3
**sold** 32:16
**sole** 25:22
**solving** 53:7
**somebody** 6:1 23:9,16 55:22 59:10
**somewhat** 14:9
**soon** 6:18 49:8
**sophisticated** 57:17
**sorry** 6:24 21:9 32:23 35:8 53:7
**sort** 2:20,21 3:1 3:18 4:14 6:6 6:19 7:1 8:9 9:2 9:5 12:9,11,11 12:23 13:2,3 14:3,11 15:1,2 15:20 16:9 17:3 17:6,22 18:1 19:1 27:19 29:12 31:20 32:10,16 33:16 34:4,8 35:23 36:12,19 39:13 39:13,23 40:20 43:1 45:25 46:3

Podcast Audio

47:11 49:19,19
50:2,3,3 51:13
51:13 52:7,8,16
59:8,20
**sorting** 24:5
**sorts** 33:14
**soul** 32:16
**sound** 10:1
**sounds** 26:12
45:9 49:17
**source** 19:17
**Sowell** 11:9
**speak** 22:16
**speakers** 22:14
**Speaking** 10:15
12:6 15:4 16:23
20:3 21:17 28:6
30:3 33:21
**specific** 10:25
11:1 20:1 22:6
**specifically** 53:18
**speech** 44:23
46:2 51:15 52:4
52:24
**spend** 22:19
27:13
**spent** 42:3
**splitting** 4:24
**spoke** 43:20
**spout** 55:5
**spying** 29:10
**squandered**
59:18
**squishy** 5:22
**stable** 26:13
**stamps** 36:24
**stand** 15:21
**standards** 7:3,3
**stands** 35:22
**start** 3:11 6:16,17
6:17 8:21 17:15
17:16 21:5
32:25 33:10
34:8 35:7,20
36:14 47:4

**started** 8:11
32:21 36:8 48:8
**starting** 18:2
**starts** 25:21
30:13
**state** 5:6 10:20
25:24 26:4,6
35:12 38:25
39:4 44:8,10
53:22,23 55:14
55:15 61:3
**state-wide** 39:1
**statement** 44:18
**statements** 10:6
54:2,17
**states** 43:22,23
45:16 52:12
53:19
**stating** 11:21
**statistics** 8:14
**status** 56:3,5,5,7
56:9
**staying** 51:14
**stays** 27:19 40:6
**Steve** 48:7
**stir** 40:23
**stolen** 59:14
**stone** 43:9
**stop** 27:14
**stories** 3:13
**story** 20:16 42:15
42:16 43:10
**strategy** 50:1
**Street** 42:25
**Streeter** 35:25
36:3
**strong** 3:4 33:6
**structured** 24:24
**structures** 50:21
**student** 55:6 59:1
**students** 3:6 8:8
8:13,15 16:18
27:10 55:18
58:14
**studies** 59:1

**study** 13:9
**stuff** 4:21 13:22
16:4,11,14
18:17 21:12
24:6 28:11
32:17 34:24
36:5 37:6 44:5
46:3,4,13 52:9
54:15 56:22
57:10 58:16
**stupid** 11:1 51:1
51:2
**Substack** 13:5
**subtle** 10:9
**subtleties** 52:25
**sudden** 46:24
**suddenly** 6:17
15:17 18:10
23:25 46:25
**suggested** 8:20
**Suite** 61:18
**super** 12:14,15
41:12
**support** 10:8
49:12 55:23
**supporters** 8:20
8:22 9:3,9
25:18
**supporting** 12:1
**supposed** 8:23
22:24 35:23
38:13 45:5
46:25
**supremacists**
17:8
**sure** 12:21,22
21:25 27:14,19
36:1 40:6 49:9
52:15 55:3
59:12,15,16,19
59:23
**surplus** 4:24,24
**survival** 51:4
**survive** 32:12,13
34:21,23

**survived** 48:17
49:2
**sustainability** 5:2
**swath** 21:3
**syllabuses** 8:17
**sympathetic**
54:11
**system** 37:19
38:7 39:2 46:9
47:6
**systematic** 15:13
**systems** 51:7

---

**T**

**T** 61:1,1
**take** 3:14 4:25
27:4,18 28:24
36:6,7 45:3
50:9,24 51:2,7
51:17 52:12,21
58:16,22 59:2
**taken** 32:1 59:18
61:8
**takes** 27:12
**talk** 2:15 4:17
8:24 34:1 39:20
39:21 42:9,10
42:14 43:19
**talked** 14:17
**talking** 4:20,21
23:5,14 29:5
42:12 60:4
**tax** 22:17 52:21
**taxpayers** 59:14
59:18
**teach** 2:10,12
58:5
**teachers** 24:8
58:5
**teaching** 5:11
29:16 57:24
**technically** 6:3
7:5
**teeth** 44:7
**Teles** 48:7

**tell** 2:7 3:13
20:16,16 25:8
36:23 37:17
38:8 41:18
**tells** 25:18 42:15
**temptation** 35:7
**ten** 58:16
**tend** 35:14,14
**tent** 48:21 49:8
**tenure** 27:17
28:14 30:17,23
31:11 34:13
36:15 41:3
**term** 18:15 37:25
38:3
**Terri** 61:2,15
**test** 13:3 17:20
**Texas** 2:10,17 5:6
7:9 9:10,11,14
9:18 11:20
16:18 21:14
22:16 23:17,18
23:23,25 24:1
25:17 26:6
35:12 37:19
38:7,10 39:18
41:20 42:5 44:6
53:14,18 57:23
59:6,10 61:3,15
61:18
**Texas's** 8:21
**Thank** 60:5
**Thanks** 60:3
**theorist** 24:7,8,14
24:17,19,22
25:12 26:2
**theorists** 25:17
41:3
**theory** 2:11 37:23
43:7,18,25
54:15 55:3,9,10
58:4
**they'd** 41:25
**thing** 5:19 6:6,19
7:13 9:2 13:10

Podcast Audio

17:22 19:5
23:19 24:23
25:7 26:2,3,7
26:12 27:2,3,11
27:18 29:6 34:8
35:21 40:9 46:3
46:14 52:16
56:8
**things** 3:2,6,7 5:1
5:12 6:11 8:6
10:7 14:8 16:9
20:2 21:13 22:6
22:12 24:7
25:15 26:12
29:8 36:13
38:20,21 40:22
48:4,18 53:5,15
53:21,25 56:25
57:12 58:21
59:21,21
**think** 4:8,12 7:18
10:1,5 13:16
14:5,6,15 15:23
16:7,10,13 17:4
17:5,8,9,23,25
18:25 19:1,4,5
19:8,16,17,25
21:1 22:15
23:13 32:19
33:24 34:7,7,11
34:12 38:2,10
39:25 42:4,11
43:4 44:8 45:18
46:2,2,3,5 47:3
53:21 54:15
56:2 57:9 58:11
58:12
**thinks** 6:4 34:3
**thought** 9:7,11
26:8 29:6 39:9
46:25
**thoughts** 9:17,19
25:13
**threatened** 37:12
**three** 21:15 26:25

**throw** 5:10 22:7
**ties** 23:19
**time** 3:21,22,22
4:11 8:2 15:14
25:16 26:8 30:1
32:14 46:12
**tiny** 48:19
**today** 2:3,15
**Tom** 11:9
**tomorrow** 54:17
**top** 7:3 13:6
**totalitarian**
10:21
**totem** 42:10
**touch** 6:12 47:3
60:2
**toxic** 3:16
**track** 30:24 31:11
36:15
**traditional** 47:6
**trained** 41:20
58:21,22
**training** 43:7
58:5
**trample** 53:3
**transcription**
61:4,10
**Travis** 38:11
**Tribune** 23:17
**trick** 12:19
**tried** 3:23 7:8 8:3
8:12 16:15 38:8
44:21 46:19
**trouble** 6:16 12:8
13:25 30:16
56:4
**true** 11:21 15:16
19:6,13,22 26:9
55:11 58:9,9
**trust** 23:24 41:1
47:11,11
**trusted** 25:12
**truth** 51:25 52:1
**try** 27:11 29:9
40:7 49:8 59:21

**trying** 2:16,21
8:6 34:24 35:11
46:1 48:20
49:13 52:17
59:5,20
**turn** 4:25 26:3
**turned** 24:18
25:21 26:9
**turns** 24:4 26:24
**Turtle** 8:24
**two** 16:5 21:14
26:25 41:2 49:4
49:5 55:10
58:14,15
**type** 6:14
**types** 48:3

**U**
**ugly** 12:23
**Uh-huh** 30:19
45:17
**under-grads** 2:13
**undergraduates**
3:12
**underlies** 19:5
**underlying** 19:9
**underst-** 31:9
**understand**
16:14 34:3
57:19
**understanding**
29:17 47:10
52:25
**unfair** 28:24
**unfire** 44:22
**unfortunate**
34:20
**unhappy** 11:18
11:24 12:1,2
**uninterested**
40:20
**unique** 7:1
**United** 52:12
**units** 54:25
**universities** 3:3

10:3 26:14 39:6
45:15 49:18
51:1 52:11 53:2
53:6 54:8 57:14
57:20 58:8 59:4
**university** 1:11
2:10,17 4:16
5:7,8 7:9 8:10
8:21 9:13,17
10:3,20 11:11
11:20 12:12
16:18 22:5,13
22:15,17 23:20
23:25 24:1
25:17,23 27:6,8
30:14 34:8 36:6
36:21 37:2,19
37:20 38:7,12
39:2,18 40:21
41:20 42:5 44:4
44:10,20 46:9
51:10,15 52:4
52:17 53:20
54:11,20 55:1,2
57:23 59:4,6,9
**university's** 17:4
**upset** 30:17
**use** 25:7 28:1
52:13
**useful** 17:25
**UT** 27:1,18,22
29:8,10 30:18
31:18 34:13
37:18 55:10
59:25
**UT-Austin** 4:2

**V**
**vague** 38:2
**value** 3:17 4:18
4:23 5:17 6:1
6:13
**values** 29:17
**various** 2:12
**versus** 39:17

**vice** 24:10
**view** 4:15 55:18
**violate** 54:8
**violating** 54:5
**violation** 7:4
55:17
**voice** 24:10
**voluntarily** 22:20
41:25
**volunteered** 36:6
**vote** 37:14
**voting** 56:10

**W**
**wa-** 38:1
**wait** 43:18
**waiting** 23:9
**walk** 59:17
**Wall** 42:25
**Wallace** 38:8
**want** 6:18 15:14
15:15 17:16
21:10 22:12,14
22:18 23:5,6
28:1,2,2,3,23
31:23 33:17
39:15 40:8,21
41:2,4,7,8,14
41:16 42:10
44:14,15 46:21
46:22 47:4,13
47:15,17 48:22
48:25 49:9
50:22 52:15,19
53:3 54:4 55:4
55:4,7 56:18
57:7,22,25 58:4
59:12,15,17,19
**wanted** 7:14
16:17 17:3,19
20:15,17 28:18
32:1 36:3,6
39:9,17 41:11
43:17
**wanting** 39:6

Podcast Audio

40:15
**wants** 5:10,12
7:15 37:9,21
39:18 41:15
55:25
**warrior** 16:10
**Wars** 1:11
**Washington**
42:25
**wasn't** 26:9
41:11 58:8
**wasted** 3:21
28:11,12
**wasting** 6:5
**watching** 54:4
**way** 3:2,4 15:21
24:1 25:10
31:16 34:17,18
43:3,16 44:17
48:10 49:11,20
50:5,5
**we'll** 4:1 24:24
46:23 48:21
52:3,3,21 53:5
60:1,1
**we're** 2:14,15,15
2:18,18,19,20
3:24,25 6:11
7:22 8:23,23,24
20:19 25:7,14
25:19 26:2
27:17,17 36:17
42:10 53:23
54:25
**we've** 24:14
**weeks** 28:16
**weird** 15:15
**Welcome** 2:2
**went** 21:2 44:12
44:12 52:6
**West** 23:23
**whatsoever**
15:12
**whiny** 58:6
**white** 12:20 17:8

**who've** 47:11
**wiggle** 46:7
**wild** 56:24
**Wilfred** 11:10
**willing** 9:11
15:21 16:9 39:8
40:10,17 42:9
50:24
**willy-nilly** 52:7
**win** 51:1
**window** 33:16
**wiped** 55:16
**wish** 25:7 58:8
**woke** 13:22 18:10
41:8,11,14
48:22,23 50:14
50:15 51:16,16
**wokeness** 57:14
**women** 13:8 15:1
15:1,1,13 18:12
18:13 35:1
**won** 57:14
**wondering** 13:2
13:2
**word** 28:1,24
**work** 2:15 10:19
12:9 15:10 21:7
23:5 24:6 26:21
26:22 46:13
50:5 58:1,20
**worked** 50:4,5
**works** 2:19 21:12
36:21
**world** 5:12 16:6
**worse** 13:16 14:5
56:17
**worth** 21:15
**would've** 28:11
**wouldn't** 4:8
9:16 17:11
19:20 30:20
33:3 37:11,11
**write** 14:9 46:16
54:17 57:22,25
57:25 59:20

**writing** 12:24
53:23
**written** 31:8
**wrong** 5:18,24
21:19 29:11

───────────
**X**
───────────
**X** 49:22,23

───────────
**Y**
───────────
**Y** 49:22,23
**Yay** 34:13
**yea-** 30:1
**yeah** 2:14 3:1,24
4:6 5:7,13 6:20
6:21,21 7:6,25
8:2,4 9:21
10:11,16 12:3,4
12:4,17 13:1,1
13:19 14:14,19
14:20,21,22,23
15:5,19,25 16:1
16:3,6 17:9,21
18:18,24 19:2
19:12,23 20:4,4
20:8,14,17
21:25 22:21
23:13 26:16
28:1,15,22 29:1
29:2,2,13,21,24
29:25 30:8,10
30:25 32:9 33:9
33:20,23 34:9
34:17,18,22,25
35:2,4,13,14,16
35:16,18 36:11
36:18 37:3,8,18
37:22,22 38:23
38:23 40:3
42:19 43:9,15
45:13,23,23
46:10,18 47:22
48:1,5,8,11,24
49:15,25 51:21

52:2 54:18,24
55:3,24,24 56:6
56:9,12,15,19
57:2,2,5,8,16
58:18,24,24,25
59:25 60:3
**year** 8:13 21:16
28:11,12 30:6
38:15,15
**years** 4:13 13:7
15:24 16:5 24:3
30:1 32:21 33:7
33:15 38:1
**years'** 21:14
**yelling** 27:10
**Yep** 7:23 16:12
21:21,23
**younger** 33:17
**yourse-** 2:7

───────────
**Z**
───────────
**zero** 48:22

───────────
**0**
───────────

───────────
**1**
───────────
**1.2** 42:5
**101** 61:18
**12** 44:5,6,6 57:9
57:22
**13th** 30:7
**15** 30:1,1 33:15
**18-year-old**
41:19

───────────
**2**
───────────
**2008** 38:19
**2010** 38:19
**214** 61:19

───────────
**3**
───────────
**3** 43:10
**312** 61:17

───────────
**4**
───────────
**4-year-olds** 43:7

43:19 58:4
**40** 32:20
**40-** 32:22,23
**4228** 61:17
**43** 32:19

───────────
**5**
───────────
**50** 8:13,15

───────────
**6**
───────────
**6** 59:18
**60-** 32:24
**60-year-olds**
32:23
**6581** 61:16

───────────
**7**
───────────
**7-31-23** 61:19
**70-year-old**
32:24
**70-year-olds**
32:23
**75** 48:21
**75206** 61:18

───────────
**8**
───────────
**855-5100** 61:19

───────────
**9**
───────────
**9-** 58:13
**98** 58:14