# Exhibit 18

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD LOWERY<br><br>　　PLAINTIFF,<br><br>v.<br><br>LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin,<br><br>　　DEFENDANTS. | Case No. 1:23-CV-00129-LY |

## **DECLARATION OF JOSEPH BISHOP**

My name is Joseph Bishop and if called as a witness I would state that I am competent to testify to the following, all of which is within my personal knowledge and is true and correct:

1. I, Joseph Bishop, am over eighteen (18) years of age. I am fully capable of making this declaration. All the facts stated herein are true and correct and within my personal knowledge.

2. I am a certified Peace Officer employed by the University of Texas at Austin (the "University") in the University of Texas Police Department ("UTPD"). My job duties include handling requests for event security. Such requests are made regularly.

3. On or about August 24, 2022, I received a request for event security from Madison Gove, an employee of the Global Sustainability Leadership Institute ("GSLI") at the University's McCombs School of Business. She expressed concern that comments made by Professor Richard

Lowery on Twitter about GLSI might encourage members of the public to disrupt an upcoming GLSI event.

4.  I reviewed the contents of her email and the attachments, which included a screenshot of a Twitter "tweet" made by Professor Lowery, attached to this declaration as Exhibit 18a. I did not access Twitter or any other social media source to investigate Professor Lowery or surveil his speech, nor did I direct any other UTPD employee to do so.

5.  I eventually assigned an officer for the GSLI event as Ms. Gove requested. This is common outcome when, as here, an organization requests security for an event and is willing to cover the cost.

6.  In my experience, there was nothing unusual or concerning about this request for event security.

7.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13th, 2023

*Joseph Bishop*
_____
Joseph Bishop
University of Texas Police Department

Declaration of Joseph Bishop                                                                                             2

# Exhibit 18a

# Gove, Madison

| | |
|---|---|
| **From:** | Gove, Madison |
| **Sent:** | Wednesday, August 24, 2022 4:56 PM |
| **To:** | Bishop, Joseph |
| **Cc:** | Schwartz, John R; Kothare, Meeta; Ruddick, Sandi S (Sandi.Ruddick@mccombs.utexas.edu) |
| **Subject:** | "Impact Chat: ESG Under Attack" Twitter & Event Information |
| **Attachments:** | 9.6.22 Impact Chat Flyer  (24 × 36 in) (1).png; 9.6.22 Impact Chat Options  (Presentation (169)).png; image (2).png; image (1).png; image.png; 68297796900 __DC01C668-8196-448A-98CD-D4372A67C5CF.jpg; 68297804619 __E09A3B7B-9D59-44CE-8762-FC7C798DC466.jpg; IMG_9014.jpg; IMG_9066.PNG |

Officer Bishop,

Thank you for your time today, and for your support in protecting our events. Sandi will submit the official event request soon. In the meantime, attached are the screenshots I took before he deleted his account. His name is Richard Lowery, and he is a professor in the Finance department. The GSLI is also located in the Finance department. As mentioned, we are more worried about the people he reaches than him. Some of his supporters are authors, podcasters, and politicians. I will also include a screenshot of his last Twitter mention of us in the Spring when he discussed our Leadership in Global Sustainability minor. Unfortunately, he switched his account to private mode today, so I cannot give you anything other than what I have. Perhaps you all can see more. The link is https://twitter.com/RichardLoweryTX. His followers seemed displeased with the event, but I only have a few responses photographed.

Our event is called "ESG Under Attack" and is moderated by John Schwartz, GSLI Associate Director. Our speaker is Jeff Nesbit, founder of Climate Nexus. You can view our Eventbrite here, and I will attach our flyer. I am CCing our Managing Director, Dr. Meeta Kothare, and John Schwartz in case you need any information from them.

Best,
Madison

**Madison Gove**
McCombs School of Business
Senior Program Manager | Global Sustainability Leadership Institute
District 150 Staff Council Representative
The University of Texas at Austin
Office: 512-232-8165
Cell: 832-425-2300
madison.gove@mccombs.utexas.edu
https://www.mccombs.utexas.edu/Centers/Social-Innovation-Initiative

The University of Texas at Austin
Global Sustainability Leadership Institute

1