# Exhibit 20

View Worker: James Lowery (jl38486)

Associate Professor

**Phone Number** +1 (512) 2326823 (Landline)
**Email Address** richard.lowery@mccombs.utexas.edu
**Position Title** Associate Professor
Sheridan Titman (titmans)
Manager
**Supervisory Organization** FINC (PM) Department of Finance (Sheridan Titman (titmans))
**Location** CBA - COLLEGE OF BUSINESS ADMINISTRATION

## Compensation

### Pay Change History
Pay Change History

| Effective Date | Compensation Action | Reason | Total Base Pay | Currency | Frequency |
|---|---|---|---|---|---|
| 09/01/2022 | Merit Compensation Change | Merit > Merit > Merit Event | 257,702.00 | USD | Annual |
| 09/01/2021 | Merit Compensation Change | Merit > Merit > Merit Event | 250,196.00 | USD | Annual |
| 09/01/2019 | Ad-hoc Compensation Change | Request Compensation Change > Base Pay Change > Merit | 245,290.00 | USD | Annual |
| 10/25/2018 | Ad-hoc Compensation Change | Request Compensation Change > Conversion > Conversion | 240,480.00 | USD | Annual |