# Exhibit 1

DocuSign Envelope ID: 723B1E11-2C93-4627-A301-8109B657BF3D

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD LOWERY<br><br>PLAINTIFF,<br><br>v.<br><br>LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin,<br><br>DEFENDANTS. | Case No. 1:23-CV-00129-LY |

## DECLARATION OF LILLIAN MILLS

1. I, Lillian Mills, am over eighteen years of age. I am fully capable of making this declaration. The following is within my personal knowledge and is true and correct:

2. I serve as the Dean of the McCombs School of Business at the University of Texas at Austin, a position I have held since June 1, 2021. I was previously the Interim Dean at McCombs from June 1, 2020, to May 31, 2021.

3. I have reviewed Professor Richard Lowery's Complaint and Motion for Preliminary Injunction. To be clear, I have never "threatened" Dr. Lowery nor have I made any statement to him or to anyone else that could be reasonably construed as a threat against Dr. Lowery. I believe Dr.

Declaration of Lillian Mills 1

DocuSign Envelope ID: 723B1E11-2C93-4627-A301-8109B657BF3D

Lowery's Complaint and Motion for Preliminary Injunction create a false and misleading impression of the actions (and in reality, inaction) taken by the University regarding his speech.

4. The University and the McCombs School are committed to providing an environment where academic freedom and free speech are protected, and diversity of views and opinions are welcome. An important role of institutions of higher education is to provide a place where diverse and even unpopular viewpoints are freely expressed. I support academic freedom and trust faculty members with what and how they teach, research, and publish in their areas of expertise.

5. I have not sought to terminate, demote, or discipline Dr. Lowery because of his speech. Dr. Lowery is a tenured professor. Tenured professors retain their appointments for as long as they want, unless very serious issues arise that warrant termination. The University of Texas System Regents' Rule 31008 lays out the process for removing a tenured employee. Nobody has triggered this time-consuming process for Dr. Lowery, nor am I aware of anything he has done or been accused of doing that would warrant his removal. His tenured position is secure.

6. Dr. Lowery's Complaint and Motion for Preliminary Injunction discuss his appointment to the Salem Center. Dr. Lowery serves as Associate Director of the Salem Center. Carlos Carvalho is the Director of the Salem Center and, regarding their respective roles at the Salem Center, he is Dr. Lowery's supervisor.

7. In his Complaint and Motion for Preliminary Injunction, Dr. Lowery describes a meeting that occurred on August 12, 2022, between Associate Dean Ethan Burris, Dr. Carvalho, and myself. Dr. Lowery was not present, and his second-hand description of that meeting is misleading. Dr. Carvalho requested the meeting, not Dean Burris or me. At the meeting, Dean Burris and I discussed with Dr. Carvalho the Salem Center, attendance at academic conferences, and eventually, several incidents of Dr. Lowery's disruptive conduct.

8. The discussion of Dr. Lowery's conduct during that meeting did not involve the subject matter or political ideas expressed by Dr. Lowery. Neither I nor Dean Burris advised Dr. Carvalho to "work with" Dr. Lowery" regarding his speech. Neither Dean Burris nor I stated that Dr. Lowery's association with Dr. Carvalho and the Salem Center was "problematic" or that something "should be done about" Dr Lowery. At no point did either Dean Burris or I direct or order Dr. Calvalho to "discipline" Dr. Lowery. While it is true that directors of academic centers, such as Dr. Calvalho, serve at the pleasure of the dean of the school or college to which the centers are attached, at no time during the August 12, 2002 meeting (or before or afterwards) did I threaten to remove Dr. Calvalho from his position as the director of the Salem Center.

9. I have not censured, disciplined, or otherwise punished Dr. Lowery for his speech and have no plans to do so in the future, nor am I aware of any other University officials or administrators who have done so or plan to do so in the future.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2023

DocuSigned by:

Lillian Mills

CF1FD7D7BF8840C...

Lillian Mills
Dean of the McCombs School of Business