# Exhibit 13

**(Exhibit 13 is a video of Policy Ideas to Fix America's Universities filed and served separately)**

# Exhibit 13a

Global Liberty Audio

1
2
3
4
5
6
7
8   POLICY IDEAS TO FIX AMERICA'S UNIVERSITIES
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Global Liberty Audio

1          (Recording begins.)

2          MR. ATLAS:  Policy Ideas to Fix America's

3  Universities is going to start here moderated.  An honor to

4  introduce Todd Zywicki, who many people probably know, a George

5  Mason University professor of law at the Antonin Scalia Law

6  School and a personal leader in the fight against insanity of

7  COVID.  And Todd will moderate a stellar panel.

8          MR. ZYWICKI:  All right.  We're batting cleanup

9  here, so we'll -- we'll -- we'll keep everybody awake, although

10  that was a tough act to follow.  So I guess I'm here because --

11  so I've done -- I -- I can see this issue from a couple

12  perspectives.  Back about 15 years ago, I was elected as an

13  insurgent write-in candidate to the Dartmouth College Board of

14  Trustees.  Peter Robinson was -- got elected along with me,

15  a -- a Hoover fellow.  And I managed to be an -- sub- -- enough

16  of a nuisance to get kicked off by the other trustees after one

17  term.

18          I can also claim credit -- I think I'm the only

19  person I know of who is responsible, at least partially, for

20  getting speech codes repealed at two different universities,

21  both at Dartmouth and at George Mason.  And took me five years

22  at George Mason.

23          And Ms. Scott eluded more -- and as Sarah

24  mentioned earlier, I sued my -- my employer, my university,

25  over their COVID vaccination mandate based on natural immunity,

Global Liberty Audio

1  and Jay graciously -- and was one of my expert witnesses in --
2  in the case.  And so soon as they saw his affidavit, they
3  folded immediately.
4          But -- so I've seen this from inside the board
5  room, I've seen this as a faculty member, I've seen this -- and
6  so -- so I'm going to give you some general impressions about
7  all this and set the table for our amazing panel, who are doing
8  some really interesting things and have some great examples of
9  tools that could be -- could be used.
10          And I'm going to start off with a couple of
11  premises, which is the first thing is, I'm going to say, I
12  don't know what our strategy is for reversing ideological
13  dominance at universities, but whatever it is, it's not
14  working.  Is there anybody here who thinks that whatever our
15  strategy is is working?  Yeah, that's what I thought.
16          So we could keep doing the same thing and it's
17  still going to not work.  So I think the premise of this panel
18  is, let's think about what might work.  Now, nothing I'm going
19  to say am I going to guarantee is going to make it work, right?
20  What I will say, though, is the trajectory is clear, if we do
21  nothing, we know where this ends, right?
22          Aaron tried to give us some optimistic views
23  earlier.  He's more optimistic than I am.  I think this just
24  ends in a -- another Dark Ages if -- if we don't do anything.
25  So -- so, you know, what it seems to be is we try to tell the

## Global Liberty Audio

1  left they should appreciate intellectual diversity, they should

2  appreciate idealogical diversity.  My, aren't you hypocrites,

3  what you -- what you -- what -- what you do, right?  I mean,

4  there's -- there's room for that, but -- but it's not working,

5  right?  So I'm going to start with that -- that -- that

6  premise, right?

7              The second premise, I think is pretty well

8  established.  Jay eluded to this earlier, is the left believes

9  in power and the left responds to power.  The left does not

10  respond to being told they're hypocrites or they're

11  intellectually dishonest.  They respond to power.  Now, why do

12  I know that?  Because they say that.  It's not like they're

13  hiding the ball here.  The left is -- view of the world is the

14  world is -- is power, right?

15              And this is the framework which I say is going

16  all the way back to Marcuse, though.  Why do they oppose free

17  speech on campus?  Because as Marcuse explained, free speech is

18  another -- just another vehicle for the dominant class to

19  reassert their authority over -- over the subordinate, the

20  subordinate people, right?

21              Their view is the purpose of the univer- --

22  if -- if -- if they bou- -- the -- the idea that the university

23  exists to pursue truth, if you buy that premise, everything

24  else is a rounding error, right?  Free speech, intellectual

25  diversity, standards of proof, all that sort of stuff, that's a

Global Liberty Audio

1  trivial deduction.

2          They don't believe the university exists for

3  truth, because they don't believe there's truth, number one.

4  They believe the university is perhaps the most important

5  institution in society to promote liberation, to right the

6  power imbalances of all the systemic racism and everything else

7  that -- that we -- that we heard, right?

8          So they are fundamentally playing by different

9  rules.  We are playing the game we inherited from the Middle

10 Ages in universities, which we could call it the shared search

11 for truth game, right?  The universities are about a shared

12 search for truth, dialogue, open speech, everybody is trying to

13 sort of understand the truth.  That's not their view.

14         Their view is, they're playing the dominance

15 hierarchy game.  They're playing the dominance game.  You're

16 either up or you're down.  And any arguments that advance the

17 prevailing dominance hierarchy are illegitimate, any arguments

18 against it are legitimate, right?  So what does that mean?

19 Anything goes.  When they say speech is violence, that is not

20 just a rhetorical expression, right?  We need to start actually

21 paying attention to what they say.

22         They are telling us -- they are telling us what

23 they mean.  They believe speech is violence because it

24 reaffirms the existing power dominance in -- in society.  So we

25 could continue to play the reciprocal free speech game, the,

Global Liberty Audio

1   you know, the reciprocal search for truth game while they are

2   playing the power dominance game, and I think we see how

3   this -- how thi- -- how this plays out, right?

4              These are not decent people.  These are not good

5   people.  Right?  These are people who will fire you, who will

6   end your career because you have a mis- -- a bad -- a bad

7   Tweet, right?  These are people who will stick vaccines and

8   booster shots in 19-year-old boys, right?

9              UNIDENTIFIED SPEAKER:  (Inaudible.)

10             MR. ZYWICKI:  For whatever reason, right?  These

11  are not good people, right?  And we need to, I think,

12  appreciate that, the kind of people we're dealing with on --

13  on -- on campus, right?  Now, one of the implications of this

14  is, it is -- ironically, it is truth, not error, that they want

15  to suppress.  It is truth not error.  Why?  Error can be

16  rebutted by argument, but truths that can be in their terms,

17  quote, weaponized, unquote, to reaffirm the existing power

18  hierarchy, that's what must be suppressed, the things we heard

19  about earlier, right?

20             Any research, the hypothesis, asking the

21  questions that could provide insights that could be true, but

22  then could be, in their view, used to reaffirm existing power

23  dominance is what must be suppressed.  Truth must not only be

24  ignored and must actually be suppressed if it reasserts the

25  existing powerarchy.

Global Liberty Audio

1    So I know we have a lot of economists in this
2  room.  I would wager Roland Fryer's study on police shootings
3  could not be published in the AAR today in the form that it
4  wa- -- in the form it was published in 2019, right?  The world
5  has fundamentally changed in that way.  Why?  Because it is --
6  could be true.  I'm not even saying it's true, but it could be
7  true, which is precisely why it has to -- to -- that's
8  happened, right?
9    So what does this mean?  This means if they are
10 playing a power game and we're not, this is just tit for tat,
11 right?  This is just tit for tat.  You don't have to be an
12 economist to understand enough game theory to understand tit
13 for tat, that if you don't fight back, they're going to just
14 continue to pummel you, right?  And so whether you like it or
15 not, we have to be -- if -- we can either lose or we have to be
16 willing to use power to fight power, as I think as Jay was --
17 was saying earlier, right?
18    Now, I recognize everything I'm saying can have
19 unintended consequences.  Right?  Everything I'm saying can
20 have unintended consequence.  Tit for tat can lead to a stable
21 equilibrium, where we get back to some degree of neutrality and
22 standards.  Tit for tat can also lead to the Hatfields and
23 McCoys, right?  Now, why do I think not withstanding the
24 unintended consequences?  I think it's worth thinking about it.
25 Because where -- the -- the worst case scenarios, we end up

Global Liberty Audio

1   where we're going, just faster.  Right?  I think, again, if we
2   don't do anything, we end up in -- in the gutter, right?
3                   Another argument people say is, Well, you know,
4   what happens if Elizabeth Warren gets ahold of this, right,
5   some of the things I'm talking about.  Come on, folks.
6   Elizabeth Warren isn't waiting around for us to pass laws that
7   says it's okay to -- to do these things, right?  They are not
8   playing by any established rules.  They are not constrained by
9   the rules, and so maybe -- maybe they might be a little more,
10  you know, worse than they are now, right, but I'm -- I mean,
11  it's -- let's -- let's be realistic, right?  We're the only
12  ones who are concerned about the rules, and so if we -- you
13  know, let's -- let's be -- let's be aware of that.  All right?
14                  Now, let me just say about a minute or so on
15  unintended consequences I do worry about, and then talk about a
16  few ideas and then turn it over to the panel.  Which is first
17  is, we do need to be concerned about unintended consequences.
18  And in particular, we actually need to to think through the
19  incentives we are creating.  So let me give you two examples.
20                  The first is, one of the problems at the
21  university today goes back, I think, in con- -- previous
22  conservative efforts to reform the university, it goes back, of
23  all things, to William F. Buckley and God and Man at Yale.
24  What Buckley said was what we need to do is get some hardheaded
25  CEOs on those board of trustees and they'll ride herd on those

Global Liberty Audio

1  lazy faculty members and that sort of thing, right?

2          Well, I served on the Dartmouth board with a

3  bunch of hardheaded trustees, and it didn't quite work out that

4  way, right?  Basically, their view was, the president in the

5  university is a CEO like me, so I'll just let the president in

6  the university run the -- run the university like I want people

7  to allow me to be the -- the -- the CEO, right?  What does that

8  end up doing?

9          Well, in a world without profit and loss

10  statements, you basically -- what you get now, which is

11  basically, in a nonprofit, you get bureaucratic empire

12  building, right, by the -- by the president; and you get a

13  bunch of academics running rings around the board of trustees.

14  We actually had a discussion when I was on the Dartmouth board,

15  one of these board members, who is a really tough guy, really

16  smart, tough guy, actually had the temerity to ask about grade

17  inflation.

18          And the dean at the time, the dean of -- of the

19  faculty, just ran rings around him.  You got this, you got

20  that, there's all these different reasons.  And so, basically,

21  he just -- he basically said, You're an idiot and I can't

22  believe you ask such idiot questions, right?  And that was the

23  end of it, right?  We never revisited the question of grade

24  inflation or a lot of other things like that.

25          The second thing I think we should be very

Global Liberty Audio

1  careful about, and you can dismiss me as pleading in
2  self-interest here, but getting rid of tenure, I think, would
3  be a very bad idea.  And the reason is, the reality is simply,
4  yes, I've talked about unintended consequences, yes, I've
5  talked about tit for tat, the reality is the left is just more
6  ruthless.  And they're going to fire us -- they're going to
7  fire us before we fire any of them.  So, you know, and -- and I
8  don't think we should be as ruthless as they are, right?
9          But in thinking through these sorts of things,
10  we should be realistic about who they are and who we are, and I
11  don't think we should be that person, right?  And I think
12  everybody in this room has to ask, what is our limit, right?
13  What is our limit in terms of what we're going to do?  I mean,
14  it's clear, the left -- the left obviously discriminates on
15  ideology when they do hiring, right?
16          Could I bring myself to actually discriminate on
17  the basis of ideology?  I don't know.  Right?  Could I
18  basically say, I'm going to weigh somebody's ideology over
19  their competence?  That would be a tough thing for me to decide
20  to do, right?  Whatever -- whatever the case may be.  It's easy
21  for them.  It's hard for -- it's -- it's harder for me.  And I
22  think it's harder for a lot of us to -- to do that, which may
23  just mean, you know, we've got limits that they -- that they
24  don't have, right?
25          So let me say what might work then.  I said what

Global Liberty Audio

1  I don't think will work.  First is savvy use of government
2  power.  A good example of this is the Solomon Amendment, if
3  you're familiar with this.  This is the federal law that
4  requires universities that receive federal funding to allow the
5  military to recruit on campus.

6          Bunch of law schools challenged this a few years
7  ago, saying it was a violation of the First Amendment rights.
8  Bunch of us at Scalia law school filed the brief in support of
9  the Solomon Amendment as a legitimate use of government power.
10  But -- but it works.  Why does it work?  Because universities
11  know that -- that the government is serious about it.  The
12  university knows that the gov- -- that the government will, in
13  fact, enforce the Solomon Amendment.  And universities complain
14  about it, but they go along with it, right?

15          So the idea of using something like the Solomon
16  Amendment for free speech for things like that, that basically
17  say, in some way, your funding is going to be tied to a certain
18  standard, certain things that you do, right, could be something
19  we could look at.  Could it have unintended consequences, could
20  the left weaponize us -- against us?  In theory, yes.  In
21  practice, they're doing it already.  How much worse can it get,
22  right, to use this?

23          Related to that, I think, is the idea of
24  potentially a free speech ombudsman that some people have --
25  have talked about.  Which is, in state governments, for

Global Liberty Audio

1  example, requiring free speech ombudsmen, somebody who would
2  have to report every year on the condition of free speech, or
3  basically somebody that students could complain to if they felt
4  like they had a free speech -- a claim.  Could it be used by
5  the left?  Sure.  You know, what's -- you know, what's the
6  difference?  Basically, they're -- you know, they're doing that
7  already, just through the -- through the dean's -- through the
8  dean's office, right?  And I think we'll hear more in Florida
9  about some of the things that Florida is doing, and so I won't
10  steal the thunder from my -- my pan- -- my co-panelist on some
11  of the things they're doing with that.
12              I think a third thing that we should focus on
13  that was eluded to earlier is, we need to develop a farm team
14  of administrators.  When I was on the Dartmouth board, I
15  potentially had the opportunity to basically recommend any
16  qualified candidate in America to potentially be the -- the
17  president of Dartmouth.  All right?
18              Turns out, there were essentially zero
19  conservative or even moderately con- -- mildly conservative
20  candidates who would be capable of being the -- a -- a finalist
21  for the presidency of a place like Dartmouth, right?
22  Presidents in, say, a Big Ten school or Provost, another Ivy
23  League school or something like that, right, we just don't have
24  a farm team.  And these administrators do and these presidents
25  have a lot of power.  It was -- as was the case earlier.

Global Liberty Audio

1          Ben Sasse at Florida's kind of a sui generis
2     type appointment, but he's going to have obvious limitations
3     because he's not an academic and that sort of thing.  And so
4     trying to figure out how we groom a farm team of
5     administrators, I think, is -- I think is important.
6          We also heard earlier, I think we have to be
7     willing to use the tools we have.  And so Aaron and I were
8     talking about this.  You know, using litigation, right?  The
9     courtroom may be the -- about the only place nowadays you can
10    get a fair hearing.  Title IX cases have almost universally
11    won.  When people challenge the kangaroo courts in Title IX
12    cases on campuses, they -- they almost universally prevail,
13    because these things are such awful star chambers, right?  And
14    universities usually just won't change unless they are -- they
15    are sued, right?
16          And -- and you -- and -- and so you've got to be
17    willing to -- to use the tools that -- that you have, right?
18    EOC complaints, for example, I think is something that's worth
19    thinking about, right, to challenge some of these other sorts
20    of things.  One of the things that's important about this is,
21    why -- why do I say this?  Why is it important to use these
22    tools?  Well, here's -- here's the thing, which is the left
23    knows -- like, so why do we still have speech codes on
24    campuses?  I mean, we've been arguing for 25 years.  You know,
25    some day this could be turned against you, you know?  Some day,

Global Liberty Audio

1  the Israeli students could turn this against the Palestinian
2  students, right?
3          And it's hard to say it with a straight face,
4  right?  Because everybody knows that's never going to happen,
5  right?  The only reason we have speech codes is because they
6  know they'll always be implemented in a one way -- way in --
7  in -- in practice, right, not in theory.  And so I think
8  certain things -- this is sort of using power for -- power with
9  power.
10          I'll just give you an example that's going on
11  right now, is over a dozen federal judges have announced that
12  they're going to boycott Yale law school for hiring their
13  clerks, right?  All of a sudden, Yale's dean announced, here's
14  our free speech policies, right?  And what's the point?  You
15  say, Well, that's not very nice to punish the conservative
16  students.  It's like, well, if you believe free speech matters,
17  what el- -- what's your strategy, smart guy?  Right?  If you're
18  a judge who believes this is important, what's your strategy
19  for -- for dealing with it, right?
20          I'll say just a couple more things.  I think
21  it's important to stop trying to compromise, stop trying to
22  rationalize with these people.  Stop trying to negotiate with
23  them.  I've seen this a lot, especially with these centers on
24  campus.  I think Don [sic] Bonevac said it very well earlier
25  today.  Pol- -- apologize if I misspoke your word, right?

Global Liberty Audio

1  Which is, it only gets worse.  Wherever you start from, it goes
2  downhill from there, right?  So if you compromise to begin
3  with, you're already halfway gone, right?
4              If you've got the -- we've heard this again and
5  again.  If you've got the moral high ground, assert the moral
6  high ground, right?  Don't -- don't -- don't surrender it.
7  I'll tell you this, my -- my story was when I -- when I settled
8  my lawsuit, one of the reporters -- so one of the things that
9  they did with George Mason was, they didn't just recognize as
10  the vaccine mandate anything approved by the FDA.  They had any
11  vaccine approved by the World Health Organization.
12              And when I first saw that -- because I was
13  expecting this to be the FDA.  And I saw it and I was on
14  vacation, and I burst out laughing and my wife is, like, What's
15  so funny?  And I said George Mason just said the Sinovac
16  vaccine is okay, but natural immunity isn't.
17              UNIDENTIFIED SPEAKER:  Right.
18              MR. ZYWICKI:  Right?  And I said, and I'm going
19  to take Sinovac and I'm going to shove it up George Mason's you
20  know what every single time I'm on television, right?  And so a
21  reporter asked, Why did George Mason settle?  I said, I don't
22  know.  Maybe they just didn't want to hear about Sinovac every
23  day for the next year, right?
24              But basically, what's the point?  The point is,
25  you -- that you have to be accurate, but you don't have to be

Global Liberty Audio

1  fair, right?  I didn't have to beat Pfizer and Moderna at the
2  time, I had to beat Sinovac, right?  So make them defend
3  Sinovac, right?  The policy at George Mason was designed by the
4  fire chief of the university, right?  My position was defended
5  by Jay Bhattacharya.  Right?  I went on TV and said, The fire
6  chief says I have to get the vaccine.  Jay Bhattacharya and
7  Martin Kulldorff say I don't, right?
8            You know, basically, the point is, make them
9  defend the indefensible.  Push them out to their fences, push
10  it beyond it, stay on the offensive, make them defend their --
11  their principle, right?  And one of the lessons of this is
12  basically Saul Alinsky.  If people haven't read Saul Alinsky,
13  read Saul Alinsky.  That panel we just heard was an hour of
14  classic Saul Alinsky.  Ridicule, push them beyond their --
15  their perimeters, have fun, never let up.
16            The last thing I'll say is, name the premise.
17  And I'll close on this and I've already gone too long.  Name
18  the premise.  Make them say it, pin them down in detail.  So,
19  for example, here's the question every president -- every
20  college president who wants to have the booster mandate should
21  be asked by students and parents.  Tell me your number, Mr. and
22  Mrs. President.  How many young men on this campus is the right
23  number for cases of myocarditis to get this booster?  Five,
24  twelve, ten?  Tell me your number.  How many -- what is the
25  acceptable collateral damage for you to do this?  Give me a

Global Liberty Audio

1  number.  Right?  Pin them down in detail.  Make them -- don't

2  allow them to talk around it.  Make them name the premise, make

3  them name it with -- with specificity.

4          When we were -- we got tangled up in a dean

5  search at George Mason and got commandeered by the DIE [sic]

6  crowd.  And here's what I did, was, I said, Okay, you told us

7  we need to have a -- a diverse slate.  Tell me what diversity

8  is, exactly.  If we give you a black lesbian, does that count?

9  Is that enough?  Right?  Exactly.  Tell me exactly what you

10  want, right?  Why -- what was the deal?

11          Basically, the deal was, they wanted to --

12  basically, their premise is, everybody knows how this works.

13  We all break the law and we pretend like we're not, right?  And

14  I basically said, I'm not playing that game, right?  I'm not

15  playing that game.  If you want to break the law, you have to

16  break the law.  And I'm going to put it in my notes and it's

17  going to be foible, right?  And, you know, of course, I

18  couldn't get an answer out of them, but it made them very

19  uncomfortable, right?

20          What was it?  Make them name it.  Make them name

21  it.  Don't let them get away with their slickness in getting --

22  getting around it.  Make them defend the indefensible.  With

23  that, I will turn it over to my -- to my colleagues.  Thank

24  you.

25          MR. LOWERY:  So I guess I'll -- I'll start off

Global Liberty Audio

1  and, you know, problem anytime I talk with Todd is we're too

2  highly correlated, so I'll just try not to overlap too much.

3              UNIDENTIFIED SPEAKER:  Microphone.

4              MR. LOWERY:  Yeah.  So my contribution here, I

5  think Professor Hankins mentioned that he viewed himself as

6  possibly the world's greatest expert on the Renaissance,

7  roughly, I think.  And that seemed like a fair statement.  I

8  might very well be the world's greatest expert on failed

9  academic reform, so I will try to bring that perspective to

10 bear.

11             Briefly, the -- the picture is we have -- we

12 have to do this because we've basically replaced our leaders

13 from people who could potentially use logic and evidence with

14 people who think that's inappropriate.  And at the same time,

15 they reject the natural crutch of tradition and just doing the

16 same old stuff.  So we've got people who will neither reason

17 nor appeal the tradition, and that's creating a leadership

18 class that's just a complete failure.

19             So how do we fix that?  And I think that has to

20 come from higher education, because that's where -- we've

21 moved -- that's what we've done.  We've moved away from

22 having -- educating people in those ways.  So going into

23 details, what are the things we need to do?  And I think big

24 picture, three big things that need to happen, and I'll go

25 through the three big things that need to happen and then the

Global Liberty Audio

1  three reasons they won't happen.

2          So, yeah.  We should have left with the students

3  because that would have -- you could have all left with false

4  hope.  So the first thing we have to do is complete and total

5  legal and legislative removal of all the DEI, CRT, queer theory

6  stuff from all positions of administrative power in

7  universities.  As long as they are there, we can't do anything.

8  The -- and they are in -- you know, such a -- what -- what

9  others might call an idealogical purge is necessary because

10  those ideas are fundamentally incompatible with the idea of

11  free inquiry or the functioning of a university.

12          So that is -- that has to happen and it's

13  difficult, but we have to, you know, stop trying to be nice to

14  people and get it done.  And that means remove the ideas and

15  remove the people.  Because this whack-a-mole thing where, Oh,

16  they went too far and they put in too strong of a DEI

17  requirement, we'll make them take it back, that doesn't work if

18  you just leave the person in place and they come back and they

19  do it, you know, next Tuesday after you stop paying attention.

20  So that has to be complete.

21          We also have to remove that same set of ideas

22  and the same set of personnel from anything involves a -- a

23  required curriculum for graduation at, at least, a public

24  university.  So again, this will sound like I'm saying we need

25  to purge, but we cannot have a situation where, in order to get

Global Liberty Audio

1    a degree conferred on you by, for example, the State of Texas,
2    you have to sit through idealogical training.  That is not an
3    active academic freedom, that's suppression of academic
4    freedom, so we need that complete purge.
5              And I think Professor Bonevac mentioned our
6    flags, and that's when -- you know, we have explicit, you have
7    to sit through at least one critical race theory class in order
8    to graduate from the University of Texas.  So to get a degree
9    conferred by the State, you have to sit through political
10   training.  And we cannot tolerate that, and as long as that's
11   there, we're going to continue to mint the same sort of
12   students that we've been minting, who go and join the
13   government and impose this stuff on everyone else.
14             The third thing we have to do, and this is a
15   little more creative perhaps, we have to create independent
16   institutions, not just outside, but within the universities.
17   It's great, the idea to build -- you know, we could rebuild
18   history outside of the universities.  There are donors who will
19   do that.  That's a good thing.  We also have to be able to
20   confer degrees on people without them having to go through the
21   insanity they're going through.
22             So we need to create independenc colleges and
23   schools within universities that have the -- the authority to
24   allow students to satisfy all the de- -- all the requirements
25   for graduation without going to the insane people.  And that's

Global Liberty Audio

1   absolutely essential and that -- as soon as you start getting

2   any progress on that, that's where they come after you, for

3   sure.  That's personal experience.

4                So why is none of this going to work?  None of

5   this is going to work because there's no constituency for real

6   reform amongst conservatives.  You know, we can hear the

7   optimism from our Saul Alinsky style young conservatives, but

8   they're not the ones running state legislatures, they're not

9   the ones running family fortunes, and the people who are like

10  that are old school conservatives who have excessive respect

11  for institutions and hierarchies.  And they will never side

12  with reformers or insurgents against established hierarchies

13  and institutions.  They will just defer to the prestigious

14  institution, even if it's run specifically by a critical race

15  theorist who would throw them in jail for their business

16  activities and their speech.  They will stand with the

17  institution against anyone who challenges an institution or a

18  hierarchy.  The conservative sensibility is incompatible with

19  what is needed to return a conservative voice to campus or

20  society as a whole.

21                The other reason none of this will ever happen

22  is because academic freedom is such a gravely misunderstood

23  concept amongst, again, conservatives in power.  They treat

24  academic freedom as a requirement for noninterference, when

25  noninterference is what destroys academic freedom.  If you sit

Global Liberty Audio

1    by and let unelected bureaucrats determine the curriculum, and
2    the -- what acceptable ideas can take place at a state
3    university, you are betraying academic freedom, you are not
4    practicing it.  But they cannot understand this and they will
5    not act because they're petrified of ever possibly treading on
6    anyone's academic freedom.
7                    And the third reason this will all fail is
8    because even within conservative academics, you know, maybe a
9    tiny fraction, five percent of academics are conservative,
10   within that group, 90 percent are accommodating grifters, for
11   lack of a better word.  There will always be someone to step up
12   and say, Oh, no, this person's crazy, they go too far.  And I'm
13   happy to take the large salary to run the institute in the way
14   that keeps, you know -- we -- we could keep the donors happy,
15   and we don't actually have to challenge the power of the left.
16                   And conservatives, again, they love these people
17   because these people tell them optimistic stories.  These
18   people go to the football game with the president, these people
19   are very good at one thing and one thing only, which is
20   convincing people that everything's actually not that bad, and
21   as long as I get enough resources, we'll do it.  And every
22   single time, I have looked at so many of these attempts and
23   I've been involved with them, the grifter always wins.  And the
24   grifter always wins not because of the university, but because
25   of the donors, the alumni and the politicians.  They'd always

Global Liberty Audio

1  rather go with the grifter.  And so that's why we're doomed.
2  And yeah.
3          UNIDENTIFIED SPEAKER:  (Inaudible) after that?
4          MR. LOWERY:  So I will say, if you want a moment
5  of optimism, Todd mentioned the potential for a dark age, but,
6  you know, in the old dark age, it took a really long time for
7  the information that was lost to get back.  Maybe with the
8  internet, we can have a V-shaped dark age.  Maybe it'll only be
9  a few decades, but that's the best I can see.
10          UNIDENTIFIED SPEAKER:  Back to the monastery.
11          MR. LOWERY:  Yeah.  Exact- -- I mean, that's --
12  maybe that's our only job.  Maybe that's what Hillsdale is
13  going to be, is we'll just hold on for a few more years until
14  everything gets really bad and maybe something can be rebuilt,
15  but I'm not optimistic.  So thanks.
16          MR. EITEL:  Thank you, Todd.  I -- I have to say
17  that having seen our young friends from the universities, I
18  actually am optimistic because that's our future right there,
19  and they're the ones that are going to make it happen.  So I
20  got to disagree with you on that.
21          My name's Bob Eitel.  I lead a group called the
22  Defensive Freedom Institute for Policy Studies, which is a
23  conservative Libertarian group focused on federal education and
24  workforce policy and related civil rights issues.  So for
25  purposes of this conversation, I'm going to focus on federal

Global Liberty Audio

1  policy solutions, and there are some federal policy solutions.
2         The reason we have such a focus at DFI about
3  federal policy is because I and my cofounder were on Secretary
4  DeVos's leadership team at the U.S. Department of Education for
5  four years, where we worked on regulatory reform, including
6  Title IX.  I was an architect of the rule that was published in
7  2020.  And so our focus is on the role of the U.S. Department
8  of Education, if any, in connection with some of these reforms.
9         I should probably state that probably every- --
10 probably everyone in this room takes the view that the U.S.
11 Department of Education should be abolished.  And I concur with
12 that.  We also probably all have the view that federal
13 executive power and its role in the American education system,
14 including -- including higher ed should be, at most, minimal.
15 The difficulty is, is that I don't know the department and the
16 federal rule are going anywhere.  I think that they're here to
17 stay.  They may be reduced somewhat in a conservative future --
18 a future conservative administration and Congress, but I don't
19 see the Title IV program going anywhere, as much as I'd like to
20 see it abolished or Pell Grants or any of that.
21         So the question then becomes, what can
22 conservatives do in this area to deal with the issues that
23 we've heard today?  So let me give -- let me give you some
24 ideas.  The first thing that Congress should do is to take
25 steps to nurture intellectual diversity in higher ed.  And the

Global Liberty Audio

1  way to do that is not to create some office in some federal
2  agency that polices these issues, but to simply pass a
3  viewpoint discrimination act that effects post-secondary
4  institutions that participate in the Title IV program or
5  otherwise receive federal financial assistance and prohibits
6  viewpoint discrimination in university employment decisions and
7  in educational programs and activities.
8             That is an elegant way of doing it, it puts the
9  issue in the courts.  I would not create an office in the
10 justice department or the education department to police the
11 issue, much like we have with Title IX or Title VI or an EEOC.
12 It would be a -- a -- a statute that a plaintiff would be able
13 to sue under to seek monetary relie- -- monetary damages,
14 injunctive relief, declaratory relief, and most importantly,
15 their attorney's fees and costs if they are the prevailing
16 plaintiff.
17            That will cause, I think, our friends on the
18 left to think twice about cancel culture or treating many of
19 these academics the way they've been treated by their
20 colleagues where they've been fired or their conditions of
21 employment have been limited in a negative way.
22            You would have to have exemptions for military
23 schools and service academies, because it's a different
24 educational environment, as well as for religious schools,
25 because there are special, I think, religious institutional

1  missions in play there that aren't a factor at a Stanford or a
2  George Mason.
3           The second thing that needs to happen is that
4  Congress needs to sta- -- take steps to curve the power of the
5  Title IX offices and the DEI offices on campus.  So for
6  instance, Congress needs to dive into Title IX as a statute and
7  do -- make some amendments.  And those amendments need to do
8  the following things.
9           They need to clarify that sex under Title IX
10  means biological sex at birth, not gender identity.  It needs
11  to provide special protections for women's sports in spaces
12  like dorms.  It needs to mandate basic due process, protections
13  in disciplinary proceedings.  It needs to beef up exemptions
14  under the statute for religious schools who can obtain an -- an
15  exemption under Title IX, and it needs to codify many of the
16  Betsy DeVos Department of Education Title IX regulations that
17  were put into place in 2020, regarding what exactly is sexual
18  harassment.  That would -- that would limit the scope of the
19  influence and the power and authority of these Title IX offices
20  on campus.  And I'll get to the DEI offices in a moment.
21           Third, federal policy should encourage the
22  establishment in growth of new and innovative institutions of
23  higher education.  And a perfect example of that is the
24  University of Austin.  We need more Universities of Austin.  We
25  need the centers that Professor Haskins [sic] was talking about

Global Liberty Audio

1  earlier today.  Those conform the nucleus of a future college
2  and university up the road.
3            The difficulty here is that we have
4  accreditation requirements under the Higher Education Act that
5  can make this very difficult to do.  So Congress needs to amend
6  the HEA, and there's a possibility this can happen in 2025 if
7  you have the right president and you have a -- a truly
8  conservative Congress, is they need to abolish the regional
9  accreditation cartels, make these agencies act based on the
10 mission of their schools, not their locations.
11           They need to accredit schools on a national
12 basis, not on a regional basis as now exists.  They need to --
13 in the HEA, Congress needs to amend the HEA to protect the
14 sovereignty of states to decide the leadership and governance
15 issues for their state university systems.  We see this issue
16 going on in California, and I have a feeling we'll be hearing
17 about that issue later.
18           The HEA accreditation rules need to be beefed up
19 to protect religious schools or schools controlled by religious
20 organizations so that accreditation agencies honor the
21 institutional mission of religious or faith-based institutions.
22 And we need to prohibit accreditation agencies from leveraging
23 their Title IV student loan gatekeeper role to mandate that
24 post-secondary educational institutions not adopt diversity,
25 equity and inclusion policies.

Global Liberty Audio

1          One of the reasons our universities and colleges
2  are pushing these DEI policies in offices is because they --
3  they take the position that the accreditors require it.  And
4  they -- and if they're not -- and if the school is not
5  accredited, they can't get -- they can't participate in Title
6  IV and get student loans.
7          This is not directly on point, but I have to say
8  it because this is a big hobbyhorse of mine, and that is the --
9  my final point and that is this.  Congress needs to take steps
10 to combat the influence of foreign governments and their
11 proxies in higher ed, and I'm particularly thinking of China
12 and the Chinese Communist Party.
13          We have a disclosure requirement under the
14 Higher Education Act that's very weak.  If you don't oblige,
15 then the worst you're going to get is a nasty letter from the
16 Department of Education and maybe -- maybe the Justice
17 Department.  They need to beef up that provision, and they need
18 to -- to ensure that those disclosure provisions, wherein an
19 institution has to disclose their contributions, their gifts
20 and contracts with for- -- foreign governments and their
21 proxies, they need to disclose that fully and completely and
22 make it -- and this is the -- the change, make it con- -- a --
23 a -- a contingency for Title IV funding.  That is, if you don't
24 do it, you lose your participation in the program.
25          That's the only way these colleges and

Global Liberty Audio

1  universities are going to pay attention to this issue.  It's
2  all on there.  I know we're limited in time.
3              MR. CORCORAN:  Thank you.  My name's Richard
4  Corcoran.  I apologize.  I've gotten a sore throat.  It's not
5  COVID or strep, I assure you.  I even thought of calling Scott
6  and saying, Hey, I might have to cancel, I'm losing my voice.
7  But then I thought, I'm from Florida, we don't cancel anything,
8  so I had to show.
9              But I -- I have three things that I would share
10  too.  First, and before I get started, I do want to thank --
11  you guys probably read, we were probably one of the most
12  forefront states of the 50 to absolutely ensure that any child
13  in the state of Florida at the height of COVID was offered a
14  seat in a school with face-to-face instruction more than any
15  other state.  And we were able to do that.
16              We were immediately sued when we announced that
17  emergency order, and the way we got through that litigation
18  against the teachers union, of course, was we reached out to
19  Dr. Atlas and Dr. Atlas, at the time, was doing a lot of work
20  with the Trump Administration.  He said, You need to reach out
21  to Dr. Bhattacharya.  And we reached out to Jay and he was our
22  expert witness and did a phenomenal job, and we were able to
23  withstand the legal action.
24              In fact -- and then after that, the governor had
25  asked me, Hey, I need you to go on and start selling the story

Global Liberty Audio

1    a little bit.  And all I did was read, verbatim, like, nine
2    times Dr. Bhattacharya's brief before the Court.  And I
3    remember being on all the CNN shows and -- and they would give
4    their rhetoric of completely unfactual things.  And I would
5    say, Well, we've, you know, got Dr. Bhattacharya from Stanford
6    and this is the facts.  But a heartfelt thanks to both.
7                    And then Dr. Atlas came down to Florida once we
8    opened, and we toured the entire state with Dr. Atlas, walking
9    through folks, why it was safe for kids to go back to school.
10   So thank you very much, both of you.
11                   And I'm not an academic.  I'm a lawyer by trade.
12   I became speaker of the Florida house, that's how I got to
13   become friends with Governor DeSantis.  He asked me to do his
14   transition because he really didn't know the Tallahassee for
15   secretaries and chiefs and what have you.  And then he asked me
16   to be the secretary of education, which I did up until about
17   May.
18                   So I will tell you -- and a lot of the comments
19   that have been made, I like a lot of them, and we've done a lot
20   of them.  My bottom line would be with what you said
21   originally, and that is, what we're doing is not working.  And
22   I think -- so our strategy -- my strategy has been, when I talk
23   to folks, is, we have to throw the kitchen sink at the problem.
24   And there's no such thing as a bad idea.  I don't care what it
25   is, but some ideas have less impact and take longer.

Global Liberty Audio

1          What we're talking about is really a 20-year
2    battle.  I mean, if we did everything right today, we'd start
3    reaping those benefits probably in 20 years.  The biggest
4    solution to higher ed has been played out in the last three and
5    a half years, four years in Florida, and that is, leadership is
6    everything.  If you have a great leader who understands what
7    their philosophy is and is willing to fight for it, you can
8    have game-changing outcomes.

9          And so -- and I -- and then I'll talk about two
10   other things.  But -- so you look at what you said in your
11   opening, you know, we have boards for all of our universities
12   and colleges and, of course, a lot of donors, a lot of
13   corporate CEOs are on those boards.  And they do immediately, I
14   think as a whole, fall into place with the structure of the
15   university and defer to the academics.

16         And I -- I have far less problems with them
17   falling in with the presidents than I do the falling in with
18   the provosts.  You know, I think they're the most liberal
19   individuals, arguably, in the country.  And -- but when you
20   have a governor who has their back and says, I will not put you
21   on that board of trustees -- which they really want to do.
22   They want to be on the University of Florida Board of Trustees,
23   that's where they went to school, that's -- they want to go to
24   the football games, they want to sit in the president's box.
25   But they -- and the criteria is, one, you're going to work; and

Global Liberty Audio

1  two, here's what you're going to work at.

2           It's -- it's a -- we have had great success in

3  the last four years only with corporate executives who

4  understand that this is who the governor is, he has our back,

5  and they actually, in many ways, usurp the authorities of

6  those -- or -- or oversee and hold a bigger club over those

7  presidents and those provosts.

8           The two -- besides having -- and that goes to

9  everything.  So we -- we've done the University of Chicago

10 letter, we went through -- every school had to adopt it.  We

11 have 28 colleges and 12 universities.  All adopted it.  We've

12 done -- we created the -- an institute -- and again, they're

13 all good ideas and throw the sink at it, but if we -- if every

14 state did an institute, we just did the Hamilton Institute

15 based in University of Florida.

16          You know, and the whole point is to create a

17 farm team of more conservative professors, create an

18 environment where kids can go and get a degree without having

19 to be subjected to the stuff of our previous panel.  But that

20 institute, with probably four or five million dollars to seed

21 it this last year, will produ- -- you know, have a class next

22 year of about 50 to 100 students.  If we replicated that in all

23 50 states and we did it at mach speed, you know, and we're at

24 5,000 students, all of a sudden, you know, we have -- you know,

25 if you count all colleges:  private, public, community colleges

Global Liberty Audio

1  and universities, I mean, we have, 19 million students.  I
2  mean, we're just -- it's -- it's -- it should happen and we
3  should do it, but we've got to recognize that that's not --
4  that's not a -- a short-term fix.
5              We've gone after -- and I think it's a great
6  idea, the accreditation agency.  I actually was -- the
7  governor, being, again, if you have a game-changing leader, he
8  says to me, he goes, Hey, I want you to apply and -- at Florida
9  State University.  I go, I'll do it.  And so immediately, I
10 apply and SACS, the accreditation agency, basically said that
11 if I do that -- if -- if -- if they accept me, they're going to
12 shut down the university, because they'll no longer be
13 accredited.
14             And it wasn't the -- I wasn't the first victim.
15 I mean, there were other ones.  Then the select -- you know,
16 the search committee, which was made up not of those corporate
17 folks, but of -- of faculty and what have you, didn't let me
18 get to the final -- final three.  And -- but then we
19 immediately, because of that, went back and said, Okay.  For
20 all of our colleges, all of our universities, they're all
21 accredited by -- because it's regional -- SACSSOC [sic], the
22 federal government, thanks to you, probably, and -- and Betsy
23 DeVos opened it up.
24             And so we immediately passed legislation that
25 said, Every single university, every single college, when they

Global Liberty Audio

1   come for reaccreditation, cannot choose their existing one.
2   They have to choose one other.  And now, you have these other
3   accreditation agencies who want in Florida, want in that
4   footprint, who are literally running over in private
5   conversations, SACSSOC, and -- and that competition and
6   diversity is going to create a much fairer system in our
7   universities.
8              But the two things I'd say, I think, that move
9   the needle as quickly as you possibly can in anything in
10  government is transparency and accountability.  And you know,
11  it's the -- you know, you go into your kitchen late at night --
12  and my wife probably wouldn't appreciate me saying this, but
13  you go in your kitchen, you flick on the lights, and you see
14  the cockroaches scurry under the cabinets, you know?  But --
15  but --
16             MR. EITEL:  It's Florida.
17             MR. CORCORAN:  Yeah, yeah, it's Florida.
18             But -- but they're there.  The same thing in
19  transparency in education.  In fact, when I was going through
20  that process, one of the faculty members came up to me -- well,
21  I met with them as part of the application process.  And one of
22  the faculty members said, You know, you're working on a bill
23  that you're pushing -- because I was secretary at the time --
24  that says that, among other things, we're going to do diversity
25  studies so that we can see where our faculty is, you know,

Global Liberty Audio

1  and -- and -- and line that up against previous years and
2  decades.  But also in that bill I said that any student who
3  uses their cell phone in a classroom for recording purposes or
4  video purposes is completely legal, completely authorized and
5  completely allowed.

6         And so that was what they were upset about.  And
7  he's like, You know, why would you -- you know, where are you
8  on that bill?  What are you doing?  And -- and I said to him, I
9  said, Well, what exactly is going on your in classroom that you
10 don't want us to see?  You know, and -- and he goes, No,
11 nothing.  I go, So I think we're -- I think we're good, you
12 know, there's no argument there.  But that kind of transparency
13 is a game changer.

14         And we need it even in the K-12.  It gets much
15 more sensitive in the K-12 because of the ages.  But if you --
16 and that's really -- many silver linings of COVID.  I think one
17 of the greatest silver linings is the absolute revolution of
18 parents against education.  I don't think CRT -- I think it's
19 been going on for decades.  I think all of these things have
20 been going on for -- I think gender influence by teachers has
21 been going on for decades.

22         But with COVID and with cameras in classrooms
23 and with all of that available at the hands of parents, you saw
24 this outrage.  And that outrage led to -- I don't think
25 Youngkin gets elected in Virginia apart from education and the

Global Liberty Audio

1  revolt against what's going on against parental rights.  Even
2  to the point his -- his -- his opponent said that he thought
3  that the State had more rights over those children than the
4  parents.
5           And when that happens, you see that revolt.  And
6  I think you're going to see it in a -- in a few weeks
7  nationwide.  But when you have that kind of transparency, I
8  think we can move the needle and we can force those outcomes
9  more so with -- with the -- with the schools.
10          And then accountability works.  I know you guys
11  mentioned the Solomon.  But when you put a focus -- and there's
12  a lot of ways we can do this.  Also, I think -- which is a
13  little bit more difficult and there is unintended quonces --
14  consequences to a lot of what we say, but the accountability we
15  have, we immediately put in -- and I -- and I would be
16  against -- I am maybe not -- I know Betsy came out the other
17  day and said that -- but I'm not against shutting down if -- if
18  somebody who's a great leader becomes president of this country
19  and he has a -- an opportunity to put into place a secretary of
20  education who has a -- you know, 10s of billions of dollars'
21  worth of budget to influence what's going on in these liberal
22  states, not one school -- not -- we have 67 counties in
23  Florida.  If we did not have the power of the purse, it's our
24  strongest weapon, without question, nothing comes close.
25  Without that power of purse, we would not have opened up

Global Liberty Audio

1  schools, we have not have ended mask mandates, we would not
2  have ended vaccine mandates, we would not have gotten rid of
3  CRT, we would not have gotten, again [sic] of -- of gender
4  teaching.  All of that was done strictly by the power of the
5  purse.
6          And the federal government's power is even
7  greater than ours and -- and I will tell you, not -- other than
8  Florida, I think a lot of the other 49 states needs someone to
9  come down to them and say, If these things continue, you will
10 not get funding.  And they will react.  The one thing a liberal
11 does do is bow at the knee of -- of a lack of funding.
12          But that account- -- we also put in
13 accountability that said, We're going to measure all the things
14 that matter.  You know, how many of your students are
15 graduating in four years?  How many of your freshmen become
16 sophomores in two years?  How many Pell Grant recipients do you
17 have?  What are those Pell Grant recipients doing?  What -- how
18 many kids are -- are immediate employed after school?  All of
19 those things.
20          And when you start putting all these pressure
21 points that are -- that are objective onto faculty members,
22 what happens is the leadership of that school starts pounding
23 downward, you know, less of the opinion and the rhetoric and
24 more of making sure that algebra's taught or -- or civics is
25 taught, because at some point, they have to pass these exams.

Global Liberty Audio

1      All the other stuff we have done, we -- in

2  Florida, we have, again, 28 colleges, 12 universities.  We have

3  three million K-12 students.  We only have tenure in ten

4  universities.  Everything else is tenure free.  And I will say,

5  I think we're in a great position, but liberalism abounds in

6  our -- in our university system, even with the fact that we

7  don't have tenure.

8      So I think there's -- there's nothing that we

9  can't do, but in the interim, the more -- I would support

10 cameras in K-12 schools.  I know it's controversial, but the

11 more that we can see what's going on, the greater -- the more

12 lights we flick on, the more the cockroaches will scramble.

13      MR. ZYWICKI:  Thanks, Richard.  And Reed

14 Rubinstein, I guess was unable to participate -- he couldn't

15 make it.  I'll just briefly say one -- one minute about Reed.

16 Reed was going to be on this panel.  He's American First Legal.

17 He was one of the people involved in the Trump White House and

18 Department of Education behind the -- they brought a lot of

19 litigation.  They also filed the -- the famous Princeton

20 letter, if you know the Princeton letter where -- where the

21 president of Princeton came out and said, We -- we were

22 systemically racist here and have been for centuries.

23      And so the -- the Trump Administration asked, so

24 why, then, have you been signing every year saying you don't

25 discriminate as a condition for getting -- for getting federal

Global Liberty Audio

1  funds?  I think that model, right, is very consistent with what
2  I was saying, which is sort of the hold them to their own
3  standard, use their own weapons against them, and don't let
4  them sort of evade their responsibilities.  I don't know if,
5  Bob, if you have anything to add to that what Reed may have
6  been doing if worked closely with him.
7              MR. EITEL:  No.  I mean, that was a -- a project
8  conceived and executed by the one-and-only Reed Rubinstein.
9  And it -- it certainly made waves.  You know, one thing we did
10 not get into are sort of administrative moves that a -- an
11 administration could do, you know, in 2025, in terms of OCR
12 invest- -- officer civil rights investigations and using the
13 power of that office to go after DEI in not just higher ed, but
14 K-12, because they're violations -- many of these programs are
15 violations -- flat-out violations of Title VI.
16             And right now, we're in a situation where
17 complaints regarding those sorts of programs are not being
18 investigated.  They're -- the administration is dismissing
19 them.
20             MR. ZYWICKI:  Yeah.  And prior admini- -- or
21 Republican administrations on good work on religious liberties,
22 for example, by being willing to use the civil rights office to
23 really go after violations of religious liberty and they could
24 be extended here.  Josh?
25             MR. RAUH:  So thank -- thanks very much and --

Global Liberty Audio

1  and thanks everybody for sticking around for this.  You know,
2  solutions are a really important part of what we're trying to
3  do here.  I know, you know, Scott and I, in our Global Liberty
4  Institute and the other institutions that are sponsoring this
5  are really focused on solutions, so appreciate staying for the
6  late night.
7           Two questions:  So it seems like I heard a lot
8  of optimism about these institutes within universities that
9  somehow will also be able to offer courses for credit, which
10  has been a stopping point a lot of -- lot of institutions.  But
11  my question, even if we get past the hurdles, what stops what
12  Mr. Bonevac referred to as Conquest Rules 2 and 3 from kicking
13  in, meaning that the organization is ultimately going to be
14  taken over by people who go against this original mission and
15  also that by, you know, unless they're really asserting
16  themselves strongly as being on the right and hold that,
17  they're going to get dragged to the left.  I've just seen that
18  happen in too many other institutions, so I'm wondering whether
19  the optimism is, you know, can we -- can we -- can we count on
20  that optimism?
21           Second question I had is about either laws or if
22  we still have a ed department and use the power of the purse,
23  as you say, funding, dependancy on, you know, prohibiting
24  viewpoint discrimination.  How can those regulations or laws be
25  written so that prohibiting viewpoint discrimination will

Global Liberty Audio

1  really address all of the things that we've heard this entire

2  after- -- evening that have been experienced by, you know, so

3  many of the -- of the panelists.  You know, Brad Watson and

4  Scott and Dorian Abbot, and, well, really, you know, most the

5  people here.  How is it, you know, prohibiting viewpoint

6  discrimination, it sounds good, but Scott read a list of things

7  that happened to him or people he knows, and I'm just wondering

8  whether either a statute or an ed department regulation can

9  even be written to address the most critical of those things?

10              MR. EITEL:  Yeah.  So be -- let me be clear.  I

11  do not think there should be an education department role in

12  the enforcement of any kind of viewpoint discrimination civil

13  rights law.  I -- that -- right out of it, no regulations.

14  This is a -- a civil rights of 1964 Title 7, Title VI type of

15  statute enforced by the courts, the private litigation.  I

16  agree.  It -- it will be difficult to draft, it will be

17  unintended consequences.  Yes, it will protect, you know,

18  the -- the national socialist who, you know, teaches, you know

19  S&M on the side and causes controversies and all -- you know,

20  all two of them.

21              But it would also protect people like Dr. Atlas

22  and his colleagues who have been persecuted.  And I think

23  that's the far greater concern that we need to -- to be -- to

24  be worried about.  So again, to stress, no rule for -- for

25  federal agency enforcement, simply through private litigation.

## Global Liberty Audio

1          MR. CORCORAN:  I -- again, I think the
2   institutes are a great idea, but it's just going to be a very
3   incremental process.  And -- and I think what you said after
4   that is -- I mean, because I think ours that we just started,
5   the first one in the state's going to have 50 to 100 students.
6   There's one in Arizona State.  Robbie George started the one
7   in -- in Princeton.  I mean, it's -- it's -- it's very -- it's
8   snail-pace change.

9          And then they also run into the problem of
10  finding the right people to run them.  I mean, they -- they
11  choose the wrong leader of that institute, and then it, to your
12  point, just gets coopted and becomes just like the rest of the
13  university.

14         But I would say, on all the things that we've
15  done when we do civics reform, rewriting standards, and
16  everything I've done in public service, there's always that
17  argument, Well, if we do this and all of a sudden there's a
18  regime change, you know, won't they -- you know, they have the
19  opportunity to do that.  And the answer's true, which is why I
20  say, we should seize the day and do as much as we possibly can
21  with everything we have while we are in control and then trust
22  on the fact that at -- in the end -- it might be apocalyptic,
23  but in the end, truth will always stand.

24         MR. RAUH:  I just want to state one follow-up
25  thing with this, is you know, the Princeton -- president of

Global Liberty Audio

1  Princeton defended his actions against Josh (Inaudible) and the

2  (inaudible) continual maligning of him on a website by saying,

3  This is my freedom of speech right to do this.  So, you know, I

4  just -- I -- I want to believe that it's possible to write

5  statutes to be able to stop that, but I -- you know, how do

6  you -- how do you rid this?

7              MR. EITEL:  Well -- well, the issue there is

8  that there was a negative employment action based on his -- on

9  his point of view, right, that his -- you know, he's a

10 well-established professor at the university who articulated,

11 you know, frankly, a mainstream view and lost his position

12 because of it.  That -- I think that is the difference.

13             MR. ZYWICKI:  Richard, did you have something to

14 add or no?

15             MR. LOWERY:  I mean, I -- I don't have much

16 optimism for the institutes, and I don't think it takes time

17 for them to be captured.  They're now -- the system's in place.

18 Any sort of institute gets captured instantaneously, so it's

19 not even conquest law, it's a conquest event.

20             MR. ZYWICKI:  The -- the -- the administrators

21 are playing the long game here, right?  They know -- they --

22 they know the end state and I think Richard said it best and

23 let -- if the donors are not willing to walk away in the end,

24 then the administrators will steal their money.  And, you know,

25 and the donors often will exchange it for, you know, a game at

Global Liberty Audio

1    the -- in the president's box, right?

2               Second thing is, yeah, we have Robbie George.

3    We all look at -- we all know Robbie George's success story.

4    You know who else knows that?  They do.  Right?  They basically

5    said, We don't want one of those Robbie George things on our

6    campus, right?  So like Ro- -- it's precisely because Robbie

7    George has been so successful that no other university or very

8    few other universities has actually been able to re-create

9    Robbie George because they do what they did to Richard, right?

10   Which is a cut him off at the knees before they can actually

11   set something up with real academic freedom.

12              MR. EITEL:  Todd, can I just add one thing?  So

13   there's an undercurrent to this conversation, and maybe I'm

14   mistaken, that there's going to be a silver bullet to solve all

15   these problems or some cat- -- you know, cataclysmic

16   Napoleonic-style battle for the soul of the country that we

17   fight and we win and walk off into the sunset.  No.  This is a

18   daily battle that we'll need to fight for the rest of our

19   lives, and our children will have to fight it and probably our

20   grandchildren.  It's a battlefield and that's the way it's

21   going to be.  That's just the way it is.

22              MR. ZYWICKI:  Yeah.  The Gromshe (phonetic)

23   project took how many generations for the left to capture the

24   institutions?  So do we have time for one more or were you

25   calling it a day?

Global Liberty Audio

1          UNIDENTIFIED SPEAKER:  (Inaudible.)

2          UNIDENTIFIED SPEAKER:  Thank you so much.  Okay.

3    Mr. Lowery, I want to say, I completely agree with you, which I

4    know is weird because I'm 19, I'm supposed to be optimistic,

5    but I think you're completely right that the conservative

6    movement right now is just full of losers.  And I think there's

7    really two reasons.  I think, number one, many of them are so

8    afraid of the word "racist" that they just totally give the

9    left all the ground on that.  And then I think second, which

10   you really identified correctly, is this, like, obsession with

11   institutions and, you know, limited government, which I think

12   would be good in, like, a virtuous society, but we really need

13   to sort of use the vessels that we have.  So I just want to say

14   I agree with you.

15          I -- I guess I have two questions.  The first

16   is, like, for someone like me who's young, who wants to sort of

17   try to win over as many young conservatives to my side, you

18   know, get them -- stop being afraid of what the left thinks of

19   them, what advice do you have?

20          And then secondly, I'm just curious, what do you

21   think of, like, Ron DeSantis and his sort of mode of

22   governance.  And then, you know, do you think this count- --

23   you know, if you had 49 other Ron DeSantises, do you think, you

24   know, you would be more optimistic or do you think he's also

25   kind of a grifter?  I'm kind of curious where you think on

Global Liberty Audio

1  that.

2           MR. LOWERY:  I can -- I can answer the second

3  part easily.  Yeah, if we had 49 Ron DeSantises, things would

4  get better, but we have one Ron DeSantis.  And, you know, the

5  gap between Ron DeSantis and the next person is just too large

6  to really make a difference in higher ed, at least.

7           And as far as advice, I haven't been very

8  effective at persuading anybody of anything, so whatever you

9  guys are doing is working, 'cause you're like 19 years old and

10 you're on a panel and you're getting videoed and you're going

11 to be streamed, so what you're doing may work, but you just --

12 I mean, just -- you just gotta grind through it.  But, you

13 know, what I did doesn't --

14           MR. ZYWICKI:  I'll bet Ron DeSantis does

15 understand game theory, Ron DeSantis does understand tit for

16 tat and he understands the sucker strategy is not a -- not a --

17 a winning strategy, right?  Which is, I think -- and I won't

18 ask Richard the case, but Ron DeSantis seems to have figured

19 out Saul Alinsky, whether he's read him or not, right?  But the

20 basic point is, ever since that Disney thing, notice that

21 corporate America's been very quiet since the Daub's opinion

22 because -- and DeSantis isn't retaliating, but DeSantis is

23 basically saying, tit for tat gets us back to neutrality.

24 That's what we want to have, right, we want to have neutrality

25 across our corporations.  We just need less politics in this --

Global Liberty Audio

1  in this country.

2  So I think -- so I think that's the model of

3  fighting power with power to try to reestablish an equilibrium.

4  MR. LOWERY:  But I live in Texas, so that's a

5  little different.

6  MR. ZYWICKI:  And I would say on -- for you

7  guys, you guys are doing it right, which is have fun.  It

8  should be fun.  All right.  That's what -- that's what --

9  that's the Alinsky lesson, right, you want your followers to

10  have fun.  And the other side is so serious, right, and they're

11  so -- such a drag, right?  So...

12  Can we get -- grab one right there?

13  MR. ATLAS:  Okay.  I think we're gonna -- we're

14  going to call it a night here, although if people want to hang

15  out and ask questions, that's fine.  I want to thank, of

16  course, this panel and all the other panelists.  I thought it

17  was an awesome meeting myself.  I want to thank Dr. Arnn,

18  Hillsdale, the Salem Center for Policy at the McComb School of

19  Business and the Global Liberty Institute for sponsoring this.

20  There were 25 panelists who took a financial hit

21  to do this.  They didn't really make any money whatsoever.  But

22  really very grateful that they participated.  It was a great

23  discussion.  I want to thank Jim Hankins for coming to give

24  a -- a really amazing keynote.  I also want to thank my

25  colleagues, Richard Lowery and Josh Rauh, who worked very hard

Global Liberty Audio

1    to put the whole meeting together.  Thanks --

2                    (Applause.)

3                    MR. ATLAS:  Yes.  I want to thank Amanda, Emma

4    and Patrick, all of Hillsdale, who did all the logistical hard

5    work here.  The meeting went incredibly well, far as I'm

6    concerned.

7                    (Applause.)

8                    MR. ATLAS:  Yes.  The audience, of course, for

9    coming.  I hope you enjoyed it.  Thank you for your support and

10   for your future support in advance.  And of course, I want to

11   say to everybody, but particularly the young people, we never

12   give up.  Never.  Thank you very much.

13                   (End of recording.)

14

15

16

17

18

19

20

21

22

23

24

25

## Global Liberty Audio

```
 1              C E R T I F I C A T E
 2        I, TERRI GARCIA, Certified Shorthand Reporter in and for
 3    the State of Texas, certify that the foregoing is a correct
 4    transcription from the audio recording of the proceedings in
 5    the above-entitled matter.
 6        I further certify that I am neither counsel for, related
 7    to, nor employed by any of the parties to the action in which
 8    this hearing was taken, and further that I am not financially
 9    or otherwise interested in the outcome of the action.
10        I further certify that the transcription fee of
11    $_____ was paid/will be paid in full by
12    _____.
13
14
15                        _____
16                        Terri Garcia, Texas Certified
                          Shorthand Reporter No. 6581
17                        Dickman Davenport, Inc.
                          Firm Registration No. #312
18                        4228 North Central Expressway
                          Suite 101
19                        Dallas, Texas  75206
                          (214) 855-5100
20                        My commission expires:  7-31-23
21
22
23
24
25
```

# Global Liberty Audio

## A

**AAR** 7:3
**Aaron** 3:22 13:7
**Abbot** 41:4
**able** 20:19 25:12
  29:15,22 40:9
  43:5 44:8
**abolish** 27:8
**abolished** 24:11
  24:20
**abounds** 38:5
**above-entitled**
  49:5
**absolute** 35:17
**absolutely** 21:1
  29:12
**academic** 13:3
  18:9 20:3,3
  21:22,24,25
  22:3,6 30:11
  44:11
**academics** 9:13
  22:8,9 25:19
  31:15
**academies** 25:23
**accept** 33:11
**acceptable** 16:25
  22:2
**accommodating**
  22:10
**account-** 37:12
**accountability**
  34:10 36:10,14
  37:13
**accredit** 27:11
**accreditation**
  27:4,9,18,20,22
  33:6,10 34:3
**accredited** 28:5
  33:13,21
**accreditors** 28:3
**accurate** 15:25
**act** 2:10 22:5
  25:3 27:4,9
  28:14

**action** 29:23 43:8
  49:7,9
**actions** 43:1
**active** 20:3
**activities** 21:16
  25:7
**add** 39:5 43:14
  44:12
**address** 41:1,9
**admini-** 39:20
**administration**
  24:18 29:20
  38:23 39:11,18
**administrations**
  39:21
**administrative**
  19:6 39:10
**administrators**
  12:14,24 13:5
  43:20,24
**adopt** 27:24
  32:10
**adopted** 32:11
**advance** 5:16
  48:10
**advice** 45:19 46:7
**affidavit** 3:2
**afraid** 45:8,18
**after-** 41:2
**age** 23:5,6,8
**agencies** 27:9,20
  27:22 34:3
**agency** 25:2 33:6
  33:10 41:25
**ages** 3:24 5:10
  35:15
**ago** 2:12 11:7
**agree** 41:16 45:3
  45:14
**ahold** 8:4
**algebra's** 37:24
**Alinsky** 16:12,12
  16:13,14 21:7
  46:19 47:9
**allow** 9:7 11:4

  17:2 20:24
**allowed** 35:5
**alumni** 22:25
**Amanda** 48:3
**amazing** 3:7
  47:24
**amend** 27:5,13
**Amendment** 11:2
  11:7,9,13,16
**amendments**
  26:7,7
**America** 12:16
**America's** 1:8
  2:2 46:21
**American** 24:13
  38:16
**announced** 14:11
  14:13 29:16
**answer** 17:18
  46:2
**answer's** 42:19
**Antonin** 2:5
**anybody** 3:14
  46:8
**anyone's** 22:6
**anytime** 18:1
**apart** 35:25
**apocalyptic**
  42:22
**apologize** 14:25
  29:4
**appeal** 18:17
**Applause** 48:2,7
**application** 34:21
**apply** 33:8,10
**appointment**
  13:2
**appreciate** 4:1,2
  6:12 34:12 40:5
**approved** 15:10
  15:11
**architect** 24:6
**area** 24:22
**arguably** 31:19
**arguing** 13:24

**argument** 6:16
  8:3 35:12 42:17
**arguments** 5:16
  5:17
**Arizona** 42:6
**Arnn** 47:17
**articulated** 43:10
**asked** 15:21
  16:21 29:25
  30:13,15 38:23
**asking** 6:20
**assert** 15:5
**asserting** 40:15
**assistance** 25:5
**assure** 29:5
**Atlas** 2:2 29:19
  29:19 30:7,8
  41:21 47:13
  48:3,8
**attempts** 22:22
**attention** 5:21
  19:19 29:11
**attorney's** 25:15
**audience** 48:8
**audio** 49:4
**Austin** 26:24,24
**authorities** 32:5
**authority** 4:19
  20:23 26:19
**authorized** 35:4
**available** 35:23
**awake** 2:9
**aware** 8:13
**awesome** 47:17
**awful** 13:13

## B

**back** 2:12 4:16
  7:13,21 8:21,22
  19:17,18 23:7
  23:10 30:9
  31:20 32:4
  33:19 46:23
**bad** 6:6,6 10:3
  22:20 23:14

  30:24
**ball** 4:13
**based** 2:25 27:9
  32:15 43:8
**basic** 26:12 46:20
**basically** 9:4,10
  9:11,20,21
  10:18 11:16
  12:3,6,15 15:24
  16:8,12 17:11
  17:12,14 18:12
  33:10 44:4
  46:23
**basis** 10:17 27:12
  27:12
**batting** 2:8
**battle** 31:2 44:16
  44:18
**battlefield** 44:20
**bear** 18:10
**beat** 16:1,2
**beef** 26:13 28:17
**beefed** 27:18
**begins** 2:1
**believe** 5:2,3,4,23
  9:22 14:16 43:4
**believes** 4:8
  14:18
**Ben** 13:1
**benefits** 31:3
**best** 23:9 43:22
**bet** 46:14
**betraying** 22:3
**Betsy** 26:16
  33:22 36:16
**better** 22:11 46:4
**beyond** 16:10,14
**Bhattacharya**
  16:5,6 29:21
  30:5
**Bhattacharya's**
  30:2
**big** 12:22 18:23
  18:24,25 28:8
**bigger** 32:6

biggest 31:3
bill 34:22 35:2,8
billions 36:20
biological 26:10
birth 26:10
bit 30:1 36:13
black 17:8
board 2:13 3:4
    8:25 9:2,13,14
    9:15 12:14
    31:21,22
boards 31:11,13
Bob 23:21 39:5
Bonevac 14:24
    20:5 40:12
booster 6:8 16:20
    16:23
bottom 30:20
bou- 4:22
bow 37:11
box 31:24 44:1
boycott 14:12
boys 6:8
Brad 41:3
break 17:13,15
    17:16
brief 11:8 30:2
briefly 18:11
    38:15
bring 10:16 18:9
brought 38:18
Buckley 8:23,24
budget 36:21
build 20:17
building 9:12
bullet 44:14
bunch 9:3,13
    11:6,8
bureaucratic
    9:11
bureaucrats 22:1
burst 15:14
business 21:15
    47:19
buy 4:23

**C**

C 49:1,1
cabinets 34:14
California 27:16
call 5:10 19:9
    47:14
called 23:21
calling 29:5
    44:25
cameras 35:22
    38:10
campus 4:17 6:13
    11:5 14:24
    16:22 21:19
    26:5,20 44:6
campuses 13:12
    13:24
cancel 25:18 29:6
    29:7
candidate 2:13
    12:16
candidates 12:20
capable 12:20
capture 44:23
captured 43:17
    43:18
care 30:24
career 6:6
careful 10:1
cartels 27:9
case 3:2 7:25
    10:20 12:25
    46:18
cases 13:10,12
    16:23
cat- 44:15
cataclysmic
    44:15
cause 25:17 46:9
causes 41:19
cell 35:3
Center 47:18
centers 14:23
    26:25
Central 49:18

centuries 38:22
CEO 9:5,7
CEOs 8:25 31:13
certain 11:17,18
    14:8
certainly 39:9
Certified 49:2,16
certify 49:3,6,10
challenge 13:11
    13:19 22:15
challenged 11:6
challenges 21:17
chambers 13:13
change 13:14
    28:22 42:8,18
changed 7:5
changer 35:13
Chicago 32:9
chief 16:4,6
chiefs 30:15
child 29:12
children 36:3
    44:19
China 28:11
Chinese 28:12
choose 34:1,2
    42:11
civics 37:24
    42:15
civil 23:24 39:12
    39:22 41:12,14
claim 2:18 12:4
clarify 26:9
class 4:18 18:18
    20:7 32:21
classic 16:14
classroom 35:3,9
classrooms 35:22
cleanup 2:8
clear 3:20 10:14
    41:10
clerks 14:13
close 16:17 36:24
closely 39:6
club 32:6

CNN 30:3
co-panelist 12:10
cockroaches
    34:14 38:12
codes 2:20 13:23
    14:5
codify 26:15
cofounder 24:3
collateral 16:25
colleagues 17:23
    25:20 41:22
    47:25
college 2:13
    16:20 27:1
    33:25
colleges 20:22
    28:1,25 31:12
    32:11,25,25
    33:20 38:2
combat 28:10
come 8:5 18:20
    19:18 21:2 34:1
    37:9
comes 36:24
coming 47:23
    48:9
commandeered
    17:5
comments 30:18
commission
    49:20
committee 33:16
Communist
    28:12
community
    32:25
competence
    10:19
competition 34:5
complain 11:13
    12:3
complaints 13:18
    39:17
complete 18:18
    19:4,20 20:4

completely 28:21
    30:4 35:4,4,5
    45:3,5
compromise
    14:21 15:2
con- 8:21 12:19
    28:22
conceived 39:8
concept 21:23
concern 41:23
concerned 8:12
    8:17 48:6
concur 24:11
condition 12:2
    38:25
conditions 25:20
confer 20:20
conferred 20:1,9
conform 27:1
Congress 24:18
    24:24 26:4,6
    27:5,8,13 28:9
connection 24:8
conquest 40:12
    43:19,19
consequence
    7:20
consequences
    7:19,24 8:15,17
    10:4 11:19
    36:14 41:17
conservative
    8:22 12:19,19
    14:15 21:18,19
    22:8,9 23:23
    24:17,18 27:8
    32:17 45:5
conservatives
    21:6,7,10,23
    22:16 24:22
    45:17
consistent 39:1
constituency
    21:5
constrained 8:8

Global Liberty Audio

contingency 28:23
continual 43:2
continue 5:25
   7:14 20:11 37:9
contracts 28:20
contribution 18:4
contributions 28:19
control 42:21
controlled 27:19
controversial 38:10
controversies 41:19
conversation 23:25 44:13
conversations 34:5
convincing 22:20
coopted 42:12
Corcoran 29:3,4 34:17 42:1
corporate 31:13 32:3 33:16 46:21
corporations 46:25
correct 49:3
correctly 45:10
correlated 18:2
costs 25:15
counsel 49:6
count 17:8 32:25 40:19
count- 45:22
counties 36:22
country 31:19 36:18 44:16 47:1
couple 2:11 3:10 14:20
course 17:17 29:18 31:12

47:16 48:8,10
courses 40:9
Court 30:2
courtroom 13:9
courts 13:11 25:9 41:15
COVID 2:7,25 29:5,13 35:16 35:22
crazy 22:12
create 20:15,22 25:1,9 32:16,17 34:6
created 32:12
creating 8:19 18:17
creative 20:15
credit 2:18 40:9
criteria 31:25
critical 20:7 21:14 41:9
crowd 17:6
CRT 19:5 35:18 37:3
crutch 18:15
culture 25:18
curious 45:20,25
curriculum 19:23 22:1
curve 26:4
cut 44:10

   _____ D _____
daily 44:18
Dallas 49:19
damage 16:25
damages 25:13
dark 3:24 23:5,6 23:8
Dartmouth 2:13 2:21 9:2,14 12:14,17,21
Daub's 46:21
Davenport 49:17
day 13:25,25

15:23 36:17 42:20 44:25
de- 20:24
deal 17:10,11 24:22
dealing 6:12 14:19
dean 9:18,18 14:13 17:4
dean's 12:7,8
decades 23:9 35:2,19,21
decent 6:4
decide 10:19 27:14
decisions 25:6
declaratory 25:14
deduction 5:1
defend 16:2,9,10 17:22
defended 16:4 43:1
Defensive 23:22
defer 21:13 31:15
degree 7:21 20:1 20:8 32:18
degrees 20:20
DEI 19:5,16 26:5 26:20 28:2 39:13
department 24:4 24:7,11,15 25:10,10 26:16 28:16,17 38:18 40:22 41:8,11
dependancy 40:23
DeSantis 30:13 45:21 46:4,5,14 46:15,18,22,22
DeSantises 45:23 46:3
designed 16:3
destroys 21:25

detail 16:18 17:1
details 18:23
determine 22:1
develop 12:13
DeVos 26:16 33:23
DeVos's 24:4
DFI 24:2
dialogue 5:12
Dickman 49:17
DIE 17:5
difference 12:6 43:12 46:6
different 2:20 5:8 9:20 25:23 47:5
difficult 19:13 27:5 36:13 41:16
difficulty 24:15 27:3
directly 28:7
disagree 23:20
disciplinary 26:13
disclose 28:19,21
disclosure 28:13 28:18
discriminate 10:16 38:25
discriminates 10:14
discrimination 25:3,6 40:24,25 41:6,12
discussion 9:14 47:23
dishonest 4:11
dismiss 10:1
dismissing 39:18
Disney 46:20
dive 26:6
diverse 17:7
diversity 4:1,2,25 17:7 24:25 27:24 34:6,24

doing 3:7,16 9:8 11:21 12:6,9,11 18:15 25:8 29:19 30:21 35:8 37:17 39:6 46:9,11 47:7
dollars 32:20
dollars' 36:20
dominance 3:13 5:14,15,17,24 6:2,23
dominant 4:18
Don 14:24
donors 20:18 22:14,25 31:12 43:23,25
doomed 23:1
Dorian 41:4
dorms 26:12
downhill 15:2
downward 37:23
dozen 14:11
Dr 29:19,19,21 30:2,5,7,8 41:21 47:17
draft 41:16
drag 47:11
dragged 40:17
due 26:12

   _____ E _____
E 49:1,1
earlier 2:24 3:23 4:8 6:19 7:17 12:13,25 13:6 14:24 27:1
easily 46:3
easy 10:20
economist 7:12
economists 7:1
ed 24:14,25 28:11 31:4 39:13 40:22 41:8 46:6
educating 18:22
education 18:20

23:23 24:4,8,11
24:13 25:10
26:16,23 27:4
28:14,16 30:16
34:19 35:18,25
36:20 38:18
41:11
**educational** 25:7
25:24 27:24
**EEOC** 25:11
**effective** 46:8
**effects** 25:3
**efforts** 8:22
**Eitel** 23:16,21
34:16 39:7
41:10 43:7
44:12
**either** 5:16 7:15
40:21 41:8
**el-** 14:17
**elected** 2:12,14
35:25
**elegant** 25:8
**Elizabeth** 8:4,6
**eluded** 2:23 4:8
12:13
**emergency** 29:17
**Emma** 48:3
**empire** 9:11
**employed** 37:18
49:7
**employer** 2:24
**employment** 25:6
25:21 43:8
**encourage** 26:21
**ended** 37:1,2
**ends** 3:21,24
**enforce** 11:13
**enforced** 41:15
**enforcement**
41:12,25
**enjoyed** 48:9
**ensure** 28:18
29:12
**entire** 30:8 41:1

**environment**
25:24 32:18
**EOC** 13:18
**equilibrium** 7:21
47:3
**equity** 27:25
**error** 4:24 6:14
6:15,15
**especially** 14:23
**essential** 21:1
**essentially** 12:18
**established** 4:8
8:8 21:12
**establishment**
26:22
**evade** 39:4
**evening** 41:2
**event** 43:19
**every-** 24:9
**everybody** 2:9
5:12 10:12 14:4
17:12 40:1
48:11
**everything's**
22:20
**evidence** 18:13
**Exact-** 23:11
**exactly** 17:8,9,9
26:17 35:9
**example** 11:2
12:1 13:18
14:10 16:19
20:1 26:23
39:22
**examples** 3:8
8:19
**exams** 37:25
**excessive** 21:10
**exchange** 43:25
**executed** 39:8
**executive** 24:13
**executives** 32:3
**exemption** 26:15
**exemptions**
25:22 26:13

**existing** 5:24
6:17,22,25 34:1
**exists** 4:23 5:2
27:12
**expecting** 15:13
**experience** 21:3
**experienced** 41:2
**expert** 3:1 18:6,8
29:22
**expires** 49:20
**explained** 4:17
**explicit** 20:6
**expression** 5:20
**Expressway**
49:18
**extended** 39:24

_____

**F**

**F** 8:23 49:1
**face** 14:3
**face-to-face**
29:14
**fact** 11:13 29:24
34:19 38:6
42:22
**factor** 26:1
**facts** 30:6
**faculty** 3:5 9:1,19
33:17 34:20,22
34:25 37:21
**fail** 22:7
**failed** 18:8
**failure** 18:18
**fair** 13:10 16:1
18:7
**fairer** 34:6
**faith-based** 27:21
**fall** 31:14
**falling** 31:17,17
**false** 19:3
**familiar** 11:3
**family** 21:9
**famous** 38:19
**far** 19:16 22:12
31:16 41:23

46:7 48:5
**farm** 12:13,24
13:4 32:17
**faster** 8:1
**FDA** 15:10,13
**federal** 11:3,4
14:11 23:23,25
24:1,3,12,16
25:1,5 26:21
33:22 37:6
38:25 41:25
**fee** 49:10
**feeling** 27:16
**fees** 25:15
**fellow** 2:15
**felt** 12:3
**fences** 16:9
**fight** 2:6 7:13,16
31:7 44:17,18
44:19
**fighting** 47:3
**figure** 13:4
**figured** 46:18
**filed** 11:8 38:19
**final** 28:9 33:18
33:18
**finalist** 12:20
**financial** 25:5
47:20
**financially** 49:8
**finding** 42:10
**fine** 47:15
**fire** 6:5 10:6,7,7
16:4,5
**fired** 25:20
**Firm** 49:17
**first** 3:11 8:16,20
11:1,7 15:12
19:4 24:24
29:10 33:14
38:16 42:5
45:15
**five** 2:21 16:23
22:9 32:20
**fix** 1:8 2:2 18:19

33:4
**flags** 20:6
**flat-out** 39:15
**flick** 34:13 38:12
**Florida** 12:8,9
29:7,13 30:7,12
31:5,22 32:15
33:8 34:3,16,17
36:23 37:8 38:2
**Florida's** 13:1
**focus** 12:12 23:25
24:2,7 36:11
**focused** 23:23
40:5
**foible** 17:17
**folded** 3:3
**folks** 8:5 30:9,23
33:17
**follow** 2:10
**follow-up** 42:24
**followers** 47:9
**following** 26:8
**football** 22:18
31:24
**footprint** 34:4
**for-** 28:20
**force** 36:8
**forefront** 29:12
**foregoing** 49:3
**foreign** 28:10,20
**form** 7:3,4
**fortunes** 21:9
**four** 24:5 31:5
32:3,20 37:15
**fraction** 22:9
**framework** 4:15
**frankly** 43:11
**free** 4:16,17,24
5:25 11:16,24
12:1,2,4 14:14
14:16 19:11
38:4
**freedom** 20:3,4
21:22,24,25
22:3,6 23:22

Global Liberty Audio

43:3 44:11
**freshmen** 37:15
**friends** 23:17
25:17 30:13
**Fryer's** 7:2
**full** 45:6 49:11
**fully** 28:21
**fun** 16:15 47:7,8
47:10
**functioning**
19:11
**fundamentally**
5:8 7:5 19:10
**funding** 11:4,17
28:23 37:10,11
40:23
**funds** 39:1
**funny** 15:15
**further** 49:6,8,10
**future** 23:18
24:17,18 27:1
48:10

━━━━━ G ━━━━━

**game** 5:9,11,15
5:15,25 6:1,2
7:10,12 17:14
17:15 22:18
35:13 43:21,25
46:15
**game-changing**
31:8 33:7
**games** 31:24
**gap** 46:5
**Garcia** 49:2,16
**gatekeeper** 27:23
**gender** 26:10
35:20 37:3
**general** 3:6
**generations**
44:23
**generis** 13:1
**George** 2:4,21,22
15:9,15,19,21
16:3 17:5 26:2

42:6 44:2,5,7,9
**George's** 44:3
**getting** 2:20 10:2
17:21,22 21:1
38:25,25 46:10
**gifts** 28:19
**give** 3:6,22 8:19
14:10 16:25
17:8 24:23,23
30:3 45:8 47:23
48:12
**Global** 40:3
47:19
**go** 11:14 18:24
20:12,20 22:12
22:18 23:1
29:25 30:9
31:23 32:18
33:9 34:11,13
35:11 39:13,23
40:14
**God** 8:23
**goes** 5:19 8:21,22
15:1 32:8 33:8
35:10
**going** 2:3 3:6,10
3:11,17,18,19
3:19 4:5,15
7:13 8:1 10:6,6
10:13,18 11:17
13:2 14:4,10,12
15:18,19 17:16
17:17 18:22
20:11,21,25
21:4,5 23:13,19
23:25 24:16,19
27:16 28:15
29:1 31:25 32:1
33:11 34:6,19
34:24 35:9,19
35:20,21 36:1,6
36:21 37:13
38:11,16 40:13
40:17 42:2,5
44:14,21 46:10

47:14
**gonna** 47:13
**good** 6:4,11 11:2
20:19 22:19
32:13 35:11
39:21 41:6
45:12
**gotta** 46:12
**gotten** 29:4 37:2
37:3
**gov-** 11:12
**governance**
27:14 45:22
**government** 11:1
11:9,11,12
20:13 33:22
34:10 45:11
**government's**
37:6
**governments**
11:25 28:10,20
**governor** 29:24
30:13 31:20
32:4 33:7
**grab** 47:12
**graciously** 3:1
**grade** 9:16,23
**graduate** 20:8
**graduating** 37:15
**graduation** 19:23
20:25
**grandchildren**
44:20
**Grant** 37:16,17
**Grants** 24:20
**grateful** 47:22
**gravely** 21:22
**great** 3:8 20:17
31:6 32:2 33:5
36:18 38:5 42:2
47:22
**greater** 37:7
38:11 41:23
**greatest** 18:6,8
35:17

**grifter** 22:23,24
23:1 45:25
**grifters** 22:10
**grind** 46:12
**Gromshe** 44:22
**groom** 13:4
**ground** 15:5,6
45:9
**group** 22:10
23:21,23
**growth** 26:22
**guarantee** 3:19
**guess** 2:10 17:25
38:14 45:15
**gutter** 8:2
**guy** 9:15,16
14:17
**guys** 29:11 36:10
46:9 47:7,7

━━━━━ H ━━━━━

**half** 31:5
**halfway** 15:3
**Hamilton** 32:14
**hands** 35:23
**hang** 47:14
**Hankins** 18:5
47:23
**happen** 14:4
18:24,25 19:1
19:12 21:21
23:19 26:3 27:6
33:2 40:18
**happened** 7:8
41:7
**happens** 8:4 36:5
37:22
**happy** 22:13,14
**harassment**
26:18
**hard** 10:21 14:3
47:25 48:4
**harder** 10:21,22
**hardheaded** 8:24
9:3

**Haskins** 26:25
**Hatfields** 7:22
**HEA** 27:6,13,13
27:18
**Health** 15:11
**hear** 12:8 15:22
21:6
**heard** 5:7 6:18
13:6 15:4 16:13
24:23 40:7 41:1
**hearing** 13:10
27:16 49:8
**heartfelt** 30:6
**height** 29:13
**herd** 8:25
**Hey** 29:6,25 33:8
**hiding** 4:13
**hierarchies** 21:11
21:12
**hierarchy** 5:15
5:17 6:18 21:18
**high** 15:5,6
**higher** 18:20
24:14,25 26:23
27:4 28:11,14
31:4 39:13 46:6
**highly** 18:2
**Hillsdale** 23:12
47:18 48:4
**hiring** 10:15
14:12
**history** 20:18
**hit** 47:20
**hobbyhorse** 28:8
**hold** 23:13 32:6
39:2 40:16
**honor** 2:3 27:20
**Hoover** 2:15
**hope** 19:4 48:9
**hour** 16:13
**house** 30:12
38:17
**hurdles** 40:11
**hypocrites** 4:2,10
**hypothesis** 6:20

Global Liberty Audio

**I**

idea 4:22 10:3
   11:15,23 19:10
   20:17 30:24
   33:6 42:2
idealogical 4:2
   19:9 20:2
ideas 1:8 2:2 8:16
   19:10,14,21
   22:2 24:24
   30:25 32:13
identified 45:10
identity 26:10
ideological 3:12
ideology 10:15
   10:17,18
idiot 9:21,22
ignored 6:24
illegitimate 5:17
imbalances 5:6
immediate 37:18
immediately 3:3
   29:16 31:13
   33:9,19,24
   36:15
immunity 2:25
   15:16
impact 30:25
implemented
   14:6
implications 6:13
important 5:4
   13:5,20,21
   14:18,21 40:2
importantly
   25:14
impose 20:13
impressions 3:6
inappropriate
   18:14
inaudible 6:9
   23:3 43:1,2
   45:1
incentives 8:19
including 24:5,14

24:14
inclusion 27:25
incompatible
   19:10 21:18
incredibly 48:5
incremental 42:3
indefensible 16:9
   17:22
independent
   20:15,22
individuals 31:19
inflation 9:17,24
influence 26:19
   28:10 35:20
   36:21
information 23:7
inherited 5:9
injunctive 25:14
innovative 26:22
inquiry 19:11
insane 20:25
insanity 2:6
   20:21
inside 3:4
insights 6:21
instance 26:6
instantaneously
   43:18
institute 22:13
   23:22 32:12,14
   32:14,20 40:4
   42:11 43:18
   47:19
institutes 40:8
   42:2 43:16
institution 5:5
   21:14,17,17
   28:19
institutional
   25:25 27:21
institutions 20:16
   21:11,13 25:4
   26:22 27:21,24
   40:4,10,18
   44:24 45:11

instruction 29:14
insurgent 2:13
insurgents 21:12
intellectual 4:1
   4:24 24:25
intellectually
   4:11
interested 49:9
interesting 3:8
interim 38:9
internet 23:8
introduce 2:4
invest- 39:12
investigated
   39:18
investigations
   39:12
involved 22:23
   38:17
involves 19:22
ironically 6:14
Israeli 14:1
issue 2:11 25:9
   25:11 27:15,17
   29:1 43:7
issues 23:24
   24:22 25:2
   27:15
it'll 23:8
IV 24:19 25:4
   27:23 28:6,23
Ivy 12:22
IX 13:10,11 24:6
   25:11 26:5,6,9
   26:15,16,19

**J**

jail 21:15
Jay 3:1 4:8 7:16
   16:5,6 29:21
Jim 47:23
job 23:12 29:22
join 20:12
Josh 39:24 43:1
   47:25

judge 14:18
judges 14:11
justice 25:10
   28:16

**K**

K-12 35:14,15
   38:3,10 39:14
kangaroo 13:11
keep 2:9 3:16
   22:14
keeps 22:14
keynote 47:24
kicked 2:16
kicking 40:12
kids 30:9 32:18
   37:18
kind 6:12 13:1
   35:12 36:7
   41:12 45:25,25
kitchen 30:23
   34:11,13
knee 37:11
knees 44:10
know 2:4,19 3:12
   3:21,25 4:12
   6:1 7:1 8:3,10
   8:13 10:7,17,23
   11:11 12:5,5,6
   13:8,24,25 14:6
   15:20,22 16:8
   17:17 18:1 19:8
   19:13,19 20:6
   20:17 21:6 22:8
   22:14 23:6
   24:15 29:2 30:5
   30:14 31:11,18
   32:16,21,23,24
   32:24 33:15
   34:10,11,14,22
   34:25 35:7,7,10
   35:12 36:10,16
   36:20 37:14,23
   38:10,20 39:4,9
   39:11 40:1,3,3

40:15,19,23
41:2,3,4,5,17
41:18,18,19
42:18,18,25
43:3,5,9,11,21
43:22,24,25
44:3,4,15 45:4
45:11,18,22,23
45:24 46:4,13
knows 11:12
   13:23 14:4
   17:12 41:7 44:4
Kulldorff 16:7

**L**

lack 22:11 37:11
large 22:13 46:5
late 34:11 40:6
laughing 15:14
law 2:5,5 11:3,6,8
   14:12 17:13,15
   17:16 41:13
   43:19
laws 8:6 40:21,24
lawsuit 15:8
lawyer 30:11
lazy 9:1
lead 7:20,22
   23:21
leader 2:6 31:6
   33:7 36:18
   42:11
leaders 18:12
leadership 18:17
   24:4 27:14 31:5
   37:22
League 12:23
leave 19:18
led 35:24
left 4:1,8,9,9,13
   10:5,14,14
   11:20 12:5
   13:22 19:2,3
   22:15 25:18
   40:17 44:23

45:9,18
**legal** 19:5 29:23
    35:4 38:16
**legislation** 33:24
**legislative** 19:5
**legislatures** 21:8
**legitimate** 5:18
    11:9
**lesbian** 17:8
**lesson** 47:9
**lessons** 16:11
**let's** 3:18 8:11,11
    8:13,13,13
**letter** 28:15 32:10
    38:20,20
**leveraging** 27:22
**liberal** 31:18
    36:21 37:10
**liberalism** 38:5
**liberation** 5:5
**Libertarian**
    23:23
**liberties** 39:21
**liberty** 39:23
    40:3 47:19
**lights** 34:13
    38:12
**limit** 10:12,13
    26:18
**limitations** 13:2
**limited** 25:21
    29:2 45:11
**limits** 10:23
**line** 30:20 35:1
**linings** 35:16,17
**list** 41:6
**literally** 34:4
**litigation** 13:8
    29:17 38:19
    41:15,25
**little** 8:9 20:15
    30:1 36:13 47:5
**live** 47:4
**lives** 44:19
**loan** 27:23

**loans** 28:6
**locations** 27:10
**logic** 18:13
**logistical** 48:4
**long** 16:17 19:7
    20:10 22:21
    23:6 43:21
**longer** 30:25
    33:12
**look** 11:19 31:10
    44:3
**looked** 22:22
**lose** 7:15 28:24
**losers** 45:6
**losing** 29:6
**loss** 9:9
**lost** 23:7 43:11
**lot** 7:1 9:24 10:22
    12:25 14:23
    29:19 30:18,19
    30:19 31:12,12
    36:12,14 37:8
    38:18 40:7,10
    40:10
**love** 22:16
**Lowery** 17:25
    18:4 23:4,11
    43:15 45:3 46:2
    47:4,25

---

**M**

**mach** 32:23
**mainstream**
    43:11
**making** 37:24
**maligning** 43:2
**Man** 8:23
**managed** 2:15
**mandate** 2:25
    15:10 16:20
    26:12 27:23
**mandates** 37:1,2
**Marcuse** 4:16,17
**Martin** 16:7
**mask** 37:1

**Mason** 2:5,21,22
    15:9,15,21 16:3
    17:5 26:2
**Mason's** 15:19
**matter** 37:14
    49:5
**matters** 14:16
**McComb** 47:18
**McCoys** 7:23
**mean** 4:3 5:18,23
    7:9 8:10 10:13
    10:23 13:24
    23:11 31:2 33:1
    33:2,15 39:7
    42:4,7,10 43:15
    46:12
**meaning** 40:13
**means** 7:9 19:14
    26:10
**measure** 37:13
**meeting** 47:17
    48:1,5
**member** 3:5
**members** 9:1,15
    34:20,22 37:21
**men** 16:22
**mentioned** 2:24
    18:5 20:5 23:5
    36:11
**met** 34:21
**Microphone** 18:3
**Middle** 5:9
**mildly** 12:19
**military** 11:5
    25:22
**million** 32:20
    33:1 38:3
**mine** 28:8
**minimal** 24:14
**mint** 20:11
**minting** 20:12
**minute** 8:14
    38:15
**mis-** 6:6
**mission** 27:10,21

40:14
**missions** 26:1
**misspoke** 14:25
**mistaken** 44:14
**misunderstood**
    21:22
**mode** 45:21
**model** 39:1 47:2
**moderate** 2:7
**moderated** 2:3
**moderately**
    12:19
**Moderna** 16:1
**moment** 23:4
    26:20
**monastery** 23:10
**monetary** 25:13
    25:13
**money** 43:24
    47:21
**moral** 15:5,5
**move** 34:8 36:8
**moved** 18:21,21
**movement** 45:6
**moves** 39:10
**myocarditis**
    16:23

---

**N**

**name** 16:16,17
    17:2,3,20,20
**name's** 23:21
    29:3
**Napoleonic-style**
    44:16
**nasty** 28:15
**national** 27:11
    41:18
**nationwide** 36:7
**natural** 2:25
    15:16 18:15
**necessary** 19:9
**need** 5:20 6:11
    8:17,18,24
    12:13 17:7

18:23,24,25
    19:24 20:4,22
    26:7,9,24,25
    27:8,11,12,18
    27:22 28:17,17
    28:21 29:20,25
    35:14 41:23
    44:18 45:12
    46:25
**needed** 21:19
**needle** 34:9 36:8
**needs** 26:3,4,6,10
    26:12,13,15
    27:5,13 28:9
    37:8
**negative** 25:21
    43:8
**negotiate** 14:22
**neither** 18:16
    49:6
**neutrality** 7:21
    46:23,24
**never** 9:23 14:4
    16:15 21:11
    48:11,12
**new** 26:22
**nice** 14:15 19:13
**night** 34:11 40:6
    47:14
**nine** 30:1
**noninterference**
    21:24,25
**nonprofit** 9:11
**North** 49:18
**notes** 17:16
**notice** 46:20
**nowadays** 13:9
**nucleus** 27:1
**nuisance** 2:16
**number** 5:3
    16:21,23,24
    17:1 45:7
**nurture** 24:25

---

**O**

Global Liberty Audio

| | | | | |
|---|---|---|---|---|
| objective 37:21 | 23:15,18 45:4 | **Party** 28:12 | **place** 12:21 13:9 | **power** 4:9,9,11 |
| oblige 28:14 | 45:24 | **pass** 8:6 25:2 | 19:18 22:2 | 4:14 5:6,24 6:2 |
| obsession 45:10 | **order** 19:25 20:7 | 37:25 | 26:17 31:14 | 6:17,22 7:10,16 |
| obtain 26:14 | 29:17 | **passed** 33:24 | 36:19 43:17 | 7:16 11:2,9 |
| obvious 13:2 | **organization** | **Patrick** 48:4 | **plaintiff** 25:12,16 | 12:25 14:8,8,9 |
| obviously 10:14 | 15:11 40:13 | **pay** 29:1 | **play** 5:25 26:1 | 19:6 21:23 |
| **OCR** 39:11 | **organizations** | **paying** 5:21 | **played** 31:4 | 22:15 24:13 |
| offensive 16:10 | 27:20 | 19:19 | **playing** 5:8,9,14 | 26:4,19 36:23 |
| offer 40:9 | **original** 40:14 | **Pell** 24:20 37:16 | 5:15 6:2 7:10 | 36:25 37:4,6 |
| offered 29:13 | **originally** 30:21 | 37:17 | 8:8 17:14,15 | 39:13 40:22 |
| office 12:8 25:1,9 | **outcome** 49:9 | **people** 2:4 4:20 | 43:21 | 47:3,3 |
| 39:13,22 | **outcomes** 31:8 | 6:4,5,5,7,11,12 | **plays** 6:3 | **powerarchy** 6:25 |
| officer 39:12 | 36:8 | 8:3 9:6 11:24 | **pleading** 10:1 | **practice** 11:21 |
| offices 26:5,5,19 | **outrage** 35:24,24 | 13:11 14:22 | **point** 14:14 15:24 | 14:7 |
| 26:20 28:2 | **outside** 20:16,18 | 16:12 18:13,14 | 15:24 16:8 28:7 | **practicing** 22:4 |
| **Oh** 19:15 22:12 | **overlap** 18:2 | 18:16,22 19:14 | 28:9 32:16 36:2 | **precisely** 7:7 44:6 |
| okay 8:7 15:16 | **oversee** 32:6 | 19:15 20:20,25 | 37:25 40:10 | **premise** 3:17 4:6 |
| 17:6 33:19 45:2 | | 21:9 22:16,17 | 42:12 43:9 | 4:7,23 16:16,18 |
| 47:13 | **P** | 22:18,18,20 | 46:20 | 17:2,12 |
| old 18:16 21:10 | **paid** 49:11 | 38:17 40:14 | **points** 37:21 | **premises** 3:11 |
| 23:6 46:9 | **paid/will** 49:11 | 41:5,7,21 42:10 | **Pol-** 14:25 | **presidency** 12:21 |
| ombudsman | **Palestinian** 14:1 | 47:14 48:11 | **police** 7:2 25:10 | **president** 9:4,5 |
| 11:24 | **pan-** 12:10 | **percent** 22:9,10 | **polices** 25:2 | 9:12 12:17 |
| ombudsmen 12:1 | **panel** 2:7 3:7,17 | **perfect** 26:23 | **policies** 14:14 | 16:19,20,22 |
| once 30:7 | 8:16 16:13 | **perimeters** 16:15 | 27:25 28:2 | 22:18 27:7 |
| one-and-only | 32:19 38:16 | **persecuted** 41:22 | **policy** 1:8 2:2 | 36:18 38:21 |
| 39:8 | 46:10 47:16 | **person** 2:19 | 16:3 23:22,24 | 42:25 |
| ones 8:12 21:8,9 | **panelists** 41:3 | 10:11 19:18 | 24:1,1,3 26:21 | **president's** 31:24 |
| 23:19 33:15 | 47:16,20 | 46:5 | 47:18 | 44:1 |
| open 5:12 | **parental** 36:1 | **person's** 22:12 | **political** 20:9 | **presidents** 12:22 |
| opened 30:8 | **parents** 16:21 | **personal** 2:6 21:3 | **politicians** 22:25 | 12:24 31:17 |
| 33:23 36:25 | 35:18,23 36:4 | **personnel** 19:22 | **politics** 46:25 | 32:7 |
| opening 31:11 | **part** 34:21 40:2 | **perspective** 18:9 | **position** 16:4 | **pressure** 37:20 |
| opinion 37:23 | 46:3 | **perspectives** 2:12 | 28:3 38:5 43:11 | **prestigious** 21:13 |
| 46:21 | **partially** 2:19 | **persuading** 46:8 | **positions** 19:6 | **pretend** 17:13 |
| opponent 36:2 | **participate** 25:4 | **Peter** 2:14 | **possibility** 27:6 | **pretty** 4:7 |
| opportunity | 28:5 38:14 | **petrified** 22:5 | **possible** 43:4 | **prevail** 13:12 |
| 12:15 36:19 | **participated** | **Pfizer** 16:1 | **possibly** 18:6 | **prevailing** 5:17 |
| 42:19 | 47:22 | **phenomenal** | 22:5 34:9 42:20 | 25:15 |
| oppose 4:16 | **participation** | 29:22 | **post-secondary** | **previous** 8:21 |
| optimism 21:7 | 28:24 | **philosophy** 31:7 | 25:3 27:24 | 32:19 35:1 |
| 23:5 40:8,19,20 | **particular** 8:18 | **phone** 35:3 | **potential** 23:5 | **Princeton** 38:19 |
| 43:16 | **particularly** | **phonetic** 44:22 | **potentially** 11:24 | 38:20,21 42:7 |
| optimistic 3:22 | 28:11 48:11 | **picture** 18:11,24 | 12:15,16 18:13 | 42:25 43:1 |
| 3:23 22:17 | **parties** 49:7 | **pin** 16:18 17:1 | **pounding** 37:22 | **principle** 16:11 |

Global Liberty Audio

**prior** 39:20
**private** 32:25
  34:4 41:15,25
**probably** 2:4
  24:9,9,10,12
  29:11,11 31:3
  32:20 33:22
  34:12 44:19
**problem** 18:1
  30:23 42:9
**problems** 8:20
  31:16 44:15
**proceedings**
  26:13 49:4
**process** 26:12
  34:20,21 42:3
**produ-** 32:21
**professor** 2:5
  18:5 20:5 26:25
  43:10
**professors** 32:17
**profit** 9:9
**program** 24:19
  25:4 28:24
**programs** 25:7
  39:14,17
**progress** 21:2
**prohibit** 27:22
**prohibiting**
  40:23,25 41:5
**prohibits** 25:5
**project** 39:7
  44:23
**promote** 5:5
**proof** 4:25
**protect** 27:13,19
  41:17,21
**protections** 26:11
  26:12
**provide** 6:21
  26:11
**provision** 28:17
**provisions** 28:18
**Provost** 12:22
**provosts** 31:18

32:7
**proxies** 28:11,21
**public** 19:23
  32:25 42:16
**published** 7:3,4
  24:6
**pummel** 7:14
**punish** 14:15
**purge** 19:9,25
  20:4
**purpose** 4:21
**purposes** 23:25
  35:3,4
**purse** 36:23,25
  37:5 40:22
**pursue** 4:23
**push** 16:9,9,14
**pushing** 28:2
  34:23
**put** 17:16 19:16
  26:17 31:20
  36:11,15,19
  37:12 48:1
**puts** 25:8
**putting** 37:20

_____
          **Q**
**qualified** 12:16
**queer** 19:5
**question** 9:23
  16:19 24:21
  36:24 40:11,21
**questions** 6:21
  9:22 40:7 45:15
  47:15
**quickly** 34:9
**quiet** 46:21
**quite** 9:3
**quonces** 36:13
**quote** 6:17

_____
          **R**
**R** 49:1
**race** 20:7 21:14
**racism** 5:6

**racist** 38:22 45:8
**ran** 9:19
**rationalize** 14:22
**Rauh** 39:25
  42:24 47:25
**re-create** 44:8
**reaccreditation**
  34:1
**reach** 29:20
**reached** 29:18,21
**react** 37:10
**read** 16:12,13
  29:11 30:1 41:6
  46:19
**reaffirm** 6:17,22
**reaffirms** 5:24
**real** 21:5 44:11
**realistic** 8:11
  10:10
**reality** 10:3,5
**really** 3:8 9:15,15
  23:6,14 30:14
  31:1,21 35:16
  39:23 40:2,5,15
  41:1,4 45:7,10
  45:12 46:6
  47:21,22,24
**reaping** 31:3
**reason** 6:10 10:3
  14:5 18:16
  21:21 22:7 24:2
**reasons** 9:20 19:1
  28:1 45:7
**reassert** 4:19
**reasserts** 6:24
**rebuild** 20:17
**rebuilt** 23:14
**rebutted** 6:16
**receive** 11:4 25:5
**recipients** 37:16
  37:17
**reciprocal** 5:25
  6:1
**recognize** 7:18
  15:9 33:3

**recommend**
  12:15
**recording** 2:1
  35:3 48:13 49:4
**recruit** 11:5
**reduced** 24:17
**Reed** 38:13,15,16
  39:5,8
**reestablish** 47:3
**referred** 40:12
**reform** 8:22 18:9
  21:6 24:5 42:15
**reformers** 21:12
**reforms** 24:8
**regarding** 26:17
  39:17
**regime** 42:18
**regional** 27:8,12
  33:21
**Registration**
  49:17
**regulation** 41:8
**regulations** 26:16
  40:24 41:13
**regulatory** 24:5
**reject** 18:15
**related** 11:23
  23:24 49:6
**relie-** 25:13
**relief** 25:14,14
**religious** 25:24
  25:25 26:14
  27:19,19,21
  39:21,23
**remember** 30:3
**removal** 19:5
**remove** 19:14,15
  19:21
**Renaissance** 18:6
**repealed** 2:20
**replaced** 18:12
**replicated** 32:22
**report** 12:2
**reporter** 15:21
  49:2,16

**reporters** 15:8
**Republican**
  39:21
**require** 28:3
**required** 19:23
**requirement**
  19:17 21:24
  28:13
**requirements**
  20:24 27:4
**requires** 11:4
**requiring** 12:1
**research** 6:20
**resources** 22:21
**respect** 21:10
**respond** 4:10,11
**responds** 4:9
**responsibilities**
  39:4
**responsible** 2:19
**rest** 42:12 44:18
**retaliating** 46:22
**return** 21:19
**reversing** 3:12
**revisited** 9:23
**revolt** 36:1,5
**revolution** 35:17
**rewriting** 42:15
**rhetoric** 30:4
  37:23
**rhetorical** 5:20
**Richard** 29:3
  38:13 43:13,22
  44:9 46:18
  47:25
**rid** 10:2 37:2
  43:6
**ride** 8:25
**Ridicule** 16:14
**right** 2:8 3:19,21
  4:3,5,6,14,20
  4:24 5:5,7,11
  5:18,20 6:3,5,7
  6:8,10,11,13,19
  7:4,8,11,14,17

Global Liberty Audio

7:19,23 8:1,2,4
8:7,10,11,13
9:1,4,7,12,22
9:23 10:8,11,12
10:15,17,20,24
11:14,18,22
12:8,17,21,23
13:8,13,15,17
13:19 14:2,4,5
14:7,11,13,14
14:17,19,25
15:2,3,6,17,18
15:20,23 16:1,2
16:3,4,5,7,11
16:22 17:1,9,10
17:13,14,17,19
23:18 27:7 31:2
39:1,16 40:16
41:13 42:10
43:3,9,21 44:1
44:4,6,9 45:5,6
46:17,19,24
47:7,8,9,10,11
47:12
**rights** 11:7 23:24
36:1,3 39:12,22
41:13,14
**rings** 9:13,19
**Ro-** 44:6
**road** 27:2
**Robbie** 42:6 44:2
44:3,5,6,9
**Robinson** 2:14
**Roland** 7:2
**role** 24:7,13
27:23 41:11
**Ron** 45:21,23
46:3,4,5,14,15
46:18
**room** 3:5 4:4 7:2
10:12 24:10
**roughly** 18:7
**rounding** 4:24
**Rubinstein** 38:14
39:8

**rule** 24:6,16
41:24
**rules** 5:9 8:8,9,12
27:18 40:12
**run** 9:6,6 21:14
22:13 42:9,10
**running** 9:13
21:8,9 34:4
**ruthless** 10:6,8

**S**
**S&M** 41:19
**SACS** 33:10
**SACSSOC** 33:21
34:5
**safe** 30:9
**salary** 22:13
**Salem** 47:18
**Sarah** 2:23
**Sasse** 13:1
**satisfy** 20:24
**Saul** 16:12,12,13
16:14 21:7
46:19
**savvy** 11:1
**saw** 3:2 15:12,13
35:23
**saying** 7:6,17,18
7:19 11:7 19:24
29:6 34:12
38:24 39:2 43:2
46:23
**says** 8:7 16:6
31:20 33:8
34:24
**Scalia** 2:5 11:8
**scenarios** 7:25
**school** 2:6 11:8
12:22,23 14:12
21:10 28:4
29:14 30:9
31:23 32:10
36:22 37:18,22
47:18
**schools** 11:6

20:23 25:23,24
26:14 27:10,11
27:19,19 36:9
37:1 38:10
**scope** 26:18
**Scott** 2:23 29:5
40:3 41:4,6
**scramble** 38:12
**scurry** 34:14
**search** 5:10,12
6:1 17:5 33:16
**seat** 29:14
**second** 4:7 9:25
26:3 40:21 44:2
45:9 46:2
**secondly** 45:20
**secretaries** 30:15
**secretary** 24:3
30:16 34:23
36:19
**see** 2:11 6:2 23:9
24:19,20 27:15
34:13,25 35:10
36:5,6 38:11
**seed** 32:20
**seek** 25:13
**seen** 3:4,5,5
14:23 23:17
40:17
**seize** 42:20
**select** 33:15
**self-interest** 10:2
**selling** 29:25
**sensibility** 21:18
**sensitive** 35:15
**serious** 11:11
47:10
**served** 9:2
**service** 25:23
42:16
**set** 3:7 19:21,22
44:11
**settle** 15:21
**settled** 15:7
**sex** 26:9,10

**sexual** 26:17
**share** 29:9
**shared** 5:10,11
**shootings** 7:2
**short-term** 33:4
**Shorthand** 49:2
49:16
**shots** 6:8
**shove** 15:19
**show** 29:8
**shows** 30:3
**shut** 33:12
**shutting** 36:17
**sic** 14:24 17:5
26:25 33:21
37:3
**side** 21:11 41:19
45:17 47:10
**signing** 38:24
**silver** 35:16,17
44:14
**simply** 10:3 25:2
41:25
**single** 15:20
22:22 33:25,25
**sink** 30:23 32:13
**Sinovac** 15:15,19
15:22 16:2,3
**sit** 20:2,7,9 21:25
31:24
**situation** 19:25
39:16
**slate** 17:7
**slickness** 17:21
**smart** 9:16 14:17
**snail-pace** 42:8
**socialist** 41:18
**society** 5:5,24
21:20 45:12
**Solomon** 11:2,9
11:13,15 36:11
**solution** 31:4
**solutions** 24:1,1
40:2,5
**solve** 44:14

**somebody** 12:1,3
36:18
**somebody's**
10:18
**somewhat** 24:17
**soon** 3:2 21:1
**sophomores**
37:16
**sore** 29:4
**sort** 4:25 5:13 9:1
13:3 14:8 20:11
39:2,4,10 43:18
45:13,16,21
**sorts** 10:9 13:19
39:17
**soul** 44:16
**sound** 19:24
**sounds** 41:6
**sovereignty**
27:14
**spaces** 26:11
**speaker** 6:9
15:17 18:3 23:3
23:10 30:12
45:1,2
**special** 25:25
26:11
**specifically** 21:14
**specificity** 17:3
**speech** 2:20 4:17
4:17,24 5:12,19
5:23,25 11:16
11:24 12:1,2,4
13:23 14:5,14
14:16 21:16
43:3
**speed** 32:23
**sponsoring** 40:4
47:19
**sports** 26:11
**sta-** 26:4
**stable** 7:20
**stand** 21:16
42:23
**standard** 11:18

39:3
standards 4:25
  7:22 42:15
Stanford 26:1
  30:5
star 13:13
start 2:3 3:10 4:5
  5:20 15:1 17:25
  21:1 29:25 31:2
  37:20
started 29:10
  42:4,6
starts 37:22
state 11:25 20:1,9
  21:8 22:2 24:9
  27:15 29:13,15
  30:8 32:14 33:9
  36:3 42:6,24
  43:22 49:3
state's 42:5
statement 18:7
statements 9:10
states 27:14
  29:12 32:23
  36:22 37:8
statute 25:12
  26:6,14 41:8,15
statutes 43:5
stay 16:10 24:17
staying 40:5
steal 12:10 43:24
stellar 2:7
step 22:11
steps 24:25 26:4
  28:9
stick 6:7
sticking 40:1
stop 14:21,21,22
  19:13,19 43:5
  45:18
stopping 40:10
stops 40:11
stories 22:17
story 15:7 29:25
  44:3

straight 14:3
strategy 3:12,15
  14:17,18 30:22
  30:22 46:16,17
streamed 46:11
strep 29:5
stress 41:24
strictly 37:4
strong 19:16
strongest 36:24
strongly 40:16
structure 31:14
student 27:23
  28:6 35:2
students 12:3
  14:1,2,16 16:21
  19:2 20:12,24
  32:22,24 33:1
  37:14 38:3 42:5
studies 23:22
  34:25
study 7:2
stuff 4:25 18:16
  19:6 20:13
  32:19 38:1
style 21:7
sub- 2:15
subjected 32:19
subordinate 4:19
  4:20
success 32:2 44:3
successful 44:7
sucker 46:16
sudden 14:13
  32:24 42:17
sue 25:13
sued 2:24 13:15
  29:16
sui 13:1
Suite 49:18
sunset 44:17
support 11:8
  38:9 48:9,10
supposed 45:4
suppress 6:15

suppressed 6:18
  6:23,24
suppression 20:3
sure 12:5 21:3
  37:24
surrender 15:6
system 24:13
  34:6 38:6
system's 43:17
systemic 5:6
systemically
  38:22
systems 27:15

_____
         T
T 49:1,1
table 3:7
take 15:19 19:17
  22:2,13 24:24
  26:4 28:3,9
  30:25
taken 40:14 49:8
takes 24:10 43:16
talk 8:15 17:2
  18:1 30:22 31:9
talked 10:4,5
  11:25
talking 8:5 13:8
  26:25 31:1
Tallahassee
  30:14
tangled 17:4
tat 7:10,11,13,20
  7:22 10:5 46:16
  46:23
taught 37:24,25
teachers 29:18
  35:20
teaches 41:18
teaching 37:4
team 12:13,24
  13:4 24:4 32:17
television 15:20
tell 3:25 15:7
  16:21,24 17:7,9

22:17 30:18
  37:7
telling 5:22,22
temerity 9:16
ten 12:22 16:24
  38:3
tenure 10:2 38:3
  38:4,7
term 2:17
terms 6:16 10:13
  39:11
Terri 49:2,16
Texas 20:1,8 47:4
  49:3,16,19
thank 17:23
  23:16 29:3,10
  30:10 39:25
  45:2 47:15,17
  47:23,24 48:3,9
  48:12
thanks 23:15
  30:6 33:22
  38:13 39:25
  40:1 48:1
theorist 21:15
theory 7:12 11:20
  14:7 19:5 20:7
  46:15
They'd 22:25
thi- 6:3
thing 3:11,16 9:1
  9:25 10:19
  12:12 13:3,22
  16:16 19:4,15
  20:14,19 22:19
  22:19 24:24
  26:3 30:24
  34:18 37:10
  39:9 42:25 44:2
  44:12 46:20
things 3:8 6:18
  8:5,7,23 9:24
  10:9 11:16,18
  12:9,11 13:13
  13:20,20 14:8

14:20 15:8
  18:23,24,25
  26:8 29:9 30:4
  31:10 34:8,24
  35:19 37:9,13
  37:19 41:1,6,9
  42:14 44:5 46:3
think 2:18 3:17
  3:18,23 4:7 6:2
  6:11 7:16,23,24
  8:1,18,21 9:25
  10:2,8,11,11,22
  11:1,23 12:8,12
  13:5,5,6,18
  14:7,20,24 18:5
  18:7,14,19,23
  20:5 24:16
  25:17,18,25
  30:22 31:14,18
  33:5 34:8 35:11
  35:11,16,18,18
  35:19,20,24
  36:6,8,12 37:8
  38:5,8 39:1
  41:11,22 42:1,3
  42:4 43:12,16
  43:22 45:5,6,7
  45:9,11,21,22
  45:23,24,25
  46:17 47:2,2,13
thinking 7:24
  10:9 13:19
  28:11
thinks 3:14 45:18
third 12:12 20:14
  22:7 26:21
thought 3:15
  29:5,7 36:2
  47:16
three 18:24,25
  19:1 29:9 31:4
  33:18 38:3
throat 29:4
throw 21:15
  30:23 32:13

thunder 12:10
tied 11:17
time 9:18 15:20
  16:2 18:14
  22:22 23:6 29:2
  29:19 34:23
  43:16 44:24
times 30:2
tiny 22:9
tit 7:10,11,12,20
  7:22 10:5 46:15
  46:23
Title 13:10,11
  24:6,19 25:4,11
  25:11 26:5,6,9
  26:15,16,19
  27:23 28:5,23
  39:15 41:14,14
today 7:3 8:21
  14:25 24:23
  27:1 31:2
Todd 2:4,7 18:1
  23:5,16 44:12
told 4:10 17:6
tolerate 20:10
tools 3:9 13:7,17
  13:22
total 19:4
totally 45:8
tough 2:10 9:15
  9:16 10:19
toured 30:8
trade 30:11
tradition 18:15
  18:17
training 20:2,10
trajectory 3:20
transcription
  49:4,10
transition 30:14
transparency
  34:10,19 35:12
  36:7
treading 22:5
treat 21:23

treated 25:19
treating 25:18
tried 3:22
trivial 5:1
true 6:21 7:6,6,7
  42:19
truly 27:7
Trump 29:20
  38:17,23
trust 42:21
trustees 2:14,16
  8:25 9:3,13
  31:21,22
truth 4:23 5:3,3
  5:11,12,13 6:1
  6:14,15,23
  42:23
truths 6:16
try 3:25 18:2,9
  45:17 47:3
trying 5:12 13:4
  14:21,21,22
  19:13 40:2
Tuesday 19:19
turn 8:16 14:1
  17:23
turned 13:25
Turns 12:18
TV 16:5
Tweet 6:7
twelve 16:24
twice 25:18
two 2:20 8:19
  31:9 32:1,8
  34:8 37:16 40:7
  41:20 45:7,15
type 13:2 41:14

_____

**U**

U.S 24:4,7,10
ultimately 40:13
unable 38:14
uncomfortable
  17:19
undercurrent

44:13
understand 5:13
  7:12,12 22:4
  32:4 46:15,15
understands 31:6
  46:16
unelected 22:1
unfactual 30:4
UNIDENTIFI...
  6:9 15:17 18:3
  23:3,10 45:1,2
unintended 7:19
  7:20,24 8:15,17
  10:4 11:19
  36:13 41:17
union 29:18
univer- 4:21
universally 13:10
  13:12
universities 1:8
  2:3,20 3:13
  5:10,11 11:4,10
  11:13 13:14
  19:7 20:16,18
  20:23 23:17
  26:24 28:1 29:1
  31:11 32:11
  33:1,20 34:7
  38:2,4 40:8
  44:8
university 2:5,24
  4:22 5:2,4 8:21
  8:22 9:5,6,6
  11:12 16:4
  19:11,24 20:8
  22:3,24 25:6
  26:24 27:2,15
  31:15,22 32:9
  32:15 33:9,12
  33:25 38:6
  42:13 43:10
  44:7
unquote 6:17
upset 35:6
use 7:16 11:1,9

11:22 13:7,17
  13:21 18:13
  39:3,22 40:22
  45:13
uses 35:3
usually 13:14
usurp 32:5

_____

**V**

V-shaped 23:8
vacation 15:14
vaccination 2:25
vaccine 15:10,11
  15:16 16:6 37:2
vaccines 6:7
vehicle 4:18
verbatim 30:1
vessels 45:13
VI 25:11 39:15
  41:14
victim 33:14
video 35:4
videoed 46:10
view 4:13,21 5:13
  5:14 6:22 9:4
  24:10,12 43:9
  43:11
viewed 18:5
viewpoint 25:3,6
  40:24,25 41:5
  41:12
views 3:22
violation 11:7
violations 39:14
  39:15,15,23
violence 5:19,23
Virginia 35:25
virtuous 45:12
voice 21:19 29:6

_____

**W**

wa- 7:4
wager 7:2
waiting 8:6
walk 43:23 44:17

walking 30:8
want 6:14 9:6
  15:22 17:10,15
  23:4 29:10
  31:21,22,23,24
  33:8 34:3,3
  35:10 42:24
  43:4 44:5 45:3
  45:13 46:24,24
  47:9,14,15,17
  47:23,24 48:3
  48:10
wanted 17:11
wants 16:20
  45:16
Warren 8:4,6
wasn't 33:14,14
Watson 41:3
waves 39:9
way 4:16 7:5 9:4
  11:17 14:6,6
  22:13 25:1,8,19
  25:21 28:25
  29:17 44:20,21
ways 18:22 32:5
  36:12
we'll 2:9,9,9 12:8
  19:17 22:21
  23:13 27:16
  44:18
we're 2:8 6:12
  7:10 8:1,11
  10:13 17:13
  18:1 20:11 23:1
  29:2 30:21 31:1
  32:23 33:2
  34:24 35:11,11
  37:13 38:5
  39:16 40:2
  47:13,13
we've 10:23
  13:24 15:4
  18:12,16,20,21
  18:21 20:12
  24:23 30:5,19

Global Liberty Audio

32:9,11 33:3,5
41:1 42:14
**weak** 28:14
**weapon** 36:24
**weaponize** 11:20
**weaponized** 6:17
**weapons** 39:3
**website** 43:2
**weeks** 36:6
**weigh** 10:18
**weird** 45:4
**well-established**
43:10
**went** 16:5 19:16
31:23 32:10
33:19 48:5
**whack-a-mole**
19:15
**whatsoever**
47:21
**White** 38:17
**wife** 15:14 34:12
**William** 8:23
**willing** 7:16 13:7
13:17 31:7
39:22 43:23
**win** 44:17 45:17
**winning** 46:17
**wins** 22:23,24
**withstand** 29:23
**withstanding**
7:23
**witness** 29:22
**witnesses** 3:1
**women's** 26:11
**won** 13:11
**wondering** 40:18
41:7
**word** 14:25 22:11
45:8
**work** 3:17,18,19
9:3 10:25 11:1
11:10 19:17
21:4,5 29:19
31:25 32:1

39:21 46:11
48:5
**worked** 24:5 39:6
47:25
**workforce** 23:24
**working** 3:14,15
4:4 30:21 34:22
46:9
**works** 11:10
17:12 36:10
**world** 4:13,14 7:4
9:9 15:11
**world's** 18:6,8
**worried** 41:24
**worry** 8:15
**worse** 8:10 11:21
15:1
**worst** 7:25 28:15
**worth** 7:24 13:18
36:21
**wouldn't** 34:12
**write** 43:4
**write-in** 2:13
**written** 40:25
41:9
**wrong** 42:11

**X**

**Y**

**Yale** 8:23 14:12
**Yale's** 14:13
**yeah** 3:15 18:4
19:2 23:2,11
34:17,17 39:20
41:10 44:2,22
46:3
**year** 12:2 15:23
32:21,22 38:24
**years** 2:12,21
11:6 13:24
23:13 24:5 31:3
31:5,5 32:3
35:1 37:15,16
46:9

**young** 16:22 21:7
23:17 45:16,17
48:11
**Youngkin** 35:25

**Z**

**zero** 12:18
**Zywicki** 2:4,8
6:10 15:18
38:13 39:20
43:13,20 44:22
46:14 47:6

**0**

**1**

**100** 32:22 42:5
**101** 49:18
**10s** 36:20
**12** 32:11 38:2
**15** 2:12
**19** 33:1 45:4 46:9
**19-year-old** 6:8
**1964** 41:14

**2**

**2** 40:12
**20** 31:3
**20-year** 31:1
**2019** 7:4
**2020** 24:7 26:17
**2025** 27:6 39:11
**214** 49:19
**25** 13:24 47:20
**28** 32:11 38:2

**3**

**3** 40:12
**312** 49:17

**4**

**4228** 49:18
**49** 37:8 45:23
46:3

**5**

**5,000** 32:24
**50** 29:12 32:22,23
42:5

**6**

**6581** 49:16
**67** 36:22

**7**

**7** 41:14
**7-31-23** 49:20
**75206** 49:19

**8**

**855-5100** 49:19

**9**

**90** 22:10