# Exhibit 21

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD LOWERY § § § PLAINTIFF, § § v. § LILLIAN MILLS, in her official capacity § as Dean of the McCombs School of § Business at the University of Texas at § Austin; ETHAN BURRIS, in his official § capacity as Senior Associate Dean for § Academic Affairs of the McCombs School § of Business at the University of Texas-§ Austin; and SHERIDAN TITMAN, in his § official capacity as Finance Department § Chair for the McCombs School of § Business at the University of Texas-§ Austin, § § DEFENDANTS. § § | | Case No. 1:23-CV-00129-LY |

## BUSINESS RECORDS DECLARATION OF LILLIAN MILLS

My name is Lillian Mills and if called as a witness I would state that I am competent to testify to the following, all of which is within my personal knowledge and is true and correct:

1. I, Lillian Mills, am over eighteen (18) years of age. I am fully capable of making this declaration. All the facts stated herein are true and correct and within my personal knowledge.

2. I am currently Dean of the McCombs School of Business at the University of Texas at Austin (the "University"). I am a custodian of records for the University.

3. I have reviewed Exhibits 4, 5, 7, 8, 9, 15, 16, and 20 (the "Exhibits) attached to Defendants' Response to Plaintiff's Motion for Preliminary Injunction. The Exhibits are true and accurate copies of University policies, University records, University operating procedures, and rules

Business Records Declaration of Lillian Mills    1

and regulations of the Board of Regents. The Exhibits are all records: (1) made at or near the time of institution; (2) kept as a regularly conducted activity of the University; and (3) are made as a regular practice of the University.

4. The Exhibits are as follows:

   a. Exhibit 4 is a Recommendation for Change in Academic Rank/Status for Assistant Professor James Richard Lowery, Jr., signed by the University President's designee Maurie McInnis on October 24, 2016, reflecting the President's approval of Professor Lowery's promotion to Associate Professor effective September 1, 2017.

   b. Exhibit 5 is a Dean's Evaluation by then-Dean Jay Hartzell dated October 24, 2016 recommending the promotion of Richard Lowery to Associate Professor.

   c. Exhibit 7 is University of Texas System Board of Regents' Rule 31004, Rights and Responsibilities of Faculty Members.

   d. Exhibit 8 is University of Texas System Board of Regents' Rule 60101, Acceptance and Administration of Gifts.

   e. Exhibit 9 is University of Texas at Austin Handbook of Operating Procedures 3-2031, Gifts: Solicitation, Acceptance, and Management.

   f. Exhibit 15 is University of Texas at Austin Handbook of Operating Procedures 2-2310, Faculty Grievance Procedure.

   g. Exhibit 16 is University of Texas System Board of Regents' Rule 31008, Termination of a Faculty Member.

   h. Exhibit 20 is a table printed from Workday, UT Austin's administrative software for human relations, benefits, and payroll, showing the pay change history for Associate Professor James Richard Lowery from October 25, 2018 through March 14, 2023.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2023

*Lillian Mills*
CF1FD7D7BF8840C...

Lillian Mills
Dean of the McCombs School of Business