UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD LOWERY,<br><br>    *Plaintiff*,<br><br>v.<br><br>LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin,<br><br>    *Defendants*. | Case No. 1:23-cv-129-LY |

**ORDER**

BEFORE THE COURT is the Plaintiff's Opposed Motion for Expedited Discovery. The Court, having considered the briefs on file and all arguments of counsel, hereby find that Plaintiff's Opposed Motion for Expedited Discovery is well-taken and is therefore GRANTED.

IT IS THEREFORE ORDERED that following expedited discovery will be allowed:

    1. Defendants will collect all emails and ephemeral messages (texts) sent to or from Jay Hartzell, Lillian Mills, Ethan Burris, Sheridan Titman, Nancy

1

Brazzil, or Meeta Kothare, concerning Lowery's speech, directly or indirectly, dated between June 1, 2022, and November 1, 2022, and produce such records to Plaintiff as soon as possible and at least five business days in advance of early depositions;

2. Plaintiff is granted leave to conduct early deposition of Jay Hartzell, Lillian Mills, Nathan Burris, Sheridan Titman, and Meeta Kothare, lasting no more than three hours each, to occur before May 1, 2023, unless otherwise agreed by the parties; and

3. The parties are directed to reasonably cooperate in the scheduling of the depositions and document production.

SIGNED this _____ day of March, 2023.

_____
THE HON. LEE YEAKEL
U.S. DISTRCT JUDGE