# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD LOWERY, <br><br> PLAINTIFF, <br><br> v. <br><br> LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin, <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § | Case No. 1:23-CV-00129-LY |

### NOTICE OF APPEARANCE

Matt Dow of the law firm Jackson Walker L.L.P. files this notice of appearance as counsel for Defendants and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Defendants, and requests CM/ECF notifications of filings in this case.

Respectfully submitted,

JACKSON WALKER LLP

By: /s/ Matt Dow
    Charles L. Babcock
    Texas State Bar No. 01479500
    cbabcock@jw.com
    Joel R. Glover
    Texas State Bar No. 24087593
    jglover@jw.com
    Javier Gonzalez
    Texas State Bar No. 24119697
    jgonzalez@jw.com
    1401 McKinney Street, Suite 1900
    Houston, Texas 77010
    (713) 752-4200 – Phone
    (713) 752-4221 – Fax

    Matt Dow
    Texas State Bar No. 06066500
    mdow@jw.com
    Adam W. Aston
    Texas State Bar No. 24045423
    aaston@jw.com
    100 Congress Ave., Suite 1100
    (512) 236-2056 – Phone
    (512) 691-4456 – Fax

    ATTORNEYS FOR
    DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, I caused a copy of the foregoing pleading to be served upon counsel of record for all parties via the Court's ECF system.

/s/ Matt Dow
Matt Dow