# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD LOWERY, | § § § | |
| PLAINTIFF, | § § | Case No. 1:23-CV-00129-LY |
| v. | § § § | |
| LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin, | § § § § § § § § § § § § § § | |
| DEFENDANTS. | § | |

### ORDER ON
### PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

The Court has been presented with Plaintiff's Motion For Expedited Discovery ("Motion") (Dkt. 16) and Defendants' Response thereto (Dkt. 19). After reviewing the pleadings, the Court finds that the Motion should be denied.

It is therefore ORDERED that Plaintiff's Motion For Expedited Discovery is DENIED.

Signed this _____ day of _____, 2023.

_____
Lee Yeakel
United States District Judge