IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2023 MAR 27 PM 4: 20
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ CR _____
DEPUTY

| | |
|---|---|
| RICHARD LOWERY, § | |
|     PLAINTIFF, § | |
| § | CAUSE NO. 1:23-CV-129-LY |
| V. § | |
| § | |
| LILLIAN MILLS, IN HER OFFICIAL § | |
| CAPACITY AS DEAN OF THE § | |
| MCCOMBS SCHOOL OF BUSINESS § | |
| AT THE UNIVERSITY OF TEXAS AT § | |
| AUSTIN; ETHAN BURRIS, IN HIS § | |
| OFFICIAL CAPACITY AS SENIOR § | |
| ASSOCIATE DEAN FOR ACADEMIC § | |
| AFFAIRS OF THE MCCOMBS SCHOOL § | |
| OF BUSINESS AT THE UNIVERSITY § | |
| OF TEXAS-AUSTIN; AND SHERIDAN § | |
| TITMAN, IN HIS OFFICIAL CAPACITY § | |
| AS FINANCE DEPARTMENT CHAIR § | |
| FOR THE MCCOMBS SCHOOL OF § | |
| BUSINESS AT THE UNIVERSITY OF § | |
| TEXAS-AUSTIN, § | |
|     DEFENDANTS. § | |

## TRANSFER ORDER

Before the court is the above-styled and numbered cause. It appears to the court that the above-styled and numbered cause should be transferred from the docket of the Honorable Lee Yeakel, United States District Judge, to the docket of the Honorable David A. Ezra, Senior United States District Judge, both judges having consented to the transfer.

**IT IS ORDERED** that the above-styled and numbered cause is **TRANSFERRED** to the docket of the Honorable David A. Ezra, Senior United States District Judge, for all purposes.

Pursuant to the Amended Order Assigning the Business of the Court effective December 16, 2022, the clerk of court shall credit this case to the percentage of business of the receiving Judge.

SIGNED this 27th day of March, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE