**Exhibit T**

## Del Kolde

| | |
|---|---|
| **Subject:** | UT case: discovery planning conference |
| **Location:** | https://us02web.zoom.us/j/86117501869?pwd=a0ZtY2lPaGNWaldhVDl6cXhOdC9Ddz09 |
| **Start:** | Wed 03/22/2023 13:00 |
| **End:** | Wed 03/22/2023 13:30 |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Del Kolde |
| **Required Attendees:** | Glover, Joel |
| **Optional Attendees:** | Stephanie Brown; michael@lovinslaw.com; Babcock, Chip; Aston, Adam; Gonzalez, Javier; Dow, Matt; Barake, Gabriela |

Del Kolde is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://us02web.zoom.us/j/86117501869?pwd=a0ZtY2lPaGNWaldhVDl6cXhOdC9Ddz09

Meeting ID: 861 1750 1869
Passcode: 778338
One tap mobile
+12532158782,,86117501869#,,,,*778338# US (Tacoma)
+12532050468,,86117501869#,,,,*778338# US

Dial by your location
    +1 253 215 8782 US (Tacoma)
    +1 253 205 0468 US
    +1 719 359 4580 US
    +1 346 248 7799 US (Houston)
    +1 669 444 9171 US
    +1 669 900 6833 US (San Jose)
    +1 646 931 3860 US
    +1 689 278 1000 US
    +1 929 205 6099 US (New York)
    +1 301 715 8592 US (Washington DC)
    +1 305 224 1968 US
    +1 309 205 3325 US
    +1 312 626 6799 US (Chicago)
    +1 360 209 5623 US
    +1 386 347 5053 US
    +1 507 473 4847 US
    +1 564 217 2000 US
Meeting ID: 861 1750 1869
Passcode: 778338
Find your local number: https://us02web.zoom.us/u/kcxd6YO3kG