UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD LOWERY | § § | |
| PLAINTIFF, | § § | Case No. 1:23-CV-00129-DAE |
| v. | § § § | |
| LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin, | § § § § § § § § § § § § § § | |
| DEFENDANTS. | § | |

**[Proposed] Order on Opposed Motion to Stay
All Additional Discovery Obligations Until
the Court Rules Upon the Pending Motion to Dismiss**

The Court has been presented with Defendants' Opposed Motion to Stay All Additional Discovery Obligations Until the Court Rules Upon the Pending Motion to Dismiss ("the Motion"). After reviewing the Motion and other pleadings, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that all additional discovery obligations, including the parties' Rule 26 and Local Rule 26 obligations, are stayed until after the Motion to Dismiss is determined. This Order does not relieve the parties of their obligations to comply with the specific preliminary-injunction discovery ordered by Magistrate Judge Howell in the Order of April 5, 2023. If the Motion to Dismiss is denied in whole or in part, the parties must confer under Rule 26(f) within fourteen days of the entry of the Order denying the Motion to Dismiss.

Signed this _____ day of _____, 2023.

                                                            David A. Ezra
                                                            United States District Judge