# Exhibit V

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| RICHARD LOWERY | § § | |
| PLAINTIFF, | § § | Case No. 1:23-CV-00129-DAE |
| v. | § § § | |
| LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin, | § § § § § § § § § § § § § § § | |
| DEFENDANTS. | § | |

## DEFENDANT ETHAN BURRIS' OBJECTIONS AND ANSWERS TO PLAINTIFF'S DEPOSITION ON WRITTEN QUESTIONS

TO:    Plaintiff Richard Lowery, by and through his attorneys of record, Endel Kolde and Stephanie M. Brown, Institute for Free Speech, 1150 Connecticut Avenue, N.W., Suite 801, Washington, D.C. 20036, and Michael E. Lovins, Lovins | Tosclair, P.L.L.C., 1301 S. Capital of Texas Highway, Building A., Suite 135, Austin, Texas 78746.

Defendant Ethan Burris serves these objections and answers to Plaintiff Richard Lowery's Deposition on Written Questions in full compliance with the Court's April 5, 2023, order (Dkt. 29).

Respectfully submitted,

JACKSON WALKER LLP

By: /s/ *Charles L. Babcock*
Charles L. Babcock
Texas State Bar No. 01479500
cbabcock@jw.com
Joel R. Glover
Texas State Bar No. 24087593
jglover@jw.com
Javier Gonzalez
Texas State Bar No. 24119697
jgonzalez@jw.com
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200 – Phone
(713) 752-4221 – Fax

Matt Dow
Texas State Bar No. 06066500
mdow@jw.com
Adam W. Aston
Texas State Bar No. 24045423
aaston@jw.com
100 Congress Ave., Suite 1100
Austin, Texas 78701
(512) 236-2056 – Phone
(512) 691-4456 – Fax

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023, I caused a copy of the foregoing pleading to be served upon counsel of record for all parties in compliance with the Federal Rules of Civil Procedure.

/s/ *Charles L. Babcock*
Charles L. Babcock

## OBJECTIONS AND ANSWERS TO
## PLAINTIFF'S DEPOSITION ON WRITTEN QUESTIONS

**DEPOSITION QUESTION NO. 1.**  During the time period from June 30, 2022, through September 1, 2022, did Jay Hartzell ever communicate with you concerning anything Richard Lowery said during his appearance on the Richard Hanania (CSPI) podcast?

**ANSWER**:   No.

**DEPOSITION QUESTION NO. 2.**  During the time period from June 30, 2022 through September 1, 2022, did Jay Hartzell ever communicate with you concerning anything that Richard Lowery wrote in any online medium?

**ANSWER**:   No.

**DEPOSITION QUESTION NO. 3.**  If you answered yes to either of the preceding questions, please identify when you communicated with Jay Hartzell.

**ANSWER**:   Not applicable.

**DEPOSITION QUESTION NO. 4.**  Please describe in detail the contents of any communications with Jay Hartzell referenced in response to the preceding questions.

**ANSWER**:   Not applicable.

**DEPOSITION QUESTION NO. 5.**  During the time period from June 30, 2022, through September 1, 2022, did anyone other than Jay Hartzell communicate with you concerning anything Richard Lowery said during his appearance on the Richard Hanania (CSPI) podcast?

**ANSWER**:   Yes.

**DEPOSITION QUESTION NO. 6.**  During the time period from June 30, 2022, through September 1, 2022, did anyone other than Jay Hartzell communicate with you concerning anything that Richard Lowery wrote in any online medium?

**ANSWER**:   Yes.

**DEPOSITION QUESTION NO. 7.**  If you answered yes to either of the preceding two questions, please identify all persons who communicated with you concerning what Richard Lowery said or wrote.

**ANSWER**:   Caitlin Mullaney, Lillian Mills, Carlos Carvalho, Jeff Graves, Amanda Cochran-McCall (University counsel), Adam Biggs (University counsel)

**DEPOSITION QUESTION NO. 8.**   Please describe in detail the contents of any communications with any of the individuals identified in response to the preceding question.

**ANSWER**:   Defendant is instructed not to answer this question on the basis of the attorney-client privilege only as to the contents of any communications with counsel. Defendant otherwise answers as follows:

| **Caitlin Mullaney** | On August 5, 2022, Mullaney forwarded a YouTube link to Richard Hanania's July 2022 interview with Dr. Lowery on "Lessons from the Frontlines of the University Wars" and referenced minute 26 of the interview. I responded that I had not watched the entire interview. |
|---|---|
| **Dean Mills** <br> **Dr. Carvalho** | As noted in my previous declaration, on August 12, 2022, Dean Mills and I met with Dr. Carvalho, Dr. Lowery's supervisor at the Salem Center, regarding multiple subjects, beginning with discussions concerning the Salem Center's performance. To prepare for this meeting, Dean Mills and I discussed several topics on or around August 9, 2022, including briefly touching on how Dr. Lowery impaired the Salem Center's operations. |
| **Jeff Graves** | On August 9, 2022, Chief Compliance Officer Jeff Graves forwarded an anonymous email to me and Dean Mills asking the Compliance Office and Faculty Council to review the Hanania podcast interview (Lessons from the Frontlines of the University Wars) for potential violations of ethical standards. Graves stated this appeared to be a personnel issue for Dean Mills and me to review. I did not respond. |

**DEPOSITION QUESTION NO. 9.**   During the time period from June 30, 2022 through November 1, 2022, did you ever exchange text messages with Jay Hartzell concerning Richard Lowery?

**ANSWER**:   No.

**DEPOSITION QUESTION NO. 10.**   During the time period from June 30, 2022 through November 1, 2022, if anyone ever communicated to you that Richard Lowery had "disparaged" any UT officials, please identify those individuals and what they communicated to you.

**ANSWER**:   Defendant is instructed not to answer this question on the basis of the attorney-client privilege only as to the contents of any communications with counsel. Defendant otherwise answers as follows:

While it does not contain the word "disparaged," the anonymous email forwarded by Jeff Graves on August 9, 2022, as discussed above, may be viewed as raising concerns about disparagement.

## DECLARATION OF DEFENDANT ETHAN BURRIS

I, Ethan Burris, declare and state as follows:

My name is Ethan Burris. I am a defendant in this lawsuit. My answers to Plaintiff Richard Lowery's Deposition on Written Questions are within my personal knowledge and are true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 17, 2023.

_____
Ethan Burris