**Exhibit W**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD LOWERY | § § § | |
| PLAINTIFF, | § § | Case No. 1:23-CV-00129-DAE |
| v. | § § § | |
| LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin, | § § § § § § § § § § § § § § § | |
| DEFENDANTS. | § | |

## DEFENDANT SHERIDAN TITMAN'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S DEPOSITION ON WRITTEN QUESTIONS

TO:   Plaintiff Richard Lowery, by and through his attorneys of record, Endel Kolde and Stephanie M. Brown, Institute for Free Speech, 1150 Connecticut Avenue, N.W., Suite 801, Washington, D.C. 20036, and Michael E. Lovins, Lovins | Tosclair, P.L.L.C., 1301 S. Capital of Texas Highway, Building A., Suite 135, Austin, Texas 78746.

Defendant Sheridan Titman serves these objections and responses to Plaintiff Richard Lowery's Deposition on Written Questions in full compliance with the Court's April 5, 2023, order (Dkt. 29).

Respectfully submitted,

JACKSON WALKER LLP

By: /s/ *Charles L. Babcock*
Charles L. Babcock
Texas State Bar No. 01479500
cbabcock@jw.com
Joel R. Glover
Texas State Bar No. 24087593
jglover@jw.com
Javier Gonzalez
Texas State Bar No. 24119697
jgonzalez@jw.com
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200 – Phone
(713) 752-4221 – Fax

Matt Dow
Texas State Bar No. 06066500
mdow@jw.com
Adam W. Aston
Texas State Bar No. 24045423
aaston@jw.com
100 Congress Ave., Suite 1100
Austin, Texas 78701
(512) 236-2056 – Phone
(512) 691-4456 – Fax

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023, I caused a copy of the foregoing pleading to be served upon counsel of record for all parties in compliance with the Federal Rules of Civil Procedure.

/s/ *Charles L. Babcock*
Charles L. Babcock

## OBJECTIONS AND RESPONSES TO
## PLAINTIFF'S DEPOSITION ON WRITTEN QUESTIONS

**DEPOSITION QUESTION NO. 1.** During the time period from June 30, 2022, through September 1, 2022, did Jay Hartzell ever communicate with you concerning anything Richard Lowery said during his appearance on the Richard Hanania (CSPI) podcast?

**ANSWER**:   No.

**DEPOSITION QUESTION NO. 2.** During the time period from June 30, 2022 through September 1, 2022, did Jay Hartzell ever communicate with you concerning anything that Richard Lowery wrote in any online medium?

**ANSWER**:   No.

**DEPOSITION QUESTION NO. 3.** If you answered yes to either of the preceding questions, please identify when you communicated with Jay Hartzell.

**ANSWER**:   Not applicable.

**DEPOSITION QUESTION NO. 4.** Please describe in detail the contents of any communications with Jay Hartzell referenced in response to the preceding questions.

**ANSWER**:   Not applicable.

**DEPOSITION QUESTION NO. 5.** During the time period from June 30, 2022, through September 1, 2022, did anyone other than Jay Hartzell communicate with you concerning anything Richard Lowery said during his appearance on the Richard Hanania (CSPI) podcast?

**ANSWER**:   No.

**DEPOSITION QUESTION NO. 6.** During the time period from June 30, 2022, through September 1, 2022, did anyone other than Jay Hartzell communicate with you concerning anything that Richard Lowery wrote in any online medium?

**ANSWER**:   Yes.

**DEPOSITION QUESTION NO. 7.** If you answered yes to either of the preceding two questions, please identify all persons who communicated with you concerning what Richard Lowery said or wrote.

**ANSWER**:   Meeta Kothare and Laura Starks.

**DEPOSITION QUESTION NO. 8.**     Please describe in detail the contents of any communications with any of the individuals identified in response to the preceding question.

**ANSWER**:     On August 22, 2022, I was the sender or recipient in a chain of several emails with Meeta Kothare and Laura Starks. The contents of such communications are reflected in Exhibit O of Plaintiff's Motion for Preliminary Injunction.

**DEPOSITION QUESTION NO. 9.**     During the time period from June 30, 2022 through November 1, 2022, did you ever exchange text messages with Jay Hartzell concerning Richard Lowery?

**ANSWER**:     No.

**DEPOSITION QUESTION NO. 10.**     If you had any communications with Meeta Kothare concerning Richard Lowery during the month of August 2022, please describe the contents of all of those communications in detail.

**ANSWER**:     See Response to Deposition Question 8. The only communication I had with Meeta Kothare concerning Richard Lowery during the month of August 2022 is reflected in the email chain attached as Exhibit O of Plaintiff's Motion for Preliminary Injunction.

## DECLARATION OF DEFENDANT SHERIDAN TITMAN

I, Sheridan Titman, declare and state as follows:

My name is Sheridan Titman. I am a defendant in this lawsuit. My answers to Plaintiff Richard Lowery's Deposition on Written Questions are within my personal knowledge and are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2023.

_____
Sheridan Titman