UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD LOWERY,<br><br>   *Plaintiff*,<br><br>v.<br><br>LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin,<br><br>   *Defendants*. | Case No. 1:23-cv-129-DAE |

ORDER

BEFORE THE COURT is the Plaintiff's Motion to Compel. The Court, having considered the briefs on file and all arguments of counsel, hereby find that Plaintiff's Motion to Compel is well-taken and is therefore GRANTED.

IT IS THEREFORE ORDERED that Defendants shall provide information within five business days of this Order listing when the communication between Defendants Lillian Mills, Ethan Burris, and the Office of the Vice President of Legal Affairs, namely, Amanda Cochran-McCall and Adam Biggs, took place and describe that communication sufficiently enough to demonstrate the merits of the privilege

claim, in accordance with Fed. R. Civ. P. 26(b)(5)(A). Defendants are also directed to produce, within five business days of this Order, emails Mills and Burris have identified that are relevant to Lowery's speech, including an email dated August 5, 2022, from Caitlin Mullaney; an anonymous email dated August 9, 2022, forwarded from Jeffrey Graves (including all metadata associated with the anonymous email) and Graves's email forwarding it; emails dated August 11, 2022, from Mike Rowling and Ty Henderson; an August 12, 2022, email from Mike Rosen; various emails dated between August 16-17, 2022; and any response as referred to by the Defendants. Last, the Court orders the parties to hold a Rule 26(f) conference within 14 days of this Order.

SIGNED this _____ day of May, 2023.

_____
JUDGE