# Del Kolde

| | |
|---|---|
| **From:** | Del Kolde |
| **Sent:** | Thursday, April 27, 2023 8:56 |
| **To:** | Glover, Joel |
| **Cc:** | Babcock, Chip; Dow, Matt; Stephanie Brown; Michael Lovins |
| **Subject:** | Corrected brief - FW: Activity in Case 1:23-cv-00129-DAE Lowery v. Mills et al Response in Opposition to Motion |
| **Attachments:** | Lowery Resp to UT's Mtn to DM - FINAL.pdf; 23 Lowery's resp to mtn to DM.pdf |

Dear Joel:

Just left you a message re this issue. We accidentally filed a second copy of our MPI reply brief (att'd) instead of our brief in response to your motion to DM on 03/28/2023. The correct response brief is attached. We just noticed this error late last night.

We plan to file a motion to correct this mistake today. We have no objection to Defendants filing an amended reply brief and will so state in our filing. Please tell us your position on this motion. If we do not hear back from you in the next few hours, we will file the motion to avoid further delay, and indicate our attempts to reach you.

Thanks.

**Del Kolde**
Senior Attorney
Institute for Free Speech

---

**From:** TXW_USDC_Notice@txwd.uscourts.gov <TXW_USDC_Notice@txwd.uscourts.gov>
**Sent:** Tuesday, March 28, 2023 14:00
**To:** cmecf_notices@txwd.uscourts.gov
**Subject:** Activity in Case 1:23-cv-00129-DAE Lowery v. Mills et al Response in Opposition to Motion

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court [LIVE]**

**Western District of Texas**

# Notice of Electronic Filing

The following transaction was entered by Kolde, Endel on 3/28/2023 at 3:59 PM CDT and filed on 3/28/2023

**Case Name:**           Lowery v. Mills et al
**Case Number:**         1:23-cv-00129-DAE
**Filer:**               Richard Lowery
**Document Number:** 23

**Docket Text:**
**Response in Opposition to Motion, filed by Richard Lowery, re [15] MOTION to Dismiss** ***the Complaint for Declaratory and Injunctive Relief*** **filed by Defendant Ethan Burris, Defendant Sheridan Titman, Defendant Lillian Mills (Kolde, Endel)**

**1:23-cv-00129-DAE Notice has been electronically mailed to:**

Adam W. Aston     aaston@jw.com, yferrari@jw.com

Charles L. Babcock     cbabcock@jw.com, kkunec@jw.com, szamen@jw.com

Endel Kolde     dkolde@ifs.org

Javier Gonzalez     jgonzalez@jw.com, todums@jw.com

Joel R. Glover     jglover@jw.com, mmcclenathen@jw.com

Matt Dow     mdow@jw.com, ewojnar@jw.com, kporter@jw.com

Michael E. Lovins     Michael@LovinsLaw.com, angela@lovinslaw.com, angela@LTLegalTeam.com, pete@LTLegalTeam.com

Stephanie M. Brown     sbrown@ifs.org

**1:23-cv-00129-DAE Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=3/28/2023] [FileNumber=28296830-0] [84b75296deaa8e0dd1db66fb28fdf58651f36d7fff95a1ebcfc968bdcff7177969 de7de6726e077d4c735bf82fe4d4cb21b49edd57c12f84aad074c0eb2b3406]]