UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD LOWERY,<br><br>    *Plaintiff*,<br><br>v.<br><br>LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin,<br><br>    *Defendants*. | Case No. 1:23-cv-129-DAE |

## ORDER

BEFORE THE COURT is the Plaintiff's Motion for Leave to correct the mistaken filing of his response to Defendants' Motion to Dismiss by filing the correct brief in its place. The Court, having considered the briefs on file and all arguments of counsel, hereby finds that Plaintiff's Motion for Leave is well-taken and is therefore GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall file the correct version of his Response to Defendants' Motion Dismiss (attached as Exhibit 1 to Lowery's moving

papers) within two business days of this order. Defendants are granted leave to file an optional reply brief to the corrected filing within seven days of Lowery's filing.

SIGNED this _____ day of May, 2023.

_____
JUDGE