UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD LOWERY,<br><br>    *Plaintiff*,<br><br>v.<br><br>LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin,<br><br>    *Defendants*. | Case No. 1:23-cv-129-DAE |

<u>ORDER</u>

BEFORE THE COURT is the Defendants' Motion to Stay Discovery. The Court, having considered the briefs on file and all arguments of counsel, hereby finds that Defendants' Motion to Stay Discovery is not well-taken and is therefore DENIED.

IT IS THEREFORE ORDERED that the parties shall schedule and participate in a Rule 26(f) conference pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16(c) within two weeks of this Order. The parties shall then submit a proposed scheduling order to the Court pursuant to Local Rule 16 within two weeks of the Rule 26(f) discovery conference.

SIGNED this _____ day of May, 2023.


_____

JUDGE