UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD LOWERY,<br><br>PLAINTIFF,<br><br>v.<br><br>LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin,<br><br>DEFENDANTS. | § § § § § § § § § § § § § § § § § § § | Case No. 1:23-CV-00129-DAE |

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL**
**SUPPLEMENTAL EXPEDITED DISCOVERY**

Before the Court is Plaintiff Richard Lowery's Opposed Motion to Compel Supplemental Expedited Discovery, Dkt. 31. The Court set the motion for a hearing on _____ Dkt. ___. After considering all related filings, along with the arguments of counsel, the Court hereby DENIES Plaintiff's motion in its entirety.

IT IS SO ORDERED.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE