UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD LOWERY, <br><br> PLAINTIFF, <br><br> v. <br><br> LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin, <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § | Case No. 1:23-CV-00129-DAE |

**DEFENDANTS' RESPONSE TO LOWERY'S MOTION TO FILE A REPLACEMENT BRIEF IN RESPONSE TO THE MOTION TO DISMISS**

Lowery's motion (Dkt. 32) seeks leave to file a substitute response brief to Defendants' Motion to Dismiss (Dkt. 15). Defendants do not oppose Lowery's motion. If the Court grants Lowery leave to file his proposed brief (Dkt. 32-2), Defendants request that the Court's order grant Defendants seven days after Lowery files the new response brief in which to file their reply brief.

Respectfully submitted,

JACKSON WALKER LLP

By: */s/ Charles L. Babcock*
Charles L. Babcock
Texas State Bar No. 01479500
cbabcock@jw.com
Joel R. Glover
Texas State Bar No. 24087593
jglover@jw.com
Javier Gonzalez
Texas State Bar No. 24119697
jgonzalez@jw.com
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200 – Phone
(713) 752-4221 – Fax

Matt Dow
Texas State Bar No. 06066500
mdow@jw.com
Adam W. Aston
Texas State Bar No. 24045423
aaston@jw.com
100 Congress Ave., Suite 1100
(512) 236-2056 – Phone
(512) 691-4456 – Fax

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    I hereby certify that on May, 03, 2023, I caused a copy of the foregoing pleading to be served upon counsel of record for all parties via the Court's ECF system.

                                  */s/ Charles L. Babcock*
                                  Charles L. Babcock