UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD LOWERY,<br><br>    *Plaintiff*,<br><br>v.<br><br>LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin,<br><br>    *Defendants*. | Case No. 1:23-cv-00129-DAE |

NOTICE OF UNAVAILABILITY

The undersigned lead counsel for plaintiff Richard Lowery hereby gives notice that he will be unavailable and traveling out of the country from June 20, 2023, through July 2, 2023, with most of that time spent 13 hours ahead of Central Time. Counsel respectfully requests that no hearings, depositions, or other proceedings requiring Plaintiff's counsel's attendance, be scheduled during that time period.

Respectfully submitted,				Dated: May 8, 2023

*s/Endel Kolde*
Endel Kolde
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Suite 801
Washington, D.C.  20036
(202) 301-1664
dkolde@ifs.org

*Attorney for Richard Lowery*