UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD LOWERY,<br><br> *Plaintiff*,<br><br>v.<br><br>LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin,<br><br> *Defendants*. | Case No. 1:23-cv-129-DAE |

UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

1

Pursuant to Local Rule AT-3, Stephanie M. Brown of the Institute for Free Speech requests that she be permitted to withdraw as counsel of record in this matter. The reason for this request is that Ms. Brown is leaving IFS to begin a clerkship, with her last day being July 13, 2023. Defendants are unopposed to the filing of this motion.

Endel Kolde and Michael Lovins will remain counsel for Plaintiff and their addresses and telephone numbers of record remain the same. *See* Local R. AT-3.

Respectfully submitted,                    Dated: July 5, 2023

   *s/Stephanie M. Brown*
Stephanie M. Brown
State Bar No. 24126339
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW, Suite 801
Washington, D.C. 20036
Tel: (202) 301-1664
Fax: (202) 301-3399
sbrown@ifs.org

*Attorneys for Richard Lowery*

## **CERTIFICATE OF SERVICE**

I hereby certify that that I served the foregoing Unopposed Motion for Withdrawal of Counsel on all parties through the Court's electronic filing system. Executed under penalty of perjury on July 5, 2023.

_s/Stephanie M. Brown_