UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD LOWERY,<br><br>    *Plaintiff,*<br><br>v.<br><br>LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin,<br><br>    *Defendants.* | Case No. 1:23-cv-129-DAE |

ORDER

BEFORE THE COURT is Stephanie Brown's Unopposed Motion for Withdrawal of Counsel.  The Court hereby finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Ms. Stephanie M. Brown is withdrawn from the case.

**DATED**: Austin, Texas, July 7, 2023.

_____
SENIOR UNITED STATES DISTRICT JUDGE