UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Richard Lowery, | § § | |
| Plaintiff, | § § | NO:  AU:23-CV-00129-DAE |
| vs. | § § | |
| Lillian Mills, et al. | § § § | |
| Defendants. | § | |

## ORDER SETTING PRELIMINARY INJUNCTION AND MOTION TO DISMISS HEARING

It is hereby ORDERED that the above entitled and numbered case is set for a hearing for the pending MOTION for Preliminary Injunction and MOTION to Dismiss (Dkt no. 8 & 15) before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, August 31, 2023 at 09:00 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas August 09, 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE