UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD LOWERY,<br><br>    *Plaintiff*,<br><br>v.<br><br>LILLIAN MILLS, et al.,<br><br>    *Defendants*, | Case No. 1:23-cv-129-LY |

NOTICE OF APPEARANCE

Please take notice that the undersigned, Courtney Corbello, hereby appears on behalf of the Plaintiff, Richard Lowery, in the above-captioned case. Endel Kolde remains the lead attorney. Ms. Corbello is a member in good standing with the United States District Court, Western District of Texas and with the State Bar of Texas. Plaintiff requests that a copy of all papers served or filed in this action be forwarded via ECF or to:

    Courtney Corbello
    Texas State Bar No. 24097533
    INSTITUTE FOR FREE SPEECH
    1150 Connecticut Ave., NW
    Suite 801
    Washington, D.C. 20036
    ccorbello@ifs.org

Respectfully submitted.                             Dated: August 11, 2023

*/s/Courtney Corbello*
Courtney Corbello
Endel Kolde
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Suite 801
Washington, D.C. 20036
Tel: (202) 301-1664
Fax: (202) 301-3399
dkolde@ifs.org
ccorbello@ifs.org

Michael E. Lovins
State Bar No. 24032555
LOVINS | TROSCLAIR, PLLC
1301 S. Cap. Of Texas
Building A Suite 136
Austin, Texas 78746
Tel: 512.535.1649
Fax: 214.972.1047
michael@lovinslaw.com

*Attorneys for Richard Lowery*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically serves notification of the filing on counsel for all parties.

                                        */s/ Courtney Corbello*
                                        Courtney Corbello