UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD LOWERY,<br><br>    *Plaintiff*,<br><br>v.<br><br>LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin,<br><br>    *Defendants*. | Case No. 1:23-cv-129-DE |

PLAINTIFF'S UNOPPOSED MOTION FOR A CONTINUANCE OF THE HEARING DATE FOR THE PARTIES' CROSS-MOTIONS

1

LOCAL RULE 7(G) CERTIFICATION

On August 11 and 12, 2023, counsel for all parties conferred by telephone and email and agreed that Plaintiff's counsel would file an unopposed motion for continuance of the hearing date for the parties' cross motions, while providing availability information for all parties to assist with scheduling.

INTRODUCTION AND RELIEF REQUESTED

On August 9, 2023, this Court set a hearing on Plaintiff's motion for preliminary injunction and Defendants' motion to dismiss for August 31, 2023 (the "Hearing"). ECF No. 45. On August 10, 2023, Plaintiff's counsel learned that Lowery's material witness was unavailable on that Hearing date. Counsel for the parties conferred on August 11 and 12, 2023, and agreed to provide scheduling information to the Court and seek a new Hearing date in October, by way of an unopposed motion.

FACTS AND SCHEDULING INFORMATION

Plaintiff Richard Lowery asserts the need to present live testimony at the preliminary injunction hearing, in particular from Carlos Carvalho, a witness he claims heard Defendants threaten consequences for Lowery due to his speech.[1] On August 10, 2023, Plaintiff's counsel learned that Prof. Carvalho is scheduled to be the keynote speaker for the European Seminar on Bayesian Statistics, hosted by the

---

[1] *See Kaepa, Inc. v. Achilles Corp.,* 76 F.3d 624, 628 (5th Cir. 1996); *Heil Trailer Int'l Co. v. Kula,* 542 F. App'x 329, 334 (5th Cir. 2013). Plaintiff asserts that he be given a fair opportunity and meaningful hearing to present his evidence, which he alleges, is heavily dependent on the testimony of Prof. Carvalho.

University of Glasgow; and is thus unavailable to testify from Aug. 30 through September 4, 2023.

Given extensive conflicts for the parties and counsel in September, Plaintiff requests a hearing date in October when counsel and witnesses are available to appear at the Hearing. The parties' availability for the month of October 2023 is as follows:

October 11-13, 16, & 27.

## Conclusion

The Court should grant Lowery's unopposed motion for a continuance of the motions hearing to a date in October 2023.

Respectfully submitted,

*s/Endel Kolde*
Endel Kolde
Stephanie M. Brown
State Bar No. 24126339
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Suite 801
Washington, D.C. 20036
Tel: (202) 301-1664
Fax: (202) 301-3399
dkolde@ifs.org
sbrown@ifs.org

Dated: August 14, 2023

*s/Michael E. Lovins*
Michael E. Lovins
State Bar No. 24032555
LOVINS | TROSCLAIR, PLLC
1301 S. Cap. Of Texas
Building A Suite 136
Austin, Texas 78746
Tel: 512.535.1649
Fax: 214.972.1047
michael@lovinslaw.com

*Attorneys for Richard Lowery*