UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD LOWERY,<br><br>    *Plaintiff*,<br><br>v.<br><br>LILLIAN MILLS, et al.,<br><br>    *Defendants*, | Case No. 1:23-cv-129-DE |

[Proposed] Order Granting Motion for Continuance

This matter came before the Court on Plaintiffs' unopposed motion for a continuance of the hearing date currently set by the Court for August 31, 2023 to hear the parties' cross-motions (ECF No. 45). After consideration of the motion, and being fully advised, the Court finds that Plaintiff's motion should be, and is hereby, GRANTED.

It is, therefore, ORDERED that the hearing for the pending MOTION for Preliminary Injunction and MOTION to Dismiss (ECF Nos. 8 & 15) set for August 31, 2023 in the above entitled and numbered case is continued and reset for _____, _____ _____, 2023 at _____a.m./p.m. before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX.

IT IS SO ORDERED.

    Dated this the ___ day of _____, 2023.

                                                                            _____
                                                                            HON. DAVID EZRA
                                                                            U.S. DISTRICT JUDGE