UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD LOWERY,<br>    *Plaintiff,*<br><br>v.<br><br>LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and SHERIDAN TITMAN, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin,<br>    *Defendants*. | CASE NO. 1:23-cv-00129-DAE |

**DEFENDANTS' WITNESS AND EXHIBIT LISTS FOR THE AUGUST 31, 2023 HEARING**

The Court requested the parties to file a live witness list and exhibit list on the docket before the hearing. Below are Defendants' lists.

**Live Witnesses if Deemed Relevant and Necessary by the Court**

| May/Will Call | Witness | Anticipated Time |
|---|---|---|
| May | Ethan Burris | 15 minutes |
| May | Richard Lowery | 15 minutes |

**Exhibits**

| Exhibits to Defendants' Response to Plaintiff's Motion for Preliminary Injunction | | |
|---|---|---|
| Exhibit Number | Docket Number | Description |
| 1 | 14-1 | Lillian Mills Declaration |

| | | |
|---|---|---|
| 2 | 14-2 | Ethan Burris Declaration |
| 3 | 14-3 | Sheridan Titman Declaration |
| 3a | 14-3 | August 14, 2022 Email Correspondence |
| 3b | 14-3 | August 22, 2022 Email Correspondence |
| 3c | 14-3 | September 24, 2022 Email Correspondence |
| 4 | 14-4 | Change in Rank Form |
| 5 | 14-5 | Dean's Evaluation |
| 6 | 14-6 | Texas Scorecard article, August 11, 2022 |
| 7 | 14-7 | Regents Rule 31004 |
| 8 | 14-8 | Regents Rule 60101 |
| 9 | 14-9 | HOP 3-2031 |
| 10 | 14-10 | UTS 138 |
| 11 | 14-11 | November 5, 2022 Academic Freedom Panel |
| 11a | 14-11 | November 5, 2022 Academic Freedom Panel – Transcript |
| 13 | 14-13 | October 21, 2022 Policy Ideas to Fix America's Universities |
| 13a | 14-13a | October 21, 2022 Policy Ideas to Fix America's Universities - Transcript |
| 14 | 14-14 | Texas A&M Original Complaint |
| 15 | 14-15 | HOP 2-2310 |
| 16 | 14-16 | Regents Rule 31008 |
| 17 | 14-17 | Lessons from the Frontlines of the University Wars |
| 17a | 14-17a | Lessons from the Frontlines of the University Wars - Transcript |
| 18 | 14-18 | Joseph Bishop Declaration |
| 18a | 14-18a | August 24, 2022 Email Correspondence |
| 19 | 14-19 | Gabriela Maria Barake Declaration |
| 19a | 14-19a | Insider Higher Ed article, Sept. 24, 2021 |
| 19b | 14-19b | The College Fix article, Dec. 1, 2021 |
| 19c | 14-19c | Fox News article, Feb. 18, 2022 |

| | | |
|---|---|---|
| 19d | 14-19d | Campus Reform article Mar. 8, 2022 |
| 19e | 14-19e | The Texas article, April 18, 2022 |
| 19f | 14-19f | The Texas Tribune article, June 8, 2022 |
| 19g | 14-19g | The James G. Martin Center for Academic Renewal article, July 1, 2022 |
| 19h | 14-19h | Heterodox STEM article, Aug. 5, 2022 |
| 19i | 14-19i | The College Fix article, Aug. 5, 2022 |
| 19j | 14-19j | Heartland Daily News article, Aug. 11, 2022 |
| 19k | 14-19k | Texas Scorecard article, Aug. 11, 2022 |
| 19l | 14-19l | The College Fix article, Aug. 11, 2022 |
| 19m | 14-19m | The College Fix article, Aug. 12, 2022 |
| 19n | 14-19n | The College Fix article, Nov. 5, 2022 |
| 20 | 14-20 | Richard Lowery Pay Change History |
| 21 | 14-21 | Custodian of Records Declaration |
| **New Exhibits** | | |
| 22 | | Richard Lowery Raise 2023 |
| 23 | | Richard Lowery Reappointment 2023 |
| 24 | | Carlos Carvalho Civitas Bio |
| 25 | | Def. Lillian Mills's Objections and Responses to Plaintiff's DWQ |
| 26 | | Def. Sheridan Titman's Objections and Responses to Plaintiff's DWQ |
| 27 | | Def. Ethan Burris's Objections and Responses to Plaintiff's DWQ |
| **Exhibits to Plaintiff's Motion for Preliminary Injunction** | | |
| **Exhibit Number** | **Docket Number** | **Description** |
| 28 | 8-1 | Richard Lowery Declaration |
| 29 | 8-2 | Carlos Carvalho Declaration |
| 30 | 8-3 | Richard Lowery Bio |
| 31 | 8-4 | Salem Center About Us Webpage |
| 32 | 8-5 | 2022 Reappointment of Lowery to Salem Center |


| | | |
|---|---|---|
| 33 | 8-6 | Lowery Column Dec. 1, 2021 |
| 34 | 8-7 | Lowery Column June 28, 2022 |
| 35 | 8-8 | McGee Article June 8, 2022 |
| 36 | 8-9 | Lowery Column July 1, 2022 |
| 37 | 8-10 | CSPI Podcast |
| 38 | 8-11 | Richard Lowery Tweet Aug. 18, 2022 |
| 39 | 8-12 | Global Sustainability Leadership Institute Webpage |
| 40 | 8-13 | Richard Lowery Tweet April 11, 2022 |
| 41 | 8-14 | Richard Lowery Tweet Aug. 22, 2022 |
| 42 | 8-15 | Meeta Email Aug. 22, 2022 3:58:36 PM |
| 43 | 8-16 | Meeta Email Aug. 22, 2022 4:04:16 PM |
| 44 | 8-17 | Meeta Email Aug. 22, 2022 5:57:00 PM |
| 45 | 8-18 | Lowery Email Aug. 22, 2022 5:54 PM |
| 46 | 8-19 | Gove Email Aug. 24, 2022 4:56 PM |
| 47 | 8-20 | Grant Article Oct. 23, 2020 |
| **Exhibits to Plaintiff's Reply ISO Motion for Preliminary Injunction** | | |
| **Exhibit Number** | **Docket Number** | **Description** |
| 48 | 17-1 | Lowery Suppl. Declaration |
| 49 | 17-2 | Lowery Appointment Letter |

Respectfully submitted,

JACKSON WALKER L.L.P.

By: */s/ Adam W. Aston*
Charles L. Babcock
Texas State Bar No. 01479500
cbabcock@jw.com
Joel R. Glover
Texas State Bar No. 24087593
jglover@jw.com
Javier Gonzalez
Texas State Bar No. 24119697
jgonzalez@jw.com
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200 – Phone
(713) 752-4221 – Fax

Matt Dow
Texas State Bar No. 06066500
mdow@jw.com
Adam W. Aston
Texas State Bar No. 24045423
aaston@jw.com
JACKSON WALKER L.L.P.
100 Congress Ave., Suite 1100
Austin, Texas 78701
(512) 236-2056 – Phone
(512) 691-4456 – Fax

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2023, I caused a copy of the foregoing pleading to be served upon counsel of record for all parties via the Court's ECF system.

Courtney Corbello
Endel Kolde
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Suite 801
Washington, D.C. 20036
Tel: (202) 301-1664
Fax: (202) 301-3399
dkolde@ifs.org
ccorbello@ifs.org

Michael E. Lovins
State Bar No. 24032555
LOVINS |TROSCLAIR, PLLC
1301 S. Cap. Of Texas Building A
Suite 136
Austin, Texas 78746
Tel: (512) 535-1649
Fax: (214) 972-1047
michael@lovinslaw.com
Attorneys for Richard Lowery

                                        */s/ Adam W. Aston*
                                        Adam W. Aston