UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

RICHARD LOWERY,

     *Plaintiff,*

v.

LILLIAN MILLS, in her official capacity
as Dean of the McCombs School of
Business at the University of Texas at
Austin; ETHAN BURRIS, in his official
capacity as Senior Associate Dean for
Academic Affairs of the McCombs School
of Business at the University of Texas-
Austin; and SHERIDAN TITMAN, in his
official capacity as Finance Department
Chair for the McCombs School of
Business at the University of Texas-
Austin,

     *Defendants.*

Case No. 1:23-cv-00129-DAE

### PLAINTIFF RICHARD LOWERY'S WITNESS AND EXHIBIT LIST FOR HEARING

| Call Status | Witness | Estimated Time |
|---|---|---|
| Will call | Richard Lowery | 45-60 minutes (exclusive of cross |
| May call | Ethan Burris | 30 minutes (cross or hostile-witness direct) |

1

| Unavailable on hearing date (out of the country) | Carlos Carvalho | NA |
|---|---|---|

| Plaintiff's Exhibit No. | ECF No. | Description |
|---|---|---|
| 1 | 8-1 | Lowery declaration |
| 2 | 8-2 | Carvalho declaration |
| 3 | 8-3 | Lowery bio |
| 4 | 8-4 | Salem Center about us page |
| 5 | 8-5 | 2022 Reappointment to Salem Ctr |
| 6 | 8-6 | College Fix article: At UT-Austin, teaching white 4-year-olds that they're racist is funded by taxpayer dollars |
| 7 | 8-7 | Washington Times article: Perpetuating racism: Why universities insist on 'affirmative action' |
| 8 | 8-8 | Texas Tribune article: Professors behind conservative-backed "Liberty Institute" say UT has strayed from plan |
| 9 | 8-9 | Martin Center article: How UT-Austin Administrators Destroyed an Intellectual Diversity Initiative |
| 10 | 8-10 | CSPI Podcast (video) |
| 11 | 8-11 | 08-18-2022 Lowery tweet: re why are Abbott and Patrick allowing UT to go full Maoist |
| 12 | 8-12 | GSLI splash page |
| 13 | 8-13 | 04-11-2022 Lowery tweet re minor promoting leftwing activism through business |
| 14 | 8-14 | 08-22-2022 Lowery tweet re: we at Salem Center are not afraid to invite communists to debate |
| 15 | 8-15 | Thankfully-he-has-not-tagged-some-politician email |
| 16 | 8-16 | At-what-point-will-he-stir-up-some-real-trouble email |

| 17 | 8-17 | Rude-comments-are-not-acceptable email |
| 18 | 8-18 | You-don't-seem-to-be-making-friends email |
| 19 | 8-19 | We-are-more-worried-about-the-people-he-reaches-than-him email |
| 20 | 8-20 | DEI grant program |
| 21 | 14-7 | UT academic freedom rule |
| 22 | 14-17 | CSPI podcast transcript (transcript of video that is Pl. Exh. 10) |
| 23 | 16-1 | Lowery supplemental declaration including Titman comment about Hartzell being unhappy with Lowery |
| 24 | 17-1 | Lowery supplemental declaration regarding importance of tweeting and other matters |
| 25 | 17-2 | Lowery's offer letter |
| 26 | NA | Illustrative exhibit: Plaintiff's PowerPoint slide deck for hearing |
| 27 | See Def.'s exhibit list | Plaintiff may rely on any exhibit listed by Defendants in ECF No. 49 |

Respectfully submitted,

Dated: August 28, 2023

  *s/Endel Kolde*
Endel Kolde
Courtney Corbello
State Bar No. 24097533
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Suite 801
Washington, D.C.  20036
(202) 301-1664
sbrown@ifs.org
dkolde@ifs.org

  *s/Michael E. Lovins*
Michael E. Lovins
State Bar No. 24032555
LOVINS | TROSCLAIR, PLLC
1301 S. Cap. Of Texas
Building A Suite 136
Austin, Texas 78746
Tel: 512.535.1649
Fax: 214.972.1047
michael@lovinslaw.com

*Attorneys for Richard Lowery*