| | |
|---|---|
| **Message** | |
| **From**: | Graves, Jeff [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F876FAFE803A44619DBD8087F255C80B-GRAVES JEFF] |
| **Sent**: | 8/9/2022 10:38:18 AM |
| **To**: | Mills, Lillian F [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cba06f81539949798875056f6e50a92e-Mills Lilli]; Burris, Ethan R [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0b90ecf492d44debaca20348a363e8ed-Burris Etha] |
| **CC**: | Garcia, Jason J [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ff7eed2c87cc44e08bd05e6afcf8bc46-Garcia Jaso]; Brown, Hillary L [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a934fe74deb74a9e8032a49ecb42968d-Brown Hilla]; Davis, Jaime K [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b4779c69dad74d90b04e8ea8e281caab-Davis Jaime] |
| **Subject**: | Fw: compliance complaint |

Dear Lil and Ethan,

Below is an inquiry that was sent to both my office and Faculty Council, as you can see. It involves whether Professor Richard Lowery crossed any lines regarding ethics or compliance in remarks he made during a podcast, and the email contains a link to the podcast.

This appears to be a personnel issue and so I am forwarding the matter to you for review and handling.

As always, I am happy to discuss this further if you would like, but I understand that Legal will provide advice to you on the matter.

**Jeff Graves** | Chief Compliance Officer
Privacy Officer | University Compliance Services | compliance.utexas.edu
The University of Texas at Austin

Compliance and Ethics Hotline www.utexas.edu/hotline

---

**From:** mccombs prof <mccombsprof@yahoo.com>
**Date:** Wednesday, July 27, 2022 at 7:14 PM
**To:** Council, Faculty <fc@austin.utexas.edu>, Compliance, Email <compliance@austin.utexas.edu>
**Subject:** compliance?

Hello.

If it is correct for you to do so, would you please listen to the podcast link below in its entirety to determine whether the podcast may in parts fail to meet our standards of ethics and respect for faculty? If the podcast in places does not meet the standard, then perhaps the podcast needs to be taken down or edited in a few places. If the podcast does meet compliance standards and I have failed to understand our compliance expectations for faculty, please understand this email was nonetheless sent in good faith.

It is certainly a good thing that our faculty and leadership team bring various views to the University since that is, after all, the goal of a university -- to have freedom of thought and to have a place where we can disagree in a civil manner. Maligning a person's intentions, motivations, or character could be viewed as making accusations of a slanderous type in nature. Use of sarcasm or hyperbole, if intended by a speaker (or maybe not intended, I

do not know) may not actually come across.  Respect is always appreciated even as we become aware of different points of view.

I prefer to remain anonymous but thank you for reviewing this email from a member of the faculty.

Lessons from the Frontlines of the University Wars | Richard Lowery & Richard Hanania



Lessons from the Frontlines of the University Wars | Richard Lowery & Ri...
CSPI
Listen now (66 min) | How campus bureaucrats outmaneuvered conservative politicians and donors in Texas