United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Kolde, Endel |
| From: | Court Operations Department, Western District of Texas |
| Date: | Monday, January 8, 2024 |
| Re: | 01:23-CV-00129-DAE / Doc # 69 / Filed On: 01/05/2024 06:57 PM CST |

Pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Pursuant to the Administrative Policies and Procedures Section 3g, with the exception of multiple motion types, Multiple pleadings must be filed as separate documents. Your document contains a RESPONSE and a MOTION.  Your RESPONSE has been filed.  Please re-file your MOTION separately with a proposed order.