UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD LOWERY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-cv-00129-LY |
| | § | |
| LILLIAN MILLS, in her official capacity | § | |
| as Dean of the McCombs School of Business | § | |
| at the University of Texas at Austin; ETHAN | § | |
| BURRIS, in his official capacity as Senior | § | |
| Associate Dean for Academic Affairs of the | § | |
| McCombs School of Business at the | § | |
| University of Texas-Austin; and CLEMENS | § | |
| SIALM, in his official capacity as Finance | § | |
| Department Chair for the McCombs School | § | |
| of Business at the University of Texas-Austin, | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANTS' OPPOSED MOTION FOR ENTRY
## OF WESTERN DISTRICT STANDARD PROTECTIVE ORDER

COMES NOW Defendants Lillian Mills, Ethan Burris and Clemens Sialm ("Defendants") in the above captioned action and request that the Court enter the proposed Western District Standard Confidentiality and Protective Order which is attached as Exhibit A to this Motion.

## LOCAL RULE 7(g) CONFERENCE CERTIFICATION

Counsel conferred with Plaintiff's counsel by email on January 3, 5, 8, and 9 of 2024, and by phone on January 9, 2024 concerning the entry of the Court's standard Protective Order (Appendix H-1 to the Local Rules) without alteration. Plaintiff opposes entry of the Court's standard Protective Order. The Parties have attempted to prepare a revised order acceptable to both sides but have been unsuccessful, so Defendants must file this motion as opposed.

## INTRODUCTION

Defendants request the Court enter its standard Confidentiality and Protective Order given the confidential nature of documents potentially responsive to Plaintiff's latest discovery requests. Further, depositions are set to begin in short order, where additional confidential information may be elicited from deponents. A protective order is necessary to maintain the confidential nature of these documents and anticipated testimony.

## BACKGROUND

Plaintiff Richard Lowery, a tenured professor in the McCombs School of Business at the University of Texas at Austin, sued the University in February 2023. Lowery alleges that his First Amendment rights have been "chilled" since August 2022.

To date, Plaintiff has propounded four separate sets of discovery requests. In reviewing potentially responsive documents, Defendants have realized the existence of responsive documents which are confidential in nature. For example, many of Plaintiff's document requests inquire about non-party personnel matters. While Defendants ultimately believe these document requests are irrelevant, Defendants require a protective order should production be required. Moreover, the first deposition is scheduled to occur on January 12, 2024. Should any confidential testimony be elicited, Defendants need the capability to designate said testimony as such and maintain its confidential nature.

## ARGUMENT AND AUTHORITIES

Federal Rule of Civil Procedure 26(c)(1) and Local Rule CV-26(c) allow a party to seek entry of a protective order. The Court may enter such a protective order to protect "confidential, sensitive, or private information" from public disclosure and "from use for any purpose other than prosecuting this litigation[.]" *E.g. Angus v. Mayorkas*, No. 1:20-CV-00242-LY-SH, Dkt. 52 (W.D. Tex. Nov. 17, 2021).

Defendants anticipate that the discovery sought will include "confidential, sensitive, and private information" requiring protection. As such, the Court should issue its standard Confidentiality and Protective Order without alteration, attached here as Exhibit A, for this cause.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court grant this Motion and enter the Confidentiality and Protective Order.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: _/s/ Matt Dow_ _____
Charles L. Babcock
Texas State Bar No. 01479500
cbabcock@jw.com
Joel R. Glover
Texas State Bar No. 24087593
jglover@jw.com
Javier Gonzalez
Texas State Bar No. 24119697
jgonzalez@jw.com
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200 – Phone
(713) 752-4221 – Fax

Matt Dow
Texas State Bar No. 06066500
mdow@jw.com
Adam W. Aston
Texas State Bar No. 24045423
aaston@jw.com
JACKSON WALKER L.L.P.
100 Congress Ave., Suite 1100
Austin, Texas 78701
(512) 236-2056 – Phone
(512) 691-4456 – Fax

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2024, I caused a copy of the foregoing pleading to be served upon counsel of record for all parties via the Court's ECF system.

Courtney Corbello
Endel Kolde
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Suite 801
Washington, D.C. 20036
Tel: (202) 301-1664
Fax: (202) 301-3399
dkolde@ifs.org
ccorbello@ifs.org

Michael E. Lovins
State Bar No. 24032555
LOVINS |TROSCLAIR, PLLC
1301 S. Cap. Of Texas Building A
Suite 136
Austin, Texas 78746
Tel: (512) 535-1649
Fax: (214) 972-1047
michael@lovinslaw.com

*/s/ Matt Dow*
Matt Dow