IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Richard Lowery,
　　　　　Plaintiff,

v.

Lillian Mills et al.,
　　　　　Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§
§

Case No. 1:23-cv-129-DAE

## ORDER RESETTING MOTIONS HEARING

Before the Court are six pending motions (See Dkt Nos.60, 66, 68, 71, 73). The motions are referred for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Authority to enter this Order stems from 28 U.S.C. § 636(b)(1)(A).

**IT IS ORDERED** that the motions are reset for a 120-minute, in-person hearing on **February 13, 2024 at 09:30 am** in Courtroom 3 of the United States Courthouse, 501 West Fifth Street, Austin, TX. The parties should be prepared to discuss at the hearing the motions as well as their efforts to resolve the disputes that gave rise to them.

**IT IS FURTHER ORDERED** that the parties shall **meaningfully confer** either in-person or via phone about the issues raised in the motions, and they shall then **jointly file an advisory by 5pm on February 9, 2024**. The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the Court at the hearing, and set forth briefly the parties'

1

respective positions on each remaining issues. If the parties are able to resolve their

disputes prior to the hearing, they should so inform the Court in their joint advisory

and the hearing will be cancelled.

      **SIGNED** January 19, 2024.

                         DUSTIN M. HOWELL
                         UNITED STATES MAGISTRATE JUDGE