Message

| | |
|---|---|
| **From**: | Almazan, Andres [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=275D8D59A19A4C57A539EF473E2B4204-ALMAZAN AND] |
| **Sent**: | 8/8/2022 1:12:59 PM |
| **To**: | Titman, Sheridan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3b06c65d35654bd3a1f684a6288b8d74-Titman Sher]; Alti, Aydogan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6932840c8b44473a72921120a88a908-Alti Aydoga] |
| **Subject**: | Two interesting articles |

Hi Aydogan & Sheridan,

Here are the articles I referred to:

a) Lowery's piece: How UT-Austin Administrators Destroyed an Intellectual Diversity Initiative — The James G. Martin Center for Academic Renewal (jamesgmartin.center)

b) On the parallelism to the case of the Jefferson scholars: Losing a beachhead | WORLD (wng.org)

Enjoy.  Best,

AA