UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **RICHARD LOWERY,** *Plaintiff* | § § § | |
| v. | § § | No. 1:23-CV-00129-DAE |
| **LILLIAN MILLS, IN HER OFFICIAL CAPACITY AS DEAN OF THE MCCOMBS SCHOOL OF BUSINESS AT THE UNIVERSITY OF TEXAS AT AUSTIN, et al.,** *Defendants* | § § § § § § § | |

### ORDER

Defendants seek the Court's expedited consideration of their motion to quash a third-party deposition scheduled by Plaintiff to take place on January 20, 2024. Dkt. 81. The District Judge referred the motion to the undersigned for disposition. The Court finds that Defendants have promptly raised this matter the Court and thus will consider the motion on an expedited basis.

Accordingly, the Court **ORDERS** Plaintiff to respond explaining its opposition, if any, to Defendants' motion by 5:00 p.m. Central Standard Time, January 25, 2024. The Court intends to decide Defendants' motion on the papers prior to the deposition time noticed in Plaintiff's subpoena.

SIGNED January 24, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1