UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Richard Lowery** | § § | |
| vs. | § § | Case Number: AU:23-CV-00129-DAE |
| **Lillian Mills, Ethan Burris, Sheridan Titman** | § | |

ORDER SETTING TELEPHONE CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for a Telephone Conference on Friday, January 26, 2024 at 1:30pm. The parties are to call the court's telephone conference line at (866) 390-1828; Access Code: 6054147 at the designated time.

IT IS SO ORDERED this **26th day of January, 2024.**

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE