UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD LOWERY, | § § § | |
| PLAINTIFF, | § § | |
| v. | § § | Case No. 1:23-CV-00129-DAE |
| LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; and CLEMENS SIALM, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin, | § § § § § § § § § § § § § § § | |
| DEFENDANTS. | § | |

**ORDER DEFENDANTS' OPPOSED MOTION FOR PROTECTIVE ORDER FROM LOWERY'S FIFTH SET OF REQUESTS FOR PRODUCTION AND RELATED TOPICS IN DEPOSITIONS**

On this day came to be considered Defendants' Opposed Motion for Protective Order from Lowery's Fifth Set of Requests for Production and Related Topics in Depositions ("Motion") (Dkt. 86). The Court, having considered the Motion, the Parties' briefing, applicable law, and argument of counsel, is of the opinion that Defendants' Motion for Protection should be and is in all respects GRANTED in its entirety.

IT IS THEREFORE ORDERED that protection from Plaintiff's Requests for Production Nos. 19, 20, 22–25, and 27 ("Requests") is GRANTED;

IT IS FURTHER ORDERED that protection from any deposition questions, including in the Mills deposition, about President Hartzell's son is GRANTED.

IT IS THEREFORE ORDERED the Defendants' Motion is GRANTED.

IT IS SO ORDERED this _____ day of _____, 2024.

_____
**DAVID A. EZRA**
**U.S. DISTRICT JUDGE**