UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD LOWERY, §<br>*Plaintiff* §<br>§<br>v. §<br>§<br>LILLIAN MILLS, IN HER §<br>OFFICIAL CAPACITY AS DEAN §<br>OF THE MCCOMBS SCHOOL OF §<br>BUSINESS AT THE UNIVERSITY §<br>OF TEXAS AT AUSTIN, ET AL., §<br>*Defendants* § | No. 1:23-CV-00129-DAE |

### ORDER

Plaintiff Richard Lowery's Motion to Compel re UT's Privilege Log, Dkt. 60, and his reply in support of that motion, Dkt. 63, urge the Court to conduct an *in camera* inspection of the documents Defendants have withheld and listed in their Amended Privilege Log, Dkt. 61-1. Defendants respond that the log provides the Court with sufficient detail to make a privilege determination, and, thus, *in camera* inspection is not necessary. Dkt. 61, at 6. After considering the parties' arguments, and the relatively limited number of documents that would require the Court's review, the Court agrees that *in camera* inspection is appropriate and would assist the Court in assessing Defendants' privilege assertions.

Accordingly, the Court **ORDERS** Defendants to produce to the Court for *in camera* inspection unredacted copies of the documents identified in the Amended Privilege Log, Dkt. 61-1. The Courtroom Deputy for the Court will contact counsel with instructions for how to upload the documents, and a naming convention for the

1

files to ensure they are easily located and reviewed by the Court. The upload must be complete by **5:00 p.m., Friday, February 9, 2024**, to ensure the Court has adequate time to review the challenged documents.

    SIGNED January 30, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE
