```
 1                UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TEXAS
 2                       AUSTIN DIVISION
     RICHARD LOWERY,               )
 3       Plaintiff,                )
     v.                            )Case No. 1:23-cv-00129-DAE
 4   LILLIAN MILLS, et al.,        )
         Defendants.               )
 5

 6                    -------------------------
                  ORAL and VIDEOTAPE DEPOSITION OF
 7                       SHERIDAN TITMAN
                        January 12, 2024
 8                          Volume 1
                      -------------------------
 9

10      ORAL DEPOSITION OF SHERIDAN TITMAN, Volume 1,

11   produced as a witness at the instance of the Plaintiff,

12   and duly sworn, was taken in the above-styled and

13   numbered cause on January 12, 2024, from 9:02 a.m. to

14   4:06 p.m., before Dana Shapiro, CSR, in and for the

15   State of Illinois, reported by machine shorthand, at

16   100 Congress Avenue, Suite 1200, Austin, Texas 78701,

17   pursuant to the Federal Rules of Civil Procedure and

18   any provisions stated on the record or attached hereto.

19

20

21

22

23

24

25
```

1                    A P P E A R A N C E S

2

3    FOR THE PLAINTIFF:

4    MR. ENDEL KOLDE
     MS. COURTNEY CORBELLO
5    INSTITUTE FOR FREE SPEECH
     1150 Connecticut Ave., NW
6    Suite 801
     Washington, D.C. 20036
7    202-301-1664
     dkolde@ifs.org
8    ccorbello@ifs.org

9    FOR THE DEFENDANTS:

10   MR. JAMES MATTHEW DOW
     JACKSON WALKER LLP
11   100 Congress Avenue, Suite 1100
     Austin, Texas 78710
12   512-236-2230
     mdow@jw.com
13   -and-
     MR. JOSEPH HUGHES
14   UT LEGAL AFFAIRS
     2314 Whitis Avenue
15   Austin, Texas 78712
     512-475-7716
16   jody.hughes@austin.utexas.edu

17

18   ALSO PRESENT:
     MR. RICHARD LOWERY,
19   MR. RYAN POLANCO, the videographer

20

21

22

23

24

25



```
 1                            INDEX
 2                                                          PAGE
 3   Appearances..........................................2
 4   SHERIDAN TITMAN VOLUME 1
 5        Examination by MR. KOLDE.......................4
 6   Signature and Changes..............................250
 7   Reporter's Certificate.............................252
 8
 9                           EXHIBITS
10   NO.                    DESCRIPTION                   PAGE
11   No. 1                    article                      53
12   No. 2                    article                      56
13   No. 3                    email                        60
14   No. 4                    email                        73
15   No. 5                    article                      80
16   No. 6              objections and responses           97
17   No. 7                   transcript                   105
18   No. 8                    emails                      128
19   No. 9                    emails                      155
20   No. 10                 declaration                   163
21   No. 11                   email                       186
22   No. 12                   email                       192
23   No. 13                   tweets                      214
24
25
```



```
 1        Q.     It says --
 2        A.     Andres Almazan.
 3        Q.     Yes.  It says it's from Andres Almazan to
 4   you and Aydogan Alti.
 5        A.     I don't recall.
 6        Q.     Let's go through that email that's been
 7   marked as Exhibit 4.  You have had a chance to review
 8   it; is that correct?
 9        A.     Yes.
10        Q.     It was -- the email was sent by Andres
11   Almazan on August 8, 2022; is that correct?
12        A.     Yeah.
13        Q.     This would have been the day before the
14   discussion you had with Lillian Mills on August 9 that
15   you don't recall the content of; is that correct?
16        A.     I don't recall this email either.
17        Q.     You don't have recollection about the
18   contents of that email?
19        A.     No, I don't remember.
20        Q.     Who is Andres Almazan?
21        A.     He's a faculty member in finance.
22        Q.     At the McCombs School?
23        A.     Yes.
24        Q.     Is he acquainted with Jay Hartzell?
25        A.     Yes.
```



```
 1        Q.      How do you know that?
 2        A.      Because Jay was part of our finance faculty
 3   also.
 4        Q.      Are Jay and Andres friends?
 5        A.      They are colleagues.
 6        Q.      What are Andres' politics?
 7        A.      They are left of Richard's.
 8        Q.      Have Andres and Richard clashed before?
 9        A.      I don't think they like each other.
10        Q.      Why do you say that?
11        A.      Richard has told me he doesn't like Andres.
12        Q.      Has he explained why he doesn't like
13   Andres?
14        A.      Nothing too specific.
15        Q.      Has Andres ever expressed an opinion about
16   Richard that you can recall?
17        A.      I don't think Andres likes Richard.
18        Q.      Why would you say that?
19        A.      I don't know.  I believe he's told me he
20   doesn't like Richard.
21        Q.      Has he explained why?  Does he think
22   Richard is a fire breathing, right wing libertarian?
23        A.      It's not a political thing.
24        Q.      So what's your sense of what he said about
25   why he doesn't like Richard?
```



| | | |
|---|---|---|
| 1 | A. | I don't recall anything specific. |
| 2 | Q. | Do you recall any particular issue that |
| 3 | they had a disagreement on, like on a faculty committee | |
| 4 | or something like that? | |
| 5 | A. | I just don't recall anything specific. |
| 6 | Q. | How about Aydogan Alti, who is he? |
| 7 | A. | He's also on the faculty. |
| 8 | Q. | Of the Finance Department? |
| 9 | A. | Yes. |
| 10 | Q. | Where is he politically relative to |
| 11 | Richard? | |
| 12 | A. | My guess he's to the left of Richard. |
| 13 | That's more of a statement on Richard than on Alti. | |
| 14 | Q. | There is a lot of real estate to the left |
| 15 | of Richard? | |
| 16 | A. | Yes, most of us are to the left of Richard. |
| 17 | Q. | Have Mr. Alti and -- or Professor Alti and |
| 18 | Richard clashed on any issues at the McCombs School? | |
| 19 | A. | Not to my knowledge. |
| 20 | Q. | Has Professor Alti expressed any opinions |
| 21 | about Richard or Richard's political views? | |
| 22 | A. | Not about the political views, but I don't |
| 23 | think he likes Richard. | |
| 24 | Q. | What makes you say that? |
| 25 | A. | I don't know.  Nothing specific.  That's my |



```
 1   what it says.
 2   BY MR. KOLDE:
 3        Q.   Don't worry about the lawyers arguing.  You
 4   may answer.
 5        A.   You could speculate that what you are
 6   saying is correct.
 7        Q.   It's a reasonable interpretation of what he
 8   said?
 9        MR. DOW:  Objection, form, speculation.
10   BY MR. KOLDE:
11        Q.   You may answer.
12        A.   It's a plausible interpretation.
13        Q.   I have some more exhibits I want to discuss
14   with you, but I did want to go back to this issue of
15   the relationship between Jay Hartzell and Alti Aydogan.
16   Are they friends?
17        A.   They are colleagues.
18        Q.   Did they go to strip clubs together?
19        A.   I don't know.
20        Q.   Didn't they bring you a hat from a strip
21   club?
22        A.   Bring me a hat from a strip club?  I once
23   got a hat from a place called Rachel's or something.
24        Q.   Is that a strip club?
25        A.   I don't know.
```



```
 1         Q.    You will have to excuse me.  I don't know
 2   the strip club scene in Austin or anywhere.
 3         A.    I don't think it was from Austin.
 4         Q.    But it was a strip club hat?
 5         A.    It was nothing on the hat that said this is
 6   a strip club hat.
 7         Q.    You knew it to be a strip club hat?
 8         A.    I think somebody told me.  I didn't know it
 9   myself.
10         Q.    It was given to you by Jay or by Alti
11   Aydogan?
12         A.    Probably by Jay.
13         Q.    Aydogan Alti.  I'm sorry.  I'm reversing
14   those names.  Probably by Jay?
15         A.    Yes.
16         Q.    He had gone -- he told you he had gone to
17   the club with Aydogan?
18         A.    I don't recall Alti being involved, but --
19   I had some politically incorrect hats, just hats that I
20   like to wear.  So they thought I would like the hat.
21         Q.    It wasn't something about the name Rachel?
22         A.    I don't think so.
23         Q.    Have you heard or seen that Richard Lowery
24   appeared on the Richard Hanania podcast on July 18,
25   2022?
```

```
 1                 UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TEXAS
 2                       AUSTIN DIVISION
    RICHARD LOWERY,                )
 3        Plaintiff,                )
    v.                              )Case No. 1:23-cv-00129-DAE
 4  LILLIAN MILLS, et al.,          )
          Defendants.               )
 5
                      REPORTER'S CERTIFICATION
 6                      ORAL DEPOSITION OF
                          SHERIDAN TITMAN
 7                       January 12, 2024
```

8        I, Dana Shapiro, a Certified Shorthand Reporter,

9   hereby certify to the following:

10       That the witness, SHERIDAN TITMAN, was duly sworn

11  by the officer and that the transcript of the oral

12  deposition is a true record of the testimony given by

13  the witness;

14       I further certify that pursuant to FRCP Rule

15  30(e)(1) that the signature of the deponent:

16  was requested by the deponent or a party before the

17  completion of the deposition and that the signature is

18  to be before any notary public and returned within 30

19  days from date of receipt of the transcript.  If

20  returned, the attached Changes and Signature Pages

21  contain any changes and reasons therefore;

22       I further certify that I am neither counsel for,

23  related to, nor employed by any of the parties or

24  attorneys in the action in which this proceeding was

25  taken, and further that I am not financially or



```
 1   otherwise interested in the outcome of the action.
 2         Certified to by me this January 26, 2024.
 3                    Dana Shapiro
 4         _____
             DANA SHAPIRO, Illinois CSR 84-3597
 5           CSR Expiration:  5/31/25
             Illinois Certified Shorthand Reporter
 6           Registered Agent Solutions, Inc.,
             A Lexitas Company, Firm No. 17
 7           5301 Southwest Parkway
             Corporate Center One, Suite 400
 8           Austin, Texas 78735
             888-893-3767
 9           Expires: 1/31/2025
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1   COUNTY OF TRAVIS  )

 2   STATE OF TEXAS    )

 3        I hereby certify that the witness was notified on

 4   _____ that the witness has 30 days

 5   after being notified by the officer that the transcript

 6   is available for review by the witness and if there are

 7   changes in the form or substance to be made, then the

 8   witness shall sign a statement reciting such changes

 9   and the reasons given by the witness for making them;

10        That the witness' signature was/was not returned

11   as of _____.

12        Subscribed and sworn to on this _____ day of

13   _____, 20___.

14                      *Dana Shapiro* (signature)

15                      _____
                        DANA SHAPIRO, Illinois CSR 84-3597
16                      CSR Expiration:  5/31/25
                        Illinois Certified Shorthand Reporter
17                      Registered Agent Solutions, Inc.,
                        A Lexitas Company, Firm No. 17
18                      5301 Southwest Parkway
                        Corporate Center One, Suite 400
19                      Austin, Texas 78735
                        888-893-3767
20                      Expires: 1/31/2025

21

22

23

24

25
```

