UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **RICHARD LOWERY,** § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | No. 1:23-CV-00129-DAE | |
| § | | |
| **LILLIAN MILLS, IN HER** § | | |
| **OFFICIAL CAPACITY AS DEAN** § | | |
| **OF THE MCCOMBS SCHOOL OF** § | | |
| **BUSINESS AT THE UNIVERSITY** § | | |
| **OF TEXAS AT AUSTIN, ET AL.,** § | | |
| *Defendants* § | | |

**ORDER REGARDING MOTIONS HEARING**

The Court is presently set to hear six of the parties' pending motions on February 13, 2024. Those motions appear at docket entries 60, 62, 66, 68, 71, and 73. Dkt. 78.[1] That order set the motions for a two-hour hearing and ordered the parties to meet and confer and file a joint advisory addressing that conference by 5:00 p.m. on Friday, February 9, 2024. *Id.* Since that order, the parties have filed three additional discovery-related motions, all of which have been referred by the District Judge to the undersigned for disposition and will be ripe for consideration by the Court prior to the deadline for the parties' joint advisory. *See* Dkts. 88, 89, 91. Given the overlap in legal issues presented by these latest motions with some of the motions already set, the Court has determined that it is appropriate to hear

---

[1] The Court previously set the motions at docket entries 60 and 62 for a hearing to take place on February 12, 2024. The Court reset that hearing to take place a day later and to include the four additional motions found at docket entries 66, 68, 71, and 73. Dkt. 78. However, that order mistakenly omitted the motion at docket entry 62 from the list of motions to be heard. To be clear, the Court does intend to hear argument on that motion in addition to those previously set, along with the more recent motions addressed below.

1

argument on all nine motions—Dkts. 60, 62, 66, 68, 71, 73, 88, 89, and 91—at the February 13, 2024, hearing. To provide the parties with adequate argument time, the Court will extend the setting to three hours. Note that the Court does not intend to set any additional, yet-to-be-filed motions at this setting.

Accordingly, the Court **ORDERS** that the motions at docket entries 60, 62, 66, 68, 71, 73, 88, 89, and 91 are set for a 3-hour, in-person hearing on **February 13, 2024, at 9:30 a.m.** in Courtroom 3 of the United States Courthouse, 501 West Fifth Street, Austin, TX.

The Court **FURTHER ORDERS** that the Court's prior order requiring the parties to meet and confer and to file a joint advisory remains unchanged, except that the parties' conference and joint advisory should address all nine motions now set for the February 13, 2024, hearing.

Lastly, the Court **FURTHER ORDERS** that if Plaintiff intends to file a reply in support of his motions found at docket entries 89 and 91, that the reply, if any, be filed no later than Friday, February 9, 2024.

SIGNED January 31, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE