## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**Richard Lowery**

**v.**                                   **NO:   AU:23-CV-00129-DAE**

**Lillian Mills, Ethan Burris, Sheridan
Titman, Clemens Sialm**


**EXHIBIT LIST for HEARING ON MOTIONS TO COMPEL held on February 13, 2024**

| Exhibit | Description | Date Admitted |
|---|---|---|
| Ct 1 | Plaintiff's Powerpoint | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |