UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD LOWERY,<br>*Plaintiff* | § § § | |
| v. | § § | No.  1:23-CV-00129-DAE |
| LILLIAN MILLS, IN HER<br>OFFICIAL CAPACITY AS DEAN<br>OF THE MCCOMBS SCHOOL OF<br>BUSINESS AT THE UNIVERSITY<br>OF TEXAS AT AUSTIN, ET AL.,<br>*Defendants* | § § § § § § § | |

**ORDER**

Before the Court is Defendants' Opposed Supplemental Motion to Compel Privilege Log and Discovery Responses, Dkt. 93. The District Judge referred the motion to the undersigned for disposition. Among several other motions, the Court previously heard argument on and ruled upon Defendants' Motion to Compel Privilege Log and Discovery Responses, Dkt. 62, which the presently referred motion is intended to supplement. *See* Dkt. 110, at 2-3 (order granting Defendants' first motion to compel regarding Plaintiff's privilege log). At the hearing on that motion, counsel for Defendants confirmed for the Court on the record that the Court's reasoning and ruling on that first motion would dispose of the issues raised in this supplemental motion. The Court, therefore, enters the same ruling here on Defendants' supplemental motion for same reasons announced on the record for the first motion.

Accordingly, the Court **GRANTS** Defendants' Opposed Supplemental Motion to Compel Privilege Log and Discovery Responses, Dkt. 93, and **ORDERS** Plaintiff, with respect to any entries challenged in Defendants' supplemental motion, to produce a supplemental privilege log specifically (1) describing the content sufficiently to assess the assertion of the privilege and (2) identifying the privilege asserted within 14 days of Defendants' identifying the specific communications from the present log for which this additional information is needed.

SIGNED February 15, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE