UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD LOWERY,<br><br>    *Plaintiff*,<br><br>v.<br><br>LILLIAN MILLS, in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin; ETHAN BURRIS, in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin; CLEMENS SIALM, in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin; and JAY HARTZELL, in his official capacity as President of the University of Texas-Austin,<br><br>    *Defendants*. | Case No. 1:23-cv-00129-DAE<br><br>NOTICE OF APPEAL |

    Plaintiff Richard Lowery now appeals to the U.S. Court of Appeals for the Fifth Circuit from the Judgment of the U.S. District Court for the Western District of Texas – Austin Division dated October 2, 2024 [Dkt. 146], and including the following orders:

    1. The district court's order dated October 2, 2024 (Order: (1) Granting Motion to Dismiss; (2) Granting Motion for Partial Summary Judgment; (3) Denying Motion to Defer Ruling on Partial Summary Judgment; and (4) Denying as Moot Motion to Dissolve Protective Order) [Dkt. 145];

    2. The parts of the district court's order dated March 26, 2024 (Order Affirming Magistrate Judge's Orders) [Dkt. 124] overruling Plaintiff's objections to the

magistrate's rulings on (1) UT's documents reviewed in camera and withheld under claims of privilege, and (2) granting a protective order to block all discovery into allegations that Jay Hartzell engaged in nepotism by using state resources to benefit his son in admission to UT; and

3. The part of the district court's order dated September 5, 2023 (Order (1) Granting in Part and Denying in Part Motion to Dismiss; and (2) Denying without Prejudice Motion for Preliminary Injunction) [Dkt. 51] dismissing Plaintiff's First Amendment retaliation claim.

Defendants and their counsel are receiving notice of this appeal via notice of electronic filing.

| | |
|---|---|
| Respectfully submitted, | Dated: October 30, 2024 |
| *s/Endel Kolde* | *s/Michael E. Lovins* |
| Endel Kolde | Michael E. Lovins |
| Washington Bar No. 25155 | Texas Bar No. 24032555 |
| Courtney Corbello | LOVINS \| TROSLCAIR, PLLC |
| Texas Bar No. 24097533 | 1301 S. Cap. Of Texas |
| Nathan J. Ristuccia* | Building A Suite 136 |
| Virginia Bar No. 98372 | Austin, Texas 78746 |
| INSTITUTE FOR FREE SPEECH | Tel: (512) 535-1649 |
| 1150 Connecticut Ave., NW | Fax: (214) 972-1047 |
| Suite 801 | michael@lovinslaw.com |
| Washington, D.C. 20036 | |
| Tel: (202) 301-1664 | |
| Fax: (202) 301-3399 | |
| dkolde@ifs.org | |
| ccorbello@ifs.org | |
| nristuccia@ifs.org | |

*Counsel for Richard Lowery*

---

* Not a D.C. Bar Member but providing legal services in the District of Columbia exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).