UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

RICHARD LOWERY,

    *Plaintiff*,

v.

LILLIAN MILLS, *et al.*,

    *Defendants*.

Case No. 1:23-cv-00129-DAE

UNOPPOSED MOTION TO WITHDRAW

Plaintiff files this motion seeking a court order withdrawing attorney, Courtney Corbello, as counsel of record. Good cause exists for Mrs. Corbello to withdraw as counsel, and for this Court to remove her from receiving PACER notifications in the above-named case, because Mrs. Corbello has accepted employment outside the Institute for Free Speech. Plaintiff remains represented by lead counsel, Del Kolde as well as Nathan Ristuccia and local counsel, Michael Lovins.

| | |
|---|---|
| Respectfully submitted. | Dated: April 21, 2025 |
|   *s/Courtney Corbello*<br>Courtney Corbello<br>Texas Bar No. 24097533<br>Endel Kolde<br>Nathan J. Ristuccia<br>INSTITUTE FOR FREE SPEECH<br>1150 Connecticut Ave., NW, Ste 801<br>Washington, D.C. 20036<br>Tel: (202) 301-1664<br>Fax: (202) 301-3399<br>dkolde@ifs.org<br>ccorbello@ifs.org<br>nristuccia@ifs.org<br>*Counsel for Richard Lowery* | Michael E. Lovins<br>Texas Bar No. 24032555<br>LOVINS \| TROSLCAIR, PLLC<br>1301 S. Cap. Of Texas<br>Building A Suite 136<br>Austin, Texas 78746<br>Tel: (512) 535-1649<br>Fax: (214) 972-1047<br>michael@lovinslaw.com |

[Pursuant to Fed. R. Civ. P. 5(d)(1)(B) and Section 14(c) of the current Administrative Policies and Procedures for Electronic Filing, no certificate of service is required for this filing because all parties' counsel are registered for ECF service]

CERTIFICATE OF CONFERENCE

I hereby certify that on April 21, 2025, I conferred with opposing counsel, via email, regarding Defendants' position on the relief requested in this Motion. Defendants are unopposed.

                                              */s/ Courtney Corbello*
                                              Courtney Corbello