# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 31, 2025
Lyle W. Cayce
Clerk

---

No. 24-50879

---

RICHARD LOWERY,

        *Plaintiff—Appellant*,

*versus*

LILLIAN MILLS, *in her official capacity as Dean of the McCombs School of Business at the University of Texas at Austin*; ETHAN BURRIS, *in his official capacity as Senior Associate Dean for Academic Affairs of the McCombs School of Business at the University of Texas-Austin*; CLEMENS SIALM, *in his official capacity as Finance Department Chair for the McCombs School of Business at the University of Texas-Austin*; JAMES E. DAVIS, *in his official capacity as Interim President of the University of Texas at Austin*,

        *Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-129

---

## JUDGMENT

Before KING, SMITH, and DOUGLAS, *Circuit Judges*.

    This cause was considered on the record on appeal and was argued by counsel.

No. 24-50879

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.